IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN SIGGERS,** | ) | C.A. No. 03-355 Erie |
| | ) | (Judge Susan Paradise Baxter) |
| **Plaintiff** | ) | |
| | ) | **ELECTRONICALLY FILED PLEADING** |
| v. | ) | |
| | ) | **PRAECIPE FOR APPEARANCE** |
| **JOHN LAMANNA, et al.,** | ) | |
| | ) | **Filed on behalf of:  Plaintiff Kevin Siggers** |
| **Defendants** | ) | |
| | ) | **Counsel of record for this party:** |
| | ) | **Richard A. Lanzillo, Esq.** |
| | ) | **Knox McLaughlin Gornall** |
| | ) | **& Sennett, P.C.** |
| | ) | **120 West 10th Street** |
| | ) | **Erie, PA  16501** |
| | ) | **Telephone  (814) 459-2800** |
| | ) | **Facsimile (814) 453-4530** |
| | ) | **Email: rlanzill@kmgslaw.com** |
| | ) | **PA53811** |

## PRAECIPE FOR APPEARANCE

TO:   CLERK OF COURT

      Enter my appearance on behalf of plaintiff Kevin Siggers, in the above-captioned action.

      Respectfully submitted,

      KNOX McLAUGHLIN GORNALL &
      SENNETT, P.C.

      By:  ___/s/ Richard A. Lanzillo_____
          Richard A. Lanzillo
          120 West Tenth Street
          Erie, PA  16501-1461
          (814)459-2800

      Attorneys for plaintiff, Kevin Siggers

# 645767