IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE KELLY, | |
|       Plaintiff, | |
| | Civil Action No. 03-368E |
| v. | |
| | Judge McLaughlin |
| MARTIN SAPKO, ET AL., | Magistrate Judge Baxter |
|       Defendants. | (Electronic Filing) |

**O R D E R**

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion to Dismiss heretofore filed by Defendants John Lamanna, Deborah Forsyth, Marty Sapko and Stephen Housler and the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint of Plaintiff Leslie Kelly is dismissed with prejudice and with costs being assessed against Plaintiff.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record