IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN SIGGERS,
        PLAINTIFF

v.

JOHN LAMANNA, ET AL.,
        DEFENDANTS

Civil Action No. 03-355

Judge McLaughlin
Magistrate Judge Baxter

**Declaration of Douglas S. Goldring, Assistant General Counsel**

1. I am an Assistant General Counsel employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to Federal Prison Industries, Inc. (FPI or trade name UNICOR). I am licensed to practice law in the Commonwealth of Pennsylvania. I began my service with the BOP on September 27, 1998.

2. I am aware that inmate Kevin Siggers, Register Number 51627-060, filed a civil rights action, in which he alleges that his Constitutional rights were violated as a result of the condition in the UNICOR factory at the Federal Correctional Institution (FCI) in McKean, Pennsylvania.

3. According to records maintained in the ordinary course of business by the BOP, inmate Siggers is a Federal inmate, currently incarcerated at the Federal Correctional Institution in McKean County, Pennsylvania (FCI McKean). On

January 24, 1992, he was sentenced in the United States District Court for the Northern District of Ohio to a 41 month term of imprisonment, with a three year term of supervised release to follow, for Assault of a Mail Carrier, in violation of 18 U.S.C. § 2114. On January 14, 1995, he was released on supervised release. **Attachment A is a true and correct copy of inmate Siggers' Sentence Monitoring Computation Data.**

4. On or about February 26, 1998, the United States District Court for the Northern District of Ohio committed Plaintiff to Bureau of Prisons custody for 60-day study pursuant to 18 U.S.C. §§ 4241-4245, for a determination of his mental competency to stand trial. **See Attachment A.**

5. On May 1, 1998, at the conclusion of the study, Plaintiff was released. On August 5, 1998, Plaintiff was sentenced in the United States District Court for the Northern District of Ohio to a 117-month term of imprisonment, with a five year term of supervised release to follow, for a violation of 18 U.S.C. §§ 2113(a), 2113(d), Armed Bank Robbery, and for a violation of 18 U.S.C. § 924(c)(1), Use of a Firearm During a Crime of Violence. His sentence commenced upon imposition on August 5, 1998. Plaintiff's projected

satisfaction date from his sentence was May 17, 2006. **See Attachment A.**

6. On August 11, 1998, Plaintiff's supervised release was revoked, and a 15 month supervised release violator (SRV) term was imposed. The court directed the SRV term run consecutive to his 117-month sentence. Plaintiff's SRV term will commence on May 17, 2006, upon satisfaction of the 117-month sentence. Assuming Plaintiff receives all good conduct time available to him under 18 U.S.C. § 3624(b), his projected satisfaction date for the SRV term is June 18, 2007, via Good Conduct Time release. **See Attachment A.**

7. At all time relevant to this action inmate Siggers was housed in FCI McKean, a medium security facility. Records reflect that he arrived at that facility on or around October 21, 1998. **Attachment B is a true and correct copy of inmate Siggers' Inmate History Data.**

8. As an attorney for the Bureau of Prisons, I have access to the medical records of inmates, that are maintained in the ordinary course of business. **Attachment C is a true and correct copy of inmate Siggers' complete medical records up to and including January 2006.**

I declare under penalty of perjury in accordance with the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge and belief.

_____  2/7/06
Douglas S. Goldring         Date
Assistant General Counsel
Federal Prison Industries, Inc.