# ATTACHMENT A

# ATTACHMENT A

```
   BOPUK   540*23 *            SENTENCE MONITORING             *      02-07-2006
   PAGE 001        *             COMPUTATION DATA              *      12:37:27
                                 AS OF 02-07-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO............: 240532MA5              DATE OF BIRTH: 08-22-1970
ARS1..............: MCK/A-DES
UNIT..............: C                      QUARTERS.....: C04-208U
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 12-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------


COURT OF JURISDICTION............: OHIO, NORTHERN DISTRICT
DOCKET NUMBER....................: 4:97CR329
JUDGE............................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
DATE COMMITTED...................: 10-21-1998
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.: $200.00         $00.00            $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $1,268.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....:  554
OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
  TERM OF SUPERVISION.............:     5 YEARS
  CLASS OF OFFENSE................: CLASS B FELONY
  DATE OF OFFENSE.................: 10-08-1997









G0002          MORE PAGES TO FOLLOW . . .
```

```
  BOPUK   540*23  *              SENTENCE MONITORING              *       02-07-2006
PAGE 002          *                COMPUTATION DATA               *       12:37:27
                                  AS OF 02-07-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


-------------------------CURRENT OBLIGATION NO: 020 -------------------------

OFFENSE CODE....:  130
OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE..:    60 MONTHS
  TERM OF SUPERVISION.............:     5 YEARS
  CLASS OF OFFENSE................: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE.................: 10-08-1997

-------------------------CURRENT COMPUTATION NO: 030 -------------------------


COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 030 020

DATE COMPUTATION BEGAN...........: 08-05-1998
AGGREGATED SENTENCE PROCEDURE....: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT.............:   117 MONTHS
TOTAL TERM IN EFFECT CONVERTED...:     9 YEARS       9 MONTHS
AGGREGATED TERM OF SUPERVISION...:     5 YEARS
EARLIEST DATE OF OFFENSE.........: 10-08-1997

JAIL CREDIT......................:    FROM DATE     THRU DATE
                                      10-14-1997    08-04-1998




G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23 *            SENTENCE MONITORING              *    02-07-2006
PAGE 003          *             COMPUTATION DATA                *    12:37:27
                                AS OF 02-07-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


TOTAL PRIOR CREDIT TIME.........: 295
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 423
TOTAL GCT EARNED................: 392
STATUTORY RELEASE DATE PROJECTED: 05-17-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-14-2007


PROJECTED SATISFACTION DATE.....: 05-17-2006
PROJECTED SATISFACTION METHOD...: GCT REL




G0002       MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23 *             SENTENCE MONITORING              *     02-07-2006
PAGE 004         *               COMPUTATION DATA                *     12:37:27
                                AS OF 02-07-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO............:                            DATE OF BIRTH: 08-22-1970
ARS1..............: MCK/A-DES
UNIT..............: C                          QUARTERS.....: C04-208U
DETAINERS.........: NO                         NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 12-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------


COURT OF JURISDICTION............: OHIO, NORTHERN DISTRICT
DOCKET NUMBER....................: 4:91CR0182
JUDGE............................: WELLS
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE SUPERVISION REVOKED........: 08-11-1998
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED...................: 10-21-1998
HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED................: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:    $50.00          $00.00           $00.00          $00.00

RESTITUTION...:    PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  550
OFF/CHG: ** VIOLATION OF SUPERVISED RELEASE **
         18:2114  -  ASSAULT OF A MAIL CARRIER

  SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
  SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
  CLASS OF OFFENSE...............: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 030 COMP
  DATE OF OFFENSE................: 09-04-1990




G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23 *              SENTENCE MONITORING              *    02-07-2006
   PAGE 005          *              COMPUTATION DATA                 *    12:37:27
                                     AS OF 02-07-2006

   REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


   ------------------------CURRENT COMPUTATION NO: 040 -------------------------


   COMPUTATION 040 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 040: 040 010

   DATE COMPUTATION BEGAN..........: 05-17-2006
   TOTAL TERM IN EFFECT............:     15 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:      1 YEARS        3 MONTHS
   EARLIEST DATE OF OFFENSE........: 09-04-1990

   TOTAL PRIOR CREDIT TIME.........: 0
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 59
   TOTAL GCT EARNED................: 0
   STATUTORY RELEASE DATE PROJECTED: 06-18-2007
   SIX MONTH /10% DATE.............: N/A
   EXPIRATION FULL TERM DATE.......: 08-16-2007


   PROJECTED SATISFACTION DATE.....: 06-18-2007
   PROJECTED SATISFACTION METHOD...: GCT REL

   REMARKS.......: DEFENDENT HAS 5 YEARS SUPERVISION TO FOLLOW FROM 030 COMP.
                   THIS COMP HAS A FUTURE START DATE AND MAY HAVE TO BE ADJUSTED.
```

```
G0002        MORE PAGES TO FOLLOW . . .




   BOPUK   540*23  *           SENTENCE MONITORING             *    02-07-2006
PAGE 006           *           COMPUTATION DATA                *    12:37:27
                                AS OF 05-01-1998

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO............: 240532MA5            DATE OF BIRTH: 08-22-1970
ARS1..............: MCK/A-DES
UNIT..............: C                    QUARTERS.....: C04-208U
DETAINERS.........: NO                   NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-01-1998 VIA STDY CMPLT

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE...........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 02-26-1998
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 03-26-1998
HOW COMMITTED...................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  550
OFF/CHG: 18:2114, ASSAULT ON A MAIL CARRIER.

  SENTENCE PROCEDURE.............: 4241 DETERM MENTAL COMPETENCY FOR TRIAL
  SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
  STUDY LENGTH...................:     60 DAYS
  DATE OF OFFENSE................: 10-15-1997
```

```
G0002           MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *            SENTENCE MONITORING           *     02-07-2006
PAGE 007          *              COMPUTATION DATA             *     12:37:27
                                 AS OF 05-01-1998

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


---------------------------PRIOR COMPUTATION NO: 020 --------------------------


COMPUTATION 020 WAS LAST UPDATED ON 03-27-1998 AT RCH AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

DATE COMPUTATION BEGAN..........: 03-26-1998
TOTAL TERM IN EFFECT............:      60 DAYS
TOTAL TERM IN EFFECT CONVERTED..:       1 MONTHS      29 DAYS
EARLIEST DATE OF OFFENSE........: 10-15-1997

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-24-1998

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 05-01-1998
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: RCH
ACTUAL SATISFACTION KEYED BY....: SJS

DAYS REMAINING..................: 23
FINAL PUBLIC LAW DAYS...........: 0
```

```
G0002        MORE PAGES TO FOLLOW . . .




   BOPUK   540*23  *           SENTENCE MONITORING              *     02-07-2006
 PAGE 008          *            COMPUTATION DATA                *       12:37:27
                                AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO...........:                        DATE OF BIRTH: 08-22-1970
ARS1.............: MCK/A-DES
UNIT.............: C                      QUARTERS.....: C04-208U
DETAINERS........: NO                     NOTIFICATIONS: YES

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  01-14-1995 VIA GCT REL

REMARKS........: US MARSHALS NORTHERN DISTRICT OF OHIO - STATE CONCUR CASE

-------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:91CR0182
JUDGE...........................: KRENZLER
DATE SENTENCED/PROBATION IMPOSED: 01-24-1992
DATE COMMITTED..................: 01-24-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $50.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 -----------------------------

OFFENSE CODE....:  550
OFF/CHG: ASSAULT OF A MAIL CARRIER 18:2114

  SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    41 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 09-04-1990
```

```
G0002         MORE PAGES TO FOLLOW . . .



   BOPUK   540*23 *           SENTENCE MONITORING            *     02-07-2006
 PAGE 009 OF 009 *             COMPUTATION DATA              *     12:37:27
                               AS OF 01-14-1995

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


--------------------------PRIOR COMPUTATION NO: 010 --------------------------


COMPUTATION 010 WAS LAST UPDATED ON 01-17-1995 AT MXR AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 01-24-1992
TOTAL TERM IN EFFECT............:    41 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS        5 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-1990

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 160
TOTAL GCT EARNED................: 160
STATUTORY RELEASE DATE PROJECTED: 01-14-1995
SIX MONTH /10% DATE.............: 09-29-1994
EXPIRATION FULL TERM DATE.......: 06-23-1995


ACTUAL SATISFACTION DATE........: 01-14-1995
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MXR
ACTUAL SATISFACTION KEYED BY....: SMG

DAYS REMAINING..................: 160
FINAL PUBLIC LAW DAYS...........: 0
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```