# ATTACHMENT B

```
   BOPUK   531.01 *              INMATE HISTORY                   *       02-07-2006
PAGE 001 OF 001 *                 ADM-REL                         *        12:37:15

   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: ARS          FUNCTION: PRT          FORMAT:

FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP   DATE/TIME

MCK     A-DES      DESIGNATED, AT ASSIGNED FACIL  10-21-1998 1015 CURRENT
S13     RELEASE    RELEASED FROM IN-TRANSIT FACL  10-21-1998 1015 10-21-1998 1015

S13     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-21-1998 0516 10-21-1998 1015

LEW     HLD REMOVE HOLDOVER REMOVED               10-21-1998 0516 10-21-1998 0516

LEW     A-HLD      HOLDOVER, TEMPORARILY HOUSED   10-13-1998 1921 10-21-1998 0516

A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  10-13-1998 1921 10-13-1998 1921

A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-1998 0930 10-13-1998 1921

OKL     HLD REMOVE HOLDOVER REMOVED               10-13-1998 0830 10-13-1998 0830

OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-23-1998 1800 10-13-1998 0830

0-U     RELEASE    RELEASED FROM IN-TRANSIT FACL  09-23-1998 1900 09-23-1998 1900

0-U     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-1998 1359 09-23-1998 1900

CCN     ADMIN REL  ADMINISTRATIVE RELEASE         08-18-1998 1359 08-18-1998 1359

CCN     A-ADMIN    ADMINISTRATIVE ADMISSION       08-18-1998 1347 08-18-1998 1359

I-T     RELEASE    RELEASED FROM IN-TRANSIT FACL  08-18-1998 1347 08-18-1998 1347

I-T     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-07-1998 0530 08-18-1998 1347

A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  05-07-1998 0530 05-07-1998 0530

A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-06-1998 0818 05-07-1998 0530

ATL     HLD REMOVE HOLDOVER REMOVED               05-06-1998 0818 05-06-1998 0818

ATL     A-HLD      HOLDOVER, TEMPORARILY HOUSED   05-06-1998 0050 05-06-1998 0818

A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  05-06-1998 0050 05-06-1998 0050

A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-05-1998 0930 05-06-1998 0050

OKL     HLD REMOVE HOLDOVER REMOVED               05-05-1998 0830 05-05-1998 0830

OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED   05-01-1998 1915 05-05-1998 0830

RCH     STDY CMPLT STUDY AND OBS COMPLETED        05-01-1998 1508 05-01-1998 1915

RCH     A-PRE      PRE-SENT ADMIT, ADULT          03-26-1998 1851 05-01-1998 1508

A01     RELEASE    RELEASED FROM IN-TRANSIT FACL  03-26-1998 1951 03-26-1998 1951

A01     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-26-1998 1020 03-26-1998 1951

OKL     HLD REMOVE HOLDOVER REMOVED               03-26-1998 0920 03-26-1998 0920

OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED   03-18-1998 1815 03-26-1998 0920
```

```
O-U    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-18-1998 1915 03-18-1998 1915

O-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-04-1998 1110 03-18-1998 1915

CCN    ADMIN REL   ADMINISTRATIVE RELEASE         03-04-1998 1110 03-04-1998 1110

CCN    A-ADMIN     ADMINISTRATIVE ADMISSION       03-04-1998 1056 03-04-1998 1110

MXR    GCT REL     GOOD CONDUCT TIME REL (CCCA)   01-14-1995 1115 03-04-1998 1056

MXR    A-STCONCUR  STATE CONCURRENCY CASE         04-29-1992 1628 01-14-1995 1115




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```