# ATTACHMENT
# C
# PART 1

| MEDICAL RECORD | CHRONOLOGICAL RECORD O MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: _Asthma_

**SUBJECTIVE:** (Chief Complaint)

_1/19/06_
_10'5"_

_feel yesterday on ice no green_

Med. Compliance: _gone_

**OBJECTIVE:** (Review System)   Age: _35_   Sex: Male   Race: _____

B / P: _____ P: _____ Wt: _2006_ T: _____ R/ R: _____ SO2%: _____ Peak Flow: _____

HEENT: _OL_                        Last Op / Opth. Eval.:

Heart: _On_

Lungs: _Clea_

Abdomen: _arthritis_   _430_

Genital / Rectal: _brothers_   _400_

Extremities: _Knees_   _310_
_elbow_

Neuro:

Recent Lab Results:

**ASSESSMENT(S):**

DSM IV Classification

Axis I: _no_          Axis IV: _wear cut_

Axis II: _no_         Axis V: GAF Score: _80_

Axis III: _Asthma_

Preventive Care: _____   Diet: _yes_          Exercise: _yes_

Tobacco Use: _no_          Medication Side Effects: _no_

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINE |
|---|---|---|---|
| | | | FCI McKear |
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed  written entries give: Name – last, first, middle;
ID No. or SSN; Sex; Date of Birth; Rank / de

_Kevin Siggen_

REGISTER NO. _51627-000_   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL (

**PLAN:** *no*

---

**Patient Education:**

( ✓ ) Discussed Test Results  ( ✓ ) Discussed Tx Plan

( ✓ ) Etiology, Complications, Prognosis, Prevention

( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ) ~~No Smoking~~

( ✓ ) Medication Dosage / Administration / Compliance / Side Effects

( ✓ ) Patient Understood Topics  ( ✓ ) Verbalized Understanding

( ✓ ) Instructed If Problems or if running our of medication, should sign up for sick-call or send cop-out.

---

**Diagnostic Studies:**  ( ) CBC / Dif  ( ) U / A  ( ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc

( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel

( ) CXR  ( ) EKG  ( ) Others:

---

**Consultations:**  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon

( ) Others:

---

**Referral for Vaccination:**  ( ) Influenza  ( ) Pneumococal  ( ) Other:

**Return to Clinic for routine Follow-Up on:**  *5m*

**Treatments(s):**

*Albuterol 2 puff Qid #1 RF 4*

*Azmacort 4 puffs Bid #1 RF 4*

*Lidocein 25 mg i po tid #30 RF 0*

Reviewed By
V. Geza, PharmD

H. Beam, MD
FCI McKean

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7-26-05 | S- 35 y/o BM c pain - Lt |
| 1040 | Inguinal area - pain after |
| | playing football c [illegible] |
| | O- pain mainly Pain level |
| | Lt Inguinal area - 5/10 |
| | c exam noted pain within the |
| | inguinal ring - ? hernia noted: |
| | obese abdomen - Testicular |
| | A- Inguinal ring strain |
| | Plan: OTC Advil 200mg |
| | III to IV BID for pain - |
| | No c food! |
| | No recreation x 3 mos |
| | Expires 10-26-05, |
| | rtc as needed |
| | Duty |
| | Jimmie S. Ward, PA-C FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| | | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| | |

Kevin, Siggers
51627-060

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| MEDICAL RECORD | CHRONOLOGICAL RECORD ¬ MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

**CLINIC(S):** ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: _Asthma_

**SUBJECTIVE:** (Chief Complaint)

8/23/05
1240

_breathing on. joints knee & elbow_
_hurting   out of inhaler_

Med. Compliance:

**OBJECTIVE:** (Review System)  Age: 35  Sex: Male  Race:

B/P: 130/80 P: 70  Wt: 261  T:  R/R:  SO2%:  Peak Flow:

HEENT: OK  Last Op / Opth. Eval.:

Heart: Ons

Lungs: ck                                           300
                                                    360
Abdomen:                                            330

Genital / Rectal:

Extremities:  _Pain elbow knee OK_

Neuro:

Recent Lab Results:
**ASSESSMENT(S):**

**DSM IV Classification**

Axis I: _no_                    Axis IV: _incarcerat_

Axis II: _no_                   Axis V: GAF Score: _80_

Axis III: _Asthma - SVD_

Preventive Care:        Diet: _yes_        Exercise: _yes_

Tobacco Use: _no_        Medication Side Effects: _no_

Diabetic foot Screen Test Steps

Left Foot

Diabetic foot Screen Test Steps

Right Foot

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT **FCI McKean** |
|---|---|---|---|
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle;
ID No. or SSN; Sex; Date of Birth; Rank / Grade

Kevin Siggen

| REGISTER NO. 51627-060 | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRM  1 CFR) 201-202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION. (Sign each entry) |
|------|-------------------------------------------------------------------------|

**Pain Level:**   1    2    3    4    5    6    7    8    9    10

**PLAN:**

**Patient Education:**
( ) Discussed Test Results  ( ) Discussed Tx Plan
( ) Etiology, Complications, Prognosis, Prevention
( ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ) No Smoking
( ) Medication Dosage / Administration / Compliance / Side Effects
( ) Patient Understood Topics  ( ) Verbalized Understanding
( ) Instructed If Problems or if running our of medication, should sign up for sick-call or
     send cop-out.

**Diagnostic Studies:**  ( ) CBC / Dif  ( ) U / A  ( ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc
                         ( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel
                         ( ) CXR  ( ) EKG  ( ) Others:

**Consultations:**  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon
                    ( ) Others:

**Referral for Vaccination:**  ( ) Influenza  ( ) Pneumococal  ( ) Other:

**Return to Clinic for routine Follow-Up on:**   (5mo)

**Treatments(s):**

Reviewed By:
V. Geza, Pharm.D

H. Beam, MD
FCI McKean

00-634-4176
AUTHORIZED FOR LOCAL REPRO

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

2/05
030

⊙ Came to HSU from work c/o chest pain x 1ˢᵗ miss. Pain 3 on 1-10 scale worse c̄ movement of arms c̄ palpation mid sternal area. ⊘ SOB ⊘ diaphoresis
⊙ NAD 97² 78-16 158/74 O² SAT 98%
Hx (asthma) skin warm/dry lungs c̄ CTA ⊘ wheezing mild discomfort c̄ palpation chest wall
Heart - RRR
Ⓐ Costrochondritis
Ⓟ 1.) May use OTC for muscle pain
2.) F/U as needed agrees c̄ plan
J. Glenn FNP-C

9/17/05
1945      See Injury Report for This Time/Date.

D. Corbin, Paramedic
FCI McKean

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | | REGISTER NO. | WARD NO. |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------|
| 6/10/05 1025 | S: c/o infection to back of neck. Pt worried about it getting worse again. Also worried about DNA testing. ⊕ itching of bump |

O: NAD

~~Exam~~ noted that he had a small area of the occipital area ⊕ exudate.

A: folliculitis

P: ① Education — long talk on DNA Pt understands

② Flu PRN

③ selenium sulfide lotion apply to area QD for 15 min then wash off dispense # 1 R - 3

④ leter oin apply to area QD dispense # 1 R - 3

Eric Asp PA-C

Eric Asp, PA-C
FCI McKean

Reviewed by D. Olson, MD
Date: 6/11/05

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: Asthma

4/05  SUBJECTIVE: (Chief Complaint)
320G    out of Inhaller ~ They truly

Med. Compliance:

OBJECTIVE: (Review System)  Age: 34   Sex: Male   Race:

B / P: 110/80  P: 70  Wt: 268  T:   R / P:   SO2%:   Peak Flow:

HEENT: nd   Last Op / Opth. Eval.:

Heart: CTA

Lungs: Cl   4D

Abdomen: 4A

Genital / Rectal: 470

Extremities:

Neuro:

Recent Lab Results:   C/o aches pains
ASSESSMENT(S):   "ant virus"

DSM IV Classification

Axis I:   Axis IV:

Axis II:   Axis V: GAF Score:

Axis III: Asthma stable

Preventive Care:   Diet: npr   Exercise: nd

Tobacco Use: no   Medication Side Effects:

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle;
No. or SSN; Sex; Date of Birth; Rank / Grade

Kevin Siggers

REGISTER NO.  51627-060   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRM (41 CFR) 201-202-1

| DATE | SYMPTOMS. DIAGNOSIS. TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

Pain Level:  1  2  3  4  5  6  7  8  9  10

PLAN:

Patient Education:
( X ) Discussed Test Results  ( X ) Discussed Tx Plan
( ) Etiology, Complications, Prognosis, Prevention
( ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ) No Smoking
( ) Medication Dosage / Administration / Compliance / Side Effects
( X ) Patient Understood Topics  ( X ) Verbalized Understanding
( ) Instructed If Problems or if running our of medication, should sign up for sick-call or
     send cop-out.

Diagnostic Studies:  ( ) CBC / Dif  ( ) U / A  ( ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc
                    ( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel
                    ( ) CXR  ( ) EKG  ( ) Others:

Consultations:  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon
                ( ) Others:

Referral for Vaccination:  ( ) Influenza  ( ) Pneumococal  ( ) Other:

Return to Clinic for routine Follow-Up on:   9/mo

Treatments(s):

_Allrdeol i puff Qid #1 RF 3_
_Aznacrt ii puff Bid #1 RF 3_
_motrin 800 ug po Tid # 30 RF1_

Reviewed By:
V. Geza, Pharm.D

H. BEAM, M.D
FCI MCKEAN

NSN 7540-00-434-4176

AUTHORIZED FOR LOCAL R...

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

**3/10/05**
**1500**  Adm. see cqrnt

Albuterol ῑ puff Bid # 1 RF=3
Azmacort ῑ puff Bid # 1 RF=3
Bacitracin oint use bid # 1 RF = 0

Phc. c Clinic

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI McKEAN

**3/24/05**
**0745**  See Imging Report

Reviewed By:
V. Geza, PharmD

Dennis Olson, MD
Physician

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 51627-060    WARD NO.

Kevin Siggers

CHRONOLOGICAL RECORD OF MEDICAL CA...
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other: _Asthma_

SUBJECTIVE: (Chief Complaint)

/21/04  breathing - on. lately a little worse
20      c/o Sore @ elbow

Med. Compliance:

OBJECTIVE: (Review System)  Age: 35   Sex: Male   Race:

B/P: 90/60  P: 70  Wt: 208  T:    R/R:    SO2%:    Peak Flow:

HEENT: Oll c    Last Op / Opth. Eval.: —

Heart: ___

Lungs: clear

Abbdomen: _Rem/Supple_   460

Genital / Rectal: _td elbow_   340

Extremities: _full_   390   Left Foot

Neuro:

Recent Lab Results:

ASSESSMENT(S):

DSM IV Classification

Axis I:                    Axis IV:

Axis II:                   Axis V: GAF Score:

Axis III: _Asthma, tendinitis @ elbow_    Right Foot

Preventive Care:    Diet: _w_    Exercise: _ff_

Tobacco Use: _Untn her / no_   Medication Side Effects:

| PITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| NSOR'S NAME | SSN / ID.NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

ENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; No. or SSN; Sex; Date of Birth; Rank / Grade

_Kevin Siggen_

| REGISTER NO. 51627-060 | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRMR (41 CFR) 201-202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|

Pain Level:   1   2   3   4   5   6   7   8   9   10

PLAN:

Patient Education:

( ) Discussed Test Results  (✓) Discussed Tx Plan

(✓) Etiology, Complications, Prognosis, Prevention

( ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  (✓) No Smoking

( ) Medication Dosage / Administration / Compliance / Side Effects

(✓) Patient Understood Topics  (✓) Verbalized Understanding

( ) Instructed If Problems or if running our of medication, should sign up for sick-call or send cop-out.

Diagnostic Studies: ( ) CBC / Dif  ( ) U / A  ( ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc
( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel
( ) CXR  ( ) EKG  ( ) Others:

Consultations: ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon
( ) Others:

Referral for Vaccination: ( ) Influenza  ( ) Pneumococal  ( ) Other:

Return to Clinic for routine Follow-Up on:   4 mo

Treatments(s):

*A Albuteral ii puff qid ＃7 RF 3*
*A3 meent iii puff Bid ＃1 RF 3*

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

7840-00-634-4176    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

2/12/04
0940hr

(S) 34 y/o AAO° c/o Gen. Malaise - Tired/Weak.
Onset ~ 2 wks. Denies - Pain, URI, other Sx's.
Request √ for Diabetes 2° FMH → IDDM
Hx - GC/Chlamydia - ⊖ Successful Rx c ⊖ Risky Behavior
since resolved; ⊖ discharge. Penis, ⊕ Masturbation
Reports → Mild dysuria x 1 mos. c Episodic darkurine
↑ ⊙ BM's neg. - ⊖ D/RID, ⊖ strain, ⊕ brown
is ⊖ Black Tarry, ⊖ Blood;
Asthma - doing well - Employ Meds as scripted.
⊕ ⊖ Smoking x 1 wk. Denies - Cough/Wheeze/SOB
(O) CAOx3, NAD, Ambulatory, ⊕ affect
(Vs) 138/78, 67, 12 Temp 97.5 & SaO2 98%
PEFR's @ 525/550/600
HT 5'11" & WT @ 255 ⇒ BMI #35 (Obesity I/II)
o Heart → Unmb c ⊕ Tonsils 1+ Smooth ⊖ Exudate
o Chest → CTA(B) ⊖ Wheeze. ⊕ Hrt - RRR, S1 S2 ⊖ murm
o ABD → SNT, ⊕ BS's x 4 quad. ⊕ mild LT. CVA tender
o Groin → Penis Intact ⊖ Lesion ⊖ discharge
   c Scrotum - Testicle x2, ⊖ Mass, ⊖ tender
o Rectum → ⊖ Hemorrhoid, ⊕ Sphincter Tone; ⊖ Guaiac
   ↓ DRE - Prostate - Sym, Smooth, Mild tender
OVER↓  o CN II-XII Grossly Intact (+) DTR's 2+ (+) Pulses 2+

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |  |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 51627-060    WARD NO.

SIGGERS, Kevin
51627
060

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 10/12/04 | Urine - Dip → ⊖ Leuko / Nit. / urobili |
| Cont'd | ⊕ Protein 30+ |
| 0940h | Ph 6.0 & Spec. Gravity 1.025 |
| | RBC's Mod. / large (2+/3+) |
| | Ketones - Trace |
| | Bili - Small |
| | Glucose 100 |

Random PP Glucose (Finger) @ 100.

(A) Urethritis / Cystitis  R/O Prostatis
  Hematuria ; Proteinuria ; Glucosuria ; Ketonuria
  Obesity I/II (BMI I/II)
  Elevated BP
  Asthma - well Managed.

(P) Educate Counsel re# Wt. via diet / exercise
  RTC - F/u → Labs (+) Educate / Counsel re. next
        ⌐CBC, Urinalysis, Chem Profile, Fasting Gluc.
           Ht A1c , Lipid Profile
      → BP V's x3 - Random

→ Ciprofloxacin 500mg ℞ PO BID x 14d #28 ∅ Ref.
  Educate / Counsel re - Diabetes & BMI Status
        → Smoking Cessation
✓ Pre Exercise aerobics Exercise Albuterol 15 min
  RTC PRN & above. Understands / agrees.

Reviewed By:
V. Geza, PharmD

Robert E. Piotrowski, PA-C
FCI McKean

Reviewed by: Olson, MD
Date: 10/12/04

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

**CLINIC(S):** ( ) Cardiac  ( ) Hypertension  ( ) Diabetes  ( ) Infections  ( ) Endocrines

( ) Lipid  ( ) Pulmonary  ( ) Mental  ( ) Neurology  ( ) Ortho  ( ) General

( ) Other: _Asthma LBP_

**SUBJECTIVE:** (Chief Complaint)

7/22/04   _now complains LBP x 3 wks_
1045   _using & heller_

Med. Compliance:

**OBJECTIVE:** (Review System)   Age: _34_   Sex: Male   Race:

B/P: _110/70_  P: _72_   Wt: _255½_  T:   R/R:   SO2%:   Peak Flow:

HEENT: _cll_   Last Op / Opth. Eval.:

Heart: _RRR_

Lungs: _clear_

_330_
_400_
_420_

Abdomen:

Genital / Rectal: _Teder P lumball_

Extremities: _SRE c_

Neuro:

Recent Lab Results:

**ASSESSMENT(S):**

DSM IV Classification

Axis I:           Axis IV:

Axis II:          Axis V: GAF Score:

Axis III: _Asthma - CBP_

Preventive Care:       Diet: _cll_       Exercise: _yes_

Tobacco Use: _Stopped?_       Medication Side Effects: _no_

Diabetic foot Screen Test Steps — Left Foot

Diabetic foot Screen Test Steps — Right Foot

| HOSPITAL OR MEDICAL FACILITY | STATUS _Paper/OH_ | DEPART. / SERVICE | RECORDS MAINTAINED AT **FCI McKean** |
| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank / Grade)

_Kevin Sigger_

| REGISTER NO. _51627-060_ | WARD NO. |

CHRONOLOGICAL RECORD OF MEDICAL
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR
FIRM" (41 CFR) 201-202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT.  TREATING ORGANIZATION  (Sign each entry) |
|------|---------------------------------------------------------------------------|

**Pain Level:**   1   2   3   ④   5   6   7   8   9   10

**PLAN:** _Call_

**Patient Education:**

( ✓ ) Discussed Test Results   ( ✓ ) Discussed Tx Plan

( ✓ ) Etiology, Complications, Prognosis, Prevention

( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   ( ✓ ) No Smoking

( ✓ ) Medication Dosage / Administration / Compliance / Side Effects

( ✓ ) Patient Understood Topics   ( ) Verbalized Understanding

( ) Instructed If Problems or if running our of medication, should sign up for sick-call or send cop-out.

**Diagnostic Studies:**  ( ) CBC / Dif ( ) U / A ( ) LFT ( ) Chem. Profile ( ) Lipids ( ) HgAlc

( ) PSA ( ) Viral Load ( ) CD4 ( ) Toxo Igg. ( ) Hepatitis Panel

( ) CXR ( ) EKG ( ) Others:

**Consultations:**  ( ) Optometrist ( ) Ophthalmologist ( ) Orthopedic Surgeon

( ) Others:

**Referral for Vaccination:**  ( ) Influenza ( ) Pneumococal ( ) Other:

**Return to Clinic for routine Follow-Up on:**   5 mo

**Treatments(s):**

Albuterol ii puffs Bid #1 RF4

Azmacort ii Bid #1 RF4

Discontinue → Singulair 10mg ( not taking )

Motrin 800mg tid X d #30 RF1

Reviewed By
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

AUTHORIZED FOR LOCAL REPRODUCTION

SN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
| 05/14/04 1950 | Please See Injury Report For this date/time, along w/ idle for 5/15/04  B. Douthit EMT-P  **B. Douthit, EMT-P**  **FCI McKean** |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 51627-060    WARD NO.

Siggers, Kevin

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | |
|------|---|
| | **CLINIC(S):** ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines ( ) Lipid (X) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General ( ) Other: |

7/25/04

030

**SUBJECTIVE:** (Chief Complaint)

↑ SOB, ↑ wheezing, "asthma" acting up lately

Med. Compliance: last Apparent inhale

**OBJECTIVE:** (Review System)  Age:  Sex: Male  Race:

B/P: 140/90  P: 70  Wt: 263  T:  R/R: 14  SO2%:  Peak Flow: 300

HEENT:  Last Op / Opth. Eval.:

Heart: RRR, ↓M, ↓G

Lungs: Clear

Abdomen:

Genital / Rectal:

Extremities: 0 edema

Neuro:

Recent Lab Results:

**ASSESSMENT(S):** (1) Asthma

**DSM IV Classification**

| | |
|---|---|
| Axis I: | Axis IV: |
| Axis II: | Axis V: |
| Axis III: | |

Preventive Care:  Diet: OK  Exercise: OK

Tobacco Use: NO  Medication Side Effects: none

| PITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT **FCI McKean** |
|---|---|---|---|
| NSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |

IENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; o. or SSN; Sex; Date of Birth; Rank / Grade)

S. iggers, Kevin

REGISTER NO. 51627-060  WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA / ICMR
FIRMR (41 CFR) 201-202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

**Pain Level:**   1   2   3   4   5   6   7   8   9   10

**PLAN:**

**Patient Education:**
(  ) Discussed Test Results   (X) Discussed Tx Plan
(X) Etiology, Complications, Prognosis, Prevention
(  ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes   (  ) No Smoking
(X) Medication Dosage / Administration / Compliance / Side Effects
(X) Patient Understood Topics   (  ) Instructed If Problems
or if running our of medication, should sign up for sick-call or send cop out.

**Diagnostic Studies:** (  ) CBC / Dif  (  ) U / A  (  ) LFT  (  ) Chem. Profile  (  ) Lipids  (  ) HgAI
(  ) PSA  (  ) Viral Load  (  ) CD4  (  ) Toxo Igg.  (  ) Hepatitis Panel
(  ) CXR  (  ) EKG  (  ) Others:

**Consultations:** (  ) Optometrist  (  ) Ophthalmologist  (  ) Orthopedic Surgeon
(  ) Others:

**Referral for Vaccination:** (  ) Influenza  (  ) Pneumococal  (  ) Other:

**Return to Clinic for routine Follow-Up on:** 3 mo

**Treatments(s):**
① Proventil inhaler 2 puffs QID Prn H1 Rx
② Azmacort inhaler 4 puffs BID H1 Rx
③ Singulair 10 mg QD #30 RX3
④ Naprosyn 275 mg TID Prn #21

Reviewed By:
V. Geza, PharmD

Dennis Olson, MD
Physician

7540-00-634-4176    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

1/26/04
2640hr

(S.) 33 y/o AA Asthmatic ♂ c/o Episodic dizzy & Facial/Frontal HA's × 8 days
- Denies - Syncope, ↓ Vision, HL, N/V/D, URI, Wheeze/cough
- Reports - dizzy as short L/min burst vertigo c̄ sense of visual sparkles ⊕ ↑ Snoring per Cellmate
- Reports - Asthma in ✓ c̄ reg. use asthma Meds as painted

(O.) CAOx3, NAD, Ambulatory, Dapper, NL Gait
(VS:) 120/78, 68, 12, Temp 97⁰
      FSG - 114 (last intake 2000 2/5/04)
      PF's - 425/400/450
Ears ⇒ Tm's Intact, ⊕ Retracted, ⊘ Fluid
Nose ⇒ ⊕ Mucosal Edema ⊕ Boggy Turbs, Tenacious Mucus Secr. c̄ Crusting
Face ⇒ ⊕ tender PNS's Palpate/Percuss (LT ≥ RT)
Oral ⇒ Intact, ⊘ lesion, ⊘ PND, ⊘ Erythema ⊕ tonsils 2+ Smooth ⊘ Exudate
Neck ⇒ SNT, FROM, ⊘ LA, ⊘ TM, ⊘ Bruits, ⊘ JVD
Chest ⇒ CTA B ⊘ Wheeze; HRT ⇒ RRR, S₁, S₂, ⊘ Murm
Neuro ⇒ PERRLA, EOMI, ⊘ Nystagmus, CN's II-XII Gross Intact ⊘ Rhom ⊘ Hallpike

(A.) Rhinosinusitis (VIRAL), PAR, Asthma as Spry. Intake T.I.D.
(P.) Saline Nasal Spray via Commissary - 1 Spry. Intake T.I.D.
 • Atrovent ⊘ MDI/160 H ×5 day. #20 ⊘ RF
 • Nasal FNS @ 1° Nose BID #1 c̄ 1 RF.
 • Continue Meds c̄ Advil via Comm. PRN, RTC PRN
 • Pt. Understand & F/u Dr. BEAM PRN/x/mos.

Reviewed By:
 Geza, PharmD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME  Robert E. Piotrowski, PA-C  FCI McKean | SSN/ID NO. | RELATIONSHIP TO SPONSOR | FCI McKean |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 51627-060    WARD NO.

SIGGERS, Kevin

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 4/20/04 0930 | (S) Cnt. to c/o rt. hip pain #x 6SW 1984 c̄ hardware & possible arthritis pain 6 on 1-10 scale Plays ball |
| | (O) WDWN amb. s̄ problem exam — ∅ edema, FROM no difficulty ambulating or getting up and down from exam table. Plays basketball |
| | (A) c/o Rt. hip pain R/o arthritis |
| | (P) 1) Cnt. to use OTC pain med |
| | 2) x-ray Rt. hip |
| | 3) Educated on use of OTC, plan of care, F/U after x-ray & agreed c̄ plan          J Glenn FNP-C |

J. Glenn, FNP-C
FCI McKean

MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

AUTHORIZED FOR LOCAL REPRODUCTION

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( )Cardiac ( )Hypertension (—)Diabetes ( )Infectious ( )Endocrine

( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other: _Asthma_

**1/30/04**
**1310**

SUBJECTIVE: (Chief Complaint)

feeling better on inhaler

no sequelae from assault

OBJECTIVE: (Review System) Age: **33** Sex: Male Race:

B/P: **100/60** P: **70** WT: **256** T: R/R: SO2%: Peak Flow:

HEENT: _OU_ _____ Cotro/ClUTH Last Op/Oph. Eval:

Heart: _OK_ _____ NT WT neg

Lungs: _Clear_ _____ **300**

Abdomen: **330**

Genital/Rectal: **280**

Extremities:

Neuro: c/o hemorrhoid

Recent Lab Results:

ASSESSMENT(S): P/U CXR wnl
DSM IV Classification
  Axis I:
  Axis II:
  Axis III: _Asthma_

Preventative Care: Diet _____ Exercise **+/-**

Tobacco Use?: **no** _____ Medication Side Effects: **no**

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT
FCI McKean

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. **51627-060** | WARD NO.

_Kenneth Siggers_

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORG., _____ATION (Sign each entry)

Pain Level: ~~1~~ 2   3   4   5   6   7   8   9   10

PLAN:                                    *Allergies x*

Patient Education:                       *Compeles q*

( *•* )Etiology, Complications; Prognosis, Prevention ( )Diet, Diabetic/Cardiac/ 

Disease, Lifestyle Changes ( )No Smoking ( )Medication Dosage/Administration/

Compliance/Side Effects ( )Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgAlc

                    ( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

                    ( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

                    ( )Others:


Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on: 3m

Treatment(s):


Albuterol ii puffs Qid # 1 RF-2
Azmacort IV puffs Bid # 1 RF-2
(add) Singulair 10 mg i po QD # 30 RF-2
Benadryl 25 mg i po tid # 30 RF-3
Dulcolax tabs 5mg ii po QD # 10 RF-0


Steven Labrozzi, RPh
Pharmacist

H. BEAM, MD
FCI McKEAN

FPI, LEX    Printed on Recycled Paper

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|
| | SHU Sick call |
| 11/29/03 2120 | S c/o recurrence of neck infection (see 3/12, 3/20, 3/28/03) x 1 week. |
| | O NAD  T = 97.7°F |
| | SKIN: ⊕ 0.5 cm induration at nape of neck ⊖ suppuration. |
| | A Furuncle |
| | P 1. Tetracycline 500 mg  1 po ac x hs on empty stomach with full glass of water.  #40  NR  SHU |
| | 2. Pt. understand Tx plan. 3. FU prn via SHU s/c. |

Reviewed By
V. Geza, Pharm D  12/1/03 — Steven Labrozzi, PA-C
Physician Assistant

REVIEWED BY [signature] 12/1/07   H. BEAM, MD FCI MCKEAN

| 12/19/03 1700 | Adm. needs Fu cxR H? Tos promised 7/23/03 will order [signature] |
| | H. BEAM, MD FCI MCKEAN |
| 12/30/03 1030 | Inmate given 37 pp. Medical Records  J. Petruzzi HIT  T. Petruzzi, HIT |

7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/29/03 1230 | 4 pages of medical records    _T. Petruzzi, HIT_<br><br>T. Petruzzi, HIT |
| 11-18-03 1145 | Please see incident report    B Saylor NP-C<br><br>**BONNIE SAYLOR, CN-P**<br>**CERTIFIED NURSE PRACTITIONER** |
| | Steven Labrozzi, RPh<br>Pharmacist |
| 11/19/03 1530 | check back |
| SHU | S/ inmate assaulted yesterday suffering<br>blow to face & momentary loss of conscious-<br>& cut to bridge of nose |
| | needle in place in situ |
| | O) alert - looks OK  sl swelling @ bridge<br>of nose &, at L eye  1cm burst of skin<br>bridge of nose - well approximated in natural<br>position  Eyes: vision ?, field intact |
| | A) facial contusion - & small laceration bridge of nose |
| | P) PTEd. reassurance, Keep laceration clean c |
| 11/20/03 | soap & water,    F/u chronic care c pcm |
| Reviewed By:<br>V. Geza, PharmD | Albuterol 2 puffs qid  #1 RFz |
| | Azmacort 2 puffs Bid #1 RFz |
| | Benadryl 25mg po HS x 21 RF 12 |

| HOSPITAL OR MEDICAL FACILITY | | | | RECORDS MAINTAINED AT |
|---|---|---|---|---|
| | | | | FCI McKean |
| SPONSOR'S NAME | STATUS | SSN/ID NO. | DEPART./SERVICE | RELATIONSHIP TO SPONSOR |
| | | | | WARD NO. |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO.
51627-060

H. DEAM, M.D.
FCI McKEAN

Siggers, Kevin

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SYMPTOMS, DIAGNOSIS, TREATMENT, IDENTIFYING ORGANIZATION, each entry

CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine

( ) Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other: _Asthma_

28/03

**SUBJECTIVE:** (Chief Complaint)

745

c/o itching face & legs

Asthma inhaler 1 to 4 x/d day

4 days ou

**OBJECTIVE:** (Review System) Age: 32   Sex: Male   Race:

B/P: 100/70   P: 70   Wt: 247#   T:   R/R:   SO2%:   Peak Flow:

HEENT: O₂C   no rary   Last Op/Opht: Eval:

Heart: 5 to                                    210

Lungs: Clear                                  200

Abdomen:                                       200

Genital/Rectal:

Extremities:

Neuro:

Recent Lab Results:

**ASSESSMENT(S):**
DSM IV Classification
Axis I: _Depression Stable_

Axis II:

Axis III: _Asthma_
Preventative Care: Diet _watch_   Exercise _yes_

Tobacco Use?   _Recit_   Medication Side Effects: _no_

| OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| 'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 51627-0(e0   WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

_Kevin Siggen_

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

Pain Level: 1 2 3 4 5 6 7 8 9 10

PLAN:

Patient Education:

( ✓ )Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/ .

Disease, Lifestyle Changes ( ✓ )No Smoking ( ✓ )Medication Dosage/Administration/

Compliance/Side Effects ( ✓ )Patient Understood Topics ( ✓ )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )Hg

( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Pane

( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on: 3 mo

Treatment(s):

Albuterol ī puff q id # 1 RF2

Azmacort IV puff Bid #1 RF

Prednisone 5mg 8po and decrease

One Q2 days #72 RFO

Benadryl 25ug ī po tid #30 RF

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|
| 10/17/03 0900 | (S) c/o skin itching & bumps on elbows x > 1 wk |

(O) NAD

exam - ⊖ rash or erythema
elbows - few dry areas

(A) subjective itching

(P) 1) Benadryl 25 mg ī po BID prn #15 NR

2) Hydrocortisone crm to areas on elbows BID #1 NR

3) Educated on Rx, use warm H₂O, not hot & f/u cac verbalized understanding

J. Glenn FNP-C
J. GLENN FNP-C

Reviewed By:
V. Geza, PharmD

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

Adler

**8/7/03**
**(1400)**

CXR = Hilar prominence F/U recommended

Plan - F/U CXR 3mo

H. BEAM, MD
FCI MCKEAN

**9-17-03**
**1140**

S: c/o constipation "off + on x 2 wks." Using metamucil ē relief. ⊕ Internal hemorrhoids causing pain ē defecation. Seeks tx.

O: NAD.

A: Constipation ē internal hemorrhoids

P: Mag Citrate #1, drink whole dose. ⊗ R. Pt. education re: constipation, RTC prn. Pt. understand.

P: Fibercon, →tabs po tid ē H₂O. #30+3 r.    B-suppos

Reviewed By:
V. Geza, PharmD

**9/23/03**
**0930**

Adler out of Albuterol

Refill Albuterol II puffs Qid #1 Ref 2.

Steven Labrozzi, RPh
Pharmacist

H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 57627-060    WARD NO.

Kevin Siggers

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 7-3-03 0950 | S: C/o "pain in chest that hurts and hurts more ē talking and deep breaths". Pain = 4/10. Pt. feels may be stress. Requests meeting ē Dr Rhinehart |
| | O: NAD. Appears well. Talking and moving easily ē no signs of discomfort, appears relaxed. |
| | A: chostochondritis VS. anxiety |
| | P: Continue meds as prescribed by Mr Lutrozzio |
| | - Consult ē Dr Rhinehart. Reassure EM. (Requesting idle for 1 week- denied.) Pt. education re: stress reduction.  K+C prn.  Pt. Understands. |
| | B Sanfn n r c |
| 7/16/03 0845 | S: C/o having breathing problems - states when exertion and/or laying down at night. States albuterol helps him breathe, but keeps him up. He found out that his job can possibly lead to silicosises. He does smoke - cigars ↑ 3 a day, for last 5 years. Did illegal (marijuana) "a lot of pot" before incarceration. C/o ear infection |
| | O: NAD |
| | Heart: RRR, S1, S2 |
| | Lungs: CTA bilateral, ⊖ wheezes, rales, rhonchi |
| | HEENT: wnl |
| | A: anxiety vs. emphysema |
| | P: ① Flu PRN |
| | ② check for schedule of CXR |
| | ③ Continue care    Ceri Asp PA-C    Eric Asp PA-C |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**4/14/03** — S rec'd abscess at nape of neck. IM is pleased c results
**1340** — O ⊖ erythema, ⊖ suppuration
slight induration / mass still palpable

A Abscess, resolving

P 1. Finish TCN.

2. No further Antibiotics

3. RTC if abscess re-grows.

*S. Labr*
**Steven Labrozzi, PA-C**
**Physician Assistant**

**5/14/03** — Inmate Rec'd 407pp Medical Records *T. Petruzzi · HIT*
**1030**
**T. Petruzzi, HIT**

**6-24-03** — S C/o SOB upon exertion   like tightness or heartburn in chest
**24 June 03** — C/o nosebleed. x 5 days. only at night
**0815** — O NAD  T = 97.4°F  BP = 132/86  wt = 253 lbs     Reviewed By:
                                                                        V. Geza, PharmD
HEENT: ⊕ tenderness to sinus tenderness
Turbinates + 25/4. several hemorrhage sites / blood crusts
seen in R nostril.
LUNGS: CTA. No wheezes.

A 1 Epistaxis R/o dry nasal passageways.  2 Exertional Dyspnea.
P 1. Albuterol 1-2 puffs QID prn. #1 NR
2. Saline Nasal Spray  2 sprays QID AND prn.  #1 Rx 2
3. WEIGHT LOSS! ↑ water intake
4. IM ED: use of meds. IM understands.
5. RTC prn.

**Steven Labrozzi, PA-C**
**Physician Assistant** *S. Labr*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 57627 060 | WARD NO. |
|---|---|---|

Siggers, Kevin

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 3/25/03<br>1500 | ⑤ rev' abscess on posterior neck.<br>Inm has no complaints. believes abscess has drnn<br>resn |
| | ⑥ 2-15 cm raised mass, posterior neck c̄ point.<br>⊕ suppuration |
| | ⑧ abscess |
| | © 1. Continue Keflex<br>2. Continue hot compresses<br>3. re' in 5 days |
| | *S. Lorn.*<br>**Steven Labrozzi, PA-C**<br>**Physician Assistant** |
| 3/26/03<br>1415h | Adm<br>culture methicillin resistant Staph Aureu<br>Sens to Bactrum. TCN<br>Stop Keflex (resistant)    √ Allergic<br>Rx Bactrum DS ; po Bid #20 RF0<br>Tetracyclin 500mg Qid #40 RF0    (M.Kelly) |
| | **H. BEAM, MD**<br>**FCI MCKEAN** |
| 4/8/03 emy<br>4-7 | ③ rev abscess |
| | ⑥ Nodule as on 3/25 : somewhat smaller. |
| 4/7/03 | ⑧ Abscess |
| 1400 | © 1. Tetracycline HCl<br>TCN 500mg    T po on empty stomach QID × 10 more days<br>#40 NR |
| | 2. rev in 7 days. |
| 4/7/03 | *Step* |
| Violeta Geta, PharmD, RPh<br>Chief Pharmacist | **Steven Labrozzi, PA-C**<br>**Physician Assistant** |
| | |
| | |

ISN 7540-00-634-4176                                          AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

2/12/03
0730

(S) Requests bandage for abscess and pain medication. (See note 3-11-03) Pain 5 on 1-10 scale

(O) NAD 98°

exam - 1 cm abscess rt. side ⊕ inch ⊕ drainage

(A) abscess

(P) 1) Motrin 800 mg    error/bg 2/12/03
1) Tylenol 500 mg ii po q8° prn
#30 RX1
2) Cont. Keflex per order
3) Educated on Rx & Treatment plan
4) F/U in 2 days, sooner if ↑ symptoms

J GLENN FMP-C

3/30/03
1000

(S) F/U for abscess see 3-12. IM STATES: abscess is much smaller
(O) 2-3 cm induration on nape of neck in scalp line
⊖ suppuration ⊕ evidence of prior hemorrhage / serosanguineous exudate
(A) Abscess
(P) 1. Keflex 500 mg  1 po QID x 10 more days    #40 NR
2. MRSA C+S. / culture swab taken
3. Rev Abscess in 5 days.

Steven Labrozzi, PA-C
Physician Assistant
FCI McKean

Violette Geza, PharmD., RPh
Chief Pharmacist

C.G.R PharmD, RPh
Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|
| 51627.060 | |

Siggers, Kevin

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 2/3/03 1145 | (S) Here for dsg Δ, pain 7 on 1-10 scale, taking med as ordered <br> (O) NAD 98² <br> Lt. arm - ↓ edema + erythema scant drainage noted area open <br> (A) F/u abscess / cellulitis <br> (P) 1) Cont. Keflex <br> 2) Bacitrain oint. to area BID c̄ bandaid Δ <br> 3) Supplies sent c̄ inmate <br> 4) Return 2/4/03 for recheck <br> 5) Educated as above <br> J GLENN FMP-C <br> Reviewed by D. Olson, MD <br> Date: 2/3/03 <br><br> Sickcall |
| 3/11/03 1330 | S/ 32 yo c̄ 5 day hx of boil on (R) posterior wall <br> O/ 1cm boil (R) post wall    T 96.6 <br> (A) Boil <br> (P) Hot packs BID   PF 8d <br> Keflex 500 ver > po Bid #40 <br> Recheck PRN |
| 3/11/03 | C/L Ca Pharm <br> Violette Geza, PharmD, RPh <br> Chief Pharmacist <br><br> H. BEAM, MD <br> FCI MCKEAN |

N 7540-00-634-4176

AUTHORIZED FOR LOCAL REPR

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

2/1/03
1230
(cont)

① ℞ Keflex 500 mg ÷ QID x 10 days
#8 given (after his. phs) NR
② Motrin 800 mg ÷ po T10 prn c̄
food/milk #8 given (after his
ph) #20 NR
③ Heat to area, elevate
④ F/U 2/2/03 12:30 c̄ NP
⑤ Educated on Rx, wound care & F/U

Reviewed by D. Olson, MD
Date: 2/3/03

J GLENN FMP-C

2/2/03
1230

Admin. Note - hxe for day 1
scant bloody drainage from
site, will F/U 2/3/03 12:30
Abx 2 days

J GLENN FMP-C

2/3/03
1160

Admin Note

H/O PCN allergy, given Keflex on 2/1/03, appears
not reaction

D. Olson, MD
Clinical Director

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade).

Siggers, Kevin

REGISTER NO. 51627-060

WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 10/16/02 1400 | See injury report this date. Rx: Motrin 800 mg error d/c 10/16/02 Tylenol 500 mg "ii" po q 6-8° prn #30 NR |
| 10/16/02 | Violette Geza, PharmD. RPh Chief Pharmacist        J. GLENN, FNP-C  J. GLENN, FNP FCI McKEAN |
| 1-16-02 2120 | S: Called down from unit by unit officer. Stated I/M cut his fingers @ work + they are still bleeding. O: NDD. Thumb + 3rd finger of (R) hand c̄ .5 cm + .2 cm lacerations across plantar aspect at pads. Edges clean, scant blood @ thumb wound. A: Minor lacerations x2 P: Wounds cleansed c̄ H₂O₂ + NS. Dermabond + steri-strips applied to thumb. Band aids applied to thumb + 3rd finger. Pt education: Keep wound clean + dry. Remove dsgs 1-2 days. RTC prn. Pt understands.        BONNIE SAYLOR, NP  FCI MCKEAN |
| 2/1/02 1230 | S: c/o pain & swelling lt. lower arm. had a cut that is now infected. states, she picked at the sore & washes hands. Pain 3 on 1-10 scale. O: NAD  99-66-18  122/64 lt. forearm area 3" by 4" edema, erythema c̄ two open areas c̄ scant drainage. Warm to touch A: cellulitis lt. forearm (cont.)        J. GLENN FMP-C |

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

**8/2/01**
**2145**   _See Injury Report_
Sandra L. Rimer, RN

**8-11-01**
**1030**   IM "no show" for FBS. — Bonnie Saylor, NP-C
Bonnie Saylor, NP

**09/06/01**
**1930**   _See Injury Report_
Sandra L. Rimer, RN

**9/7/01**
**0845**   I/M presented for F/u c̄ ankle sprain
⊙ Pain c̄ ankle, good strength ⊕ PT tender
over lateral malleolus ⊕ heat ⊙ effusion
⊕ distal pulses neuro sens intact
A Ankle sprain 2° to football
P prelim x-ray ⊙ for Fx
cont Tylenol as needed elevate rest
Pt I/U understands F/u prn

Reviewed by D. Olson, MD
Date: 9/7/01

C. Todd Montgomery
AHSA/SMLP

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | WARD NO. |
|---|---|

Siggers, Kevin
51627-060

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODU

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 2/5/01 | S- Concerned Re: FMH DM & Polyuria & Polydipsia. |
| 0845 | O- Skin w/D. ā edema BP 122/76 A&O Good Skin turgor |
| | A- Mult Cxn. |
| | P- Pt ed Assure Re DM. O. der FBS RTC pm |
| | Up & Ollet |
| | W. Flatt, MLP |

| | |
|---|---|
| 2/14/01 | See injury report |
| 2025 | Gracia Fairbanks PA |
| | **Gracia Fairbanks, MLP** |

| | |
|---|---|
| 8/2/01 | S: Pt referral episode of rectal bleeding due to hemorrhoids |
| 1330 | slight constipation. |
| | O: Abd w/o no rectal bleeding, swelling, itching or only |
| | discomfort; Abd: non painful, ↑ bowel sounds. |
| | A: Hemorrhoids / Constipation .. |
| | P: (1) H.C. suppositories #1 box ↑ BID rectally as needed |
| | (2) Dibucaine oint #1 use before & after each bowel movement |
| | (3) Stool softeners. #30 ↑ BID (noon dinner) |
| | (4) ↑ fluid intake, vegetables, fruits avoid spice food |
| | (5) RTN TO Sr if needed |
| | (6) Pt understanding etc. |
| | J. Gomez, MLP |
| | Reviewed by D. Olson, MD |
| | Date: ___ |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

Siggers Kevin
51627-060

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|

PSYCHIATRIC CLINIC: MOOD DISORDER

DATE: 1/5/00    3 00

SUBJECTIVE:

1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): *none*

2. Inquiry into current medical or psychological concerns of patient: *feels good, wants to stop Trazodone - says doesn't need it anymore*

3. Medication Compliance and Presence of Side Effects: *been refusing - none*

4. Use of Psychological Services: *n/a*

5. Current appetite: *good*

6. Sleep pattern: *good*

7. Ability to work: *good*

8. Current hobbies and sources of entertainment: *OK*

9. Status of relationships with significant relations, peers and staff: *OK*

10. Near and long term plans and goals:

11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: *none*

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial): *Siggers, Kevin*    SEX:

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO. 51627-060    DATE OF BIRTH

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

_600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|

**OBJECTIVE:**

1. Grooming and hygiene: *[handwritten]*

2. Weight:

3. Cognitive impairment (ability to focus on issues, realistic goals): *[handwritten]*

4. Affect: *[handwritten]*

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior):

**ASSESSMENT:**

1. Diagnosis:   Axis I: *[handwritten] O Depression*

   Axis II:

   Axis III: *[handwritten] arthritis*

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation:

   *[handwritten] none*

3. Medication Compliance, Side Effects, Drug Interactions:

   *[handwritten]*

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling:

2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). *[handwritten] refusal form signed*

3. Return to clinic: *[handwritten] DC*

4. Medications: *[handwritten] DC Trazodone*

Patient Education
 Dosage
 Special Instruction
C. Oyler, RcPh

D. Olson, MD
Clinical Director