# ATTACHMENT
# C
# PART  2

7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| EDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

12/3/00
2220 — *See injury report*

_J. Gomez, MLP_

·12-00
1105 — IM on callout today. Was not seen der. Compound is closed 2° to adverse weather.

_M. Tarr, MLP_

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 51627060    WARD NO.

_Siggers Kevin_

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

(face)                                                                                                    600-108

140-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

PSYCHIATRIC CLINIC: MOOD DISORDER

DATE

1 5 00

10 1 1

SUBJECTIVE:

1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): *None*    *4 hrs period.*

2. Inquiry into current medical or psychological concerns of patient: *none. doing OK*

3. Medication Compliance and Presence of Side Effects:

4. Use of Psychological Services: *Know about,*

5. Current appetite: *good,*

6. Sleep pattern: *Sleep well*

7. Ability to work: *OK.*

8. Current hobbies and sources of entertainment: *read, exercise.*

9. Status of relationships with significant relations, peers and staff: *Get well with everybody.*

10. Near and long term plans and goals: *Plan own business*

11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: *None.*

| PATIENT'S IDENTIFICATION (Use this space for mechanical Imprint) | RECORDS MAINTAINED AT: | ACH-KEAN HEALTH SERVICES | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial) *Siggers, Kevin* | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. *57627-060* | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

_600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**OBJECTIVE:**

1. Grooming and hygiene: *WNL*          *alert, r/o.*

2. Weight: *231*

3. Cognitive impairment (ability to focus on issues, realistic goals): *WNL.*

4. Affect: *good.*

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior):

**ASSESSMENT:**    Axis I: *Depression*

1. Diagnosis:    Axis II:

    Axis III: *arthritis hx*

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation: *None.*

3. Medication Compliance, Side Effects, Drug Interactions: *Good.  None*

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling:

2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). *Husselie tuesday*

3. Return to clinic: *3 months*

4. Medications: *(1) Trazadone 50mg ī at HS p/c  ≥ 90 day*

Patient Education
_ Dr_____
_ Special Instruction
C. Oyler, R.Ph.

J. Gomez, MLP

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/15/00 0816 | See injy report. |
| | Patient Education |
| | ☐ Dosage |
| | ☐ Special Instruction |
| | C. Oyler, R.Ph |
| | J. Gomez, MLP |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ FCI McKean

| PATIENT'S NAME *(Last, First, Middle Initial)* Singers Kevin | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 51627060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6 9 00<br>0800 | S: c/o sore Throat + pain in Chest x last 2-3 days. Chest hurts when takes a deep breath.<br>O: Lungs- CTA. Heart- RRR<br>Temp 98-68-20  BP 120/86<br>Ears- TM's benign. Nasal mucosa WNL<br>Throat- Post pharynx red + inflammed<br>Tonsils- enlarged + inflammed.<br>Ø exudate<br>A: Tonsilitis<br>P: E-mycin 250 mg #28 ī Q6h X OR<br>Tylenol 500mg #21 ī Q8h prn X OR<br>Pt educ. Warm Saline gargles. Take<br>meds as directed. RTC prn. Pt Under-<br>Stands  Gracia Fairbanks PA<br><br>Gracia Fairbanks, MLP |

Patient Education
— Dosage
+ Special Instruction
C. Oyler, R.Ph CNO

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI McKean

PATIENT'S NAME (Last, First, Middle Initial): Seggers, Kevin

SEX:

RELATIONSHIP TO SPONSOR:  STATUS:  RANK/GRADE:

SPONSOR'S NAME:  ORGANIZATION:

DEPART./SERVICE:  SSN/IDENTIFICATION NO.: 51627-060  DATE OF BIRTH:

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4 8 00 9 0810 | **PSYCHIATRIC CLINIC: MOOD DISORDER**<br><br>SUBJECTIVE:<br><br>1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): Getting along well c̄ staff + IM's<br><br>2. Inquiry into current medical or psychological concerns of patient: Knows Services are available<br><br>3. Medication Compliance and Presence of Side Effects: Wants to ↓ medic. (Trazodone) to 50mg @ hs. Makes him too tired<br><br>4. Use of Psychological Services:<br><br>5. Current appetite: appetite good<br><br>6. Sleep pattern: Sleeps well<br><br>7. Ability to work: Works in Food Services<br><br>8. Current hobbies and sources of entertainment: Reads alot + writes<br><br>9. Status of relationships with significant relations, peers and staff: Gets along well c̄ others. Is going to<br><br>10. Near and long term plans and goals: Keep to run own business<br><br>11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: Denies |

PATIENT'S IDENTIFICATION (Use this space for mechanical Imprint)

| RECORDS MAINTAINED AT: | BELMONT HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Jyotho, Kevin | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 57627-060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|----------------------------------------------------------------------|

**OBJECTIVE:**

1. Grooming and hygiene: *Good*

2. Weight: *244 1/2 #*

3. Cognitive impairment (ability to focus on issues, realistic goals): *Able to focus on tasks*

4. Affect: *Good*

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior):

**ASSESSMENT:**

1. Diagnosis:
   Axis I: *Depression*
   Axis II: *—*
   Axis III: *arthritis*

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation: *None*

3. Medication Compliance, Side Effects, Drug Interactions: *Good*

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling:

2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). *6/9/00*

3. Return to clinic: *3 months*    *D. Olson, MD Clinical Director*

4. Medications:

*Dose ↓    Trazodone 50mg #10 T tab QD @ HS PL x 9R*

Patient Education
— Dosage
— 1. Special Instruction *UW3*

*Gracia Fairbanks, MLP*

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/2/00 1/3/00 | PSYCHIATRIC CLINIC: MOOD DISORDER |
| | SUBJECTIVE: |
| | 1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): |
| | 2. Inquiry into current medical or psychological concerns of patient: |
| | 3. Medication Compliance and Presence of Side Effects: |
| | 4. Use of Psychological Services:  *Failed to keep appts* |
| | 5. Current appetite:  *Severe Weather resched* |
| | 6. Sleep pattern: |
| | 7. Ability to work: |
| | 8. Current hobbies and sources of entertainment: |
| | 9. Status of relationships with significant relations, peers and staff: |
| | 10. Near and long term plans and goals: |
| | 11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: |

PATIENT'S IDENTIFICATION (Use this space for mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial)  Jiggins, Kevin | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.  51627-060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---|
| | **OBJECTIVE:** |
| | 1. Grooming and hygiene: |
| | 2. Weight: |
| | 3. Cognitive impairment (ability to focus on issues, realistic goals): |
| | 4. Affect: |
| | 5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior): |
| | **ASSESSMENT:**    Axis I: |
| | 1. Diagnosis: Axis II: |
| | Axis III: |
| | 2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation: |
| | 3. Medication Compliance, Side Effects, Drug Interactions: |
| | **PLAN:** |
| | 1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling: |
| | 2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). |
| | 3. Return to clinic: |
| | 4. Medications: |

(1) Trazodone 50mg II HS X 30 days

Patient Education
— Dosage
— Special Instruction
C. Dvier. R.Ph W.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 5/19/00 0745 | (cont) P: Allerfin #15 ī bid x OR |
| | Tylenol 500mg #15 īī Q8h prn x OR |
| | Pt ed. Rest. ↑ fluid intake. Take |
| | media as directed. RTC prn. Pt under- |
| | stands |
| | *Gracia Fairbanks PA* |
| | **Gracia Fairbanks, MLP** |
| | 5/19/00 |
| | D. GENOVESE CLINICAL DIRECTOR |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ► FCI MCKean

PATIENT'S NAME:(Last, First, Middle initial)  Sutphens, Lewis    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.  81627-060    DATE OF BIRTH

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-------------------------------------------------------------------------|
| 5/12/00 0807 | S: c/o burning on urination + lower abdominal pain x last 1 week → worsening over last 4-5 days. Has noticed occas. blood in urine |
| | O: Temp 97° 68 20 Abd soft. (+) tenderness LLQ on palpation. (+) L CVA tenderness Ø organomegaly. Ø masses BS present |
| | A: ? UTI |
| | P: ? UA today Will reevaluate p U/A results ↑ fluids Tylenol 500mg #21 TT Q8h prn x OR Pt understands

*Gracia Fairbanks PA*

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph. |
| | **Gracia Fairbanks, MLP** |
| 5/19/00 0945 | S: c/o SOB, cough 5 yellow mucous prod. + pain in chest x 3-4 days. |
| | O: Temp 96° 76 20 Lungs- CTA    Heart-RRR. Throat-clear. Neck- Ø palpable nodes Ears- TM's benign. Nasal mucosa red + irritated. Ø sinus tenderness |
| | A: URI |
| | (Cont) |

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/30/00 0925 | S - Wants P/L med filled - Also wants Rx for Jnt Pn <br> O - + Hypertrophic Δ ② Knee. + crepitance. <br> A. Arthritis, <br> P - Pt cnt'd Dx's P/L Tabs Un Jmelds. RTC prn <br> Δ P/L To 8³⁰pm <br> EST #24p ī Q1D prn × 2. <br> *Patient Education* <br> ─ Dosage <br> ─ Special Instruction <br> C. Oyler, R.Ph <br> W. Flatt, MLP |
| 3/30/00 1000 | Admin Note <br> Change Trazadone dose to HS <br> *Patient Education* <br> ─ Dosage <br> ─ Special instruction <br> C. Oyler, R.Ph <br> D. Olson, MD <br> Clinical Director |
| 4/20/00 0830 | S: Pt referred diarrhea in /OFF ×1/week /old? <br> O: Alert W/O B/P 130/80 P 70 RCR, hydrated <br> Abd: soft depressable, Normal sounds, that illness well hydrated <br> A: Viral Syndrome / Diarrhea <br> P: ① Actifed ī Po D #10 <br> ② Tylenol 325 ī /8hrs #20 <br> ③ Pepto Bismol #1 + Kaopect. tid <br> ④ Clear liquid diet 12/16 hrs. <br> ⑤ Follow up in s/c if needed. <br> ⑥ Pt understands <br> *Patient Education* <br> ─ Dosage <br> ─ Special instruction <br> C. Oyler, R.Ph <br> J. Gomez, MLP |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | ▶ | FCI McKean |  |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) <br> Snyger, Kevin | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. <br> 51677-060 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84) <br> Prescribed by GSA and ICMR <br> FIRMR (41 CFR) 201-45.505

JO-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

PSYCHIATRIC CLINIC: MOOD DISORDER

**DATE**
3/60
1345

**SUBJECTIVE:**

1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): *None  Ms compliant*

2. Inquiry into current medical or psychological concerns of patient: *doing o.K.*

3. Medication Compliance and Presence of Side Effects: *good*

4. Use of Psychological Services: *yes*

5. Current appetite: *excellent*

6. Sleep pattern: *good*

7. Ability to work: *work in FIS exercise*

8. Current hobbies and sources of entertainment: *work out*

9. Status of relationships with significant relations, peers and staff: *good relation*

10. Near and long term plans and goals: *not decided*

11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: *None*

PATIENT'S IDENTIFICATION (use this space for mechanical Imprint)

RECORDS MAINTAINED AT: ► FCI McKean
MENTAL HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial): *Siggers, Kevin*

SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO. *3.627-660*    DATE OF BIRTH

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-8
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

500 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|
| | **OBJECTIVE:** |
| | 1. Grooming and hygiene: *good* |
| | 2. Weight: 240 |
| | 3. Cognitive impairment (ability to focus on issues, realistic goals): |
| | 4. Affect: *none* |
| | 5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior): |
| | **ASSESSMENT:**  Axis I:  *Depression* |
| | 1. Diagnosis:  Axis II: |
| | Axis III: |
| | 2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation:  *none* |
| | 3. Medication Compliance, Side Effects, Drug Interactions:  *no side effect* |
| | **PLAN:** |
| | 1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling: |
| | 2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage).  *understand* |
| | 3. Return to clinic:  *3 mo.* |
| | 4. Medications:  *TRAZodone 50 mg II tab. HS QD #20 RXX* |

Patient Education
___ Dosage
___ Special Instruction
C. Oyler, R.Ph. (?)

3/30/00

W. Hamandi
W. Hamandi, MLP

D. Olson, MD

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------|
| 2/14/00 0745 | S: Pt w/ hx of pain in (Rt) hip. w hx of arthritic pain. needs Tylenol. |
| | O: Alert W/O pain/chaching bone in/off especially in weather change. No hx of recent trauma full ROM on joint |
| | A: ○ Arthritis |
| | P: ①) Tylenol 500 ii/6-8 hrs #20 Rt i ②) Moist heat locally. ③) follow up in s/c ④) Pt medtaking OK |

Patient Education
___ Dosage
___ Special Instruction
C. Dyler, R.P.

J. Gomez, MLP

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

| | |
|---|---|
| 1-25-00<br>0850 | S: c/o (L) ear pain > (R) ear. feeling of<br>congestion, fullness, ↑ drainage<br>O: (L) ear : retracted TM   no erythema<br>  (R) ear :   WNL<br>   mild pharyngeal inj.<br>   mild maxillary sinus tenderness<br>A: Sinusitis<br>P: Cipro 500 mg BID #20    1/25/00<br>  , Allerfrin #10 ī BID   Rx 1    D. OLSON, M.D.<br>  , Pt. Educ: ↑ fluids, understands<br>  , F/u next week.    [signature]<br>       M. Tarr, MLP |
| 2/3/00<br>0755 | S: Pt. referred "days" w/ sinusitis (pain)<br>O: Alert, w/o, T. 98²  sinus congestion<br>RCR, myclear, P - 70,  Sinus tenderness, stuffy nose.<br>A: Sinusitis hx. /earache/discomfort (R) ear<br>P: (1) Corticosporin Otic drop #1 ī drop<br>   affected ear (Rt) tid<br>  (2) Allerfrin #10 ī BID<br>  (3) Tylenol 325 mg ī /8 hrs #20<br>  (4) ↑ fluid. gargles.<br>  (5) Pt. understanding OK   [signature]<br>       C. Gomez, MLP<br>       FCI McKean |

Patient Education
Dosage
C. Oyler, R.Ph. CHO

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial)<br><br>Siggers, Kevin | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.<br>51627  5/627-066 | DATE OF BIRTH<br>8-22-70 |

CHRONOLOGICAL RECORD OF MEDICAL CARE   **STANDARD FORM 600** (Rev. 6-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 1-13-00 0750 | S: c/o pain on both ears sore throat x a month. States dropped Cipro pack + le O> T = 98.7  then - 12/27. HEENT: WNL Ears: pearly TM's, no erythema pharynx- WNL, min. sinus tenderness c/l: clear to auscultation, no wheezes A: Sinus Congestion P> Actifed #10 ī BID > Tylenol 500 mg #20 ī Q 4-6H prn pain Rx > Antibiotics not indicated at present > H-Educ: ↑ fluids, understands > F/u prn                    M. Tarr, MLP |

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph (n1)

| 1/24/00 0755 | S Congestion in the chest, Coughing yellow mucous & earache. O Temp 97.4  Pulse 70  Resp. 12 HEENT Congested nose & throat. Ears normal  Chest clear  Heart RRR abd Soft no organomegaly A FLU P Pt. educ that this is flu & to continue on CTM & Tylenol & this will take Some Tie to clear FLU — SIC PRN                    W. Hamandi, MLP |

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/6/00 | S: Pt needs meds x hemrrioids. |
| 0820 | O: Alert W/o small bleeding, swelling  B/P 120/78 |
|  | A: Hemirioids. |
|  | P: ① H.C. Hemorroidal suppositories #1 box  use BID   RX1 |
|  | ② Dibucaine oint #1 use before and  after each bowel movement x RX1 |
|  | ③ Docusate 100mg #10  1/day. RX1 |
|  | ④ ↑ fluid, vegetables, fruits intake |
|  | ⑤ Pt understanding OK. |

Patient Education
— Dosage
— Special Instruction
C. Dyler, R.Ph

1/6/00

J. Gomez, MLP

D. Olson, MD
Clinical Director

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶  FCI McKean

PATIENT'S NAME (Last, First, Middle initial)  Stegers Kevin    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO.  51627-060    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|------|--------------------------------------------------------------------------|

12/20/99
0800

(S) Wants his medication to be changed from 830 to 530 because he cannot wake up early in the morning to go to work & wants to sleep early & wake up early

(O) deferred

12/20/99
D. Olson, MD
Clinical Director

(A) depression (Trazodone)

(P) Can have his medication at 530 PM instead of HS

Pt. education about the Psych. medication understand F/U - SIC

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph  CHO

W. Hamandi, MLP

---

12/27/99
0745

S— "cold" x 3 wks, sore throat, occas cough
(+) ear ache, (+) smoker, body aches, yell mucous

O— T (Thermo probe)
HEENT - (+) nasal disch, mild max sinus tender
(+) pharyng injes c exudate, ↑ (+) anterior nodes (cx)
J Ns - yes WNL
Lungs— clean

A— (1) Viral Synd (2) Sinusitis

P— (1) Cipro 500mg Q12h #20
(2) Actifed ī 1 ID Prn #15
(3) Tylenol 500mg īi Q8h Prn #25
(4) Convial 12/27 → 12/30/99
(5) Pt Ed— rest, fluids, med use, understands
(6) RTC if ī better

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph  CHO

D. OLSON, M.D.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12/13/99 0830 | S: Stated hemorrhoids were acting up<br>O: declined<br>A: Hemorrhoids<br>P: Hydrocortisone rectal supp 25 mg #12<br>insert 1 supp bid x 1R<br>Docusate Sodium 100 mg #10 1 PO QD<br>x 1R. Drink plenty of H2O<br>Pt educ - RTC prn. Pt understands<br>Gracia Fairbanks PA<br>Gracia Fairbanks PA |
| 12/16/99 0745 | S: c/o R ear pain c cough, missing 1-5 days.<br>w/ yellowish phlegm, works F/S<br>O: R ear  no eryth, no pain on movt.<br>of tragus, TM okay<br>C/c: clear to auscultation<br>A: URI<br>P: Erythromycin 250 mg #40 1 QID x 10 d.<br>, Guaifenesin LA #10 1 BID<br>, Tylenol 500 mg #12 1 Q4-6H prn pain<br>+ Pt. Educ: Paral fluids, understands<br>, F/u prn, Idle x 2d.<br>M. Tarr, MLP |

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph CNS

| RECORDS MAINTAINED AT: ► | FCI McKean |
|---|---|

| PATIENT'S NAME (Last, First, Middle Initial). | | SEX |
|---|---|---|
| Siggers, Kevin | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.  51627-060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

600-108

JO-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**2/1/99**
**1320**

PSYCHIATRIC CLINIC: MOOD DISORDER

SUBJECTIVE:

1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): None

2. Inquiry into current medical or psychological concerns of patient:
   Nothing doing O.K

3. Medication Compliance and Presence of Side Effects:
   good

4. Use of Psychological Services: yes

5. Current appetite: good - excellent Stoped Smoking

6. Sleep pattern: Sleep medic. work O.K no bad dream peaceful

7. Ability to work: good in unlar

8. Current hobbies and sources of entertainment: walking work out

9. Status of relationships with significant relations, peers and staff:
   Good relation with his peers

10. Near and long term plans and goals: +

11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: none

PATIENT'S IDENTIFICATION (Use this space for mechanical Imprint)

RECORDS MAINTAINED AT: F.C.I. McKEAN

| PATIENT'S NAME (Last, First, Middle Initial) SIGGERS Kevin | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 51627-060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

500 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|----------------------------------------------------------------------|

**OBJECTIVE:**

1. Grooming and hygiene: _good_

2. Weight: _230_

3. Cognitive impairment (ability to focus on issues, realistic goals): _good_

4. Affect: _norm_

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior):

**ASSESSMENT:**  Axis I: _Depression_

1. Diagnosis:  Axis II:

    Axis III:

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation:

    _none_

3. Medication Compliance, Side Effects, Drug Interactions:

    _good    no side effect_

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling:

2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). _understand_

3. Return to clinic: _3 mo._

4. Medications: _TRAZadone 50 mg II tab. HS QD #60 RX2_
   Patient Education
   — Dosage
   — Special Instruction
   C. _____

W. Hamandi, MLP

STANDARD FORM 500 BACK (REV. 5-84)

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11-26-99 0755 | S: c/o ear pain x over a week & sinus congestion ; states father is insulin diabetic - also aunt, grandfather, uncle |
| | O: (+) sinus tenderness- maxillary /frontal eryth. outer ear canal (R) |
| | A: sinusitis / otitis externa |
| | P: Erythromycin 250 mg # 28  ī QID x 7d. |
| | , Allerprin #10 ī BID |
| | , Pt. Educ: ↑ fluids, understands |
| | , F/u pm |
| | Lab- request for FBS - filled. |
| | M. Tarr, MLP |

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph  CnU

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: ▶ | FCI McKean | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) Siggers, Kevin | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 51627- 060 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|

HEENT normal chest clear Heart RRR
abd. Soft no organomegaly Skin is normal
F/S eval. nothing was found
Pt. cleared for F/S at the present time

W. Hamandi, MLP

**11/19/99**
**0800**

S: c/o a flare-up of hemorrhoids x last 4 days. c/o small amt. of bleeding noted on toilet tissue p̄ moves bowels.

O: Pt. refused rectal exam

A: Hemorrhoids

P: Docusate Sodium 100mg #20 T po QD c̄ plenty of water x OR
Hydrocortisone rectal supp. 25mg #12 insert 1 supp. per rectum bid x TR

Pt. ed. ① Drink alot of H₂O
② Stop lifting weights @ present time
③ RTC prn

11/19/99   Gracia Fairbanks PA

Patient Education
⌐ Dosage
⌐ Special Instruction
C. Oyler, R.Ph.

D. Olson, MD
Clinical Director

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/4/99 0715 | S, Pt in SHU. c/o burning urination x few d. O, Abd: soft, no tenderness, no organomegaly A, R/o UTI P, UA requested , Treat according to results. , Pt advised to ↑ fluids.  M. Tarr, MLP |
| 10/20/99 0655 | S, c/o ↑ Sx of depression / insomnia; has spoken c̄ Psychologist O, appears depressed, otherwise other PE -wa A, Depression P, May ↑ Trazodone to 100mg QHS (2 caps of 50 mg) Pt advised availability of Psych svcs. → F/u prn     10/20/99          M. Tarr, MLP  Patient Education  Dosage  Special Instruction  C. Oyler, R.Ph  D. Olson, MD  Clinical Director |
| 11/17/99 0740 | In for F/s eval. refer to H&P on 10/28/98 & PPD on 10/13/99 which was 0x0 No hx. of diarrhea, cough, fever, rash or Lux IVDA |

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | FCI McKean |
|---|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial)  Siggers, Kevin | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO.  5627- 060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

JO-634-4176   C [illegible]                                                    600-108

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/3/99 | PSYCHIATRIC CLINIC: MOOD DISORDER |
| 1255 | SUBJECTIVE: |
| | 1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): *none* |
| | 2. Inquiry into current medical or psychological concerns of patient: *nothing, except the urinary trouble* |
| | 3. Medication Compliance and Presence of Side Effects: *good* |
| | 4. Use of Psychological Services: *yes* |
| | 5. Current appetite: *good* |
| | 6. Sleep pattern: *Sleep very well at night.* |
| | 7. Ability to work: *unclear* |
| | 8. Current hobbies and sources of entertainment: *walking* |
| | 9. Status of relationships with significant relations, peers and staff: *Talk a lot with peers* |
| | 10. Near and long term plans and goals: |
| | 11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: *none* |

PATIENT'S IDENTIFICATION (Use this space for mechanical Imprint)

| RECORDS MAINTAINED AT: | [illegible] HEALTH SERVICES | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | *Sayers, Kevin* | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. *5 962 7-060* | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-----------------------------------------------------------------------|

**OBJECTIVE:**

1. Grooming and hygiene: _good_

2. Weight: _218_

3. Cognitive impairment (ability to focus on issues, realistic goals): _good_

4. Affect: _norm_

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior):

**ASSESSMENT:**   Axis I: _Depression ?_

1. Diagnosis:   Axis II:

   Axis III: _urinary problem_

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation:

   _none_

3. Medication Compliance, Side Effects, Drug Interactions:

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling:

2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). _understand_

   _K.U.B ordered_

3. Return to clinic: _3 mo.  75_

4. Medications: _Trazadone 75 mg HS for 90 days_

   _enn_

   _9/7/99_

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.N.

D. Olson, MD
Clinical Director

W. Hamandi, MLP

7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

| DATE | |
|---|---|

**1/8/99**
**0930**

S — Hemorrhoids acting up today, discomfort c̄ BM, ± bleeding

O — Rectal — inmate refuses rectal exam

A — ① Hemorrhoids

P — ① Cdace 100 mg QD #10
② Hemorrhoid supp ↑ TID prn #12 RX1
③ PO Ed — ped use, diet (fiber), fluids
Ō straining, understands
④ RTC if ↑ bleed
⑤ ± dlv x 7 day

D. OLSON, M.D.

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph.

---

**8/3/99**
**0807**

Ⓢ 1. wants a refill for his haem. medic.
2. wants soft shoes as had had surg. on R. hip & R. limb is shorter

Ⓟ 1. deferred for his haem. medic.
2. The R. leg limb has scar from previous surgery nothing was found in relation to mov.

Ⓐ 1. haemorrhoid  2. hx. of previous surg. on R. leg.

Ⓟ haemorrh. sup. 1 sup. HS #1 RX1
metamucil 1 teaspoon ql HS #1

---

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶ McKean

PATIENT'S NAME *(Last, First, Middle initial)*   Rogers, Kevin      SEX

RELATIONSHIP TO SPONSOR      STATUS      RANK/GRADE

SPONSOR'S NAME      ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.   51627-060      DATE OF BIRTH

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|
| 8-3-99 Cont. | 3. Dr. olson was consulted to Soft Shoes. Stated that the inmate will be splied by meal. understood error. |
| | 4. Pt. educ. about taking vegitable & regulating his BM understood |
| | 5. F/u ~ Sic |

Patient Education
└ Dosage
└ Special Instruction
C. Oyler, R.Ph.

*W. Hamandi*

W. Hamandi, MLP

| 9/3/99 0745 | Ⓢ Burning micturition occasionally. The urine has blood which is not frank blood |
| | Ⓞ Temp. 97.6 Resp. 12 Pulse 70 There is no tenderness in the loin no regidity no organomegaly |
| | Ⓐ Burning micturition |
| | Ⓟ 1. urine |
| | 2. Pt will be reevaluated after his U.A. |
| | 3. Pt. educ. to drink a lot of water understood F/v ~ Sic |

*W. Hamandi*

W. Hamandi, MLP

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Psych Clinic

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 6/4/99 1230 | S: Doing OK, No reports. / Sports. "home sick |
| | O: stress out on/off good appetite, good meds |
| | PSYCHIATRIC compliance sleeping ± good ability to |
| | work. good mood. No suicidal or thought of |
| | death. good grooming/hygiene.  W 225 |
| | A: Depression |
| | P: ① Trazadone. 75mg H.S × 3 months. |
| | ② Pt understanding. OK 3 month appointment |

6/7/99

Gomez, MLP

Patient Education
— Dosage
— Special Instruction
C. Oyler, R.Ph

D. Olson, MD
Clinical Director

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: | FCI McKean |
|---|---|---|

PATIENT'S NAME *(Last, First, Middle Initial)*    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO. 51627060    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

540-00-634-4176                                                                600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**5 99**
**12 45**

PSYCHIATRIC CLINIC: MOOD DISORDER

SUBJECTIVE:

1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): *mod*

2. Inquiry into current medical or psychological concerns of patient: *occas stressed out*

3. Medication Compliance and Presence of Side Effects: *good    mod*

4. Use of Psychological Services:

5. Current appetite: *good*

6. Sleep pattern: *not sleeping well*

7. Ability to work: *OK*

8. Current hobbies and sources of entertainment:

9. Status of relationships with significant relations, peers and staff: *limited contact*

10. Near and long term plans and goals:

11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: *mod*

| TIENT'S IDENTIFICATION (Use this space for chanical Imprint) | RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial) *Jingers, Kevin* | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. *51627-060* | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

**OBJECTIVE:**

1. Grooming and hygiene: _mol_

2. Weight:

3. Cognitive impairment (ability to focus on issues, realistic goals): _↑_

4. Affect: _↓ flat_

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior): _fair_

**ASSESSMENT:**

1. Diagnosis: Axis I: _Depression_

Axis II: _——_

Axis III: _——_

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation: _none_

3. Medication Compliance, Side Effects, Drug Interactions: _good    none_

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling:

2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). _understands_

3. Return to clinic: _3 mo_

4. Medications: ① ↑ _Trazodone to 75 mg HS X 90 dy_

Patient Educ -
Dosage
Special Instructions
Understood
Chart ~

D. OLSON, M.D.

Case 1:03-cv-00355-SJM-SPB    Document 48-6    Filed 02/16/2006    Page 34 of 41

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

3 | 2 | 99

1300

HYPERTENSION CLINIC

Subjective Findings:

a.  Medical complaints or concerns of patient:

*No new complaints*

b.  Health Promotion/Disease Prevention Assessment:

    1. Cessation of smoking: *N/A*

    2. Diet: *needs improved ↓ fat*

    3. Activity: *currently poor 2° to weather*

    4. Medications:

        (1) Drug side effects: *N/A*

        (2) Drug interactions: *N/A*

    5.  Patient Compliance with Therapeutic Regimen: *N/A*

c.  Impact of Condition on Activities of Daily Living: *none*

d.  Need for special accommodations: *NO*

Objective Findings:

a.  Temp: 97.3  Pulse: 70    Resp: 12    BP: 120/70    Weight: ~~223~~ 229

b.  Fundoscopic Examination: *pupils not dilated ∴ limited*

    Thick, Dull Vessels               Localized or Generalized

    (Copper Wire)                    Narrowing of Arterioles

    Present      Absent              Present      Absent

    A-V Nicking                   Flame Shaped Hemorrhages

    Present      Absent              Present      Absent

    Cotton-wool patches            Optic Disk Swelling

    Present      Absent              Present      Absent

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) *Scapps, Kevin* | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 8 | 627-060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

F_600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|

c. **Cardiac Examination:**

Loud Aortic Second Sound              Left Ventricular Heave

Present    (Absent)              Present    (Absent)

Ejection Click              Presystolic Gallop

Present    (Absent)              Present    (Absent)

d. **Lungs:**    (Clear)    Wheezes    Rales    Ronchi

e. **Thyroid Gland:**    WNL

f. **Diagnostic Studies**

| | Result | | Date of Exam |
|------|------|------|------|
| (CBC) | (WNL) | Abnormal | 10/98 |
| UA | WNL | Abnormal | |
| SMA 20 | WNL | Abnormal | |
| Lipids | WNL | Abnormal | |
| EKG | WNL | Abnormal | |
| CXR | WNL | Abnormal | |
| Optometry Consult | WNL | Abnormal | |

**Assessment:**

a: **Diagnosis:** Hx HPTN cement NC

b: **Disease Progression or Complications:** Stable

c. **Therapeutic Efficacy:** N/A

**Plan:**

a. **Medications:**    None

b. **Next Diagnostic Studies Due:** N/A

c. **Return to Clinic:** D/C nchr    3/2/99

d. **Patient Education: (Check Topics Discussed)**

( ) Complications of Hypertension    _OLSON M.D.
                                     MEDICAL DIRECTOR
( ) Diet

( ) Exercise

( ) Avoidance of Tobacco

( ) Therapeutic Compliance

( ) Drug Interactions

( ) Target Blood pressure: Below 140/90

( ) Target Weight for next Clinic:

( ) Target Activity Level for Next Clinic:    T. Montgomery, MLP

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

NSN 7540-00-634-4176

2/19/99,
0650

S- Pain ®Thigh 2° short leg. No Pain radiating ↓ ® Foot.
No Pain 2° GSW ® Hip. Also

O. Well healed Surgical Scar on ® Hip. ⊖ Atrophy seen

A- Short leg Syndrome.

P- EST# 24 ĩĩ QID prn x 2.

Med Policy Understands Await X-Ray RTC prn.

*[signature]*

W. Flatt, MLP

Patient Educ -
⌐ Dosage
⌐ Special Instructions
⌐ Understood
⌐ ON
C. Gelsick, R.Ph

---

3/2/99,
0650

S - URI c/o Cough ; Chest Pain Age 28- occurs c̄ Deep Insp.
Yellow/Green mucous. Headache.

O - Temp. 97° Pharynx reddens, c̄ Drainage - mild. ©
Submandibular Adenopathy

A - URI, Costochondritis

P - Med. Dx: Wt lifting Understands RTC prn
Actifed #10 ĩ BID x 0

Motrin 400mg #21 ĩ TID c̄ food prn x 0

*[signature]*

W. Flatt, MLP

Patient Educ -
⌐ Dosage
⌐ Special Instructions
⌐ Understood
⌐ ON
C. Gelsick, R.Ph

---

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶ McKean

PATIENT'S NAME *(Last, First, Middle Initial)*   Singers Kevin   | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.   51625-0600 | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 1/5/99<br>0840 | S> states was better when on Cipro but 5 d after had blood in urine, burning urination again, refill Motrin; Has artificial hip + states ® leg is shorter and causes pain on ® foot.<br>O> ± ® CVA tenderness; ® hip - mild tenderness, subj. foot pain on planter aspect<br>A> R/o UTI, Arthritis, Foot pain<br>P> Ibuprofen 400 mg #20 T QD-BID prn wt Rx1<br>> Lab - UA requested<br>> Heel cups given 1 pr.<br>> Pt Educ.: Heat to area, ↑ oral fluids, understands<br>> F/u prn<br><br>M. TARR, MLP<br><br>~~Patient Educ~~<br>├ Dosage<br>├ ~~Special Instructions~~<br>├ Understood<br>C. Gelsick, R.Ph |
| 1/13/99.<br>0700 | S- C/o Fever/Chills Sinus Congestion onset. 5 Days Vomited x2    Also C/o Hemorrhoidal pain c̄ bleeding<br>O- Temp 100.4 Pharynx ↑ erythema c̄ Adenopathy Lungs Scattered Rhonchi, Abd. Soft Nontender Bowel S<br>A- URI.<br>P> E-mycin 250 #42 T̄ TID x 0<br>EST #24 T̄ QD prn x 0.<br>Hemorrhoidal Supp 1Box insert T̄ BID x 0.<br>Docusate NA #20 T̄ HS prn.<br>Pt ed Dx c̄ D/c Signs Understands<br><br>1/13/99<br>D. OLSON, M.D.<br>CLINICAL DIRECTOR<br><br>M. Flatt, MLP |

NSN 7540-00-634-4176

600-103

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

| | |
|---|---|
| 12/14/98 06 45 | (S) The R. leg is shorter because he doesn't have hip bone & he when he walk he has sharp pain in sole of the R. foot want to wear Tennis Shoes |
| | (O) There is no abnormality in the foot ROM is normal Scar in the lat. side of R. Theigh no deformity, Joint in ankle & hip, stable. |
| | (A) hx of hip fracture — arthritis |
| | (P) 1. x-ray of hip joint |
| | 2. will consider ortho consult after his x-ray. |
| | 3. Pt. educ about arthr. understand |
| | 4. F/U in S/C |
| | W. Hamandi, MLP |
| 12-29-98 1300 | Adm. NOTES. Reviewed pts. chart for studies regarding his microscopic hematuria previous KUB & IVP done 4/98 were within normal limits. No stones or lesions found. Will consider urology consult if problem persists. RAINELDO SANGUIN. M.D. STAFF PHYSICIAN |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ McKEAN HEALTH SERVICES

PATIENT'S NAME (Last, First, Middle Initial)    SIGGERS    Kevin    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.    51627 - 060    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

0-00-634-4176

| EALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**DATE** 9/98

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

PSYCHIATRIC CLINIC: MOOD DISORDER

**SUBJECTIVE:**

1405

1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): *No reports of disruption*

2. Inquiry into current medical or psychological concerns of patient: *Tired from med. Unable to do usual exercise*

3. Medication Compliance and Presence of Side Effects: *Good... Feeling tired - Side-effect*

4. Use of Psychological Services:

5. Current appetite: *good*

6. Sleep pattern: *ok*

7. Ability to work: *OK*

8. Current hobbies and sources of entertainment:

9. Status of relationships with significant relations, peers and staff: *OK*

10. Near and long term plans and goals: *improve energy ... do more hobbies*

11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: *No SI / HI*

ENT'S IDENTIFICATION (Use this space for anical Imprint)

| RECORDS MAINTAINED AT: | FCI McKEAN HEALTH SERVICES | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) *Slaters , Kem* | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 5/627-0 60 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|

**OBJECTIVE:**

1. Grooming and hygiene: *good*

2. Weight: —

3. Cognitive impairment (ability to focus on issues, realistic goals): *OK*

4. Affect: *↓ depressed?*

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior): *O↓*

**ASSESSMENT:**

1. Diagnosis: Axis I: *Depression*

Axis II:

Axis III:

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation: *none*

3. Medication Compliance, Side Effects, Drug Interactions: *good --- Trazodone*

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling: *cont ↓ Trazodone*

2. Patient Education: Understanding nature of illness and symptoms, participation in meaningful activities, cultivation of positive social relationships, utilization of staff resources for crisis intervention, stress management, medication compliance, medication goals (maintain the patient symptom free at lowest possible dosage). *Understands* *12/3/98*

3. Return to clinic: *3 Mo*

4. Medications: *O/Trazodone 50mg ͞q h.s. × 3 mths*

RAINELDO SAPJUIN, M.D.
STAFF PHYSICIAN

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

12-4-98
0835

S> burning on urination x a week. Reports hx of chronic recurrent UTI. Had UA done 2 weeks ago. Allergic to PCN and Bactrim

O> Abd: soft, nontenderness, no organomegaly
UA: wbc = 0-4    rbc = 4-7
few cocci            BP = 124/86

A> UTI                                    on order

P> Cipro 500 mg # 20 ↑ po BID
H- Educ: ↑ oral fluids, understands
F/u prn

12/4/98        RAINELDO SAQUIN, M.D.        M. TARR, MLP
                STAFF PHYSICIAN

D. OLSON, M.D.
CLINICAL DIRECTOR

Patient Educ –
    Dosage
    Special Instructions
    Understood
    CW
C. Gelsick, R.Ph

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: ▶ | FCI McKean |
|---|---|---|

PATIENT'S NAME *(Last, First, Middle initial)*    SEX
Siggers, Kevin

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.    DATE OF BIRTH
                    516 27 – 060

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505