# ATTACHMENT C
# PART 3

NSN 7540-00-534-4176                                                                          600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**12-1-98**

**1340**

HYPERTENSION CLINIC

Subjective Findings:

a.  Medical complaints or concerns of patient: *[handwritten] Pt is on S/P surgery*

*[handwritten] controlled - will follow re rescheduled*

b.  Health Promotion/Disease Prevention Assessment:

   1.  Cessation of smoking;

   2.  Diet:

   3.  Activity:

   4.  Medications:

      (1) Drug side effects:

      (2) Drug interactions:

   5.  Patient Compliance with Therapeutic Regimen:

c.  Impact of Condition on Activities of Daily Living:

d.  Need for special accommodations:

Objective Findings:

a.  Temp:      Pulse:      Resp:      BP:      Weight:

b.  Fundoscopic Examination:

| Thick, Dull Vessels | Localized or Generalized |
|---|---|
| (Copper Wire) | Narrowing of Arterioles |
| Present      Absent | Present      Absent |

| A-V Nicking | Flame Shaped Hemorrhages |
|---|---|
| Present      Absent | Present      Absent |
| Cotton-wool patches | Optic Disk Swelling |
| Present      Absent | Present      Absent |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: **FCI McKEAN HEALTH SERVICES**

PATIENT'S NAME (Last, First, Middle Initial)      SEX
**SIGGERS, KEVIN**

RELATIONSHIP TO SPONSOR      STATUS      RANK/GRADE

SPONSOR'S NAME      ORGANIZATION

DEPART./SERVICE      SSN/IDENTIFICATION NO.      DATE OF BIRTH
**51627-060**

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

SF_600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|

c. Cardiac Examination:

Loud Aortic Second Sound          Left Ventricular Heave

Present      Absent              Present      Absent

Ejection Click                   Presystolic Gallop

Present      Absent              Present      Absent

d. Lungs:     Clear     Wheezes      Rales      Ronchi

e. Thyroid Gland:

f. Diagnostic Studies          Result              Date of Exam

CBC                    WNL      Abnormal

UA                     WNL      Abnormal

SMA 20         WNL      Abnormal

Lipids         WNL      Abnormal

EKG                    WNL      Abnormal

CXR                    WNL      Abnormal

Optometry Consult      WNL      Abnormal

Assessment:

a: Diagnosis:

b: Disease Progression or Complications:

c. Therapeutic Efficacy:

Plan:

a. Medications:

b. Next Diagnostic Studies Due:

c. Return to Clinic:

d. Patient Education: (Check Topics Discussed)

( ) Complications of Hypertension

( ) Diet

( ) Exercise

( ) Avoidance of Tobacco

( ) Therapeutic Compliance

( ) Drug Interactions

( ) Target Blood pressure: Below 140/90

( ) Target Weight for next Clinic:

( ) Target Activity Level for Next Clinic:

T. Montgomery, MLP

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

11-19-98
0720

S - dysuria, sometimes dark tea ; *[illegible]* in back

O - Abdomen - soft, non-tender    *[illegible]*
    Back - no tenderness

A - Prob. UTI ; *[illegible]* - ® Hip ; *[illegible]* for

P - Motrin 400mg c̄ tis 1-2 x daily prn # 20 Rx,
   Tolnaftate antifungal cream apply BID to feet #1 Rx,
   Urinalysis

Pts Ed. Advised about condition. F/U prn *[illegible]*

*[signature]*
*[illegible] / Staff Physician*

11/19/98

*[stamp:]* D. OLSON, M.C.
CLINICAL DIRECTOR

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* SIGGERS KEVIN | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 51627-060 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

600 (Face)

7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**PSYCHIATRIC CLINIC: MOOD DISORDER**

1/6/98

1240

SUBJECTIVE:

1. Reports From Institution Staff (social isolation, altered level of activity, disruption in sleep pattern): restless in afternoon if not busy

2. Inquiry into current medical or psychological concerns of patient: see above, restless hears "own voice" telling him things, visas, paranoia, gets in trouble if not

3. Medication Compliance and Presence of Side Effects: sleepy c AM Trazodone was evaluated at FMC Roch.

4. Use of Psychological Services: limited — says was to be transferred to Institution for psych TX

5. Current appetite: good

6. Sleep pattern: OK c Trazodone

7. Ability to work: fair

8. Current hobbies and sources of entertainment: limited

9. Status of relationships with significant relations, peers and staff: likes to be alone

10. Near and long term plans and goals: stay out of trouble

11. Inquiry into mood, feelings of guilt, self-reproach, excessive guilt, worthlessness, and thoughts of death: none

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ FCI McK

PATIENT'S NAME (Last, First, Middle Initial): Stagers, Kevin

SEX:

RELATIONSHIP TO SPONSOR:

STATUS:

RANK/GRADE:

SPONSOR'S NAME:

ORGANIZATION:

DEPART./SERVICE:

SSN/IDENTIFICATION NO.: 5 7627-060

DATE OF BIRTH:

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

F 600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

**OBJECTIVE:**

1. Grooming and hygiene: *good*

2. Weight:

3. Cognitive impairment (ability to focus on issues, realistic goals): *OK*

4. Affect: *flat*

5. Volition (Interest in the environment, ability to initiate and maintain goal directed behavior): *poor → fair*

**ASSESSMENT:**    Axis I: *R/O Personality D/O , Depression*

1. Diagnosis:    Axis II:

   Axis III:

2. Presence of symptoms which warrant close follow up (e.g., suicidal ideation, extreme withdrawal, sense of hopelessness, agitation) or Need for special accommodation: *no*

3. Medication Compliance, Side Effects, Drug Interactions: *good*

**PLAN:**

1. Therapeutic Goals: Provide for the safety of the patient, assist patient in management of depression through use of: support groups, increased participation in activities which patient regards as meaningful, development of positive past times, pharmacological therapy and individual counseling: *referral to Psychology , needs job to keep busy*

2. Patient Education: Understanding nature of illness and symptoms, (participation in meaningful activities), cultivation of positive social relationships, utilization of staff resources for crisis intervention, (stress management), (medication compliance), medication goals (maintain the patient symptom free at lowest possible dosage). *understands*

3. Return to clinic: *7 mo*

4. Medications:    *Trazodone 50 mg II HS × 90 da*

*D. OLSON, M.D.*
*CLINICAL DIRECTOR*

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

10.21.98   Intake Screening

12.25   No Body lice

No Suicidal Ideas

Psychetric

Hypertension

Allergie to Penecllin , Bactrim

TRAZidone 50 mg Tab Take 1 tab. at 8 A.M.

& 2 tab. at Bed Time

Put on Psychetric clinic & HTN Clinic

W. Hamandi, MLP

10/21/98   Admi Note

1400   ⑧ HTN, depressia — place on HTN, psych

clinics  Trazodone 50 mg ī AM , īī HS

× 30 days

Patient Educ -
— Dosage
— Special Instructions
— Understood

__. OLSON, M.D.
ʜNICAL DIRECTOR

C. Gelsick, R.Ph

10-22-98   Failed to show for required appointment

0750

H. Georgy, MLP

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME (Last, First, Middle Initial)    SEX
Siggers Kevin

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.    DATE OF BIRTH
5/627-060

| each entry) DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/28/98 0815 | H+P done   PPD + tetanus given F/U 48hrs   Clean for full duty   *T. Montgomery, MLP* |
| 10-28-98 0900 | Pt refuse Trazodone 50mg Q AM   Patient Educ -   Dosage   Special Instructions   Understood   CRU   C. Gelsick, R.Ph |
| 10/28/98 1000 | Admin Note   Inmate refuses Trazodone, form signed   DC Trazodone, Clinic F/U, DC AM dose only   Patient Educ -   Dosage   Special Instructions   Understood   CRU   C. Gelsick, R.Ph   _. OLSON, M.D.   CLINICAL DIRECTOR |
| 10/29/98 1000 | Admin Note   UA — 2+ blood, 2+ protein, rev UA   _ OLSON, M.D.   ..IICAL DIRECTOR |

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | 600-108 |
|---|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/16/98 0910 | S = *[illegible]* Inmate complains of body itchiness which is recurrent. He has been taking skin lotion and diphenhydramine *[illegible]* with good results. |
| | O = generalized itchiness; dry scaly *[illegible]* scaly *[illegible]* on some area of the body |
| | A = 1) Allergic skin reaction 2) Dermatitis (contact) etiology unknown |
| | P = 1) Medication Education was conducted 2) Discussed the effects of the medication 3) Pt. understood the treatment regimen |
| | 1) Diphenhydramine 50mg 1 cap PO bid (prn) × 7 days #14 (kop 3) |
| | 2) Hydrocortisone cream 1% apply to small areas of the body three daily × 5 days tube #1 (kop 3) (use on face minimally/sparingly) |
| | 3) RTC if necessary |
| | *[signature]* PA Vicarthur R. Foster Physician Assistant |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME (Last, First, Middle initial)  SIGGERS KEVIN   SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO.  51627-060    DATE OF BIRTH

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS – TREATMENT – REMARKS | SIGNATURE |
| 9-25-98 sc 0815 | S — part of temporary gone — tooth sensitive still — need it filled O — #15 has had endo started/finished according to inmate — needs perm filling — why sensitive still? A — P.O. complication from endo tx. P — will tx tooth as symptomatic P.O. endo for now — possible failure 1) already on Motrin 2) Erythromycin 250mg ↑ QID 7days | Kent Officer, Rph Federal Transfer Center, OK   Dr. Eric Touet Chief Dental Officer Federal Transfer Ctr. OKC, OK |
| 10-7-98 sc 1000 | Tooth hurting worse; percussion sensitive; brought to chair; I PA, canal symptomatic; 2x1.8 cc .5% Marcaine 1:200,000 epi, PO I Penicillin Vl #3 ↑ QID 7day | Hal Kessler Rph Federal Transfer Center, OK   Dr. Eric Touet Chief Dental Officer Federal Transfer Ctr. OKC, OK |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle; grade; date; hospital or medical facility)

Siggers Kevin
51627-060
3C

**Federal Transfer Center**
OKC, OK

REGISTER NO.    WARD NO.

DENTAL TREATMENT RECORD
HSA-237 (6-74)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

09-24-98    (S) Inmate c/o toothache from incomplete tooth canal Done

10/27    in other institution.

(O) WNAD

Alert, anxious, cooperative, oriented x3.

Oral cavity — unremarkable.                              (L) Upper

subjective tenderness on last molar (some area)

(A) toothache, Allergic to PCN/ Bactrim

(P) Med — Ibuprofen 800 mgs 1po TID x300 days

FU c Dentist

RTC PRN

Educated on findings, Dx, Tx, plan.

Verbalized understanding/compliance        Carlos Mier, PA
                                           Federal Transfer Center
Unit 3C        C Mier                      Oklahoma City, Ok

Kent Officer, Rph
Federal Transfer Center, OK

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: ▶ |
|---|---|

PATIENT'S NAME (Last, First, Middle initial)   SIEGERT, KEVIN      SEX  M

RELATIONSHIP TO SPONSOR        STATUS        RANK/GRADE

SPONSOR'S NAME                 ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.  57627-060      DATE OF BIRTH

FTC Oklahoma City, OK

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201—45.505

**MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT**
U.S. Department of Justice

## I. PRISONER/ALIEN

| | |
|---|---|
| **TB Clearance** ☑ Yes ☐ No | Name: SIGGERS KEVIN  Prisoner/Alien Reg. # 51627-060  D.O.B: 8-22-70 |
| 1) PPD Completed: _0-97_ Date | |
| Results: _NEG_ | Departed From: MCJC  Date Departed: 9-23-98 |
| 2) CXR Completed: _____ Date | Destination: _____  Reason for Transfer: _____ |
| 3) Health Authority Clearance: _____ 9-23-91 | Dist. Name: _____  Dist. # _____  Date in Custody: _____ |
| Sign     Date | |

**Note:** Dates listed above must be within one year of this transfer.

## II. Current Medical Problems

1. Psychiatric
2. Hypertension W/minimal MR
3. Allergic PCN, Bactrim
4. _____
5. _____
6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| TRAZADONE | 50 mg | PO | 9 AM (8 AM) | |
| TRAZADONE | 100 mg | PO | @ HS (8 PM) | |

MEDICATION TIMES:
once daily = 6:00 a.m
2 x daily = 6:00 a.m & 3:30 p.m
3 x daily = 6:00 a.m, 11:30 a.m, 3:30 p.m
4 x daily = 6:00 a.m, 11:30 a.m, 4:30 p.m, 8:30 p.m
Cleared Pharmacy for Transfer
FTC, Oklahoma City, OK

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189     405-682-4075
RX4964     DR.HUBER          10/09/98
SIGGERS, KEVIN  3C
51627-060                    51627-060
TAKE ONE TABLET IN THE MORNING
AND TAKE TWO TABLETS AT 0600
BEDTIME  2000
GENERIC FOR: DESYREL 50MG TAB
TRAZODONE 50MG TAB          # 90
KW  1 REFILL(S)   EXPIRES: 12/23/98

**Additional Comments:** BLAND DIET 2GM ↓ Na     ALLERGIES - BACTRIM, PCN, DOXYCYCLINE, EGGS

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☑ Yes ☐ No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ☑ Yes ☐ No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☑ Yes ☐ No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐ Yes ☑ No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐ Yes ☑ No | If yes, What equipment? |

Sign & Print Name- Certifying Health Authority:
_Robert Lowry_

Phone Number: 330-480-4961

Date Signed: 9-23-98

Form USM-553
(Est. 6/98)

Original–Upon Transfer

Federal Transfer Center
Oklahoma City, OK          SEP 23 1998
Date

| Medication: | ✗ | Yes | | No |
| Hot Meds: | ✗ | Yes | | No |
| Meds Issued: | | Yes | ✗ | No |
| Lice Seen: | | Yes | ✗ | No |

Signature & Stamp

Food or Drug Allergies:
NKA; Allergies: _____

Current Medical Status:
No Complaints; Complaint of _____

TB Signs and Symptom (s): (NONE)
cough. hemoptysis. night sweats. wt. loss

Brian Cronenwett, LT.
Registered Nurse
Federal Transfer Center, OKC, OK

10/13/98
2120

USP Lewisburg
Inmate Received, this date 10/13/98
Medical History Reviewed Yes
Evidence Body Lice   Yes _____   No
Medications   Yes ✓   No _____ pill line winery meds given
(neuver)
                    Hope E. Zeiber, RN

10/21/98

O.K. For Transfer
USP Lewisburg
                  Yes ✓   No _____   see Front

N. RODRIGUEZ-MIRALLES PA

FCI/FPC McKean
Inmate Received this date 10-21-98
Medical History (BP-360) Reviewed
Evidence Body Lice:  Yes/No
Medications: Yes/No - Given _____

W. Hamandi, MLP

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

| TB Clearance | |
|---|---|

**PPD Completed:** _3-31-98_
                    Date
**Results:** _0 x 0_ mm
**Interpreted as:** (_-_)neg
            (Positive or Negative)
**CXR Completed:** _____
                    (Date)
**Results:** _____

Note: Date(s) listed above must be within one year of this transfer.

**No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.**

**Name:** SIGGERS, KEVIN                  **Reg. No.** 51627-060

**Departed From:** FMC ROCHESTER, MN      **Date Departed:** 05-01-1998

**Destination:** USM NORTHERN OHIO    **Reason for Transfer:** RSO
            Name of Institution

**Special Instructions:** **Blood and Body Fluid Precautions**

            Referral Patient - Assess for Chronic Care Clinics

**Diagnoses:** 1. _Hypertension_        4. _____

          2. _____        5. _____

          3. _____        6. _____

### MEDICATION FOR CARE ENROUTE

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

\*\* IF ANY MEDICATIONS ARE LISTED, THEY ARE TO BE TAKEN BY MOUTH UNLESS OTHERWISE STATED. ALL MEDICATIONS LISTED ARE TO BE TAKEN INDEFINITELY OR UNTIL FURTHER EVALUATION BY MEDICAL STAFF.

| Signature of Certifying Medical Staff Member | Title | Date Signed |
|---|---|---|
| _[signature]_ PAC | PA-C | 4-30-98 |

### PROGRESS NOTES ENROUTE

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Attach SF-600 if additional space is required.

---

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring institution

(This form may be replicated via WP)          This form replaces BP-149.060 and BP-S149.060 dtd Nov 1994


Printed on Recycled Paper

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

| | SPECIMEN/LAB. RPT. NO. |
|---|---|

*Siggers, Kevin*
*51627-060*

**FCI McKean**
**P.O. Box 5000**
**Bradford, PA 16701**

CHEM I

**URGENCY**
☐ ROUTINE
☐ TODAY ☑
☐ PRE-OP

**PATIENT STATUS**
☐ BED      ☐ AMB
OUTPATIENT ☑
☐ INPL SHIP ☐ DOM

**SPECIMEN SOURCE**
☐ BLOOD
☐ OTHER (Specify)

☐ STAT ☑

Enter in above space
REQUESTING PHYSICIAN'S SIGNATURE

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REPORTED BY

*W. Flatt*

MD DATE
*S Czekai* (TECH) 2/21/01

LAB. ID. NO.

**S. Czekai, Med Tech.**

REMARKS

| TEST(S) | SPECIMEN TAKEN | TIME 6:15 A.M./P.M. [X] | REQUESTED | GLUCOSE | UREA N. | CREATININE | URIC ACID | SODIUM | POTASSIUM | CHLORIDE | CO₂ | PHOSPHATE | CALCIUM | TOTAL PROTEIN | ALBUMIN | GLOBULIN | ALK. PHOS./ACID PHOSPHATASE | SGOT | LDH | CPK | CHOLESTEROL | TRIGLYCERIDES | AMYLASE | LIPASE | PROFILE (Specify) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE 2/21/01 | | | RESULTS | 85 mg/dl | | | | | | | | | | | | | | | | | | | | | *Normal;* *Glucose 72-120* |

ATTACH ALL TEST REPORTS TO THIS SHEET

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
|---|---|
| *51627-060* | |

**LABORATORY REPORTS**
**Standard Form 514**
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201—45.505
October 1975     514—108

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

Siggers, Kevin
51627-060

FCI McKEAN HEALTH SVC.

01 AUG 22  AM 7:20

FCI McKean
P.O. Box 5000
Bradford, PA 16701

FCI MCKEAN
01 AUG 28

SPECIMEN/LAB. RPT. NO.

**CHEM I**
URGENCY
☐ ROUTINE
☑ TODAY
☐ PRE-OP
☐ STAT

PATIENT STATUS
☐ BED        ☐ AMB
☐ OUTPATIENT
☐ NPI SVC  ☐ DOM

SPECIMEN SOURCE
☑ BLOOD
☐ OTHER (Specify)

Enter in above space
**REQUESTING PHYSICIAN'S SIGNATURE**

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

B. Saylor

REPORTED BY
S Czekai      TECH  8/22/01

MD  DATE

LAB. ID. NO.

REMARKS
— fasting —  S. Czekai, Med Tech.

| | TIME | REQUESTED | GLUCOSE | UREA N. | CREATININE | URIC ACID | SODIUM | POTASSIUM | CHLORIDE | CO₂ | PHOSPHATE | CALCIUM | TOTAL PROTEIN | ALBUMIN | GLOBULIN | ALKALINE PHOSPHATASE | ACID PHOSPHATASE | SGOT | CPK | BILIRUBIN TOTAL | BILIRUBIN DIRECT | CHOLESTEROL | TRIGLYCERIDES | AMYLASE | LIPASE | PROFILE (Specify) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TESTS(S)** **SPECIMEN TAKEN** DATE 8/22/01 | 6:33 ☒ AM | | 83 mg/dl | | | | | | | | | | | | | | | | | | | | | | | | Normal — Glucose 73–<br>Reviewed by B. Saylor |
| RESULTS | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TESTS(S)** **SPECIMEN TAKEN** DATE 8/21/01 | | | 85 mg/dl | | | | | | | | | | | | | | | | | | | | | | | | Normal — Glucose 73– |
| RESULTS | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHEMISTRY I
STANDARD FORM 546 (REV. 9-77)
PRESCRIBED BY GSA & ICMR
FRMR (41 CFR) 201-45.505

CHEM
STANDARD FO
PRESCRIBED
FRMR (41 CF

546-107

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.
51627-060

WARD NO.

**LABORATORY REPORTS**
Standard Form 514
Prescribed by GSA/ICMR
FRMR (41 CFR) 201-45.505
October 1975        514-108

GPO : 1996 O - 169-817

ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES

Suggers, Kevin
51627-060

FCI MCKEAN HEALTH SVC.

98 OCT 28 AM 9:16

FCI McKean
P.O. Box 5000
Bradford, PA 16701

| | SPECIMEN/LAB RPT NO |
|---|---|
| **URINALYSIS** | |
| URGENCY | PATIENT STATUS |
| ☐ ROUTINE | ☐ BED ☐ AMB |
| | OUTPATIENT ☐ |
| ☐ TODAY | ☐ IN SVC. ☐ DOM. |
| ☐ PRE-OP | SPECIMEN SOURCE |
| ☐ STAT | ☐ ROUTINE |
| | ☐ OTHER (Specify) |

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

| REQUESTING PHYSICIAN'S SIGNATURE | REPORTED BY | MD DATE | LAB. ID NO. |
|---|---|---|---|
| D. Olson | S. Czekai, Med Tech. | 10/28/98 | |

REMARKS

| TEST(S) SPECIMEN TAKEN | | | MICROSCOPIC | | | | CASTS | | | | | | URINALYSIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE 10/28/98 | TIME 9:00 A.M. | REQUESTED | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | WBC/HPF | RBC/HPF | EPITH CELLS/HPF |
| RESULTS | ROUTINE | Amber | 1.035 | normal | 2+ neg | neg | neg | 2+ | 6.5 | 2-6 | 5-10 | 3-6 |

ATTACH ALL TEST REPORTS TO THIS SHEET

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. 51627-060 | WARD NO. |
|---|---|---|

LABORATORY REPORTS

TEST: □CBC □Hgb □RBC □DIFF
□PLT □Hct □WBC □ALL

REC'D BY: Dr. Olson    M.D.
ORDERED BY: S. Czekaj, Med Tech    R.N.
PERFORMED BY: _____

5 1 6 2 7 - 0 5 0    Sample No.

| TEST(S) | RESULTS | | | | Date |
|---|---|---|---|---|---|
| ROUTINE | WBC ×10³/µl | 5.0 | | | Lymph % |
| COLOR | RBC ×10⁶/µl | 4.7 8 | | | Mixed % |
| SPECIFIC GRAVITY | HGB g/dl | 1 3.8 | | | Neut % |
| UROBILIN | HCT % | 4 0.3 | | | Lymph ×10 |
| OCCULT BLOOD | MCV fl | 8 4.3 | | | Mixed ×10 |
| BILE | MCH pg | 2 8.5 | | | Neut ×10 |
| KETONES | MCHC g/dl | 3 3.7 | | | RDW % |
| GLUCOSE | PLT ×10³/µl | 2 5 9 | | | MPV fl |
| PROTEIN | | | | | |
| pH | Seg | | | | |
| | Band | | | | |
| MICROSCOPIC | Lymph | | | | |
| WBC /H | Mono | | | | |
| RBC /H | Eosino | | | | |
| EPITH CELL | Baso | | | | |
| WBC | Atyp Lymph | | | | |
| RBC | Meta | | | | |
| HYALINE | Myelo | | | | |
| GRANULAR | Pro | | | | |
| CRYSTALS | Blast | | | | |
| MUCUS | Reic | | | | |
| NITRITE | | | | | |
| BENCE-JONES PROTEIN | | | | | |
| HEMOSIDERIN | | | | | |

Siggers, Kevin
51627-060
FCI MCKEAN HEALTH SVC.
98 OCT 28 PM 2:01

J. OLSON, M.D.
MEDICAL DIRECTOR

FCI McKean
P.O. Box 5000
Bradford, PA 16701

Baxter

Distributed by:
Baxter Healthcare Corporation
Scientific Products Division.
McGaw Park, IL 60085-6787 USA    Rev. 9/87

URINALYSIS
Standard Form 540 (Rev.)
General Services Administration
Committee on Medical Records Forms

Sysmex

Siggers, Kevin
51627-060

FCI McKEAN HEALTH SVC.

**FCI McKean**
**P.O. Box 5000**
**Bradford, PA 16701**

99 SEP -3 AM 7: 51

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE

REMARKS    W. Hamardi, PA

REPORTED BY
S. Czekai, Med Tech.    MD DATE 9/3/99

SPECIMEN/LAB RPT NO

**URINALYSIS**
URGENCY — ☑ ROUTINE
PATIENT STATUS — ☐ BED  ☐ AMB
☑ OUTPATIENT  ☐ DOM
☐ PRE-OP  ☐ OTHER
SPECIMEN SOURCE

D. Olson, M.D.
Clinical Director

ORDERED BY  S. Czekai, Med Tech.

| URINALYSIS | TIME 7:50 | DATE 9/3/99 RESULTS |
|---|---|---|
| COLOR | | Yellow/Cloudy |
| SPECIFIC GRAVITY | | 1.030 |
| OCCULT BLOOD | | 2+ |
| BILE | | Neg |
| KETONES | | 2 |
| GLUCOSE | | Neg |
| PROTEIN | | 5.5 |
| pH | | 5.5 |
| MICROSCOPIC | | |
| WBC /HPF | | 0-4 |
| RBC /HPF | | 3-4 |
| EPITH CELLS /HPF | | 0-4 |
| HYALINE | | |
| GRANULAR | | |
| BACTERIA | | few/mod |
| CRYSTALS | | many |
| MUCUS | | |
| NITRITE | | Neg |
| | | leukocytes |
| BENCE-JONES PROTEIN | | 9/3 |

**SEROLOG** STANDARD FORM 551

| SEROLOGY | TIME 9:00 | DATE 11/9 RESULTS |
|---|---|---|
| INF. MONO QUAL. | | |
| INF. MONO QUANT. | | 1.0 |
| RPR | | Neg |
| AUTO | | NR |
| VDRL QUAL. | | |
| VDRL QUANT. | | |
| FTA-ABS | | |
| TPHA | | |
| RHEUMATIC FACTOR | | |
| ANTINUCL FACTOR IA | | |
| COLD AGG | | |
| ASO | | |
| CRP | | |
| SERUM / COMPLEX | | |
| FEBRILE AGG | | |
| COMP. FIX | | |
| HAI | | |

**URINALYS** STANDARD FORM 550

| URINALYSIS | TIME 9:00 | DATE 10/28/98 RESULTS |
|---|---|---|
| COLOR | | Amber/Cloudy |
| SPECIFIC GRAVITY | | 1.035 |
| UROBILIN | | normal |
| OCCULT BLOOD | | 2+ |
| BILE | | Neg |
| KETONES | | Neg |
| GLUCOSE | | 2+ |
| PROTEIN | | 15 |
| pH | | |
| MICROSCOPIC | | |
| WBC /H | | 2-6 |
| RBC /H | | 5-10 |
| EPITH CELL | | 3-6 |
| HYALINE | | |
| BACTERIA | | many |
| CRYSTALS | | Moderate |
| MUCUS | | Neg |
| NITRITE | | Neg |
| BENCE-JONES PROTEIN / HEMOFIBER | | leukocytes |

Distributed by:
**Baxter Healthcare Corporation**
Scientific Products Division

ATTACH ALL TEST REPORTS TO THIS SHEET

Siggers, Kevin
51627-060

FCI McKEAN HEALTH SVC.

98 OCT -5  AM 7: 14

FCI McKean
P.O. Box 5000
Bradford, PA 16701

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE        REPORTED BY        MD DATE

REMARKS    m. Farr        S. Czekaj, Med Tech.    (TECH) 10/5/99

---

**SPECIMEN/LAB RPT NO**

**URINALYSIS**

| URGENCY | PATIENT STATUS |
| --- | --- |
| ☐ ROUTINE | ☐ BED ☐ AMB |
| | ☐ OUTPATIENT |
| | ☐ NP ☐ DOM |
| ☐ PRE-OP | SPECIMEN SOURCE |
| | ☐ ROUTINE |
| | ☐ OTHER (Specify) |

LAB. ID NO.

PATIENT'S MED. RECORD

---

**URINALYSIS** — Specimen Taken 10/5/99  Time 7:10

| TEST(S) | REQUESTED | RESULTS |
| --- | --- | --- |
| COLOR | ROUTINE | Yellow |
| CLEARALITY | | Clear |
| SPECIFIC GRAVITY | | 1.025 |
| UROBILINOGEN | | Normal |
| BILE | | Neg |
| KETONES | | 1+ |
| GLUCOSE | | Neg |
| PROTEIN | | Neg |
| pH | | 6.0 |
| MICROSCOPIC | | |
| WBC /HPF | | 0-2 |
| RBC /HPF | | 0-4 |
| EPITH CELLS /HPF | | 0-4 |
| WBC | | |
| RBC | | |
| HYALINE | | |
| GRANULAR | | |
| BACTERIA | | |
| CRYSTALS | | |
| MUCUS | | |
| NITRITE | | |
| BENCE-JONES PROTEIN | | |
| HCG | | |

D. OLSON, M.D.
Clinical Director
Sysmex

Distributed by:
Baxter Healthcare Corporation
Scientific Products Division,
McGaw Park, IL 60085-6787 USA   Rev. 9/87

---

Ordered by: Dr. Olson
S. Czekaj, Med Tech.

TEST(S): SPECIMEN TAKEN 10/28/98  Time 920  Requested 11/1/98

| TEST | RESULTS |
| --- | --- |
| CBC ☐ Hgb ☐ RBC ☐ DIFF | |
| ☐ PLT ☐ Hct ☐ WBC ☐ ALL | |
| SCROR QUAL. | 4 |
| INF. MONO QUANT. | 1 |
| INF. MONO QUANT. | 4 |
| AUTO | 1.0 MON |
| VDRL QUAL. | 2 |
| VDRL QUANT. | 1 |
| FTA-ABS | 1 |
| TPHA | 1 |
| RHEUMATIC FACTOR | 3 |
| ANTI-NUCL FACTOR IA | |
| COLD AGG. | |
| ASO | 1 |
| CRP | |
| SERUM COMPLEM | |
| COMP. FIX | |
| HAI | |
| THYROGL ANTIB | |
| THYR MICRO ANTIB | |

SEROLOGY

---

TEST(S): SPECIMEN TAKEN 10/25/98  Time 915

| TEST | REQUESTED | RESULTS |
| --- | --- | --- |
| COLOR | ROUTINE | Amber |
| SPECIFIC GRAVITY | | 1.025 |
| UROBILIN | | Normal |
| OCCULT BLOOD | | 2+ |
| BILE | | Neg |
| KETONES | | Neg |
| GLUCOSE | | Neg |
| PROTEIN | | 2+ |
| pH | | 6.5 |
| MICROSCOPIC | | |
| WBC /H | | 3-6 |
| RBC /H | | 5-10 |
| EPITH CELLS | | 3-6 |
| WBC | | |
| RBC | | |
| HYALINE | | |
| BACTERIA | | |
| CRYSTALS | | |
| MUCUS | | |
| NITRITE | | |
| BENCE-JONES PROTEIN | | |
| HCG | | |

URINALYSIS

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| REGISTER NO. | WARD NO. |
| --- | --- |
| 51627-060 | |

Siggers, Kevin
51627-060

FCI McKEAN HEALTH SVC.
99 DEC -3 AM 7: 15

FCI McKean
P.O. Box 5000
Bradford, PA 16701

**Enter in above space**
PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY        MD DATE
S. Czekai        12/3/99

M. Tarr        S. Czekai, Med Tech.    (TECH)

REMARKS    — fasting —

D. Olson MD
Clinical Director

CHEM 1
URGENCY
☐ ROUTINE
☐ PRE-OP
☐ STAT

PATIENT STATUS
☐ BED        ☑ AMB
☐ OUTPATIENT
☐ IN SVC.    ☐ DOM

SPECIMEN SOURCE
☑ BLOOD
☐ OTHER (Specify)

CHEMISTRY 1
STANDARD FORM 546 (Rev. 8-77)

| SPECIMEN TAKEN | | | | |
|---|---|---|---|---|
| DATE 10/25/98 | TIME 710 | REQUESTED | RESULTS | |
| | | GLUCOSE | 87 mg/dl | |
| | | UREA N. | | |
| | | CREATININE | | |
| | | URIC ACID | | |
| | | SODIUM | | |
| | | POTASSIUM | | |
| | | CHLORIDE | | |
| | | CO₂ | | |
| | | PHOSPHATE | | |
| | | CALCIUM | | |
| | | TOTAL PROTEIN | | |
| | | ALBUMIN | | |
| | | GLOBULIN | | |
| | | ALKALINE PHOSPHATASE | | |
| | | ACID PHOSPHATASE | | |
| | | SGOT | | |
| | | BILIRUBIN (TOTAL) | | |
| | | BILIRUBIN (DIRECT) | | |
| | | CHOLESTEROL | | |
| | | TRIGLYCERIDES | | |
| | | AMYLASE | | |
| | | LIPASE | | |
| | | PROFILE (Specify) | | |

Normal;
Glucose = 70-110

SEROLOGY
STANDARD FORM 555

| TEST(S) SPECIMEN TAKEN | | | |
|---|---|---|---|
| DATE 10/25/98 | TIME 710 | REQUESTED | RESULTS |
| | | INF. MONO QUAL. | |
| | | INF. MONO QUANT. | |
| | | RPR | Non |
| | | AUTO | Neg |
| | | VDRL QUAL. | |
| | | VDRL QUANT. | |
| | | FTA-ABS | |
| | | TPHA | |
| | | RHEUMATIC FACTOR | |
| | | ANTINUCL. FACTOR | |
| | | COLD AGG. | |
| | | ASO | neg |
| | | CRP | neg |
| | | SERUM I (CONFIRM) | |
| | | FEBRILE AGG | |
| | | COMP. FD | |
| | | HAI | |
| | | THYROGL. ANTIB | |
| | | THY8 MICRO ANTIB | |

URINALYSIS
STANDARD FORM 550

| TEST(S) SPECIMEN TAKEN | | |
|---|---|---|
| DATE 10/25/98 | REQUESTED | RESULTS |
| ROUTINE | | |
| COLOR | Amber | |
| SPECIFIC GRAVITY | 1.035 | |
| UROBILIN | normal | |
| OCCULT BLOOD | 2+ | |
| BILE | neg | |
| KETONES | neg | |
| GLUCOSE | 2+ | |
| PROTEIN | 4.5 | |
| pH | | |
| MICROSCOPIC | | |
| WBC /H | 2-6 | |
| RBC /H | 5-10 | |
| EPITH CELLS | 3-6 | |
| WBC | | |
| RBC | | |
| HYALINE | | |
| GRANULAR | | |
| BACTERIA | moderate | |
| CRYSTALS | | |
| MUCUS | moderate | |
| NITRITE | neg | |
| BENCE-JONES PROTEIN | neg | |
| HEMOGLOBIN | | |

Many WBC's
RBC's & bact.
& leukos

S. OLSON

ORDERED BY    D. Olson
S. Czekai, Med Tech.

TEST:
☑ CBC    ☐ Hgb    ☐ RBC    ☐ DIFF
☐ PLT    ☐ Hct    ☐ WBC    ☐ ALL

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.
51627-060

WARD NO.

**LABORATORY REPORTS**
Standard Form 514
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975        514-108
GPO : 1996 O – 169-817

Kevin Siggers

Distributed by:
Baxter Healthcare Corporation
Scientific Products Division
McGaw Park, IL 60085-6787 USA    Rev 9-87

Sysmex

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

Siggers, Kevin
51627-060

FCI McKEAN HEALTH SVC.    FCI McKean
P.O. Box 5000
Bradford, PA 16701

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE

G. Fairbanks

REPORTED BY

S Czekai    (TECH) 5/12/00

S. Czekai, Med Tech.

**URINALYSIS**

URGENCY
☐ ROUTINE
☐ TODAY
☐ PRE-OP
☐ STAT

PATIENT STATUS
☐ BED    ☐ AMB
☑ OUTPATIENT
☐ NP    ☐ DOM

SPECIMEN SOURCE
☑ ROUTINE
☐ OTHER (Specify)

REMARKS

D. Olson, MD
Clinical Director

S. Czekai, Med Tech.
Dr. Olson

ATTACH ALL TEST REPORTS TO THIS SHEET

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

REGISTER NO.
51627-060

WARD NO.

Kevin Siggers.

LABORATORY REPORTS
Standard Form 514
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201—45.505
October 1975    514—108
GPO : 1996 O – 169–817

Distributed by:
Baxter Healthcare Corporation
Scientific Products Division,
McGaw Park, IL 60085-6787 USA    Rev. 9/87

**U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS**
**Laboratory, 1900 W. Sunshine**
**SPRINGFIELD, MISSOURI  65808**
**(417) 862-7041**

======================================================================
**\*\*\* SENSITIVE-LIMITED OFFICIAL USE \*\*\***
**FINAL REPORT**
======================================================================

Register Number : 51627-060                         Age                 : 34yr
Name            : SIGGERS, KEVIN                     Sex                 : M
Location        : FCI MCKEAN (MCK)                   Room                :
Admit. Physician: MISCELLANEOUS DOCTOR *Piotrowski*  Accession Number : 1228
Order. Physician: MISCELLANEOUS DOCTOR
Collected       : 11/18/04 @  06:20 by:  REFE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| **AUTODIFF** | | | | |
| Neutrophils | 48.8 | | 43.0 - 67.0 % | JN RY |
| Lymphocytes | 37.1 | | 21.0 - 45.0 % | JN RY |
| Monocytes | 6.4 | | 5.0 - 13.0 % | JN RY |
| Eosinophils | 7.3 | HI | 0.0 - 7.0 % | JN RY |
| Basophils | 0.4 | | 0.0 - 1.0 % | JN RY |
| Neutrophil # | 3.2 | | 1.9 - 6.7 10~3/uL | JN RY |
| Lymphocyte # | 2.4 | | 1.3 - 3.7 10~3/uL | JN RY |
| Monocyte # | 0.4 | | 0.3 - 1.1 10~3/uL | JN RY |
| Eosinophil # | 0.5 | | 0.0 - 0.5 10~3/uL | JN RY |
| Basophil # | 0.0 | | 0.0 - 0.1 10~3/uL | JN RY |

*S. Czekaj, Lab Tech*

Legend
LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

REVIEWED BY: *[signature]* 11/3/04

**H. BEAM, MD**
**FCI MCKEAN**

Name            : SIGGERS, KEVIN                     Location : MCK
Register Number : 51627-060                          Page     : 2 of 2
Printed         : 11/18/2004 @ 16:10

## U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
### Laboratory, 1900 W. Sunshine
### SPRINGFIELD, MISSOURI 65808
### (417) 862-7041

=========================================================================

### *** SENSITIVE-LIMITED OFFICIAL USE ***
### FINAL REPORT

=========================================================================

Register Number : 51627-060
Name        : SIGGERS, KEVIN                    Age        : 34yr
Location    : FCI MCKEAN (MCK)                  Sex        : M
Admit. Physician: MISCELLANEOUS DOCTOR Piotrowski Room       :
Order. Physician: MISCELLANEOUS DOCTOR          Accession Number : 1228
Collected   : 11/18/04 @ 06:20 by: REFE

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| Collection Cmt. | Fasting | | | JN |
| LIPID TESTING | | | | |
| COMP. METABOLIC | | | | |
| Glucose | 96 | | 70 - 110 mg/dL | GK CK |
| Urea Nitrogen | 12 | | 7 - 22 mg/dL | GK CK |
| Creatinine | 1.1 | | 0.6 - 1.6 mg/dL | GK CK |
| SodiumI | 142 | | 137 - 148 mmol/L | GK CK |
| Potassium | 4.4 | | 3.5 - 5.0 mmol/L | GK CK |
| Chloride1 | 102 | | 99 - 114 mmol/L | GK CK |
| Calcium1 | 9.0 | | 8.5 - 10.9 mg/dL | GK CK |
| Total Protein | 7.9 | | 6.0 - 8.2 g/dL | GK CK |
| Albumin | 4.2 | | 3.6 - 5.1 g/dL | GK CK |
| Alkaline Phos. | 71 | | 41 - 133 U/L | GK CK |
| AST(SGOT) | 45 | | 11 - 55 U/L | GK CK |
| Total Bilirubin1 | 0.7 | | 0.2 - 1.3 mg/dL | GK CK |
| Cholesterol | 169 | | 140 - 200 mg/dL | GK CK |
| Triglycerides | 180 | | 30 - 200 mg/dL | GK CK |
| ALT1(SGPT) | 44 | | 11 - 66 U/L | GK CK |
| HDL-Cholesterol1 | 55 | | 29 - 67 mg/dL | KS CK |

Other factors critical to assessment of
CHD risk - Overweight, Blood Pressure,
Smoking and Familial History.

| Test | Result | Flag | Reference Range/Units | Tech |
|------|--------|------|----------------------|------|
| VLDL | 36 | | mg/dL | |
| LDL Cholesterol | 78 | | 62 - 130 mg/dL | HS CK |
| Chol/HDL Ratio | 3.1 | | | HS CK |
| Glycohemoglobin | 6.3 | LO | 3.4 - 5.0 | HS CK |
| CBC | | | 4.3 - 6.3 %A1C | KS RY |
| White Blood Cell | 6.6 | | 4.3 - 11.1 10^3/uL | JN RY |
| Red Blood Cells | 4.83 | | 4.46 - 5.78 10^6/uL | JN RY |
| Hemoglobin | 14.4 | | 13.6 - 17.6 g/dL | JN RY |
| Hematocrit | 42.7 | | 40.2 - 51.4 % | JN RY |
| MCV | 88.4 | | 82.5 - 96.5 fL | JN RY |
| MCH | 29.8 | | 27.1 - 34.3 pg | JN RY |
| MCHC | 33.7 | | 33.0 - 35.0 g/dL | JN RY |
| RDW | 13.4 | | 11.5 - 14.0 % | JN RY |
| PLT | 265 | | 152 - 374 10^3/uL | JN RY |
| MPV | 9.1 | | 6.5 - 10.5 fL | JN RY |

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AE=Abnormal

REVIEWED BY: (signature) 11/21/04  H. BEAM, MD FCI MCKEAN

Name         : SIGGERS, KEVIN
Register Number : 51627-060                     Location : MCK
Printed      : 11/18/2004 @ 16:10               Page     : 1 of 2


**LabCorp**
Laboratory Corporation of America

LabCorp Dublin
6370 Wilcox Road
Dublin, OH 43016-1296

Phone: 614-889-1061

| Patient Name | | | | Patient ID | | | |
|---|---|---|---|---|---|---|---|
| SIGGERS, KEVIN | | | | 51627 060 | | | |

| Sex | Date of Birth | Age (Y/M/D) | Fasting | Patient Phone |
|---|---|---|---|---|
| M | 08/22/70 | 34/01/21 | No | |

| Specimen Number | Account Number | Control Number |
|---|---|---|
| 287-844-0631-0 | 37806845 | AR837806845 |

Physician Name
R. Piotrowski, PAC

Physician ID
PIOTROWSKI

Additional Information

Account                                                                     00
Fedaral Correctional Institute
McKean County
Rt 59 & Big Shanty Road
Lewis Run PA   16738
814-362-8900

| Date and Time Collected | Total Volume | Date and Time Reported |
|---|---|---|
| 10/13/04 11:00 | | 10/15/04 15:13 ET |

Tests Ordered
Urinalysis, Routine; Urine Culture, Routine

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Urinalysis, Routine** | | | | | |
| Urinalysis Gross Exam | | | | | CB |
| Specific Gravity | >=1.030 | Abn | | 1.005 - 1.030 | CB |
| pH | 5.5 | | | 5.0 - 7.5 | CB |
| Urine-Color | Yellow | | | Yellow | CB |
| Appearance | Clear | | | Clear | CB |
| WBC Esterase | Negative | | | Negative | CB |
| Protein | 1+ | Abn | | Negative/Trace | CB |
| Glucose | Negative | | | Negative | CB |
| Ketones | Trace | Abn | | Negative | CB |
| Occult Blood | 1+ | Abn | | Negative | CB |
| Bilirubin | Negative | | | Negative | CB |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0 - 1.9 | CB |
| Nitrite, Urine | Negative | | | Negative | CB |
| Microscopic Examination | See below: | | | | CB |
| WBC | None seen | | /hpf | 0 - 5 | CB |
| RBC | None seen | | /hpf | 0 - 3 | CB |
| Epithelial Cells | 0-3 | | cells/hpf | 0 -10 | CB |
| Casts | None seen | | /lpf | None seen | CB |
| Crystals | None. | | | N/A | CB |
| Mucus Threads | Few | Abn | | None seen | CB |
| Bacteria | None seen | | | None seen/Few | CB |
| **Urine Culture, Routine** | | | | | |
| Urine Culture, Routine | Final report | | | | CB |
| Result 1 | | | | | CB |

        Culture shows less than 10,000 colony
        forming units of bacteria per milliliter
        of urine. This colony count is not
        generally considered to be clinically
        significant.

CB: LabCorp Dublin                          Dir:  Rose Goodwin, MD
    6370 Wilcox Road, Dublin, OH 43016-1296

For inquiries, the physician may contact: Branch: 412-937-1808  Lab: 614-889-1061

REVIEWED BY:
10/18/04
H. BEAM, MD
FCI McKEAN

J. Cackel, Med Tech.

| SIGGERS, KEVIN | 51627 060 | 287-844-0631-0 | Seq # 1282 |
|---|---|---|---|

FINAL REPORT

Page 1 of 1

This document contains private and confidential health information protected by state and federal law.    ©2004 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 412-937-1808                All Rights Reserved
Ver: 1.00

**LabCorp**

| Specimen #          | Type | Primary Lab | Report Status | Pg |
|---------------------|------|-------------|---------------|-----|
| 079-989-5732-0      | S    | CB          | Final         | 1   |

Time 1035
1SW
SRC-ABSCESS BACK OF NECK
CD- 52993363889

Clinical Information                                    Fasting: N

| Physician ID | Patient ID |
|--------------|------------|
| BEAM H       | 51627-060  |

Account: FEDERAL CORRECTIONAL INSTITUTE 37806845
MCKEAN COUNTY
RT 59 & BIG SHANTY ROAD
LEWIS RUN, PA 16738
814-362-8900

| Patient Name      | Sex | Age (Yr/Mo) |
|-------------------|-----|-------------|
| SIGGERS, KEVIN    | M   | 032/06      |

Pat. Addr.

| Date Collected | Date Entered | Date Reported |      |
|----------------|--------------|---------------|------|
| 03/20/03       | 03/21/03     | 03/24/03      | 0237 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| AEROBIC BACTERIAL CULTURE | Final report. | | | | CB |
| RESULT 1 | Staphylococcus aureus | | | | CB |
|    Heavy growth | | | | | |
|    Methicillin resistant (MRSA) | | | | | |
| | | | | | CB |

***** S = Susceptible; I = Intermediate; R = Resistant
MICS are expressed in micrograms per mL

| AB Susceptibility | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 | LAB |
|-------------------|--------|--------|--------|--------|-----|
| AMOXICILLIN/CA | =R | | | | CB |
| AMPICILLIN/SULBACTAM | =R | | | | CB |
| CEFAZOLIN | =R | | | | CB |
| CIPROFLOXACIN | =R | | | | CB |
| CLINDAMYCIN | =S | | | | CB |
| ERYTHROMYCIN | =R | | | | CB |
| GENTAMICIN | =S | | | | CB |
| LEVOFLOXACIN | =R | | | | CB |
| OXACILLIN | =R | | | | CB |
| PENICILLIN (STAPH.) | =R | | | | CB |
| RIFAMPIN | =S | | | | CB |
| TETRACYCLINE | =S | | | | CB |
| TRIMETH-SULFA | =S | | | | CB |
| VANCOMYCIN | =S | | | | CB |

--------------------------------------------------------------------
Lab: CB LABCORP DUBLIN          Director: RICHARD MCVAY, MD
     6370 WILCOX ROAD DUBLIN, OH 43016-1296
--------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 412-937-1808 Lab: 614-889-1061
                    Last Page of Report

FCI MCKEAN HEALTH SVC.
2003 MAR 25 AM 9:42

*S. Czekai, MT*
S. Czekai, Med Tech.

REVIEWED BY:
3/26/03
H. BEAM, MD
FCI MCKEAN

This document contains private and confidential health information protected by state and federal law. If you are not the intended recipient and have received this document in error, please call 1-877-735-8776.

© 2002 Laboratory Corporation of America® Holdings
All Rights Reserved

REPORT
SIGGERS, KEVIN          Report Date: 03-24-03   Report Time: 15:07

| SPECIMEN | | STATUS | | | | | |
|---|---|---|---|---|---|---|---|
| 323-989-5641-0 | S | CB | FINAL | PG 1 | 00 N 01 | | FAX |

| TIME 0730 | ADDITIONAL INFORMATION | | | CLINICAL INFORMATION | 11-21-98  12:10 |
|---|---|---|---|---|---|
| 1 UC | | DOB: 08/22/70 | | | |

| | | PHYSICIAN ID | SAQUIN R | PATIENT ID | TVOL |
|---|---|---|---|---|---|
| CD- 52064068615 | | | SAQUIN | 51627-060 | |

| PATIENT INFORMATION | | SEX | AGE (YR./MOS.) | ACCOUNT |
|---|---|---|---|---|
| SIGGERS, KEVIN 51627-060 | | M | 028/02 | FEDERAL CORRECTIONAL INSTITUT. 37686245 |

PT. ADD.

MCKEAN CO. BRADFORD PRISON SYS   OB
ROUTE 59 AND BIG SHANTY ROAD      OB

| DATE OF COLLECTION | DATE ENTERED | DATE REPORTED | | LEWIS RUN        , PA  16738- |
|---|---|---|---|---|
| 11/19/98 | 11/20/98 | 11/21/98 | 1592 | 814-362-8900     PAR |

| TEST | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| URINE CULTURE, RO... | Final report. | | | | CB |
| RESULT 1 | | | | | CD |
| NO GROWTH AFTER 48 HOURS OF INCUBATION. | | | | | |

---

LAB: CB LABCORP DUBLIN          DIRECTOR: RICHARD   MCVAY       MD
6370 WILCOX ROAD DUBLIN, OH 43016-1296

---

RICHARD   MCVAY       MD
FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 814-833-0426 LAB: 800-321-3862
LAST PAGE OF REPORT

*S Czekai, MT*
**S. Czekai, Med Tech.**

RINELDO SAQUIN, Jr
SEE PHYSICIA

FCI MCKEAN HEALTH SVC.
98 NOV 23  AM 7:57

©1995 Laboratory Corporation of America™ Holdings
All Rights Reserved

REPORT

SIGGERS,IKEVIN                    51627-060            11/19/98

PATIENT NAME:        Kevin Siggers


REGISTRATION
NUMBER:              51627-060

DATE OF EXAM:        8/27/04

DATE TYPED:          9/7/04


EXAMINATION:

RIGHT HIP:

Multiple views of the right hip were obtained.  Orthopedic hardware is in
place in the patient's right hip.  The patient apparently has an old selective
epiphysis.  The left hip shows no obvious fracture.  It appears that there
might have been an old partial slip here as well.


Mark J. Welch, M.D.

kte

REVIEWED BY:
9/13/04

51627-060

PATIENT NAME: Kevin Siggers
EXAM: Left Lower Leg
ORDERING PHYSICIAN: B. Douthit


LEFT LOWER LEG:

The distal tibial and fibula are not well visualized.  No acute fracture is seen.  No dislocation or bony destructive process is noted.

IMPRESSION:

No evidence of acute fracture.


Mark Welch, M.D.*sz


Reviewed by D. Olson, MD
5/24/04

FCI MCKEAN
BOX 5000
BRADFORD,PA 16701

NAME:       Kevin Siggers
DOB:        8-22-70
AGE:
REG.NO:     51627-060
EXAM:       Chest
DATE:       12-19-03
REASON:     Hilar Prominence
REQ.BY:     Beam

DATE DICTATED:  1-9-04                    DATE TYPED:  1-9-04

CHEST:

The heart is not enlarged.  No failure or pneumonia is seen.

IMPRESSION:

No acute disease.


Mark Welch, M.D.
BRMC
caw

reviewed by D. Olson, MD
1 26 00

FCI MCKEAN
BOX 5000
Bradford, PA 16701

NAME:       Kevin Liggers
DOB:        8-22-70
AGE:        32
REG NO:     51627-060
EXAM:       Chest
DATE:       7-23-03
REASON:     SOB
REQ.BY:     Asp

DATE DICTATED 7-30-03                    DATE TYPED 8-5-03

CHEST:

The apex is cut off. The heart is not enlarged. Prominence of the hilar regions are noted.
Further evaluation with CT is advised.

IMPRESSION:

Limited study. Hilar prominence as noted. CT is advised.

Reviewed by D. Olson, MD
Date. 8/6/03

Mark Welch, M.D.
BRMC
caw

REVIEWED BY:

H. BEAM, MD
FCI MCKEAN
8/7/03

ATTACH 2D REPORT WITH TOP AT THIS LINE ▲

NSN 7540-00-634-4162                                                                                                                                     519-218

| PATIENT IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility) | AGE 28 | SEX M | SSN (Sponsor) | WARD/CLINIC | REGISTER NO. 51627-060 |
|---|---|---|---|---|---|

Siggers, Kevin

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

Rt. Foot

| REQUESTED BY PA Flatt | | TELEPHONE NO. |
|---|---|---|

LOCATION OF MEDICAL RECORDS
FCI McKean

| FILM NO. | DATE REQUESTED 2/19/99 | PREGNANT ☐ YES  ☐ NO |
|---|---|---|

SPECIFIC REASON(S) FOR REQUEST   (Complaints and findings)

Pain

| DATE OF EXAMINATION (Month, day, year) 2/24/99 | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|

RADIOLOGIC REPORT

® foot - 2V — No fx seen

2/26/99

Distal aspect of 1-3 toes not included on film

Slight spurring @ 1st MTP jt bilaterally

J. OLSON, M.D.
CLINICAL DIRECTOR

SIGNATURE                                                                   2-25-99              LOCATION OF RADIOLOGIC FACILITY

1 — MEDICAL RECORD           RADIOLOGIC CONSULTATION REQUEST/REPORT           STANDARD FORM 519-A (REV. 8-83)
                                                                                                          Prescribed by GSA/ICMR
                                                                                                          FIRMR (41 CFR) 201-45.505

FIRMR (41 CFR) 201-45.505

☆ U.S. GOVERNMENT PRINTING OFFICE: 1992 – 342-199 / 50169

ATTACH 3D REPORT ALONG HERE ▲ AND SUCCEEDING ONES ON ABOVE LINES

NSN 7540-00-634-4162                                                                                                 519-218

| PATIENT IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility) | AGE | SEX | SSN (Sponsor) | WARD/CLINIC | REGISTER NO. |
|---|---|---|---|---|---|
| Siggers, Kevin | 28 | m | XX | OP | 51627-060 |

DOB: 8-22-70

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

Rt. Hip

| REQUESTED BY | TELEPHONE NO. |
|---|---|
| PA Hamandi | 814-362-8900 |

| LOCATION OF MEDICAL RECORDS | FILM NO. | DATE REQUESTED | PREGNANT |
|---|---|---|---|
| FCI McKean | 51627-060 | 12/14/98 | ☐ YES ☒ NO |

SPECIFIC REASON(S) FOR REQUEST  (Complaints and findings)

Hx hip Fx, r/o abnormality

(0850)  2-views shielded
5003c⁰ 8H/  M. Youngs, RT

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|
| 3/5/99 | 3-11-99 | 3-11-99 *my |

RADIOLOGIC REPORT

Two views show patient to be status post hip pinning with three metalic devices with their tips appearing within the femoral head on the one of the two views that show the femoral head completely. The femoral head as seen is rounded. The femoral neck appears broadened with the femoral head and neck somewhat foreshortened in appearance. The prior hip fracture and post operative changes appear well healed.

3/19/99

J. OLSON M.D.
CAL DIRECTOR

| SIGNATURE | LOCATION OF RADIOLOGIC FACILITY |
|---|---|
| L. Daillaire, M.D. | FCI MCKEAN BRADFORD, PA PO BOX 5000 |

1 — MEDICAL RECORD

RADIOLOGIC CONSULTATION REQUEST/REPORT

☆U.S.G.P.O.:1994-367-738

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

MEDICAL RECORD

RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR

519-218

SN 7540-00-634-4162
ATIENT IDENTIFICATION (For typed or written entries give:
ame — last, first, middle, Medical Facility)

SIGGERS, KEVIN
DOB: 8-22-70

| AGE | SEX | SSN (Sponsor) | | WARD/CLINIC | REGISTER NO. |
|---|---|---|---|---|---|
| 29 | M | XX | | OP | 51627-060 |

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

C-A

REQUESTED BY                      KUB

W. HAMANDT, M.P.

TELEPHONE NO.

814-362-8900

LOCATION OF MEDICAL RECORDS

FCI MCKEAN BRADFORD,PA

SPECIFIC REASON(S) FOR REQUEST (Complaints and findings)

? Stone in urinary tract

| FILM NO. | DATE REQUESTED | PREGNANT |
|---|---|---|
| 51627-060 | 9-3-99 | ☐ YES  ☐ NO |

TECHNIQUE: 300 200 80kV
PERFORMED BY: M. Youngs, RT(R)

TIME: 0950
SHIELDED: YES  NO
# VIEWS: 1

| DATE OF EXAMINATION (Month, day, year) | DATE OF REPORT (Month, day, year) | DATE OF TRANSCRIPTION (Month, day, year) |
|---|---|---|
| 9-10-99 | 9-16-99 | 9-17-99 *my |

RADIOLOGIC REPORT
Single flat film of the abdomen is obtained. There is a moderate amount of stool in the
I see no definite unusual calcifications about the expected confines of the urinary tract to
suggest calculus on this unprepped KUB. I see no organomegaly.
If symptoms persist an IVP would be helpful to exclude ureteral calculi.
Incidental note is made of several pins in the right hip.    9/24/99

D. Olson, MD
Clinical Director

SIGNATURE

L. Dallaire, M.D.

1 — MEDICAL RECORD

LOCATION OF RADIOLOGIC FACILITY

FCI McKean PO Box 5000 Bradford,PA

RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

RADIOLOGIC CONSULTATION REQUEST/REPORT

☆U.S.G.P.O.: 1994-367-738

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

1 — MEDICAL RECORD        RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

FIRMR (41 CFR) 201-45.505

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |
|---|---|

NSN 7540-00-634-4162

| PATIENT IDENTIFICATION (For typed or written entries give: Name — last, first, middle, Medical Facility) | AGE | SEX | SSN (Sponsor) | WARD/CLINIC | 519-218 REGISTER NO. |
|---|---|---|---|---|---|
| SIGGERS, KEVIN | 31 | M | | | 51627-060 |

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

(L) ankle

REQUESTED BY

Olson

TELEPHONE NO. 362-8900

LOCATION OF MEDICAL RECORDS

FCI McKean

FILM NO.

DATE REQUESTED 9/6/01

PREGNANT [ ] YES [ ] NO

SPECIFIC REASON(S) FOR REQUEST   (Complaints and findings)

R/O fx

| DATE OF EXAMINATION (Month, day, year) 9/6/01 | DATE OF REPORT (Month, day, year) 11-101 | DATE OF TRANSCRIPTION (Month, day, year) 11-1-01 |
|---|---|---|

RADIOLOGIC REPORT

LEFT ANKLE:  Multiple views of the left ankle were ordered.  the examination which was presented in more of a foot.  No fracture, dislocation, or bony destructive process is not4ed.  It is recommended that the patient have left ankle films if there is concern for injury.

IMPRESSION:

No evidence of fracture of the foot.

Reviewed by D. Olson, MD
Date

SIGNATURE

Mark Welch, M.D.

1 – MEDICAL RECORD

LOCATION OF RADIOLOGIC FACILITY

BRMC

RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

SIGNATURE

L. Dallaire, M.D.

1 – MEDICAL RECORD

FCI McKean PO Box 5000

RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

☆U.S.G.P.O.: 1994 - 367-738

1 – MEDICAL RECORD

RADIOLOGIC CONSULTATION REQUEST/REPORT

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

FIRMR (41 CFR) 201-45.505

☆ U.S. GOVERNMENT PRINTING OFFICE: 1992 – 342-199 / 50169

Oklahoma C.
(405) 68...
X-RAY REPOR...

## FEDERAL TRANSFER CENTER

NAME

SIGGERS, KEVIN

ADDRESS:

AGE    27    M

DATE    03/18/98

ADMIT#:

DIAGNOSIS:    SSN#:    _    _

PHYSICIAN

LAWRENCE HUBER, D.O.

REPORT:

**CHEST:** This survey demonstrates the pulmonary and cardiovascular structures to be within normal limits. Thoracic cage is symmetrical bilaterally, and free of gross pathology.

**IMPRESSION:** Unremarkable chest survey.

THANK YOU FOR REFERRING THIS PATIENT

DR.

RADIOLOGIST

T.H. MOLSKNESS, D.O.    721

BP-S622.060    **RADIOLOGIC CONSULTATION REQUEST/REPORT**    CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Patient Identification<br>Name, Register Number, Institution | Age 27 | Sex M | EXAMINATION REQUESTED<br>CXR |
|---|---|---|---|
| *Siggers, Kevin*<br>*51627-066* | Pregnant<br>☐ Yes   ☐ No | | |
| | Requested by HUBER | | Date Requested 3/18/98 |

Specific reason(s) for request (Complaints and findings)

T.B. SCREENING

| Date of examination 3-18-98 | Date of Report | Date of Transcription | Film # |
|---|---|---|---|

Radiologic Report

Chris Reeves, RTR
Federal Transfer Center, OKC, OK

| Signature | Location of Radiologic Facility |
|---|---|

Original - Medical Record;  Copy - Physician;  Copy - Radiology
(This form may be replicated via WP)

 Printed on Recycled Paper

THANK YOU FOR REFERRING THIS PATIENT

4F10009850

03/19/98    12:17

DR. _____
T.H. MOLSKNESS, D.O.    RADIOLOGIST    721

Ord.Date
04/28/04

Exp.Date
05/27/04

Rx #
166603

SIGGERS, KEVIN LAMAR
51627-060
TAKE ONE TABLET THREE TIMES DAILY
AS NEEDED

NAPROXEN SODIUM 275 MG TAB        #21

D. OLSON
(0)Refills

# Medication Summary Sheet

| Ord.Date 10/28/03 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 01/25/04 | 51627-060    (0)Refills<br>INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED |
| Rx # 157526 | ALBUTEROL INH 90MCG 17GM    #1 |

| Ord.Date 10/28/03 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 01/25/04 | 51627-060    (2)Refills<br>INHALE 4 PUFFS TWICE DAILY |
| Rx # 157527 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI    #1 |

| Ord.Date 10/28/03 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 11/26/03 | 51627-060    (2)Refills<br>TAKE EIGHT TABLETS EACH DAY FOR 2 DAYS, THEN DECREASE BY 1 TABLET EVERY 2 DAYS **TAKE WITH FOOD** |
| Rx # 157528 | PREDNISONE 5 MG TAB    #72 |

| Ord.Date 10/28/03 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 12/11/03 | 51627-060    (2)Refills<br>TAKE ONE CAPSULE THREE TIMES DAILY **MAY CAUSE DROWSINESS** |
| Rx # 157529 | DIPHENHYDRAMINE 25 MG CAP    #30 |

| Ord.Date 11/18/03 | SIGGERS, KEVIN LAMAR    B. SAYLOR |
|---|---|
| Exp.Date 02/15/04 | 51627-060    (0)Refills<br>APPLY TO AFFECTED AREAS 2 TIMES DAILY. |
| Rx # 158704 | BACITRACIN OINT    #1 |

| Ord.Date 11/18/03 | SIGGERS, KEVIN LAMAR    B. SAYLOR |
|---|---|
| Exp.Date 02/15/04 | 51627-060    (0)Refills<br>TAKE 1 TABLET WITH FOOD EVERY 8 HOURS. (PAIN & INFLAMMATION) |
| Rx # 158703 | IBUPROFEN 800 MG TAB    #30 |

| Ord.Date 11/20/03 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 02/17/04 | 51627-060    (2)Refills<br>INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED |
| Rx # 158899 | ALBUTEROL INH 90MCG 17GM    #1 |

| Ord.Date 11/20/03 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 02/17/04 | 51627-060    (2)Refills<br>INHALE 4 PUFFS TWICE DAILY |
| Rx # 158900 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI    #1 |

| Ord.Date 11/20/03 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 02/17/04 | 51627-060    (12)Refills<br>TAKE ONE CAPSULE THREE TIMES DAILY |
| Rx # 158901 | DIPHENHYDRAMINE 25 MG CAP    #21 |

SIGGERS, KEVIN LAMAR
?27-060
?EAN HOUSING FACILITY - C02
?/2003

**FCI McKean**

| Ord.Date 12/01/03 | SIGGERS, KEVIN LAMAR    S. LABROZZI |
|---|---|
| Exp.Date 12/14/03 | 51627-060    (0)Refills<br>TAKE ONE CAPSULE BEFORE MEALS AND AT BEDTIME ( FOUR TIMES DAILY ) ON EMPTY STOMACH WITH FULL GLASS OF WATER |
| Rx # 159468 | TETRACYCLINE HCL 500 MG CAP    #40 |

| Ord.Date 02/02/04 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 05/01/04 | 51627-060    (2)Refills<br>TAKE 1 TABLET ONCE DAILY IN THE EVENINGS. |
| Rx # 162797 | MONTELUKAST NA 10MG TAB 10MG    #30 |

| Ord.Date 02/02/04 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 05/01/04 | 51627-060    (2)Refills<br>SHAKE WELL: TAKE 2 PUFFS 4 TIMES DAILY. |
| Rx # 162798 | ALBUTEROL INH 90MCG 17GM    #1 |

| Ord.Date 02/02/04 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 05/01/04 | 51627-060    (2)Refills<br>SHAKE WELL: TAKE 4 PUFFS 2 TIMES DAILY. IMPORTANT; DO NOT SKIP DOSES. |
| Rx # 162799 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI    #1 |

| Ord.Date 02/02/04 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 05/01/04 | 51627-060    (3)Refills<br>TAKE 1 CAPSULE 3 TIMES DAILY. |
| Rx # 162800 | DIPHENHYDRAMINE 25 MG CAP    #30 |

| Ord.Date 02/02/04 | SIGGERS, KEVIN LAMAR    H. BEAM,MD |
|---|---|
| Exp.Date 03/02/04 | 51627-060    (0)Refills<br>TAKE 2 TABLETS ONCE DAILY AT BEDTIME. DO NOT CRUSH OR CHEW. DO NOT TAKE WITH ANTACIDS. |
| Rx # 162801 | BISACODYL, E.C. 5 MG TAB    #10 |

| Ord.Date 02/26/04 | SIGGERS, KEVIN LAMAR    R. PIOTROWSKI |
|---|---|
| Exp.Date 03/16/04 | 51627-060    (0)Refills<br>TAKE ONE TABLET FOUR TIMES DAILY FOR 5 DAYS |
| Rx # 163884 | TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG / 60MG TAB    #20 |

| Ord.Date 02/26/04 | SIGGERS, KEVIN LAMAR    R. PIOTROWSKI |
|---|---|
| Exp.Date 05/25/04 | 51627-060    (1)Refills<br>INHALE 2 SPRAYS IN EACH NOSTRIL TWICE DAILY |
| Rx # 163885 | FLUNISOLIDE NASAL SPRAY 0.025% ML    #1 |

| Ord.Date 04/28/04 | SIGGERS, KEVIN LAMAR    D. OLSON |
|---|---|
| Exp.Date 08/25/04 | 51627-060    (3)Refills<br>INHALE 4 PUFFS TWICE DAILY |
| Rx # 166600 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI    #1 |

| Ord.Date 04/28/04 | SIGGERS, KEVIN LAMAR    D. OLSON |
|---|---|
| Exp.Date 08/25/04 | 51627-060    (3)Refills<br>INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED |
| Rx # 166601 | ALBUTEROL INH 90MCG 17GM    #1 |

| Ord.Date 04/28/04 | SIGGERS, KEVIN LAMAR    D. OLSON |
|---|---|
| Exp.Date 08/25/04 | 51627-060    (3)Refills<br>TAKE ONE TABLET EACH DAY |
| Rx # 166602 | MONTELUKAST NA 10MG TAB 10MG    #30 |



CI MCKEAN PHARMACY
`04499    D. OLSON      06/0...
GGERS, KEVIN LAMAR    51627-060
CK - C02-228U
AKE TWO TABLETS AT BEDTIME (203
/L)

RAZODONE 50 MG TAB          # 2
()Refills   06/05/2000   CLO

FCI MCKEAN PHARMACY
`04775    G. FAIRBANKS    06/09
SIGGERS, KEVIN LAMAR    51627-
MCK - C02-228U
TAKE ONE TABLET AT 8:30PM PILL
LINE **DOSE DECREASE**

TRAZODONE 50 MG TAB          #
(8)Refills   06/09/2000   CLO
CAUTION: Federal law prohibits transfer of this drug

FCI MCKEAN PHARMACY
`04780    G. FAIRBANKS    06/0...
SIGGERS, KEVIN LAMAR    51627-0
MCK - C02-228U
TAKE ONE TABLET EVERY SIX HOURS
UNTIL FINISHED

ERYTHROMYCIN BASE 250 MG        #
(0)Refills   06/09/2000   CLO

FCI MCKEAN PHARMACY
`04781    G. FAIRBANKS    06/09
SIGGERS, KEVIN LAMAR    51627-060
MCK - C02-228U
TAKE TWO TABLETS EVERY EIGHT
HOURS AS NEEDED

ACETAMINOPHEN 500 MG CAPL      # 2
(0)Refills   06/09/2000   CLO

FCI MCKEAN PHARMACY
`06891    J. GOMEZ-LEO    08/15/0...
SIGGERS, KEVIN LAMAR    51627-06
MCK - C02-228U
TAKE TWO TABLETS EVERY EIGHT
HOURS

ACETAMINOPHEN 500 MG CAPL      # 3
(1)Refills   08/15/2000   CLO   RxExp 09/23/0
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY
`07892    J. GOMEZ-LEO    09/18/00
SIGGERS, KEVIN LAMAR    51627-060
MCK - C02-228U
TAKE ONE TABLET AT BEDTIME P/L

TRAZODONE 50 MG TAB          # 10
(8)Refills   09/18/2000   CLO   RxExp 12/16/00
CAUTION: Federal law prohibits transfer of this drug

FCI MCKEAN PHARMACY
`10687    G. FAIRBANKS    12/15/00
SIGGERS, KEVIN LAMAR    51627-060
MCKEAN HOUSING FACILITY - C02-228U
D/C PILL LINE TRAZODONE 50MG AT
BEDTIME PER 12/15/00 PSYCH CLINIC
PER DR. OLSON

TRAZODONE 50 MG TAB          #30
(0)Refills   12/15/2000   CLO   RxExp 01/13/01

FCI MCKEAN PHARMACY
`18200    J. GOMEZ-LEO    08/03/0
SIGGERS, KEVIN LAMAR    51627-06
MCKEAN HOUSING FACILITY - C02-228
INSERT 1 SUPPOSITORY RECTALLY
TWICE DAILY AS NEEDED

HYDROCORTISONE ACETAT 25 MG EA  #12
(1)Refills   08/03/2001   DAO   RxExp 09/01/01

FCI MCKEAN PHARMACY
`18201    J. GOMEZ-LEO    0
SIGGERS, KEVIN LAMAR    516
MCKEAN HOUSING FACILITY - C02-228U
USE BEFORE AND AFTER EACH
BOWEL MOVEMENT **EXTERNAL
ONLY**

DIBUCAINE OINTMENT 1% GM
(0)Refills   08/03/2001   DAO   RxExp 0...
CAUTION: Federal/State law prohibits transfer of this drug

FCI MCKEAN PHARMACY
`18202    J. GOMEZ-LEO    08/03/01
SIGGERS, KEVIN LAMAR    51627-060
MCKEAN HOUSING FACILITY - C02-228U
TAKE ONE CAPSULE TWICE DAILY
(NOON AND DINNER)

DOCUSATE 100 MG CAP          #30
(0)Refills   08/03/2001   DAO   RxExp 08/17/0
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Ord.Date 02/03/03   SIGGERS, KEVIN LAMAR    J. GLENN
Exp.Date 02/12/03   51627-060                (0)Refills
Rx # 142383         TAKE ONE CAPSULE FOUR TIMES
                    DAILY UNTIL FINISHED
                    CEPHALEXIN 500 MG CAP          #40

Ord.Date           SIGGERS, KEVIN LAMAR    J. GLENN
Exp.Date 02/22/03  51627-060                (0)Refills
Rx # 142384        TAKE ONE TABLET THREE TIMES DAILY
                   AS NEEDED WITH FOOD
                   IBUPROFEN 800 MG TAB          #20

Ord.Date 02/03/03   SIGGERS, KEVIN LAMAR    J. GLENN
Exp.Date 03/04/03   51627-060                (0)Refills
Rx # 142404         APPLY TO AFFECTED AREA TWO TIMES
                    A DAY **EXTERNAL USE ONLY**
                    BACITRACIN OINTMENT          #1

Ord.Date 03/11/03   SIGGERS, KEVIN LAMAR    H. BEAM,MD
Exp.Date 03/20/03   51627-060                (0)Refills
Rx # 144508         TAKE ONE CAPSULE FOUR TIMES
                    DAILY UNTIL FINISHED
                    CEPHALEXIN 500 MG CAP          #40

Ord.Date 01/06/02   Exp.Date 11/14/02
Rx # 137409
SIGGERS, KEVIN LAMAR
51627-060
TAKE TWO TABLETS EVERY 6 TO 8
HOURS AS NEEDED
ACETAMINOPHEN 500 MG CAPL
J. GLENN   (0)Refills   #30

`00
PA 16701

NAME: Siggers, K.          Reg. No. 51627-060

Ord.Date 03/12/03
SIGGERS, KEVIN LAMAR
51627-060
J. GLENN
(1)Refills
Exp.Date 06/09/03
TAKE TWO TABLETS EVERY EIGHT HOURS AS NEEDED
Rx # 144524
ACETAMINOPHEN 500 MG CAPL     #30

Ord.Date 03/20/03
SIGGERS, KEVIN LAMAR
51627-060
S. LABROZZI
(0)Refills
Exp.Date 04/08/03
TAKE ONE CAPSULE FOUR TIMES A DAY FOR 10 DAYS
Rx # 144972
CEPHALEXIN 500 MG CAP     #40

Ord.Date 03/27/03
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(0)Refills
Exp.Date 04/05/03
TAKE ONE CAPSULE FOUR TIMES DAILY UNTIL FINISHED
Rx # 145317
TETRACYCLINE HCL 500 MG CAP     #40

Ord.Date 06/04/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 07/03/03
TAKE TWO TABLETS EVERY TWELVE HOURS
Rx # 149224
CLINDAMYCIN 150 MG CAP     #30

Ord.Date 06/04/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 07/03/03
TAKE ONE TABLET EVERY 8 HOURS AS NEEDED FOR PAIN
Rx # 149225
IBUPROFEN 800 MG. TAB     #20

Ord.Date 06/24/03
SIGGERS, KEVIN LAMAR
51627-060
S. LABROZZI
(0)Refills
Exp.Date 07/23/03
INHALE 1 TO 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 150247
ALBUTEROL INHALER 17 GM     #1

Ord.Date 06/24/03
SIGGERS, KEVIN LAMAR
51627-060
S. LABROZZI
(2)Refills
Exp.Date 09/21/03
INHALE 2 PUFFS IN EACH NOSTRIL 4 TIMES A DAY AND AS NEEDED
Rx # 150248
SALINE NASAL SPRAY     #1

Ord.Date 09/17/03
SIGGERS, KEVIN LAMAR
51627-060
B. SAYLOR
(0)Refills
Exp.Date 09/17/03
DRINK 10 OZ. AT PILL LINE
Rx # 155087
MAGNESIUM CITRATE SOLUTION  ML     #1

Ord.Date 09/17/03
SIGGERS, KEVIN LAMAR
51627-060
B. SAYLOR
(3)Refills
Exp.Date 12/15/03
TAKE ONE TABLET THREE TIMES DAILY WITH PLENTY OF WATER
Rx # 155088
FIBERCON CAPLETS     #30

Ord.Date 04/07/03
SIGGERS, KEVIN LAMAR
51627-060
S. LABROZZI
(0)Refills
Exp.Date 04/20/03
ONE CAPSULE 4 TIMES DAILY BEFORE MEALS & BEDTIME (EMPTY STOMACH)
Rx # 145004
TETRACYCLINE HCL 500 MG CAP     #40

Ord.Date 05/07/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 05/16/03
TAKE FOUR CAPSULES 1 HOUR BEFORE PROCEDURE
Rx # 147673
CLINDAMYCIN 150 MG CAP     #4

Ord.Date 05/15/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 06/13/03
TAKE FOUR CAPSULES 1 HOUR BEFORE PROCEDURE
Rx # 148227
CLINDAMYCIN 150 MG CAP     #4

Ord.Date 05/21/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 05/27/03
TAKE FOUR CAPSULES 1 HOUR BEFORE PROCEDURE
Rx # 148535
CLINDAMYCIN 150 MG CAP     #4

Ord.Date 06/17/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 06/30/03
TAKE FOUR CAPSULES ONE HOUR BEFORE PROCEDURE
Rx # 149880
CLINDAMYCIN 150 MG CAP     #4

Ord.Date 06/25/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 07/08/03
TAKE FOUR CAPSULES ONE HOUR BEFORE PROCEDURE
Rx # 150309
CLINDAMYCIN 150 MG CAP     #4

Ord.Date 08/25/03
SIGGERS, KEVIN LAMAR
51627-060
W. COLLINS
(0)Refills
Exp.Date 08/31/03
TAKE FOUR CAPSULES 1 HOUR BEFORE PROCEDURE
Rx # 153676
CLINDAMYCIN 150 MG CAP     #4

Ord.Date 09/23/03
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(0)Refills
Exp.Date 12/21/03
SHAKE WELL: TAKE 2 METERED-INHALATIONS (PUFFS) 4 TIMES DAILY.
Rx # 155319
ALBUTEROL INH 90MCG 17GM     #1

Ord.Date 10/17/03
SIGGERS, KEVIN LAMAR
51627-060
J. GLENN
(0)Refills
Exp.Date 11/15/03
APPLY TWICE DAILY TO AREAS ON ELBOWS **EXTERNAL USE ONLY**
Rx # 156897
HYDROCORTISONE 1% CRM     #1

Ord.Date 10/17/03
SIGGERS, KEVIN LAMAR
51627-060
J. GLENN
(0)Refills
Exp.Date 10/31/03
TAKE ONE CAPSULE TWICE DAILY AS NEEDED **MAY CAUSE DROWSINESS**
Rx # 156898
DIPHENHYDRAMINE 25 MG CAP     #15