# ATTACHMENT C

# PART  4

Pharmacy Services
FCI McKEAN, PA 16701                    814-

RX400090296            M. TARR
SIGGERS,KEVIN L
TAKE 1 TABLET EVERY 4-6 HOURS AS NEEDED
PAIN

ACETAMINOPHEN 500 MG TABLET            #
cg            0 REFILLS        EXPIRES

RX 400089761    Pa Hamandi    12/
Siggers, K.                    51627-
Take 2 tablets at 5:30pm pill
(time change edit by PA Hamar
20/99)

Trazodone Hcl 50mg Tab
cg            2 refills        0

RX400090612    Dr. Olson    12/2?
Siggers, K.                    5162?
Take 1 tablet every 12 hours
finished
Cipro 500mg            #20
cg            0 refills    01/0?

Pharmacy Services
FCI McKEAN, PA 16701            814-362-8900

RX400090294        M. TARR        12/16/9?
SIGGERS,KEVIN L            51627-060
TAKE 1 TABLET 4 TIMES A DAY WITH FOOD FOR 10
DAYS. UNTIL FINISHED

ERYTHROMYCIN BASE 250 MG TABLET        #40
cg        0 REFILLS        EXPIRES 12/26/9?

Pharmacy Services
FCI McKEAN, PA 16701            814-362-8900

RX400090295        M. TARR        12/16/9?
SIGGERS,KEVIN L            51627-060
TAKE 1 TABLET TWICE A DAY **DRINK PLENTY OF
FLUIDS**

GUAIFENESIN LA 600MG            #10
cg        0 REFILLS        EXPIRES 12/21/9?

RX400091204 Pa Gomez        1/6/00
Siggers, K.                51627-060
Insert 1 suppository in the rectum
twice daily as directed
HC Rectal Suppos        #12
cg            1 refill    3/6/00

RX400091205 Pa Gomez        1/6/00
Siggers, K.                51627-060
Apply to rectal area before and
after each bowel movement
**EXTERNAL USE ONLY**
Dibucaine Oint.        #1
cg            1 refill    3/6/00

RX400091206 Pa Gomez        1/6/00
Siggers, K.                51627-060
Take 1 capsule every day
Docusate 100mg        #10
cg            1 refill    2/6/00

RX400091490 Pa Tarr        1/13/00
Sigger, K.                51627-060
Take 1 tablet twice daily **may
make drowsy**
Allerfrim        #10
cg            0 refills    1/20/00

RX400091491 Pa Tarr        1/13/00
Siggers, K.                51627-060
Take 1 tablet every 4-6 hours as
needed for pain
Acetaminophen 500mg    #20
cg            1 refill    2/14/00

RX400090613    Dr. Olson    12/2?
Siggers, K.                51627?
Take 1 tablet 3 times daily a
needed **may make drowsy**
Allerfrim        #15
cg            0 refills    01/08

RX400090614    Dr. Olson    12/27
Siggers, K.                51627?
Take 2 tablets every 8 hours
needed
Acetaminophen 500mg    #25
cg            0 refills    01/08/00

CI McKEAN
P.O. Box 5000
Bradford. PA 16701

NAME: _Siggers, Kevin L._        REG. NO. _51627-060_

Rx400091801          Pa Tarr  1/25/00
Siggers,K                    51627-060

Take 1 tablet twice a day

Cipro 500mg          #20
dao

                0 Refills 2/6/00

---

Rx400091802          PA Tarr 1/25/00
Siggers,K                    51627-060

Take 1 tablet twice a day
**may cause drowsiness**
Allerfrin          #10
dao

         1 Refill    2/6/00

---

**FCI MCKEAN PHARMACY**

100020          GOMEZ-LEON          02/03/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
2 DROPS IN AFFECTED RIGHT EAR THREE TIMES
DAILY

NEOMYCIN/POLY B/HC OTIC SUSP  ML     # 10
(0) Refills   02/03/2000   CLO

CAUTION: Federal law prohibits transfer of this drug

---

FCI MCKEAN PHARMACY

100021          GOMEZ-LEON          02/03/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
TAKE ONE TABLET TWICE DAILY

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5     # 10
(0) Refills   02/03/2000   CLO

CAUTION: Federal law prohibits transfer of this drug

---

FCI MCKEAN PHARMACY

100022          GOMEZ-LEON          02/03/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
TAKE 2 TABLETS EVERY 8 HOURS AS NEEDED

ACETAMINOPHEN 325 MG TAB          # 20
(0) Refills   02/03/2000   CLO

CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

100379          GOMEZ-LEON          02/14/2
SIGGERS, KEVIN LAMAR               51627
MCK - C02-228U
TAKE TWO TABLETS EVERY 6-8 HOURS AS
NEEDED

ACETAMINOPHEN 500 MG CAPL          #
(1) Refills   02/14/2000   CLO

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

FCI MCKEAN PHARMACY

102140          FLATT
SIGGERS, KEVIN LAMAR
MCK - C02-228U
TAKE TWO TABLETS FOUR TIMES DAILY
NEEDED

ACETAMINOPHEN 500 MG CAPL
(2) Refills   03/30/2000   CLO

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescri

---

FCI MCKEAN PHARMACY

102153          HAMANDI          03/30/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
TAKE TWO TABLETS AT 8:30PM PILL LINE

Never received chart until 3/30/00

Clinic 3/3/00. Rx edit 3/30/00.          CHO

TRAZODONE 50 MG TAB
(8) Refills   03/30/2000   CLO

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

FCI MCKEAN PHARMACY

102907          GOMEZ-LEON          04/
SIGGERS, KEVIN LAMAR               51
MCK - C02-228U
TAKE ONE TABLET TWICE DAILY **MAY CA
DROWSINESS**

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5
(0) Refills   04/20/2000   CLO

CAUTION: Federal/State law prohibits transfer of this drug

---

FCI MCKEAN PHARMACY

102908          GOMEZ-LEON          04
SIGGERS, KEVIN LAMAR               5
MCK - C02-228U
TAKE TWO TABLETS EVERY EIGHT HOUR

ACETAMINOPHEN 325 MG TAB
(0) Refills   04/20/2000   CLO          RxExp 05/09/00

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

FCI MCKEAN PHARMACY

102909          GOMEZ-LEON          04/20/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
TAKE 1 TEASPOONFUL THREE TIMES DAILY
**SHAKE WELL**

BISMUTH SUBSALICYLATE 262MG /15M     # 1
(0) Refills   04/20/2000   CLO     RxExp 05/09/00

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

FCI MCKEAN PHARMACY

103771          FAIRBANKS          05/12/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
TAKE TWO TABLETS EVERY EIGHT HOURS AS
NEEDED

ACETAMINOPHEN 500 MG CAPL          # 21
(0) Refills   05/12/2000   CLO     RxExp 05/31/00

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

FCI MCKEAN PHARMACY

104036          FAIRBANKS          05/19/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
TAKE ONE TABLET TWICE DAILY **MAY CAUSE
DROWSINESS**

TRIPROLIDINE/PSEUDOEPHEDRINE 2.5     # 15
(0) Refills   05/19/2000   DAO     RxExp 05/28/00

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

FCI MCKEAN PHARMACY

104037          FAIRBANKS          05/19/2000
SIGGERS, KEVIN LAMAR               51627-060
MCK - C02-228U
TAKE TWO TABLETS EVERY EIGHT HOURS AS
NEEDED

ACETAMINOPHEN 500 MG CAPL          # 15
(0) Refills   05/19/2000   DAO     RxExp 06/07/00

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8900

RX400078682        W. FLATT        01/13/99
SIGGERS,KEVIN L                    51627-060
TAKE 2 TABLETS 4 TIMES A DAY AS NEEDED

ACETAMINOPHEN 500 MG TABLET        #24
DAO        0 REFILLS        EXPIRES 02/12/99

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8900

RX400078683        W. FLATT        01/13/99
SIGGERS,KEVIN L                    51627-060
INSERT ONE (1) RECTALLY TWICE A DAY

HYDROCORTISONE 25 MG RECTAL SUPPOS    #1
DAO        0 REFILLS        EXPIRES 01/25/99

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8900

RX400078684        W. FLATT        01/13/99
SIGGERS,KEVIN L                    51627-060
TAKE 2 CAPSULES AT BEDTIME AS NEEDED **DRINK
PLENTY OF WATER**

DOCUSATE SODIUM 100 MG CAPSULE        #20
DAO        0 REFILLS        EXPIRES 02/12/99

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8900

RX400081010        Dr. D. OLSON        03/05/99
SIGGERS,KEVIN L                    51627-060
TAKE 1&1/2 TABLETS AT 8:30PM PILL LINE

TRAZODONE HCl 50 MG TABLET        #45
CG        2 REFILLS        EXPIRES 06/03/99

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8900

RX400081011        Dr. D. OLSON        06-07-99
SIGGERS,KEVIN L                    51627-060
TAKE 1&1/2 TABLETS (75MG) AT 8:30PM PILL LINE (
AT BEDTIME )

TRAZODONE HCl 50 MG TABLET        #45
CG        2 REFILLS        EXPIRES 09/05/99

---

Pharmacy Services
FCI McKEAN, PA 16701                81

RX400085103        Dr. D. OLSON
SIGGERS,KEVIN L
TAKE 1 CAPSULE EVERY DAY **DRINK PLENTY
WATER**

DOCUSATE SODIUM 100 MG CAPSULE
CG        0 REFILLS        EXPIRE

Pharmacy Services
FCI McKEAN, PA 16701                814-3

RX400085104        Dr. D. OLSON        0
SIGGERS,KEVIN L                    51
INSERT ONE (1) SUPPOSITORIE RECTALLY 3 TI
DAY AS NEEDED

HYDROCORTISONE 25 MG RECTAL SUPPOS    #1
CG        1 REFILLS        EXPIRES 0

Pharmacy Services
FCI McKEAN, PA 16701                814-3

RX400085283        W. HAMANDI        0
SIGGERS,KEVIN L                    51
INSERT ONE (1) SUPPOSITORIE RECTALLY AT 8

HYDROCORTISONE 25 MG RECTAL SUPPOS    #1
CG        1 REFILLS        EXPIRES 0

Pharmacy Services
FCI McKEAN, PA 16701                814

RX400085284        W. HAMANDI
SIGGERS,KEVIN L
DISSOLVE ONE (1) TEASPOONFUL IN A GLAS
WATER AT BEDTIME

PSYLLIUM HYDROPHILIC MUCILLOID POWDER
CG        0 REFILLS        EXPIRE

Pharmacy Services
FCI McKEAN, PA 16701                81

RX400086557        W. HAMANDI
SIGGERS,KEVIN L
TAKE 1 AND 1/2 TABLETS (75MG) AT 8:30P
TIME

TRAZODONE HCl 50 MG TABLET
CG        2 REFILLS        EXPIRE

---

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8905

RX400089747        Dr. D. OLSON        11/12/99
SIGGERS,KEVIN L                    51627-060
TAKE 1 CAPSULE EVERY DAY **DRINK PLENTY OF
WATER** (PA FAIRBANKS)

DOCUSATE SODIUM 100 MG CAPSULE        #30
CG        1 REFILLS        EXPIRES 12/06/99

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8905

RX400089397        Dr. D. OLSON        11/12/99
SIGGERS,KEVIN L                    51627-060
INSERT 1 SUPPOSITORIE RECTALLY TWICE A DAY (PA
FAIRBANKS)

HYDROCORTISONE 25 MG RECTAL SUPPOS    #42
CG        1 REFILLS        EXPIRES 12/06/99

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8905

RX400089415        W. TARR        11/18/99
SIGGERS,KEVIN L                    51627-060
TAKE 1 TABLET 4 TIMES A DAY WITH FOOD FOR 7
DAYS UNTIL FINISHED

ERYTHROMYCIN BASE 250 MG TABLET        #28
CG        0 REFILLS        EXPIRES 12/05/99

Pharmacy Services
FCI McKEAN, PA 16701                814-362-8905

RX400089416        W. TARR        11/18/99
SIGGERS,KEVIN L                    51627-060
TAKE 1 TABLET TWICE A DAY EARLY REFILL
(RGGAGGAZGAZA)

ALLERTRIM TABLETS 60MG-2.5MG        #10
CG        0 REFILLS        EXPIRES 12/01/99

Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900
----------------------------------------
RX400007561?        DT. D. OLSON        10/22/98
SIGGERS,KEVIN L                     51627-060
TAKE 1 TABLET AT 6:45AM PILL LINE AND TAKE 2
TABLETS AT 8:30PM PILL LINE

TRAZODONE HCL 50 MG TABLET        #90
CG        0 REFILLS        EXPIRES 11/21/98

Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900
----------------------------------------
RX400075905        S. GEORGY        10/28/98
SIGGERS,KEVIN L                     51627-060
REFUSAL FORM SIGNED AS PER PA GEORGY 10/28/98
FOR MORNING DOSE OF TRAZODONE

TRAZODONE HCL 50 MG TABLET        #1
CG        0 REFILLS        EXPIRES 11/27/98

Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900
----------------------------------------
RX400076736        R. SAQUIN        11/19/98
SIGGERS,KEVIN L                     51627-060
TAKE 1 TABLET 1 OR 2 TIMES DAILY AS NEEDED WITH
FOOD

IBUPROFEN 400 MG TABLET        #20
CG        1 REFILLS        EXPIRES 12/19/98

Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900
----------------------------------------
RX400076737        R. SAQUIN        11/19/98
SIGGERS,KEVIN L                     51627-060
APPLY TO AFFECTED AREA TWICE A DAY **EXTERNAL
USE ONLY**

TOLNAFTATE 1% TOPICAL CREAM        #1
CG        1 REFILLS        EXPIRES 12/29/98

Pharmacy Services
FCI McKEAN, PA 16701          814-
----------------------------------------
RX400073360        R. SAQUIN
SIGGERS,KEVIN L
TAKE 1 TABLET AT 8:30 PILL LINE

TRAZODONE HCL 50 MG TABLET        #.
CG        2 REFILLS        EXPIRES

Pharmacy Services
FCI McKEAN, PA 16701          814-
----------------------------------------
RX400077495        M. TARR
SIGGERS,KEVIN L                     5
TAKE 1 TABLET TWICE A DAY UNTIL FINISHED

*From 12/4/98 entry (*

CIPROFLOXACIN HCL 500 MG TABLET        #
CG        0 REFILLS        EXPIRES

Pharmacy Services
FCI McKEAN, PA 16701          814
----------------------------------------
RX400078456        M. TARR
SIGGERS,KEVIN L
TAKE 1 TABLET EVERY DAY OR TWICE A DAY
NEEDED WITH FOOD

IBUPROFEN 400 MG TABLET        #20
CG        1 REFILLS        EXPIRES 03/06/99

Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900
----------------------------------------
RX400078681        W. FLATT        01/13/99
SIGGERS,KEVIN L                     51627-060
TAKE 2 TABLETS 3 TIMES A DAY UNTIL FINISHED

ERYTHROMYCIN BASE 250 MG TABLET        #42
DAO        0 REFILLS        EXPIRES 01/20/99

Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900
----------------------------------------
RX400080220        W. FLATT        02/19/99
SIGGERS,KEVIN L                     51627-060
TAKE 2 TABLETS 4 TIMES A DAY AS NEEDED

ACETAMINOPHEN 500 MG TABLET        #24
CG        2 REFILLS        EXPIRES 05/20/99

Pharmacy Services
FCI McKEAN, PA 16701          814-362-8900
----------------------------------------
RX400080575        W. FLATT        03/02/99
SIGGERS,KEVIN L                     51627-060
TAKE 1 TABLET TWICE A DAY AS NEEDED **MAY CAUSE
DROWSINESS**

DIPHENHYDR 25MG?        #
CG        0 REFILLS        EXPIRES 05/10/9?

Pharmacy Services
FCI McKEAN, PA 16701          814-362-890
----------------------------------------
RX400080???        W. FLATT        03/02/99
SIGGERS,KEVIN L                     51627-060
TAKE 1 TABLET 3 TIMES A DAY AS NEEDED WITH FOOD

IBUPROFEN 400 MG TABLET        #21
CG        0 REFILLS        EXPIRES 04/01/9?

FCI McKean
P.O. Box 5000
Bradford, PA 16701

NAME: _Siggers, Kevin_     REG. NO.: _51627-060_

Place medication label here.

Place medication label here.

Place medication label here.

**PHARMACY SERVICES**
FTC OKLAHOMA, OK 73189     405-682-4075

RX4964     DR.HUBER          09/24/98
BIGGERS, KEVIN  3C
51627-060                     51627-060
TAKE ONE TABLET IN THE MORNING
AND TAKE TWO TABLETS AT
BEDTIME

GENERIC FOR: DESYREL 50MG TAB
TRAZODONE 50MG TAB          # 90
HEK  2  REFILL(S)     EXPIRES: 12/23/98

Hal Kessler Rph
Federal Transfer Center, OK

## Medication Sheet—Health Services Unit

Federal Transfer Center
Oklahoma City, OK

Inmate Name:_____
Inmate Number:_____

Pharmacy Services
USP LEWISBURG, PA 17837        717-523-1251

RX00000000        V. FACTORA        10/16/98
FORDER, KEVIN                     51127-050
APPLY SMALL AMOUNT TO AFFECTED AREA TWICE A DAY
(HOSP - 3)

HYDROCORTISONE 1% CREAM              #1
FF    0 REFILL(S)        EXPIRES 11/13/98

Pharmacy Services
USP LEWISBURG, PA 17837        717-523-1251

RX00003752        V. FACTORA        10/16/98
FORDER, KEVIN                     51127-050
TAKE 1 CAPSULE BY MOUTH TWICE A DAY (HOSP - 3)

DIPHENHYDRAMINE HCL 50 MG CAPSULE    #10
FF    0 REFILL(S)        EXPIRES 11/13/98

Place medication label here.

Place medication label here.

## Medication Administration Record

Facility:

Month/Year:

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Order Date

Exp. Date

RX #

Order Date

**FCI MCKEAN PHARMACY**

**Trazodone 50mg**
**T @ bedtime Pill**

'07892    J. GOMEZ-LEO    09/18/00
SIGGERS, KEVIN LAMAR    51627-060
MCKEAN HOUSING FACILITY - C02-228U
**TAKE ONE TABLET AT BEDTIME P/L**

HS  *[handwritten signatures across days 7–13]*  December

**TRAZODONE 50 MG TAB        #10**
09/18/2000    CLO        RxExp 12/16/00
(8)Refills

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed

Exp. Date

RX #

**FCI MCKEAN PHARMACY**        12/15/00
'110687    G. FAIRBANKS    51627-060
SIGGERS, KEVIN LAMAR - C02-228U
MCKEAN HOUSING FACILITY - C02-228U
D/C PILL LINE TRAZODONE 50MG AT
BEDTIME PER 12/15/00 PSYCH CLINIC
PER DR. OLSON.

Order Date

**TRAZODONE 50 MG TAB        #30**
12/15/2000    CLO        RxExp 01/13/01
(0)Refills

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

Exp. Date

RX #

Order Date

Exp. Date

RX #

Order Date

Exp. Date

RX #

Order Date

Exp. Date

RX #

| Documentation Codes: | | H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |

DOB:                    WT:              Allergies:                    Diagnosis:

Unit:        HT:

Pill Line#:    Pt. Name: Siggers, Kevin        Registration #: 51627-060    Physician:



NAME    REG. NO.    INSTITUTION

Medications

FCI McKEAN PHARMACY
104775    G. FAIRBANKS    06/09/00
SIGGERS, KEVIN LAMAR
MCK- CO2-228U    51627-060
TAKE ONE TABLET AT 8:30PM PILL
LINE **DOSE DECREASE**

TRAZODONE 50 MG TAB
(8)Refills    06/09/2000    CLO    # 10

CAUTION: Federal law prohibits transfer of this drug
to any person other than patient for whom prescribed.

FCI McKEAN PHARMACY
107892    J. GOMEZ-LEO    09/18/00
SIGGERS, KEVIN LAMAR
MCK- CO2-228U    51627-060
TAKE ONE TABLET AT BEDTIME P/L

TRAZODONE 50 MG TAB
(8)Refills    09/18/2000    CLO    # 10
RxExp 12/16/00

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

start:    stop:

Rx Label

Federal Bureau of Prisons
U.S. DEPARTMENT OF JUSTICE

BP-S21(52)
JUNE 1992



Charlie Edward    sec    Harold Saubacks    EX

Charles Tacob Montgomery    CNN    Eric Teruel

Gomez-Leon, Jose Ismael    PA

LUAYNE FLATT    FMG    PA
    W5 / CCLL    wc

Wayne R. Sun    mT

WADIE HAMANDI ALLmanagers    W H

Cheryl Riggione    QAC
    Contra & Afin    CRO
        Quality Assurance    Sct

U.S. DEPARTMENT OF JUSTICE    Federal Bureau of Prisons    **PILL LINE MEDICATION SHEET**

BP-521 (60)
FEBRUARY 1994

**FCI MCKEAN PHARMACY**

102153    HAMANDI
SIGGERS, KEVIN LAMAR    03/30/2000
MCK– C02-228U    51627-060
TAKE TWO TABLETS AT 8:30PM PILL LINE

TRAZODONE 50 MG TAB
(6) Refills    03/30/2000    CLO    RxExp 06/27/00    # 20

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient by whom prescribed.

Rx Label

Rx Label

start:    stop:

start:    stop:

| Medications | DATE: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NAME ___Siggers, K.___    REG. NO. ___51627-060___    INSTITUTION ___FCI McKean___

**U.S. DEPARTMENT OF JUSTICE**   Federal Bureau of Prisons   **PILL LINE MEDICATION SHEET**   BP-521 (60 ... FEBRUA...

## Medications

FCI McKEAN, PA 16701

Pharmacy Services     814-362-8900

RX#0008498G          I, GONZELEON     51627-060     06/07/99
SIGGERS, KEVIN 1
TAKE 1&1/2 TABLETS (75MG) AT 8:30PM PILL LINE (
AT BEDTIME )

TRAZODONE HCL 50 MG TABLET                    #45
QG          2 REFILLS          EXPIRES 09/05/99

RX#0008498G          W. HAMMOND     51627-060     09/07/99
SIGGERS, KEVIN 1
TAKE 1 AND 1/2 TABLETS (75MG) AT 8:30PM PILL
LINE

FDT THERAPY PM LINE(S)                        814-36... 
2 REFILLS          EXPIRES 19 06/99

NAME: Siggers, Kevin     REG. NO. 51627-060     INSTITUTION     FCI McKean

SIGGERS, Kevin

**U.S. DEPARTMENT OF JUSTICE**    Federal Bureau of Prisons    **PILL LINE MEDICATION SHEET**    BP-521 (60) FEBRUARY

## Medications

FCI McKEAN, PA 16701    Pharmacy Services    814-362-8900

RX400081010    Dr. D. OLSON    03/05/99
SIGGERS, KEVIN L    51627-060
TAKE 1&1/2 TABLETS AT 8:30PM PILL LINE

TRAZADONE HCL 50 MG TABLET
2 REFILLS    #45    EXPIRES 06/03/99

Rx Label

start:

stop:

NAME: Siggers, Kevin    REG. NO. 51627-060    INSTITUTION: FCI McKean

U.S. DEPARTMENT... CE    Federal Bureau of Prisons    **PILL LINE MEDICATION SHEET**    BP-521 (...
FEBRU...

**Medications**

TRAZODONE HCL 50 MG TABLET
CG
2 REFILLS

RX400081010
SIGGERS, KEVIN L
Dr. D. OLSON
TAKE 1&1/2 TABLETS AT 8:30PM PILL LINE
FCI McKEAN, PA 16701
Pharmacy Services
814-362-8900
03/05/99
51627-060
7/98
-060
#45
EXPIRES 06/03/99

TRAZODONE HCL 50 MG TABLET
CG
4 REFILLS

RX400073905
SIGGERS, KEVIN L
Dr. D. OLSON
TAKE 1 TABLET FROM PILL LINE AND TAKE 2
TABLETS AT 8:30PM PILL LINE
S. GEORGY
FCI McKEAN, PA 16701
Pharmacy Services
814-362-8900
10/28/98
51627-060
EXPIRES 11/27/98

REFUSAL FORM SIGNED AS PER PA GEORGY 10/28/98

FOR MORNING DOSE OF TRAZODONE

FCI McKEAN, PA 16701
Pharmacy Services
814-362-8900

BUS MEDS.

| | DATE: | 1 | 2 | 3 | | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | | 9 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | NOON | PM | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NAME **Siggers, K.**    REG. NO. **51627-060**    INSTITUTION    FCI McKean

| NAME | | | | REG. NO. | | | | INSTITUTION | | USP LEWISBURG | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DATE: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | VF | VF | VF | Q | IF | VF | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | VL | | | | | | | | | | | | | | | | | | |
| AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Medications**

Anthony Bussanich, M.D.

start:    stop:

Rx Label

start:    stop:

Rx Label

AFV 1994
(60)

Mck

| | | | | | | | | | | | | NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | INITIALS |

PILL LINE MEDICATION SHEET

NAME

REG. NO.

INSTITUTION

| Medications | DATE: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| stop: | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx Label | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| start: | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| stop: | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NOON | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx Label | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| start: | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PHARMACY SERVICES
FTC OKLAHOMA, OK 73189    405-682-4075
RX4964    DR.HUBER    09/24/98
SIGGERS, KEVIN 3C
51627-060    51627-060
TAKE ONE TABLET IN THE MORNING
AND TAKE TWO TABLETS AT
BEDTIME
GENERIC FOR: DESYREL 50MG TAB
TRAZODONE 50MG TAB    # 90
EXPIRES: 12/23/98
HEK  2  REFILL(S)

U.S. DEPARTMENT OF JUSTICE



REFUSED=0    NOSHOW=1

| NAME | INITIALS |
|---|---|
| Tammy Sindorf LPN | |
| Vickie D. Wolfe RN | EB |
| Becky Patterson LPN | AB |
| Amy Braundorar | |
| | |
| | |
| | |

| NAME | INITIALS |
|---|---|
| M Jones RN | hS |
| J Littlewood RN | gm |
| Daniel Ackler PA | Dc |
| Gregory Youens RN | GFY |
| Susan Ford NP 128 | ST |
| Roberts Ziler RN | |
| Willow McNas NP | mg |
| J. Lisa Kuehn NP | JM |
| E. Stonnest DDS | E.T. |
| Marilan Chase LPN | mc |

Edwina Fitz LPN    EF
Rhonda Ashban LPN R.C.
Mark Morr RN    MM
Hal Kessler RN    JIP
Russie R. Leans LPN    RC
Karl Officer RN    KO
Maurneen Alexander    M
Murdock RN Wineck    MW
Sharon LPN Brown    SB

Eloise Knapp LPN    EK
Cathy Kendrick LPN    CK
C. Ewing Quier P.A.
Kim Dolines LPN KG

BP-S820.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 10/28/88 | GSW @ Hip 1984 = | | |
| | Hardware placement + Arthritis | | 1984 |
| 12/4/98 | Axis I Depression | | |
| | Axis II — None | | |
| | Axis III — arthritis | | |
| 3/26/03 | MRSA Methicillin Resistant Staph Aureus | | |
| 9/22/03 | Asthma | | |
| 2/26/04 | PAR (Perennial Allergic Rhinitis) | | |
| 10/12/04 | Gonorrhea/Chlamidia 1995 | | |
| | (+) Successful ABX Rx. | | |
| 10/12/04 | Urethritis/syphilis P. prostatitis | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Care level I | | |

| 2/26/04 | PCN & BACTRIM | |
| | ⊕ EGGS | |
| | (+) Dust/mold | **ADVERSE / ALLERGIC DRUG REACTIONS** (If none, record "No Known Drug Allergies ) |

Allergic to Penicillin, Bactrim
Motrin mess my stomach.

Patient Identification                        (This form may be replicated via WP)
(Name, Reg #, DOB)

Kevin Siggers

51627-060

8/22/70

# Medication Summary Sheet

Ord.Date 07/22/04
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(4)Refills
Exp.Date 12/18/04
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 170606
ALBUTEROL INH 90MCG 17GM #1

Ord.Date 07/22/04
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(4)Refills
Exp.Date 12/18/04
INHALE 4 PUFFS TWICE DAILY
Rx # 170607
TRIAMCINOLONE ACETONIDE 200MCG/INH MDI #1

Ord.Date 07/22/04
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(1)Refills
Exp.Date 08/30/04
TAKE ONE TABLET THREE TIMES DAILY WITH FOOD
Rx # 170608
IBUPROFEN 800 MG TAB #30

Ord.Date 10/12/04
SIGGERS, KEVIN LAMAR
51627-060
D. OLSON
(0)Refills
Exp.Date 10/26/04
TAKE ONE TABLET TWICE DAILY UNTIL FINISHED
Rx # 174388
CIPROFLOXACIN 500 MG TAB #28

Ord.Date 12/21/04
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(3)Refills
Exp.Date 04/19/05
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 177526
ALBUTEROL INH 90MCG 17GM #1

Ord.Date 12/21/04
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(3)Refills
Exp.Date 04/19/05
INHALE 4 PUFFS TWICE DAILY
Rx # 177527
TRIAMCINOLONE ACETONIDE 200MCG/INH MDI #1

Ord.Date 03/11/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(4)Refills
Exp.Date 07/08/05
INHALE 4 PUFFS TWICE DAILY
Rx # 180733
TRIAMCINOLONE ACETONIDE 200MCG/INH MDI #0

Ord.Date 03/11/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(4)Refills
Exp.Date 07/08/05
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 180734
ALBUTEROL INH 90MCG 17GM #0

Ord.Date 03/11/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(2)Refills
Exp.Date 04/09/05
APPLY TO AFFECTED AREA TWO TIMES A DAY
Rx # 180735
BACITRACIN OINT #1

Ord.Date 03/25/05
SIGGERS, KEVIN LAMAR
51627-060
D. OLSON
(0)Refills
Exp.Date 04/23/05
TAKE ONE TABLET THREE TIMES DAILY WITH FOOD OR MILK AS NEEDED
Rx # 181448
IBUPROFEN 800 MG TAB #20

Ord.Date 04/21/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(3)Refills
Exp.Date 08/18/05
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 182439
ALBUTEROL INH 90MCG 17GM #1

Ord.Date 04/21/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(3)Refills
Exp.Date 08/18/05
INHALE 4 PUFFS TWICE DAILY
Rx # 182440
TRIAMCINOLONE ACETONIDE 200MCG/INH MDI #1

Ord.Date 04/21/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(1)Refills
Exp.Date 06/19/05
TAKE ONE TABLET THREE TIMES DAILY WITH FOOD OR MILK AS NEEDED
Rx # 182441
IBUPROFEN 800 MG TAB #30

Ord.Date 06/10/05
SIGGERS, KEVIN LAMAR
51627-060
E. ASP
(3)Refills
Exp.Date 09/07/05
APPLY TO AFFECTED AREA EACH DAY FOR 15 MINUTES THEN RINSE OFF **EXTERNAL USE ONLY**
Rx # 184548
SELENIUM SULFIDE LOTION 2.5% ML #1

Ord.Date 06/10/05
SIGGERS, KEVIN LAMAR
51627-060
E. ASP
(3)Refills
Exp.Date 09/07/05
APPLY TO AFFECTED AREA DAILY **EXTERNAL USE ONLY**
Rx # 184549
FLUOCINONIDE 0.05% OINT #1

Ord.Date 08/23/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(4)Refills
Exp.Date 01/19/06
INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED
Rx # 187983
ALBUTEROL 17 GM MDI #1

Ord.Date 08/23/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(4)Refills
Exp.Date 01/19/06
INHALE 4 PUFFS TWICE DAILY
Rx # 187984
TRIAMCINOLONE ACETONIDE 200MCG/INH MDI #1

Ord.Date 08/23/05
SIGGERS, KEVIN LAMAR
51627-060
H. BEAM,MD
(6)Refills
Exp.Date 11/20/05
TAKE TWO CAPSULES THREE TIMES DAILY WITH FOOD
Rx # 187985
INDOMETHACIN 25 MG CAP #30

FCI
McKean

SIGGERS, KEVIN LAMAR
51627-060
MCKEAN HOUSING FACILITY - C02-
07/22/2004

| Ord.Date 01/19/06 | SIGGERS, KEVIN LAMAR | H. BEAM,MD |
|---|---|---|
| | 51627-060 | (4)Refills |
| Exp.Date 06/17/06 | INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED **SHAKE WELL** | |
| Rx # 193993 | ALBUTEROL 17 GM MDI | #1 |

| Ord.Date 01/19/06 | SIGGERS, KEVIN LAMAR | H. BEAM,MD |
|---|---|---|
| | 51627-060 | (4)Refills |
| Exp.Date 06/17/06 | INHALE 4 PUFFS TWICE DAILY **SHAKE WELL** | |
| Rx # 193994 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI | #1 |

| Ord.Date 01/19/06 | SIGGERS, KEVIN LAMAR | H. BEAM,MD |
|---|---|---|
| | 51627-060 | (6)Refills |
| Exp.Date 04/18/06 | TAKE TWO CAPSULES THREE TIMES DAILY WITH FOOD | |
| Rx # 193995 | INDOMETHACIN 25 MG CAP | #30 |

BP-S619.060   **IMMUNIZATION RECORD**   CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 10/8/98 | Everight | 097550 | 7/20/00 | (R) delt | 0.5cc Im | Montgomery | McKean |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|-----------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 10/28/98 | Everight | 248611 | 10/20/99 | (L)FA | 0.1cc ID | Montgomery McKean | 10/30/98 | 0x0 | Nurton |
| 10/18/99 | Conn. | 2506-11 | 5/00 | (L)FA | 0.1 ID | FCI McKean | 10/15/99 | 0x0 | O.Lett |
| 10/3/00 | Connaught | C052AA | 10/8/01 | (L)FA | 5TU ID | C. Rineiro Primch | 10/5/00 | 0.0 | C.Church |
| 10/24/01 | Aventis | C0818AA | 1/8/04 | (L)FA | 0.5cc ID | Chinsberger McKean | 10/26/01 | 0xcc | |
| 10/1/02 | Aventis | C0984AA | 5/14/04 | (L)FA | 0.1cc ID | FCI McKean Nunta | 10/3/02 | 0x0 | |
| 10/10/03 | Park. | 001159 | 5/04 | (L)FA | 0.1cc ID | FCI McKean | 10/8/03 | 0x0 | |
| 10/4/04 | Park | C0350P | 4/06 | RFA | 0.1cc ID | FCI MCK | 10/6/04 | 0 | |
| 10/5/05 | Park | 21851 | 03/07 | (L)FA | 0.1cc ID | Douthit McKean | 10/7/05 | 0 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Patient Identification**
(Name, Reg #)

(This form may be replicated via WP)

Kevin Siggers

51627-060

BP-S619.060   **IMMUNIZATION RECORD**   CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
| 3-31-98 | Wyeth ® | 4978226 | 7/99 | ® Del | IM | FMC Roch MSwardchera | FMC Rochester, MN |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 3/31/99 | Connaught | 2474-11 | 5-26-99 | ® Forearm | ID | FMCRoch MSwaldin | 4-2-98 | 0x0 | (signature) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Patient Identification                              (This form may be replicated via WP)
(Name, Reg #)

SIGGERS, KEVIN L    51627-060
DOB:  08-22-1970

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 10/28/98 |
|---|---|---|

**1. LAST NAME–FIRST NAME–MIDDLE NAME** Diggers, Kevin

**2. IDENTIFICATION NUMBER** 51627-060

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code)
1371 E. 115-th St. Apt. 3
Cleveland, OHIO 44106

**5. EMERGENCY CONTACT** (Name and address of contact)
Gwen Alexander (330)792-1437
2925 Ancel Ct.
Austintown OHIO 44__

**6. DATE OF BIRTH** 8-22-70

**7. AGE** 28

**8. SEX** ☐ FEMALE ☑ MALE

**9. RELATIONSHIP OF CONTACT** Mother

**10. PLACE OF BIRTH** Columbus OHIO

**11. RACE** ☐ WHITE ☑ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** BOP-DOJ

**12b. ORGANIZATION UNIT** McKean

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY
b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
P.O. Box 5000
Bradford, PA 16701

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION** A+d

## 17. CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | NE | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | | ✓ | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | D. NOSE | | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | | ✓ | S. GU SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| ✓ | K. LUNGS AND CHEST | | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | | BB. BREASTS | |
| | | | | | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | 0 / 1  2  3 32  31  30 0 Restorable Teeth | / 1  2  3 32  31  30 / | Non-restorable teeth | X 1  2  3 32  31  30 X | Missing Teeth | X  X  X 1  2  3 32  31  30 | Replaced by Dentures | 1  X  3 32  31  30 X | Fixed Partial Dentures | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|---|---|---|---|---|
| R I G H T | 1 32 | 2 31 | 3 30 | 4 29 | 5 28 | 6 27 | 7 26 | 8 25 | 9 24 | 10 23 | 11 22 | 12 21 | 13 20 | 14 19 | 15 18 | 16 17 | L E F T |

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

NSN 7540-00-634-4038
88-126

STANDARD FORM 88 (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| | | |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|---|---|---|---|---|---|
| 60 | 239 | blk | brw | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | 97.8 |

| 26. BLOOD PRESSURE *(Arm at heart level)* | | | | | 27. PULSE *(Arm at heart level)* | | | |
|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 120 / DIAS. 80 | B. RECUMBENT SYS. / DIAS. | C. STANDING *(5 mins.)* SYS. / DIAS. | A. SITTING 70 | B. RECUMBENT | C. STANDING *(3 mins.)* | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| RIGHT 20/50 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |
| LEFT 20/75 | CORR. TO 20/ | BY | S. | CX | CORR. TO | | BY |

**31. HETEROPHORIA** *(Specify distance)*

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 32. ACCOMMODATION | | 33. COLOR VISION *(Test used and result)* | 34. DEPTH PERCEPTION *(Test used and score)* | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION *(Test used and score)* | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR *(Tests used and score)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| | | | RIGHT | | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | | |

**42. NOTES** *(Continued)* AND SIGNIFICANT OR INTERVAL HISTORY

1984 GSW ℞ Hip   Hardware placed in Hosp 3 wus
recolt ant knee scars from
1995 fx T12 fall   Knife
Hx arthritis - back   scar from Hatchet ℞ knee

*(Use additional sheets if necessary)*

**43. SUMMARY OF DEFECTS AND DIAGNOSES** *(List diagnoses with item numbers)*

HEENT clear    Flow spine UE + LE
Neck RRR no m
no wms no Organomegaly
Healt scars

**44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** *(Specify)*

| 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|
| P | U | L | H | E | S |
| | | | | | |

**46. EXAMINEE** *(Check)*

A. ☒ IS QUALIFIED FOR   Full Duty

B. ☐ IS NOT QUALIFIED FOR

| 45B. PHYSICAL CATEGORY |
|---|
| |

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| A | B | C | E |
|---|---|---|---|
| | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| **T. Montgomery, MLP** | |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN<br>OLSON, M.D. | SIGNATURE |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN *(Indicate which)* | SIGNATURE |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

*U.S. Government Printing Office: 1996 - 404-763/20080

STANDARD FORM 88 (Rev. 10-94) BACK

531-110

NSN 7540-00-634-4274

| MEDICAL RECORD | ANATOMICAL FIGURE |
|---|---|



| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility.) | REGISTER NO. 51627-060 | WARD NO. |
|---|---|---|

Kevin Siggers

**ANATOMICAL FIGURE**

STANDARD FORM 531 (Rev. 4-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1



**STANDARD FORM 531 BACK (Rev. 4-91)**

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| SIGGERS LEVON LAMAR | 51627-066 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| ITS | 10/13/98 | USP LEWISBURG HEALTH SERVICES UNIT LEWISBURG, PA 17837 |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| ✓ | | Attempted suicide |
| | ✓ | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | | | Adverse reaction to serum drug or medicine | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | | | Broken bones | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Swollen or painful joints | ✓ | | | Broken bones | | | | Frequent trouble sleeping |
| | ✓ | | Frequent or severe headache | | | ✓ | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | | ✓ | Rupture/hernia | | | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | Frequent or painful urination | | | | Periods of unconsciousness |
| | ✓ | | Hearing loss | | ✓ | | Bed wetting since age 12 | | ✓ | | Have you ever had homosexual contact? |
| | ✓ | | Chronic or frequent colds | ✓ | | | Kidney stone or blood in urine | | | | Been exposed to AIDS |
| | ✓ | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | | ✓ | | Alcohol Use (Excessive) |
| | ✓ | | Sinusitis | | | | VD—Syphilis, gonorrhea, etc. | | ✓ | | Drug Use/Addiction |
| | ✓ | | Hay Fever | ✓ | | | Recent gain or loss of weight | | | | Marijuana |
| ✓ | | | Head injury | ✓ | | | Arthritis, Rheumatism, or Bursitis | | | | Cocaine |
| ✓ | | | Skin diseases | | | | Bone, joint or other deformity | | | | Heroin |
| ✓ | | | Thyroid trouble | | | | Lameness | | | | L.S.D. |
| | | ✓ | Tuberculosis | | | | Loss of finger or toe | | ✓ | | Amphetamines |
| | ✓ | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Others: (Specify) |
| ✓ | | | Shortness of breath | | | | Recurrent back pain | | | | |
| ✓ | | | Pain or pressure in chest | ✓ | | | "Trick" or locked knee | | | | Alcohol or drug Withdrawal Problems |
| | ✓ | | Chronic cough | | | | Foot trouble | | | | |
| | ✓ | | Palpitation or pounding heart | | | | Neuritis | | | | |
| | ✓ | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | ✓ | | High or low blood pressure | | | | | | | | |
| | ✓ | | Cramps in your legs | | | | | | | | |
| | ✓ | | Frequent indigestion | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | | |
| | ✓ | | Stomach, liver, or intestinal trouble | | | | Been treated for a female disorder | | | | |
| | ✓ | | Gall bladder trouble or gallstones | | | | Had a change in menstrual pattern | | | | |
| | ✓ | | Jaundice or hepatitis | | | | ARE YOU PREGNANT | | | | |
| | | | | | | | SUSPECT YOU ARE PREGNANT | | | | |

**11. WHAT IS YOUR USUAL OCCUPATION?**

LABOR

**12. ARE YOU** (Check one)
☑ Right handed    ☐ Left handed

USP LVN

BP-360(60)
JANUARY 1986

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | C. Inability to assume certain positions. | | | |
| ✓ | | D. Other medical reasons (If yes, give reasons.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| ✓ | | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | | |
| ✓ | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | ✓ | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| ✓ | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

EXPLANATION: (#13–22 ABOVE)

14. Be seeing a psychologist since childhood.

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE _Kevin Siggins_ 51627-060 |
|---|---|

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER ✓ P.V. _____

OTHER _____

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _None._

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES _____ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? _none_

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED _____

GENERAL POPULATION _____ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

① glasses not thin
② fx T12 fell down steps
③ arthritis whole body. Metal i chips (pins/plates) while playing soccer.
④ Depression – psychologist all her life. Just placed on meds i Rochester – July 98 -
⑤ 1 yr ago
⑥ PCN → hives        eggs → hives

① suicidal thoughts

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER Hope E. Zeiber, RN | DATE 10/13/98 | SIGNATURE _H. Zeiber_ | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

REVERSE

P-S360.060 MEDICAL HISTORY — BP 360 FORM          MAY 1994

J.S. DEPARTMENT OF JUSTICE               FEDERAL BUREAU OF PRISONS

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|

| 3. PURPOSE OF EXAMINATION<br>Intake Screening | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY<br>Federal Transfer Center, Oklahoma City, OK |
|---|---|---|

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)

### 7. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

### 8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| | | Have vision in both eyes |
| | | Wear a hearing aid |
| | | Stutter or stammer habitually |
| ✓ | | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | | | Scarlet fever | ✓ | | | Adverse reaction to drug or medicine | | ✓ | | Epilepsy or fits |
| ✓ | | | Rheumatic fever | | | | | | ✓ | | Car,train,sea or air sickness |
| ✓ | | | Swollen or painful | | ✓ | | Broken bones | ✓ | | | Frequent trouble sleeping |
| ✓ | | | joints | | | ✓ | Tumor,growth,cyst,cancer | ✓ | | | Depression or excessive worry |
| ✓ | | | Frequent or severe | | ✓ | | Rupture/hernia | ✓ | | | Loss if memory or amnesia |
| ✓ | | | headache | | | ✓ | Piles or rectal disease | ✓ | | | Nervous trouble of any sort |
| ✓ | | | Dizziness or fainting | ✓ | | | Frequent or | | | | Periods of unconsciousness |
| ✓ | | | spells | ✓ | | | painful urination | | | | Have you ever had |
| ✓ | | | Eye trouble | | ✓ | | Bed wetting since age 12 | | | | homosexual contact? |
| | ✓ | | Ear,nose,throat trouble | ✓ | | | Kidney stone or | ✓ | | | Been exposed to AIDS |
| ✓ | | | Hearing loss | ✓ | | | blood in urine | | | | Alcohol Use (Excessive) |
| | ✓ | | Chronic, frequent colds | | ✓ | | Sugar, albumin in urine | | | | Drug Use/Addiction |
| ✓ | | | Sever tooth, gum trouble | | | | VD-Syphilis, gonorrhea, | ✓ | | | Marijuana |
| | ✓ | | Sinusitis | | | | etc. | | | | Cocaine |
| ✓ | | | Hay Fever | | | | Recent gain or loss of | | | | Heroin |
| ✓ | | | Head injury | | | | weight | | | | L.S.D. |
| ✓ | | | Skin diseases | ✓ | | | Arthritis, Rheumatism, | | | | Amphetamines |
| | | ✓ | Thyroid trouble | | | ✓ | or Bursitis | | | | Others: (Specify) |
| | ✓ | | Tuberculosis | | ✓ | | Bone, joint or | | | | |
| | ✓ | | Asthma | | ✓ | | other deformity | | | | Alcohol or drug |
| | ✓ | | Shortness of breath | | ✓ | | Lameness | | | | Withdrawal Problems |

(This form may be replicated via WP)        This form replaces BP-360(60) dated January 1986.

| | Pain, pressure in chest | | | | Loss of finger or toe | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Chronic cough | | | | Painful or "Trick" | | | | |
| | Palpitation or pounding | | | | shoulder or elbow | | 10. FEMALES ONLY HAVE YOU EVER | | |
| | heart | | | | Recurrent back pain | | | Been treated for a | |
| | Heart trouble | | | | "Trick" or locked knee | | | female disorder | |
| | High or low blood | | | | Foot trouble | | | Had a change in | |
| | pressure | | | | Neuritis | | | menstrual pattern | |
| √ | Cramps in your legs | | | | Paralysis (include | | | ARE YOU PREGNANT | |
| | Frequent indigestion | | | | infantile) | | | SUSPECT YOU ARE PREGNANT | |
| | Stomach, liver, or | | | | Gall bladder trouble or | | | | |
| | intestinal trouble | | | | gallstones | | | | |
| | Jaundice or hepatitis | | | | | | | | |

12. ARE YOU (check one) ☐ Right handed ☐ Left handed

11. WHAT IS YOUR USUAL OCCUPATION?

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | | 18. Have you ever had any illness or injury noted? (If yes, specify when, where, and give details.) |
| | | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | | 15. Have you ever been denied life insurance? reason and give details.) | | | |
| | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |
| | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL?

INTAKE SCREENING

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ OTHER _____

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF  YES _____ NO _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS. PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS. POTENTIAL SUICIDE. APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, DEAFNESS—SEE BELOW DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW

WHAT ARRANGEMENTS HAVE BEEN MADE?

DUTY STATUS  TEMPORARY _____ RESTRICTED _____ GENERAL POPULATION  YES _____ NO _____ TYPE AND EXTENT OF LIMITATION _____

IF DRUGS HAVE BEEN USED  NOTE TYPE, HOW LONG, HOW MUCH HOW OFTEN  HOW USED  WHEN WERE DRUGS LAST USED  HAVE

23. Physician's summary and elaboration of all pertinent data. Physician will comment on all positive answers in items 6 through 22. Physician may develop by interview any additional medical history he deems important.  Physician shall comment any significant findings here

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| | DATE | | |

Brian Commisso
Registered Nurse
Central Kansas

Drug Allergies: No Complaints:  Allergies: Complaint of
Current Medical Status:  cough, hemoptysis, night sweats, wt. los
Signs and Symptom(s)

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME-FIRST NAME-MIDDLE NAME  *Kevin L. Siggers Sr.* | 2. REGISTER NUMBER |
|---|---|

| 3. PURPOSE OF EXAMINATION Intake Screening | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY Federal Transfer Center, Oklahoma City, OK |
|---|---|---|

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)     MAR 18 1998

**7. HAVE YOU EVER (Please check each item)** | **8. DO YOU (Please check each item)**

| YES | NO | (Check each item) | YES | NO | (Check each item) |
|---|---|---|---|---|---|
| ✓ | | Lived with anyone who had tuberculosis | ✓ | | Wear glasses or contact lenses |
| | ✓ | Coughed up blood | ✓ | | Have vision in both eyes |
| | ✓ | Bled excessively after injury or tooth extraction | | ✓ | Wear a hearing aid |
| ✓ | | Attempted suicide | | ✓ | Stutter or stammer habitually |
| ✓ | | Been a sleepwalker | | ✓ | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)**

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever | | ✓ | | Adverse reaction to | | ✓ | | Epilepsy or fits |
| | ✓ | | Rheumatic fever | | ✓ | | drug or medicine | | ✓ | | Car,train,sea or air sickness |
| | | | Swollen or painful | ✓ | | | Broken bones | | ✓ | | Frequent trouble sleeping |
| | | | joints | | ✓ | | Tumor,growth,cyst,cancer | | | | Depression or excessive worry |
| | | | Frequent or severe | | ✓ | | Rupture/hernia | | ✓ | | Loss if memory or amnesia |
| | ✓ | | headache | | ✓ | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | ✓ | | Dizziness or fainting | | ✓ | | Frequent or | | ✓ | | Periods of unconsciousness |
| | | | spells | | ✓ | | painful urination | | | | Have you ever had |
| ✓ | | | Eye trouble | | ✓ | | Bed wetting since age 12 | | ✓ | | homosexual contact? |
| | | | Ear, nose, throat trouble | | ✓ | | Kidney stone or | | | | Been exposed to AIDS |
| | | | Hearing loss | | ✓ | | blood in urine | | | | Alcohol Use (Excessive) |
| | | | Chronic, frequent colds | | ✓ | | Sugar, albumin in urine | ✓ | | | Drug Use/Addiction |
| ✓ | | | Sever tooth, gum trouble | | ✓ | | VD-Syphilis, gonorrhea, | ✓ | | | Marijuana |
| ✓ | | | Sinusitis | | ✓ | | etc. | | ✓ | | Cocaine |
| | | | Hay Fever | | | | Recent gain or loss of | | | | Heroin |
| | | | Head injury | | | | weight | | ✓ | | L.S.D. |
| | | | Skin diseases | | | | Arthritis, Rheumatism, | | ✓ | | Amphetamines |
| | | | Thyroid trouble | | ✓ | | or Bursitis | | ✓ | | Others: (Specify) |
| ✓ | | | Tuberculosis | ✓ | | | Bone, joint or | | | | |
| ✓ | | | Asthma | | ✓ | | other deformity | | ✓ | | Alcohol or drug |
| ✓ | | | Shortness of breath | | ✓ | | Lameness | | | | Withdrawal Problems |

(This form may be replicated via WP)                        This form replaces BP-360(60) dated January 1986.

| | | | | | | |
|---|---|---|---|---|---|---|
| ✓ | Pain, pressure in chest | ✓ | | Loss of finger or toe | | |
| ✓ | Chronic cough | ✓ | | Painful or "Trick" | | |
| ✓ | Palpitation or pounding | | | shoulder or elbow | **10.FEMALES ONLY HAVE YOU EVER** | |
| ✓ | heart | | | Recurrent back pain | | Been treated for a |
| ✓ | Heart trouble | ✓ | | "Trick" or locked knee | | female disorder |
| ✓ | High or low blood | | | Foot trouble | | Had a change in |
| ✓ | pressure | | | Neuritis | | menstrual pattern |
| ✓ | Cramps in your legs | | | Paralysis (include | | ARE YOU PREGNANT |
| ✓ | Frequent indigestion | | | infantile) | | SUSPECT YOU ARE PREGNANT |
| ✓ | Stomach, liver, or | | | Gall bladder trouble or | | |
| ✓ | intestinal trouble | | | gallstones | | |
| ✓ | Jaundice or hepatitis | ✓ | | | | |

11.  WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (check one) ☐ **Right handed** ☐ **Left handed**

### CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | ✓ | 18. Have you ever had any illness or injury noted? (If yes, specify when, where, and give details.) |
| | ✓ | B. Inability to perform certain motions. | | ✓ | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | | |
| | | 14. Have you, ever been treated for a mental condition? (If yes, specify when, where, and give details.) | | ✓ | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejections.) |
| | ✓ | 15. Have you ever been denied life insurance? reason and give details.) | | ✓ | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | | | |
| | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | ✓ | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

| TYPED OR PRINTED NAME OF EXAMINEE | | SIGNATURE |
|---|---|---|

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ___ TRANSFER ___ P.V. ___
OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS. POTENTIAL SUICIDE. APPEARANCE. CONDUCT. STATE OR CONSCIOUSNESS. RASHES. JAUNDICE. BRUISES AND/OR NEEDLE MARKS. SWEATING. BODY DEFORMITIES. ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED. NOTE TYPE. HOW LONG. HOW MUCH. HOW OFTEN. HOW USED. WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL?

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF   YES ___ NO ___

WHAT ARRANGEMENTS HAVE BEEN MADE?

DUTY STATUS: TEMPORARY WORK ___ RESTRICTED ___
GENERAL POPULATION ___ YES ___ NO ___
TYPE AND EXTENT OF LIMITATION ___

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important and record any significant findings here.)

| TYPE OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| Jason Gen— Registered Nurse F.T.C., Oklahoma City, OK | MAR 1 6 2000 | | |

Food or Drug Allergies:   NKA Allergies:
Current Medical Status:   No Complaints: Complaint of _____
TB Signs and Symptom(s) NONE; cough, hemoptysis, night sweats, wt.los

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution <br> FCI McLean | Date of Arrival <br> 10/21/98 | Time of Arrival <br> 1300 |
|---|---|---|

| Inmate's Name <br> Diggers, Kevin | Register Number <br> 51627-060 |
|---|---|

### M E D I C A L  C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)


2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or
   need)


3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations
   or exclusions)


4. For Holdovers: OK for Continued Transport? ☑ yes; ☐ no (Explain)


5. Disabilities? ☐ yes ☑ no (If yes, enter code(s) into MDS)
   <u>Code(s)</u>


6. Remarks: _Pending Medical Clearance_

| Medical Staff Signature <br> W. Harward | Date <br> 10/21/98 | Time <br> 12 25 |
|---|---|---|

Medical Staff Title

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

♻ Printed on Recycled Paper

BP-S354.060  **INTAKE SCRE** ▨▨ **(MEDICAL)**  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**

(Medical staff shall complete this sci
Institution)

```
                                    SIGGERS
                                       KEVIN L         51627-060
                                    B/M/O/08-22-1970
                                    HT/601WT/230HR/BKEY/BN
                                    CUSTODY/IN
```

| Institution | Date of |
| --- | --- |

Inmate's Name

## M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)

5. Disabilities?  ☐ yes   ☑ no  (If yes, enter code(s) into MDS)
   _____Code(s)

6. Remarks:

| Medical Staff Signature | Date | SEP 2 3 1998 | Time |
| --- | --- | --- | --- |

Medical Staff Title _Brian Cronenwett, LT._
_Registered Nurse_
_Federal Transfer Center, OKC, OK_

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

 Printed on Recycled Paper

BP-S354.060   **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the
Institution)

| Institution USP Lewisburg | Date of Arrival 10\13\98 | Time of Arrival 1835 |
|---|---|---|
| Inmate's Name Siggers | Register Number 51627-060 | |

## M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)


2. General Population Housing Approved? ☐ yes; ☑ no (Specify limitation or need)
   HMO


3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations or exclusions)
   HMO


4. For Holdovers:  OK for Continued Transport? ☑ yes; ☐ no (Explain)


5. Disabilities?  ☐ yes   ☑ no   (If yes, enter code(s) into MDS)
                                    Code(s)


6. Remarks:


| Medical Staff Signature [signature] | Date 10\13\98 | Time 2120 |
|---|---|---|
| Medical Staff Title     Hope E. Zeiber, RN | | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

✪ Printed on Recycled Paper

BP-S354.060  **INTAKE SCREENING (MEDICAL)**    CDFRM
NOV 94

**U.S.** SIGGERS
            KEVIN L
(Medi B/M/O/08-22-1970          51627-060
Insti HT/601    WT/230    HR/BK    EY/BN
       CUSTODY/IN
Insti

Inmat

**FEDERAL BUREAU OF PRISONS**

form on all arrivals to the

|                     | Time of Arrival |
|---------------------|-----------------|

er Number
**FMC Rochester, MN**

M E D I C A L      R A N C E

1. BP-149(60) reviewed? ☐ yes; ☑ no (Explain)


2. General Population Housing Approved? ☐ yes; ☑ no (Specify limitation or
   need)



3. Approved for Temporary Work Assignment? ☐ yes; ☑ no (Specify limitations
   or exclusions)



4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)



5. Disabilities?  ☐ yes    ☐ no   (If yes, enter code(s) into MDS)
                                   Code(s)


6. Remarks:



Medical Staff Signature
_[signature]_ FNP-C     | Date 3/26/98 | Time 2100
Medical Staff Title

Gary J. Kunz, FNP-C
FMC Rochester, MN

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

BP-S354.060  **INTAKE SCREENING (MEDICAL)**   CDFRM
NOV 94

**U.S. DEPARTMENT OF JUSTICE**                                    **F PRISONS**

(Medical staff shall compl                                       to the
Institution)

---                                SIGGERS
                                      KEVIN L      51627-060
Institution                        B/M/O/08-22-1970                ·al
                                   HT/601WT/230HR/BKEY/BN
---                                CUSTODY/IN

Inmate's Name

---

           **M E D I                         . . A N C E**

1. BP-149(60) reviewed? ☐ yes; ☐ no (Explain)


2. General Population Housing Approved? ☐ yes; ☐ no (Specify limitation or
   need)



3. Approved for Temporary Work Assignment? ☐ yes; ☐ no (Specify limitations
   or exclusions)



4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)



5. Disabilities?  ☐ yes    ☐ no  (If yes, enter code(s) into MDS)
                                 Code(s)



6. Remarks:



| Medical Staff Signature | Date MAR 1 8 1998 | Time |
|---|---|---|
| Medical Staff Title | Jason Genzer, LTJG Registered Nurse F.T.C., Oklahoma City, OK | |

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994


Printed on Recycled Paper



OPT A 11

BILL TO: DIANE CALDWELL
FCI MC EAN HEALTH SVC
RT 59B _ SHANTY ROAD
LEWIS RUN
PA, 16738

CUST. NUMBER FC CALDWELL
INVOICE NUMBER 205360

PATIENT NAME 51627-060 LI-C 110666
Date Processed 17/09/200

| Tray No. 5519 | | | | | 6.00 |
|---|---|---|---|---|---|

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -1.75 | -0.50 | 150 | | 6.00 |
| L. EYE | -2.00 | | | | |

| | Add | Width | Height | | R. EYE | P.D. 70.0 | N.P.D. |
|---|---|---|---|---|---|---|---|
| R. EYE | | | 0.0 | | L. EYE | 70.0 | |
| L. EYE | | | | | | | |

**CHARGES**

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 11. |
| LEFT LENS | 11. |
| 74-74VF | 12. |
| SAFETY | |

**FRAME DATA**

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 48.0 | 41.0 | 48.0 | 21.0 |

Model: 0320271673 TMPL. Length 48X24 SMOKE
74-74VF

EDGED UNCUT ☐ ☐    LENS ONLY ☐    ENCLOSED ☐    TO COME ☐    SUPPLIED ☑

**LENS DATA**

| Type | Material |
|---|---|
| R: SV CR-39 CLEAR SOLA 78 | |
| L: SV CR-39 CLEAR SOLA 78 | |

FDA CODE SEC. 3, 84, 21 CFR

**NOTE FOLLOWING EXCEPTIONS**

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

| Sub Total | 34. |
|---|---|

COMMENTS:

J-10245543 LI-E 7-5510

OPT A 20

| Freight | 34. |
|---|---|

**Total Due**

FROM: 110666

POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

5360

SHIP TO: FCI MCEAN HEALTH SVC
RT 59 BIG SHANTY RD
LEWIS RUN, PA. 16738

| MEDICAL RECORD | | CONSULTATION SHEET | |
|---|---|---|---|

**REQUEST**

| TO: OPTOMETRIST | FROM: (Requesting physician or activity) Dennis Olson, MD, CD | DATE OF REQUEST |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

EYE EXAM:

SUBJECTIVE: _(signature)_

$-1.75 - .50 \times 170$
$-2.00 - .50 \times 20$

$48 \times 2446$

PROVISIONAL DIAGNOSIS

myglasses           70

| DOCTOR'S SIGNATURE D. OLSON, M.D. | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |
|---|---|---|---|---|

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO        PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity  Distance   OD 20/200   OS 20/200

TONOMETRY:   OD
                      Near       OD .37m   OS .37m   uncovered  OS

External   normal 70
Internal   media clear, fundus normal
Refraction  OD -1.75 - .50 ×50
                      -2.00                            $48 \times 2446$

Diagnosis  Myopia

Analysis  requires eye glasses

Plan  order eyeglasses

(Continue on reverse side)

| SIGNATURE AND TITLE  Christian J Hernandez | | DATE 11/3/04 |
|---|---|---|
| IDENTIFICATION NO. | ORGANIZATION **FCI McKean** | REGISTER NO. 51627-060 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Eggers, Kevin

Reviewed by D. Olson, MD
Date: 11/3/04

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8–92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

| REQUEST | | |
|---|---|---|
| TO:<br>Optometrist – Dr. Howard | FROM: (Requesting physician or activity)<br>Dennis Olson, MD, CHP | DATE OF REQUEST |

REASON FOR REQUEST (Complaints and findings)

Eye Exam

Subjective:

-1.50 - .50 X 160
-1.75 - .50 X 25

PROVISIONAL DIAGNOSIS    age 32         70
                                        52+24+6

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | |
|---|---|---|---|
| *D. Olson, MD*<br>*Clinical Director* | | ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ TODAY<br>☐ 72 HOURS  ☐ EMERGENCY |

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO       PATIENT EXAMINED ☑ YES ☐ NO

Visual Acuity  Distance OD 20/20   OS 20/20  TONOMETRY:    OD
                                                            OS

                Near  OD .57m   OS .37m

External   normal 70

Internal   Media clear, further normal

Refraction  OD -1.75 -.50 X 170   20/20
            OS -2.00 -.50 X 20    20/20          48 X 24 X 6

Diagnosis   CMA

Analysis    require eyeglass update

Plan        order BOP Rx glasses

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE |
|---|---|
| Christian J Howard OD | 10/23/02 |

| IDENTIFICATION NO. | ORGANIZATION<br>FCI/FPC McKean | REGISTER NO.<br>516 87-060 | WARD NO. |
|---|---|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries give: name—last, first, middle ... in addition hospital or medical facility)

D OLSON, M.D.

Siggers, Kevin