# ATTACHMENT C

# PART  5

Dr. Christian Howard

Dennis Olson, MD, CHP

Eye Exam

age 30

~1.00-.7X 105
15

SUBJECTIVE:

Lose red glasses were not strong enough

Dx _____ for _____ at appointment _____

ORIGINAL DIAGNOSIS

DOCTOR'S SIGNATURE                    APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE    ☐ ON CALL    ☐ ROUTINE    ☐ TODAY
                                        ☐ 72 HOURS   ☐ EMERGENCY

CORO Revised  =  745   D. OLSON, M.D.

CONSULTATION REPORT

PATIENT EXAMINED  ☒ YES  ☐ NO

VISUAL ACUITY    Distance OD 2₀/150 OS 2₀/150      TONOMETRY:    OD _____
                                                                OS _____

                 Near    OD .37m OS .37m

EXTERNAL    Normal  TO          Squint

INTERNAL    Media clear, fundus normal

REFRACTION  OD −1.50 −.50 x 160   20/20
            OS −1.75 −.50 x 25    20/20

DIAGNOSIS   ☒ VA CMA

ANALYSIS    requires prescription eyeglasses for distance

PLAN    order BOP Rx for full-time wear.

(Continue on reverse side)

SIGNATURE AND TITLE    Christian J. Karankos

DATE   2/7/01

IDENTIFICATION    ORGANIZATION FCI Mckean

REGISTER NO.  51627-060

WARD NO.

Eggers, Kevin    2/7/01

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 REV. 7-91
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

D. Olson, MD
Clinical Director

REQUEST

Dr. Christian Howard

Dennis Olson, MD, CHP

DATE OF REQUEST

Eye Exam

SUBJECTIVE: "*NEEDS Bifocals*"
  *has always worn glasses*

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE          APPROVED

**D. OLSON. M.D.**

CORD REVIEWED ☐ YES ☐

| PLACE OF CONSULTATION | |
|---|---|
| ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY |

CONSULTATION REPORT

PATIENT EXAMINED ☒ YES ☐ NO

VISUAL ACUITY  Distance OD 20/1000  OS 20/150    **TONOMETRY:**   OD _____   OS _____

Near  OD .37  OS .37  *squints*

EXTERNAL  Normal  70

INTERNAL  Media clear, fundus normal  52 × 24 × 6

REFRACTION  OD) −1.00 −.75 × 105   20/20
  OS  −1.00 −.75 × 15    20/20

DIAGNOSIS  CMA

ANALYSIS  needs Rx to see distance clearly
  order Bif Rx for full time wear   (Continue on reverse side)

SIGNATURE AND TITLE  *Christian J. Howard*      DATE  7/10/95

FCI Mckean      REGISTER NO.      WARD NO.

*Siggers, Kevin*   *2/11/99*

51627-060   J. OLSON M.D.
  CLINICAL DIRECTOR

CONSULTATION SHEET
Medical Record

STANDARD FORM 513

FEDERAL BUREAU OF PRISONS
FCI MCKEAN

ID:51627-060                DATE: 9/23/03

AUDIOGRAM (Cal: ANSI S3.6-1989)

|     | 250 | 1KP | 500 | 1K | 2K | 3K | 4K | 6K | 8K |
|-----|-----|-----|-----|----|----|----|----|----|----|
| RT  | 00  | 05  | 00  | 00 | 15 | 00 | 00 | 05 |    |
| LT  | 00  | 05  | 05  | 00 | 10 | 20 | 15 | 15 |    |

SN:19397    CAL:0023  OP:

Signature: _____

REMARKS:

**UDIOGRAM**
(1969 REFERENCE LEVELS)



MASKING LEVEL IN OPPOSITE EAR

|     | BC | | | | | | | | | BC |
|-----|----|----|----|----|----|----|----|----|----|----|
|     | AC | L | R | L | R | L | R | L | R | AC |

FOR 1951 ASA LEVELS, SUBTRACT VALUES SHOWN: 9DB    15    14    10    8.5    6    11.5
                                                          10    8.5    9.5

## SPEECH AUDIOMETRY

| EXAMINERS INITIALS | SPEECH RECEPTION THRESHOLD | | | | ITEM | DISCRIMINATION SCORE (PB MAX) | | | | PURE TONE AVERAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | | | |
| RIGHT EAR | | | | | RIGHT EAR | | | | | EAR | TWO FREQ. | THREE FREQ. |
| LEFT EAR | | | | | LIST MASKING LEVEL | | | | | RIGHT | | |
| MASKING LEVEL | | | | | LEFT EAR | | | | | LEFT | | |
| | | | | | LIST MASKING LEVEL | | | | | | | |

REMARKS:

Reviewed by D. Cicchi...
9/25/

| WORK DETAIL Unicor | AUDIOMETER USED | | EXAMINER |
|---|---|---|---|
| NAME Siggers, | REG. NUMBER 51627-060 | AGE | INSTITUTION McKean | DATE 9/23/03 |

USP LVN    ♻ Printed on Recycled Paper                          BP-365(16)
                                                                NOVEMBER 1979



ID:51267-060          DATE: 10/10/02

AUDIOGRAM (Cal: ANSI S3.6-1989)

|    | 250 | 1KP | 500 | 1K | 2K | 3K | 4K | 6K | 8K |
|----|-----|-----|-----|----|----|----|----|----|----|
| RT |     | 10  | 25  | 10 | 05 | 15 | 10 | 15 | 20 |
| LT |     | 10  | 15  | 05 | 15 | 20 | 20 | 15 | 25 |

SN:19397     CAL:0023   OP: NN

Signature: _____

REMARKS:

Siggers          32

**AUDIOGRAM**
ANSI 1969 REFERENCE LEVELS)



OTHER (Specify)

MASKING LEVEL
IN OPPOSITE EAR

| | BC |
| | AC |

FOR 1951 ASA LEVELS, SUBTRACT VALUES SHOWN: 9DB     15     14     10     8.5     6     11.5
                                                              10      8.5     9.5

**SPEECH AUDIOMETRY**

| EXAMINERS INITIALS | SPEECH RECEPTION THRESHOLD | | | | ITEM | DISCRIMINATION SCORE (PB MAX) | | | | PURE TONE AVERAGES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 |  | 1 | 2 | 3 | 4 |  |  |
| RIGHT EAR |  |  |  |  | RIGHT EAR |  |  |  |  | EAR | TWO FREQ. / THREE FREQ. |
| LEFT EAR |  |  |  |  | LIST / MASKING LEVEL |  |  |  |  | RIGHT |  |
| MASKING LEVEL |  |  |  |  | LEFT EAR |  |  |  |  | LEFT |  |
|  |  |  |  |  | LIST / MASKING LEVEL |  |  |  |  |  |  |

REMARKS

Reviewed by D. Olson, MD
Date: 10/25/03

| WORK DETAIL | AUDIOMETER USED | EXAMINER |
|---|---|---|
| Unicor |  | NN |

| NAME | REG. NUMBER | AGE | INSTITUTION | DATE |
|---|---|---|---|---|
| Siggers | 51267-060 | 32 | FCI McKean | 10/10/02 |

USP LVN     Printed on Recycled Paper

BP-365(16)
NOVEMBER 1979

FEDERAL BUREAU OF PRISONS
FCI MCKEAN

**AUDIOMETRIC EXAMINATION**

ID:51627-060                    DATE: 9/28/00

AUDIOGRAM (Cal: ANSI S3.6-1989)

|     | 250 | 1KP | 500 | 1K | 2K | 3K | 4K | 6K | 8K |
|-----|-----|-----|-----|----|----|----|----|----|----|
| RT  |     | 05  | 10  | 00 | 05 | 20 | 20 | 15 | 15 |
| LT  |     | 05  | 10  | 05 | 05 | 15 | 15 | 15 | 20 |

SN:19397    CAL:0023    OP: _C. Rymer, Rn_

Signature: _____

REMARKS:

**AUDIOGRAM**
(SI 1969 REFERENCE LEVELS)

OTHER (Specify)

**MASKING LEVEL IN OPPOSITE EAR**

| | BC |
|---|---|
| | AC |

| | BC |
|---|---|
| | AC |

FOR 1951 ASA LEVELS, SUBTRACT VALUES SHOWN: 9DB    15    14    10    8.5    6    11.5
                                                        10    8.5    9.5

**SPEECH AUDIOMETRY**

| EXAMINERS INITIALS | SPEECH RECEPTION THRESHOLD | | | | ITEM | DISCRIMINATION SCORE (PB MAX) | | | | PURE TONE AVERAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | | | |
| RIGHT EAR | | | | | RIGHT EAR | | | | | EAR | TWO FREQ. | THREE FREQ. |
| LEFT EAR | | | | | LIST MASKING LEVEL | | | | | RIGHT | | |
| MASKING LEVEL | | | | | LEFT EAR | | | | | LEFT | | |
| REMARKS | | | | | LIST MASKING LEVEL | | | | | | | |

10/25/00

D. Olson, MD
Clinical Director

| WORK DETAIL | AUDIOMETRIST | EXAMINER |
|---|---|---|
| UNICON | | C. Rymer, Rn |

| NAME | REG. NUMBER | AGE | INSTITUTION | DATE |
|---|---|---|---|---|
| Siggers, Kevin | 51627-060 | 30 | FCI McKean | 9/28/00 |

USP LVN    Printed on Recycled Paper

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|
| **INSTITUTION:** | | | |
| **CITY** | | | |
| **STATE** | | ZIP | |
| **LENSES** | | | Siggers Kevin |
| **EXTRA** | | | 51627-060 |
| **FRAME OR MTG** | | | FCI-McKean |
| **MISC** | | | |

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT |
|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.75 | -.50 | 150 | | | |
| | L | -2.00 | | | | | |

| | | SEGMENT INSTRUCTIONS | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|
| | | HEIGHT | WIDTH | INSET | DIST. | NEAR |
| ADD | R | | | R | 70 | ✓ |
| | L | | | L R | | |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22 - 24 | 22 - 25 | | 22  28  45   25  35 | |

| FRAME OR SHAPE | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|
| | 28 | Smok | 48 | 24 | 6 |

**Mail to:**
Federal Prison Industries
Box 100
Butner, N.C. 27509

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY

Plastic

SIGNATURE                    DATE
USP LVN                  Previous editions not usable

BP-357(60)
MAY 1984

# Eyegla~ Prescription

| TRAY NO. | ARRIVAL DATE | | | PRESCRIPTION NO. |
|---|---|---|---|---|
| INSTITUTION: | | | | |
| CITY | | | | |
| STATE | | | ZIP | |

LENSES

EXTRA

FRAME OR MTG

MISC

*Sizgies Lvn*

*51627 - 060*

*ECI - Wntn an*

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT | |
|---|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.75 | -.50 | 1.0 | | | | |
| | L | -2.0 | | | | | | |

| | | SEGMENT INSTRUCTIONS | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|
| | | HEIGHT | WIDTH | INSET | DIST. | NEAR |
| ADD | R | | R | R | 7.) | X |
| | L | | L | L | | |

| SEG. STYLE | ORTH. F TILLER O | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22 - 24 | 22 - 25 | | 22  28  45<br>25  35 | |

| FRAME OR SHAPE | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|
| 28 | Smok | 4.8 | 2X | 6 |

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY

*plastic*

**Mail to:**
**Federal Prison Industries**
**Box 100**
**Butner, N.C. 27509**

SIGNATURE                    DATE   11/2/
USP LVN            Previous editions not usable

BP-357(80)
MAY 1984

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | | PRESCRIPTION NO. |
|---|---|---|---|---|

**INSTITUTION:**

**CITY**

**STATE**          **ZIP**

**LENSES**

**EXTRA**

**FRAME OR MTG**

**MISC**

*SIGGERS, KEVIN*
*51627-060*
*FCI-McKean*

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT |
|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.75 | -.50 | 170 | | | |
| | L | -2.00 | -.50 | 20 | | | |

| | | SEGMENT INSTRUCTIONS | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|

| | | HEIGHT | WIDTH | INSET | DIST. | NEAR |
|---|---|---|---|---|---|---|
| ADD | R | | | R | 70 | X |
| | L | | | R | | |

| SEG. STYLE | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|---|
| | 22 | | 22 | 22-24 | 22-25 | | 22   28   45 / 25   35 | |

| FRAME OR SHAPE | | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|---|
| 28 | Smoke | | | 48 | 2X | 6 |

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY

*Plastic*

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

_____ *Christine Horne* x *10/23/02*
**SIGNATURE**        **DATE**
**USP LVN**

BP-357(80)
MAY 1984

Printed on Recycled Paper



**BILL TO:**
DIANE CALDWELL
FCI McKEAN HEALTH SVC
RT 59, BIG SHANTY ROAD
LEWIS RUN
PA 16738

OPT A 11

Diggers

| PATIENT NAME | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|
| 51627-060 LI-10 110666 | PO: B | 145898 |

| Tray No. 7979 | Date Processed 11/04/2002 | 11/18/2002 |

|  | Sphere | Cylinder | Axis | Prism | Base Curve |  |
|---|---|---|---|---|---|---|
| R. EYE | -1.75 | -0.50 | 170 |  |  | 6.00 |
| L. EYE | -2.00 | -0.50 | 20 |  |  | 6.00 |

|  | Add | Width | Height |  | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE |  |  | 0.0 | R. EYE 70.0 | 0.0 |
| L. EYE |  |  | 0.0 | L. EYE 70.0 | 0.0 |

### FRAME DATA

| Size | Depth | E.D. | D.B.L. |
|---|---|---|---|
| 48.0 | 40.0 | 48.0 | 24.0 |

Model: 032027166? TMPL. Length 48X24

73-74         SMOKE

**EDGED UNCUT** [X]  LENS ONLY [ ]  ENCLOSED [ ]  TO COME [ ]  SUPPLIED [X]

### CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 10.5 |
| LEFT LENS | 10.5 |
| 73-74 | 12.5 |
| SAFETY | 2.5 |

### LENS DATA

| Type | Material |
|---|---|
| R: SVIND POLY SRC1 GENTEX 70 | |
| L: SVIND POLY SRC1 GENTEX 70 | |

**FDA CODE SEC. 3, 84, 21 CFR**

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

**NOTE FOLLOWING EXCEPTIONS**

(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

**COMMENTS:**

J-10149957 LI-10 7979

110666

| Sub Total | 35. |
|---|---|
| | |
| Freight | |
| **Total Due** | 35. |

**FROM:** 5898

**POSTMASTER**
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

**SHIP TO:**
FCI McKEAN HEALTH SVC
RT 59 BIG SHANTY RD

LEWIS RUN, PA, 16738



**BILL TO:**
CREDIT CARD ORDERS A/R
CUS~ ER SERVICE CENTE
3301 LEESTOWN ROAD
LEXINGTON
KY    40583-3640

*Siggeos*

| PATIENT NAME | | CUST. NUMBER | INVOICE NUMBER |
|---|---|---|---|
| 51627-060  LI 8 | CUST | 9991 | 073683 |
| 1  Tray No.  9641 | Date Processed  02/14/01 | | 02/17/01 |

| | Sphere | Cylinder | Axis | Prism | Base Curve |
|---|---|---|---|---|---|
| R. EYE | -1.50 | -.50 | 160 | | 6.25 |
| L. EYE | -1.75 | -.50 | 25 | | 6.25 |

| | Add | Width | Height | | P.D. | N.P.D. |
|---|---|---|---|---|---|---|
| R. EYE | | | | R. EYE | 70.0 | |
| L. EYE | | | | L. EYE | 70.0 | |

## FRAME DATA

Size 48.0  Depth 40.0  E.D. 48.0  D.B.L. 24.0

SKU: 032027166704
Model 73-74        TMPL. Length: 155    48X24
73-74              SMOKE

EDGED UNCUT
[X][ ]  LENS ONLY [ ]  ENCLOSED [ ]  TO COME [ ]  SUPPLIED [X]

## CHARGES

| DESCRIPTION | PRICE |
|---|---|
| RIGHT LENS | 10.50 |
| LEFT LENS | 10.50 |
| FRAME | 12.00 |
| SAFETY | 2.00 |

## LENS DATA

| Type | Material |
|---|---|
| INDUSTRIAL | POLY |
| Right = 75  Left = 75 | SRC1 |

R= VISION EAS
L= VISION EAS

FDA CODE SEC. 3, 84, 21 CFR

THESE LENSES ARE IMPACT RESISTANT AND IN COMPLIANCE WITH FDA TESTING PRESCRIBED IN SEC. 3, 84, 21 CFR IMPACT RESISTANT LENSES ARE NOT UNBREAKABLE OR SHATTERPROOF.

**NOTE FOLLOWING EXCEPTIONS**
(1) PLASTIC: Mfr. certifies lenses ground to specifications are impact resistant within FDA code.
(2) UNCUT GLASS lenses have not been treated or tested and must be made impact resistant before dispensing.
(3) RAISED LEDGE multifocals have been made impact resistant, but are exempted from drop ball testing.

COMMENTS:
J 10048767 LI 8
T-9641

OPT
A
3

G.W.

| Sub Total | 35.00 |
|---|---|
| TAX | |
| Freight | |
| **Total Due** | 35.00 |

FROM:
73683
POSTMASTER
IF THIS PACKAGE IS NOT DELIVERED IN FIVE DAYS, PLEASE RETURN TO SENDER.

**SHIP TO:**
FCI MCKEAN HEALTH SV
RT 59 BIG SHANTY RD

LEWIS RUN
PA    16738

## Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | | PRESCRIPTION NO. | |
|---|---|---|---|---|---|

**INSTITUTION:**

**CITY**

**STATE**　　　　　　　　　　　　　　　　　ZIP

| LENSES | | | | |
|---|---|---|---|---|
| EXTRA | | | | Siggers, Kevin |
| FRAME OR MTG | | | | 51627-060 |
| MISC | | | | |

F CI - McClean

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT |
|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.50 | -.50 | 160 | | | |
| | L | -1.75 | -.50 | 25 | | | |

| | | SEGMENT INSTRUCTIONS | | | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|---|---|
| | | HEIGHT | WIDTH | INSET | | | DIST. | NEAR |
| ADD | R | | | R | | | 70 | |
| | L | | | L | | L | | |

| | ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | | OTHER. |
|---|---|---|---|---|---|---|---|---|---|
| SEG. STYLE | 22 | | 22 | 22-24 | 22-25 | | 22　28　45　25　35 | | |

| FRAME OR SHAPE | | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|---|
| 28 | Smlk | | | 48 | 28 | 6 1/4 |

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY

Plastic

Mail to:
**Federal Prison Industries**
**Box 100**
**Butner, N.C. 27509**

SIGNATURE　　　　　　DATE　　2/7/01
USP LVN

BP-357(60)
MAY 1984

Printed on Recycled Paper



**UNICOR**
Federal Prison Industries, Inc.

P.O. Box 1000
Old South Carolina Hwy 75
Butner, North Carolina 27509-1000
Phone (919) 575-4622

PATIENT
51627-060 SIGGERS
LI27

SUSAN CZEKAI
FCI MCKEAN HEALTH SVC
RT 59 BIG SHANTY RD
BRADFORD, PA 16701

Siggers

| POWER | | | | | | | | | DPD 0.5 1.5 NPD |
|---|---|---|---|---|---|---|---|---|---|
| R | -1.00 | -.75 | 105 | △ IN | △ OUT | △ UP | △ DOWN | O.C. | 35.0 |
| | SPHERE | CYLINDER | AXIS | | | | | | 35.0 |
| L | -1.00 | -.75 | 15 | | | | | | 70.0 |

ANSI Z80.1 TOLERANCES, DISTANCE

| SEGMENT | | | | | CENTER | EDGE | DEC. 2.0 2.0 | INSET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| R | ADD | HEIGHT | BASE CURVE 5.50 | | | | | | |
| L | | | 5.50 | | | | | | |

| | | | | BLANK | | | PRICE |
|---|---|---|---|---|---|---|---|
| R | SINGLE VISION | COATED | | SIZE | 5.50 | BASE CURVE | 35.00 |
| | LENS STYLE POLYCARBONATE | LENS COLOR | | | | 5.50 | |
| L | SINGLE VISION | COATED | | | | | |

INDUSTRIAL THICKNESS 3.0 MM
BILLED TO ACCT    9991
TOTAL RX PRICE
USE FINISHED ONLY

OPT 12

MFG.  FRAME NAME  **LAB SUPPLIED**
USS  83-84

| EYE | DBL | TRIM STYLE |
|---|---|---|
| 52 | 22 | |

| TPL. SIZE | TEMPLE STYLE |
|---|---|
| 6.00 | 73-83-T |

FRONT/CHASSIS COLOR
SMOKE

TRIM COLOR

TEMPLE COLOR
SMOKE

| JOB NO. | PATIENT NAME | | | TOTAL ▷ | REF. NO. |
|---|---|---|---|---|---|
| 05815 | 51627-060 SIGGERS | TRAY 3580 | DATE 02/19/99 | 35. | I -289 |
| ACCOUNT NAME SUSAN CZEKAI | | | | | |

SHIPPING ORDER

# Eyeglass Prescription

| TRAY NO. | ARRIVAL DATE | | | PRESCRIPTION NO. |
|---|---|---|---|---|

**INSTITUTION:**

**CITY**

**STATE** ZIP

| LENSES | | | |
|---|---|---|---|
| EXTRA | | | |
| FRAME OR MTG | | | |
| MISC | | | |

*Sigal, Kevin*
*51627 - 000*
*FCI - McKean*

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT | |
|---|---|---|---|---|---|---|---|---|
| DISTANCE | R | -1.00 | -.75 | 105 | | | | |
| | L | -1.00 | -.75 | 15 | | | | |

| | | SEGMENT INSTRUCTIONS | | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|---|
| | | HEIGHT | WIDTH | INSET | | DIST. | NEAR |
| ADD | R | R | | R | R | 70 | |
| | L | L | | L | L | | |

| | ORTH. F. TILLER O | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVEO TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | | | OTHER. |
|---|---|---|---|---|---|---|---|---|---|---|
| SEG. STYLE | 22 | | 22 | 22 - 24 | 22 - 25 | | 22  28  45 | 25  35 | | |

| FRAME OR SHAPE | | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|---|
| | 24 | Fmlo | 52 | 2x | 6v |

**SPECIAL INSTRUCTIONS**
( ) LENS ONLY
( ) FRAMES ONLY

Mail to:
**Federal Prison Industries**
Box 100
Butner, N.C. 27509

SIGNATURE                    DATE   2/10/05
USP LVN                    Previous editions not usable

BP-357(60)
MAY 1984

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|--------------------------------|-----------|
| 08/26/03 0830hrs | S O A: Continuation of Routine Care P: 1. Charting  3. Oral Cancer Exam  2. Oral Exam  4. Consultation | |
| | Lesion, approximately 3 m. m's in diameter on tongue (R) lateral border. Appears as a "whitehead." Patient to be sent to oral surgeon for removal. | William K. Collins, D.D.S. CDO FCI McKean |

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 8-5-03 0830 hrs | SOa: Routine care patient P: rescheduled due to fog watch *Jody L Batista* J.L. Batista, RDH FCI McKean W. K. Collins, DDS CDO FCI McKean | |
| 08/25/03 0836 hr | SOA: Premedication required for patient's next visit P: Rx: Clindamycin 150 mg × 4, Take all of medication one hour before procedure. Reviewed By: V. Geza, PharmD | William K. Collins, D.D.S. CDO FCI McKean |
| 8/26/03 0830 hrs | SOa: Routine care patient - patient took premed as prescribed P: update medical hist. No changes, scale, ↓ Rt side with anesthesia given by Dr Collins 3 carpules 2% lidocaine, 1:100,000 Epi. polished, topical fluoride applied *Jody L Batista RDH* J.L. Batista/RDH FCI McKean | |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Siggers Kevin

REGISTER NO. 51627-05

WARD NO.

DENTAL TREATMENT RECORD    HRSA-237 (4/85)
W. K. Collins, DDS
CDO
FCI McKean

EF

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

| Examination: | ☐ Screening | ☒ Comprehensive | ☐ Periodic |
|---|---|---|---|



| Occlusion | *Class I* |
|---|---|

**Oral Hygiene**

Good   (Fair)   Poor

**CPITN**

| 3 | 2 | 3 |
|---|---|---|
| 3 | 2 | 3 |

**Head & Neck/Soft Tissue**   STWNL
5-6-03   except for:
✓ white area left lat border, papilla   watch
area

**Additional Findings**

↓ ant crowding   2½–3 mm diameter
8/26/03
Dr Oliva measured area

D:  0
M:  8
F:  2

---

**Treatment Completed**



| Patient Name | Number | Sex: (M) F | Age: |
|---|---|---|---|
| Siggers, Kevin | 51627-060 | | 7/23/70  33 |

**Recommended Treatment Plan**

☒ Radiographs  4 BWX 5-6-03

☒ Dental Prophylaxis 5-14-03
☒ Oral Hygiene Instruction 5-14-03
☒ Periodontal Evaluation  0  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

| Dentist Signature | Date |
|---|---|
| William K. Collins, D.D.S. | 5-6-03 |

**William K. Collins, D.D.S.**
**CDO**
**FCI McKean**

FCI McKean   premedicate

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|-------------------------------|-----------|
| 06/25/03 0820 hrs | SGA: Premedication required for next procedure. P. Rx: Clendomycin 150 mg. × 4, Take all 4 at one time. Reviewed By: V. Geza, PharmD | William K. Collins, D.D.S. CDO FCI McKean |
| 6-30-03 0930 hrs | SOA: Routine care patient P. inmate failed to show for appt. was not on call out but had an appointment card. (said his work would not let him go for his appt.) rescheduled Reminded him to pick up premedication (he stopped at clinic ~ 1½ hour after scheduled appt.) Jody L Batista RDH William K. Collins, D.D.S. CDO FCI McKean | J.L. Batista, RDH FCI McKean W. K. Collins, D.D.S. CDO |
| 7-16-03 0930 hrs | SOA: Routine care patient P: patient is ill will reschedule (he did come to clinic to let us know) will reschedule. Jody L Batista RDH J.L. Batista, RDH FCI McKean | W. K. Collins, DDS CDO FCI McKean |

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

| | | |
|---|---|---|
| 6-16-03 0930 hrs | SOA: Routine care patient. P: update medical history, patient took premed, scale max & mand left quadrants with anesthesia given by Dr Collins Scandonest 2% l with Levonordefrin 1:20,000 5 carpules used ultrasonic scaler & hand scalers Next: scale Mand rt quadrant with anesthesia fine Scale other quads. no anesthesia. Jody L Batista RDH | J.L. Batista, RDH FCI McKean William K. Collins, D.D.S. CDO FCI McKean |
| 06/16/03 10 27 hrs | SOA: Patient has artificial joint & plates in hip; premedication required. P: Rx: Clindamycin 150 mg. × 4 take all 4, one hour before procedure. 6/17/03 Reviewed By: V. Geza, PharmD | W. K. Collins, DDS CDO FCI McKean |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Siggers, Kevin

FCI McKean

REGISTER NO. 51627-060    WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4/95)

*Premedicate*

| Federal Bureau of Prisons Clinical Dental Records | | |
|---|---|---|
| **Date/Time** | **#** | **Diagnosis - Treatment - Remarks** |
| 5-6-03 | | 80a: Routine care patient |
| 1030hrs | | P: update med hist. joint replacement - requires premedication will reschedule 4 Bwx, & soft tissue exam completed today Next complete scaling, polish, perio probe topical fluoride & oral hygiene instru          Jody L Batista RDH |
| | | *Jody L Batista RDH* |
| | | *William K Collins DDS* |
| | | **William K. Collins, D.D.S.** <br> **CDO** <br> **FCI McKean** |
| 05/07/03 | | S: Continuation of Scaling Procedure |
| 0720 hrs | | O: Med Hx revd - PCN allergy Presence of artificial hip joint |
| 5/7/03 | | A: Artificial hip joint (prosthesis) present |
| | | P: Rx: Clindamycin 150 mg × 4, take 1 hour before procedure. |
| Violette Geza, PharmD, RPh <br> Chief Pharmacist | | *William K Collins DDS* <br> **William K. Collins, D.D.S.** <br> **CDO** <br> **FCI McKean** |
| 5-14-03 | | S: Pt took premedication as instructed (per inmate himself.) Routine Care patient |
| 0930hrs | | P: inmate was too sensitive with scale will return for anesthesia right side. perio probed reviewed oral hygiene instru- brushing Next: scale right side with anesthesia & premedication          Jody L Batista |
| | | *Jody L Batista RDH* |
| | | *W. K. Collins DDS* <br> **W. K. Collins, DDS** <br> **CDO** <br> **FCI McKean** |

HRSA-237 (4/95)
(REVERSE)

## DENTAL TREATMENT RECORD (Continuation)

cont'd

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|------|-------------------------------|-----------|
| 05/20/03 1615 hrs | P: Rx: Clindamycin 150mg × 4; Take all 4 tabs one hour before procedure. | W.K. Collins DDS |

5/21/03
Reviewed By: (V Geza Pharm)
V. Geza, PharmD

W.K. Collins, DDS
Chief Dental

| 06/03/03 0945 hrs | S: "My gums have been sore since last week." (Patient points to his upper R jaw) | |

O: Med Hx Rev'd. Allergy to PCN & Bactrim; Motrin upsets stomach Slight tenderness to palpation of buccal gingiva; color appears normal.

A: Possible mechanical trauma from eating.

P: Patient to be placed back on medication and monitored. RTC if symptoms persist
Rx: Clindamycin 150mg. × 30, ī q12h.
Ibuprofen 800mg × 20, ī q8h.

6/4/03
Reviewed By: VG Pharm
V. Geza, PharmD

W.K. Collins DDS

**William K. Collins, D.D.S.**
**CDO**
**FCI McKean**

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 05/14/03 1550 hrs | SOA: Premedication req'd before scaling procedure is performed; med hx: allergy: PCN + Bactrim P: Rx: Clendamycin 150 mg x 4; Take 1 hour before procedure. 5/14/03 V. Ceja Pharm Violet Ceza, PharmD. RPh Chief Pharmacist | William K. Collins, D.D.S. CDO FCI McKean |
| 5-16-03 0830hrs | SOa: Routine care patient p. update medical hist, patient took premed as prescribed scaled max right quadrant with anestresia given by Dr Collins 3 carpules scandonest 2% L with levonordefrin 1: 20,000 - used ultrasonic scaler & hand scalers. Next scale left side w/ anestresia Judy L Batista Jody L Batista RDH W K Collins RDH W. K. Collins, DDS CDO FCI McKean | |
| 05/20/03 1645 hrs | SOA: Premedication req'd for prosthesis: plate & pin in hip P: Med hx Rev'd. Allergies to Penicillin & Bactrim; stomach, Motrin upsets, Entex WKC 05/20/03 | W K Collins DDS |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Siggers, Kevin

FCI McKean

(Continued On Reverse Side)

REGISTER NO. 57627-06  WARD NO.
W.K. Collins, DDS
Chief Dental

DENTAL TREATMENT RECORD
HRSA-237 (4/95)
EF

FEDERAL BUREAU OF PRISONS
DENTAL/MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what?_____    yes (no)

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _____Penicillan, Bactrim_____    (yes) no

3. Have you been under the care of a physician during
   the past two years? If so, why? _Infection_    (yes) no

4. Have you been hospitalized in the past two years?
   If so, why? _____    yes (no)

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?    yes (no)

6. Do your ankles ever swell during the day?    yes (no)

7. Have you ever been treated for a tumor or growth?    yes (no)

8. Have you ever had abnormal bleeding?    yes (no)

9. Have you ever had serious difficulty with any
   dental treatment?    yes (no)

10. Have you ever had clicking, popping, or pain
    in your jaw joint?    yes (no)

Circle any of the following that you have had:

Congenital heart defects            Heart murmur
Heart attack or heart problems      Angina
Stroke                              High Blood pressure
Rheumatic Fever                     Heart pacemaker
Asthma                              Epilepsy or seizures
Anemia (blood problems)             Diabetes
Thyroid problems                    AIDS or HIV infection
Chronic bronchitis                  Emphysema
Venereal disease (syphilis, gonorrhea)  Tuberculosis (TB)
(Arthritis)                         Psychiatric treatment
Artificial heart valve              (Artificial joint)
Hepatitis

                                    plates & arm hip
                                    1984 or 1985

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?    (yes) no

Do you have any disease, condition, or problem not listed? No
WOMEN ONLY: Are you pregnant?

Name: Kevin L. Siggers Sr.        Reg No. 51627066

Institution: FCI McKean           Date: 5-6-03

                    D..... dicate.

BP-S618.060  **CLINICAL DENTAL RECORD** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Examination:  ☒ Screening    ☐ Comprehensive    ☐ Periodic



Occlusion: 2ⁿᵈ B₁ – 2ⁿᵈ B₁

Oral Hygiene
Good    (Fair)    Poor

CPITN

| ℓ | ℓ | -ℓ |
|---|---|----|
| ℓ | ℓ | ℓ |

Head & Neck/Soft Tissue
WNL

Additional Findings

D: 1

M: 8

F: 2

RIGHT / LEFT tooth chart:
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 (20) 19 18 17

**Treatment Completed**

RIGHT / LEFT tooth chart:
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☒ Radiographs

☒ Dental Prophylaxis
☒ Oral Hygiene Instruction

☐ Periodontal Evaluation    O  I  II  III

☐ Oral Surgical Procedures

☐ Endodontic

☒ Restorative

☐ Prosthodontic Evaluation

Patient Name          Number    Sex: M  F   Age:
BT SIGGERS, KEVIN    51627-060

FCI McKean

Dentist Signature    Date
(WS)                 10/28/88
W.G. STERBA DDS

U.S. Bureau of Prisons
Dental/Medical History Form

1. Are you presently taking any medication?                (Yes)    No
   If so, what? _TRANZADONE_

2. Are you allergic to or have you had a reaction to any    (Yes)    No
   medication or drug? If so, what? _Penicellian_

3. Have you been under the care of a physician during the   (Yes)    No
   past two years? If so, why? _Urine&Kidney Infection_

4. Have you been hospitalized in the past two years?        (Yes)    No
   If so, why? _FRACTURED T-12 BONE IN BACK_

5. When you walk upstairs or take a walk, do you ever have
   to stop because of pain in your chest, (shortness of)    (Yes)    No
   breath, or because you feel very tired?

6. Do your ankles ever swell during the day?                Yes    (No)

7. Have you ever been treated for a tumor or growth?        Yes    (No)

8. Have you ever had abnormal bleeding?                     Yes    (No)

9. Have you had any serious difficulty with any previous    Yes    (No)
   dental treatment?

Circle any of the following that you have or have had:

_Reviewed_
_(b) 10/28/98_

Congenital heart defects                Heart murmur
Heart attack or heart trouble           Angina
Rheumatic Fever                         (High blood pressure)
Stroke                                  Heart pacemaker
Asthma                                  Epilepsy or seizures
Anemia(blood problems)                  Diabetes
Hepatitis                               AIDS or HIV infection
Thyroid problems                        Emphysema
Chronic bronchitis                      Tuberculosis (TB)
(Venereal disease) (syphilis, gonorrhea) (Psychiatric treatment)
(Arthritis)                             (Artificial Joint Prosthesis)
Artificial Heart Valve

Do you have any disease, condition, or problem not listed?   Yes    (No)

WOMEN ONLY: Are you pregnant?                                 Yes     No

Name _Kevin L. Siggers Sr._         Reg. No. _51627-060_

Institution _MC KEAN_               Date _10-28-98_

BP-S618.060  **CLINICAL DEN** ᴐ **RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☑ Screening | ☐ Comprehensive | ☐ Periodic | Occlusion |



**Oral Hygiene**
Good    (Fair)    Poor

| CPITN | 2 | 2 | 2 |
| | 2 | 2 | 2 |

**Head & Neck/Soft Tissue**
WNL

**Additional Findings**

D: 1

M: 1

F: 2

| Treatment Completed | Recommended Treatment Plan |

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction

☐ Periodontal Evaluation    O    I    II    III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

Patient Name        Number    Sex: (M) F  Age:

☐ Prosthodontic Evaluation

BIGGERS, KEVIN L

51627-060

DOB  08-22-1970
FMC ROCHESTER, MN

Dentist Signature        Date
K.T. Schlepp, D.D.S.    4-10-98
FMC Rochester, MN

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 4-10-98 _0930_ | | A&O exam. Dental sick call and waiting list procedures explained. <br><br> *K.T. Schlepp, D.D.S.* <br> FMC Rochester, MN |
| 4-14-98 _0715_ | | (3) Pain U.L. <br><br> (0) #15 has temp restoration. Breaking Down caries present <br><br> (0) large caries. Temp breakdown <br><br> (P) R/S to restore 1 PA <br><br> *K.T. Schlepp, D.D.S.* <br> FMC Rochester, MN |
| 4/16/98 0830 | | Oper - Xylc' 4 1 ml, 1 Kar/ /2 ccp - excavated #15 - removed old temp - slight pulp exposure (Hemodent) — Cotae Orange (00) — to do root canal if pain arises <br><br> *FMC Rochester* |

DENTAL SCREENING

1. Are you in good health?                                               YES  NO

2. Has there been any change in your health in the past year?            YES  NO

3. Have you been under the care of a physician during the past
   two years?                                                           YES  NO

4. Are you taking any drug or medicine or pills of any kind?            YES  NO

5. Are you allergic to penicillin or any drugs or medicine?            YES  NO
   If yes, what? HAVE TO CHECK NAME with my DOC

6. Are you allergic to any foods or materials?                          YES  NO
   If yes, what?            Eggs

7. Have you ever had excessive bleeding requiring special care?         YES  NO

8. Have you ever used Intravenous drugs?                                YES  NO

9. Circle any of the following which you have had:

   Heart trouble              Asthma                        Stroke

   Artificial Heart Valve     Constant Cough                Epilepsy

   Congenital Heart Lesions   Diabetes                      Anemia

   Cardiac Pacemaker          Knee, Hip or Joint Surgery    Sinus Trouble

   Artificial Vein or Artery  Cancer Treatment              Tuberculosis
   Grafts

   Heart Murmur               Jaundice                      Arthritis

   High Blood Pressure        Hepatitis                     Venereal
                                                            Disease
   Rheumatic Fever

10. Have you had any other serious illness or operation?                YES  NO
    If yes, what was the problem? Hip Replacement

11. Have you had any serious trouble associated with any previous
    dental treatment?  If yes, explain                                 YES  NO

12. Do you have any disease, condition, or problem not listed above
    that you think I should know about.  If yes, explain               YES  NO

13. (WOMEN)  Are you pregnant now?                                      YES  NO

FMC-ROCHESTER          _Karin L Sign Sr._____        4-10-98
P.O. BOX 4600          NAME AND REGISTRATION NUMBER        DATE
ROCHESTER, MINNESOTA

Dental Screening

1.  ¿Está usted en buena salud?

                      SI        NO

2.  ¿Ha habido algún cambio en su salud en este último año?

                      SI        NO

3.  ¿Ha estado usted bajo el cuidado de un médico durante los
    dos últimos años?

                      SI        NO

4.  ¿Ha estado usted tomando algún tipo de droga, medicina
    o pastillas de cualquiera clase?  Si la respuesta es si,
    ¿Que clase?_____

                      SI        NO

5.  ¿Es usted alérgico ha la penicilina , algún tipo de droga o
    medicina?  Si los es, ¿Cual?_____

                      SI        NO

6.  ¿Es usted alérgico ha alguna comida o alguna otra cosa?  Si
    las repuesta es si, ¿Cual?_____

                      SI        NO

7.  ¿Alguna vez ha tenido usted desangre excesivo qué requiera
    tratamiento especial?

                      SI        NO

8.  ¿Ha usado usted drogas intravenosa?

                      SI        NO

9.  Marque cual de los siguientes problems de salud ha sufrido:

| | | |
|---|---|---|
| Problemas del corazón | Asma | Hemorragia cerebral |
| Valvula artificial del corazón | Tos constante | Epilepsia |
| Lesiones congenitales del corazón | Diabetes | Anemia |
| Marcapaso cardiaco | Cirugía articulaciones | Problemas de sinusitis |
| Venas artificiales o unidas | Tratamiento de cancer | Tuberculosis |
| Soplo al corazón | Icteria | Artritis |
| Alta presión de sangre | Hepatitis | Enfermedad Venerea |
| Fiebre reumatica | | |

10. ¿Ha tenido usted alguna enfermedad seria u operación?
    Si la respuesta es si, ¿Cual fue el problema?_____
    _____

                      SI        NO

11. ¿Ha tenido usted algún problema serio asociado con
    algún tratamiento dental previamente?  Si la repuesta
    es si, explique._____
    _____

                      SI        NO

12. ¿Tiene usted alguna enfermedad, condisción o problema
    que no esta en esta lista y usted piensa que nosotros
    debemos saber.  Si la respuesta es si, explique. ___
    _____

                      SI        NO

13. (MUJER SOLAMENTE)   ¿Está usted embarazada?

                      SI        NO

NOMBRE_____REG. NO._____FECHA_____

INFORMED CONSENT FOR ORAL & MAXILLOFACIAL SURGERY

PROCEDURE: _Extraction #15_____

Alternative to Surgery:    I understand that if this  procedure is
not performed my condition may  worsen resulting in complications
including but not limited to:

1. Infection
2. Loss of additional teeth
3. Pain


Possible complications which have been explained to me:
1.  Pain
2.  Dry socket
3.  Infection
4.  Decision to leave a small piece of tooth root in the jaw when
    its removal would require extensive surgery  and increased
    risk of complications
5.  Bleeding and brusiing
6.  Swelling
7.  Injury to adjacent teeth or fillings
8.  Maxillary sinus involvement
9.  Nerve injury
10. Bony fractures


I _have_  had the  opportunity  to discuss  my  surgery with
Dr. _Touet_____ and to ask questions.

I consent to the surgery as described.


Date: __10/1/98_____

Inmate: _Kawaljic Jr #51627-060___

Doctor: __ES Touet DDS_____        Dr. Eric Touet
                                      Chief Dental Officer
                                      Federal Transfer Ctr. OKC, OK

Witness: _____
              (Not Required)


                        Federal Transfer Center
                        OKC, OK

## PERMISO PARA CIRUGIA ORAL & MAXILOFACIAL

Procedimiento: _____

Alternativa a la cirugía: Entiendo que si no me hacen este prodedimiento se prodría empeorar este problema. Resultados posibles incluyen:

1. Infección
2. La pérdida de otras muelas
3. Dolor

Se me han explicado estas complicaciones posibles relacionadas con la cirugía.

1.  Dolor.
2.  Alveolo seco.
3.  Infección.
4.  Puede que se decida dejar un pedacito de la raíz de la muela si se ve que el proceso de extraerla requiere cirugía mas complicado y podría resultar en otras dificultades.
5.  Pérdida de sangre, cardenales.
6.  Hinchazón.
7.  Daño a otras muelas o al empaste de otra muela.
8.  Perforacion del seno maxilar.
9.  Daño a un nervio.
10. Fractura de hueso.

Se me ha ofrecido la oportunidad de hablar con el/la doctor(a)_____ y de hacerle preguntas acerca de la cirugía; doy el permiso para que me la hagan.

_____          _____
Firma del recluso                          Fecha
(Inmates signature)                        (Date)

_____
(Firma del dentista)

_____
(Testigo - No Necesaria)

Federal Transfer Center
OKC, OK

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA
## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: **ALL CONCERNED**    UNIT: CB    DATE: 9-26-05

INMATE'S NAME: Kevin Siggins-Bey    DETAIL: Unicor    REG. NO: 51627-060

*For Medical purposes, the inmate named above has been authorized the work and/or
activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _____ 20 ____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____

_____    THRU 12 MIDNIGHT _____ 20 ____

(X) RESTRICTED DUTY: Specify exact restriction and reason. No recreation activity

No sports    THRU 12 MIDNIGHT 12-26 20 05

    Jimmie S. Wang, PA-C    Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - Temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

**RESTRICTED DUTY** - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

*ORIGINAL - MEDICAL RECORDS    GREEN - LT. OFFICE    YELLOW - WORK SUPERVISOR    PINK - UNIT OFFICER    GOLD - FOR YOUR RECORD AND MUST BE ON YOU AT ALL TIMES*

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution FCI- McKean | 2. Name of Injured Siggers, Kevin | 3. Register Number 51627-060 |
|---|---|---|
| 4. Injured's Duty Assignment AM. Unicor / Suicide Watch | 5. Housing Assignment CB | 6. Date and Time of Injury 9/17/05 1800 HRS |

| 7. Where Did Injury Happen (Be specific as to location) Rec - Football Field | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 9/17/05 1945 HRS |
|---|---|---|

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

Inmate wa Scratched across the (LF) Side of chest While playing Flag Football.

X _____
Signature of Patient

**10. Objective:** *(Observations or Findings from Examination)*      X-Rays Taken _____     Not Indicated ✓

X-Ray Results

Approx 20" Scratch across Inmates LF Side of Chest, Running from Neck to Arm pit. ⊖ Bleeding Pain Scale 0/10.

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

Abrasion to LF Side Of Chest.

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Cleaned Area With Peroxide. Then applied Bacitracin Ointment to Wound. Education : Keep Wound clean / Bandaged to prevent Infection. Inmate Understood / Agreed.

**13. This Injury Required:**

☐ a. No Medical Attention

☒ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other *(explain)*

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

_____
Signature of Physician or Physician Assistant
D. Corbin, Paramedic
FCI McKean

Scratch

Reviewed by D. Olson, MD
Date: 9/19/05

*Self Carboned Form – If ballpoint pen is used, PRESS HARD*

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

PRINTED ON RECYCLED PAPER

BP-362(60)
FEBRUARY 1986

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>                    UNIT: _CA_                    DATE: _5/14/04_

INMATE'S NAME: _Siggers, Kevin_        DETAIL: _Unicor_        REG. NO. _51627060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _5/15/~~19~~ 2004_

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED: _____ THRU 12 MIDNIGHT _____ 19___

( ) FULL DUTY:

_No Rec For Two Weeks_          _B. Douthit  EMT-P_   **B. Douthit, EMT-P**
                                                     **FCI McKean**
                              **Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>                    UNIT: _CA_                    DATE: _4/20/04_

INMATE'S NAME: _Siggers, Kevin_        DETAIL: _Unicor_        REG. NO. _51627-060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19___

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:

( ) FULL DUTY:  _No rec_                       _J Glenn_

_X 2 Wks_               **Physician or Physician Assistant** _FNP_

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                    UNIT: _CA_           DATE: _2-26-04_
INMATE'S NAME: _Siggers, Kevin_      DETAIL: _Unicor_     REG. NO. _51627060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_ _____ THRU 12 MIDNIGHT _3/27/04_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED:
( ) FULL DUTY:

(✓) No Recreation

_____
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefilte.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED                    UNIT: _C A_          DATE: _3/12/03_
INMATE'S NAME: _Siggers Kevin_       DETAIL: _Unicor_     REG. NO. _51627-060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_ _____ THRU 12 MIDNIGHT _3/13_ ~~19~~ _03_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ____

( ) TOTALLY DISABLED:
( ) FULL DUTY:

J Glenn
FNP-e

_____ J Glenn FNP-e _____
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefilte.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____ UNIT: _C A_ _____ DATE: _2/2/03_
INMATE'S NAME: _Siggers, Kevin_ DETAIL: _UNICOR_ REG. NO. _5/627-060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason ___Medical___ THRU 12 MIDNIGHT _2/4_ 19 _03_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 _____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 _____

( ) TOTALLY DISABLED:
( ) FULL DUTY: _J Glenn_ _____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____ UNIT: _C A_ _____ DATE: _10/16/02_
INMATE'S NAME: _Siggers, Kevin_ DETAIL: _UNICOR_ REG. NO. _5/627-060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason ___No rec till___ THRU 12 MIDNIGHT _11/16_ 19 _02_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 _____

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 _____

( ) TOTALLY DISABLED:
( ) FULL DUTY:
_No rec. x 1 mo_ _J Glenn_ _____
Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious servic all, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excuse nd may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

## FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
### FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Siggers_     UNIT: _CA_     DATE: _9/7/01_
INMATE'S NAME: _____     DETAIL: _Unicor_     REG. NO. _51627-060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _Ankle Sprain_ _____ THRU 12 MIDNIGHT _9/8_ 19 _2001_
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) TOTALLY DISABLED: _No Sports_ _____ THRU 12 MIDNIGHT _____ 19 ___
( ) FULL DUTY: _X I WK_

_____
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

## FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
### FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED     UNIT: _C-A_     DATE: _9-6-01_
INMATE'S NAME: _Siggers, Kevin_     DETAIL: _UNICOR_     REG. NO. _51627-060_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _(L) Ankle injury_ _____ THRU 12 MIDNIGHT _9/7_ 19 _2001_
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) TOTALLY DISABLED: _____
( ) FULL DUTY:

_____
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

## FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
### FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Siggers Kevin_    UNIT: _CA_    DATE: _8/15/00_

INMATE'S NAME: _Siggers Kevin_    DETAIL: _Janitor_    REG. NO. _51627 060_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _8/16_ 19 _00_

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT ____ 19 ___

( ) TOTALLY DISABLED: _____ THRU 12 MIDNIGHT ____ 19 ___

( ) FULL DUTY:    _No Rec. /month_ _____

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

E STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick , visits and call outs. No recreation activity.

NVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work may not participate in any recreational activities outside the unit.

STRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List  handicap, work limitation and time period, either specific date or indefinite.

TALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

L DUTY - No work restrictions because of physical, medical or mental disability.

---

### FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
### FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Siggers Kevin_    UNIT: _CA_    DATE: _5/12/00_

INMATE'S NAME: _Siggers, Kevin_    DETAIL: _Food Service_    REG. NO. _51621-060_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _Medical_ _____ THRU 12 MIDNIGHT _5/12_ 19 _2000_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____

_____ THRU 12 MIDNIGHT ____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT ____ 19 ___

( ) TOTALLY DISABLED: _____ THRU 12 MIDNIGHT ____ 19 ___

( ) FULL DUTY:

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

E STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick , visits and call outs. No recreation activity.

VALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work may not participate in any recreational activities outside the unit.

STRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List  handicap, work limitation and time period, either specific date or indefinite.

ALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

L DUTY - No work restrictions because of physical, medical or mental disability.

## FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
### FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____ UNIT: _____ DATE: 12/21/99

INMATE'S NAME: Siggers, Kevin ___ DETAIL: _____ REG. NO. 51627-060

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19___

(X) CONVALESCENCE: List any restricted activity for medical reasons.
_____ THRU 12 MIDNIGHT 12/30 19 99

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_____
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

## FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
### FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _____ UNIT: A-4 DATE: 12-16-99

INMATE'S NAME: Siggers, Kevin ___ DETAIL: #/s REG. NO. 51627-060

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _medical_ THRU 12 MIDNIGHT 12/17 19 99

( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____ THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_____
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>           UNIT:_____     DATE: 6/8/99

INMATE'S NAME: <u>Siggins, Kevin</u>     DETAIL: _____     REG. NO. 57627-060

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _____ THRU 12 MIDNIGHT 6/8 19 99

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>           UNIT:_____     DATE: 1/13/99

INMATE'S NAME: <u>Siggins Kevin</u>     DETAIL: _____     REG. NO. 57627-060

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(X) IDLE: Reason _____ medical _____ THRU 12 MIDNIGHT 1/14 19 99

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.