# ATTACHMENT C PART 6

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# INMATE INJURY ASSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Siggers, Kevin | 51627-060 |
| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
| Unicor | Unit CB | 3/24/05 0730 |

7. Where Did Injury Happen *(Be specific as to location)*: Compound

*Work Related?* ☐ Yes ☒ No

8. Date and Time Reported for Treatment: 3/24/05 0745

9. Subjective: *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

I INMATE SIGGERS fell on the ICE while WALKING to WORK. WAS WALKING TO FAST, AND FELL ON KNEE.

Kevin L Siggers Sr.
*Signature of Patient*

10. Objective: *(Observations or Findings from Examination)*

(L) knee - (+) tenderness over patellar tendon area, ō edema, ō ecchymosis, full ROM, pt stable

*X-Rays Taken* ____ *Not Indicated* X
**X-Ray Results**

11. Assessment: *(Analysis of Facts Based on Subjective and Objective Data)*

(1) Contusion, (L) knee

12. Plan: *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

(1) Elastic knee support given
(2) Motrin 800 mg TID Prn #30 (c̄ food)
(3) Pt Ed - rest, ice, red use he understands
(4) RTC if ō better

13. This Injury Required:

☐ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other *(explain)*
see above
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

D Olson MD
*Signature of Physician or Physician Assistant*

Dennis Olson, MD
Physician

Medical ... Self Carboned Form – If ballpoint pen is used, **PRESS HARD**
...ty
...(Work related only)
...ectional Supervisor

PRINTED ON RECYCLED PAPER

BP-362(60)
FEBRUARY 1986

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Siggers, Kevin | 51627-060 |
| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
| Unicor | CA | 5/14/04 1910 |

7. Where Did Injury Happen (*Be specific as to location*): Rec Baseball Field
Work Related? ☐ Yes ☒ No
8. Date and Time Reported for Treatment: 5/14/04 1850

9. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)
On todays date, while making play at homebase, colided with another inmate. Hurt ankle & leg.

Mr. Kevin Siggers Sr.
*Signature of Patient*

10. Objective: (*Observations or Findings from Examination*)
⊕ contusion (L) Tib/Fib area; Pain 8/10, ⊕ swelling w/ firmness; ⊕ pulses w/ sensation; ⊖ deformity or problems w/ mobility; Inmate state's he feel tingling off/on; ⊖ trauma noted to ankle

*X-Rays Taken* X 2 *Not Indicated* ____
X-Ray Results

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)
Bruised (L) Tib/Fib

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)
Educated inmate on icing, crutches; and no Rec for two weeks; idle for no work on 5/15/04; Instructed inmate to elevated when icing; Follow-up w/ PA @ Emerg Sick Call on 5/17/04; Inmate agrees and understands plan.

13. This Injury Required:

- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (*explain*)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

contusion

B. Douthit EMT-P
*Signature of Physician or Physician Assistant*

B. Douthit, EMT-P
FCI McKean

Reviewed by D. Olson, MD
Date: 5/17/04

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

- Medical File
- Safety
- Supervisor (*Work related only*)
- Correctional Supervisor

S. DEPARTMENT OF JUSTICE
deral Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| . Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Siggers, Kevin | 51627-060 |
| . Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
| unassigned | CA | 11-18-03 @ 11:00 |

. Where Did Injury Happen (*Be specific as to location*): Entrance door to food service

*Work Related?* ☐ Yes ☑ No

8. Date and Time Reported for Treatment: 11/18/03 @ 1115

. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

"A guy asked to speak to me. The next thing I know I'm waking up. I don't know if I was hit c̄ something or punched. States LOC x 30-60 sec."

*Signature of Patient*

10. Objective: (*Observations or Findings from Examination*)

*X-Rays Taken* ____ *Not Indicated* ____

**X-Ray Results**

Cephalic: c̄ abrasion, 3cm x 2 on back of head. Laceration (L) nose - internal & external - septum unstable, gouge mark (R) nose. 1/4" laceration c̄ edema above (L) eye. A+O x 3. PERRLA. I/M was incontinent of stool.

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)

abrasions + lacerations of face and head. r/o nasal septal fracture; LOC x 30-60 sec

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

Wounds cleansed c̄ H2O2 & NS. Bacitracin applied to scalp, nose (R side) and over (L) eye. Schedule x-ray of septum. Steri strips x 3 applied to (L) nasal laceration. Motrin, 400 mg i tab po q 8° c̄ food #30 ok. Bacitracin #1, apply to AA's bid. Pt ed, re: wound care, pt understands. B Saylor NP

13. This Injury Required:

☐ a. No Medical Attention
☑ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (*explain*)
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

gouge marks; laceration; laceration; lacerations; laceration

BONNIE SAYLOR, NP
FCI MCKEAN

Reviewed by D. Olson, MD
Date 11/19/03

Bonnie Saylor
BONNIE SAYLOR, NP
FCI MCKEAN
[Signat]ure of Physician or Physician Assistant

Or[iginal] ...
Can[ary] ...
Pink ... [Med]ical File
Golde[nrod] ...
USP LV ... [Superv]isor (*Work related only*)
... [Institutio]nal Supervisor

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

PRINTED ON RECYCLED PAPER

BP-362(60)
FEBRUARY 1986

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP** (Medical)

1. Institution: FCI McKean
2. Name of Injured: Siggers, Kevin
3. Register Number: 51627-060
4. Injured's Duty Assignment: Unicor
5. Housing Assignment: CA
6. Date and Time of Injury: 2/14/01 1315
7. Where Did Injury Happen (*Be specific as to location*): In Unicor - Cold press machine
Work Related? ☑ Yes ☐ No
8. Date and Time Reported for Treatment: 2/14/01 2025

9. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)
I walked right into the end of the cold press machine + cut my (L) leg

Signature of Patient: [signature]

10. Objective: (*Observations or Findings from Examination*)
Superficial laceration on shin of (L) leg. Minimal bleeding noted. Sl. surrounding edema noted.

X-Rays Taken ____ Not Indicated ✓
X-Ray Results

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)
Superficial laceration (L) leg

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)
Wound cleansed c̄ Betadine + $H_2O_2$. Butterfly bandaid x ii applied c̄ Bandaid. Tylenol 325 mg (#6 given to pt) ii Q6h prn. Keep area clean. Chg Band-aid prn. RTC prn. Pt understands.

13. This Injury Required:
- ☐ a. No Medical Attention
- ☑ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (*explain*)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

[Body diagram annotated: "Supf lac"; 2/22/01; D. Olson, MD Clinical Director]

[signature] PA
Signature of Physician or Physician Assistant
Gracia Fairbanks, MLP

Original - Medical File
Canary - Safety
Pink - Work Supervisor (*Work related only*)
Goldenrod - Correctional Supervisor

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

JSP LVN

Printed on Recycled Paper

BP-362(60)
FEBRUARY 1981

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

INMATE INJURY ASSESSMENT AND FOLLOWUP
(Medical)

| 1. Institution FCI McKean | 2. Name of Injured Siggers Kevin | 3. Register Number 51627060 |
|---|---|---|
| 4. Injured's Duty Assignment Unicor | 5. Housing Assignment CA | 6. Date and Time of Injury 12/3/00 2020 |
| 7. Where Did Injury Happen (*Be specific as to location*) Recreation hobbycraft. | *Work Related?* ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 12/3/00 2220 |

9. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

I was horseplaying, I don't have any injuries on me.

x [signature]
*Signature of Patient*

10. Objective: (*Observations or Findings from Examination*)

Alert, well oriented

Nothing found

*X-Rays Taken* ____ *Not Indicated* at this time
X-Ray Results

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)

Nothing found.

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

(1) nothing given
(2) follow up in SC if needed.
(3) Pt understanding OK.

13. This Injury Required:

☒ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (*explain*)
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

[signature]
*Signature of Physician or Physician Assistant*
Gomez, MLP

12/4/00
D. Olson, MD
Clinical Director

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original – Medical File
Canary – Safety
Pink – Work Supervisor (*Work related only*)
Goldenrod – Correctional Supervisor

USP LVN

Printed on Recycled Paper

BP-362(60)
FEBRUARY 1986

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution McKean | 2. Name of Injured Siggers Kevin | 3. Register Number 51627-060 |
|---|---|---|
| 4. Injured's Duty Assignment Unicor | 5. Housing Assignment CA | 6. Date and Time of Injury 8/13/00 1745 |

7. Where Did Injury Happen (*Be specific as to location*) Softball field playing football

*Work Related?* ☐ Yes ☒ No

8. Date and Time Reported for Treatment 8/15/00 0816

9. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)
When playing football I got sprain muscle in my (R) groin area, pain, tenderness.

X
*Signature of Patient*

10. Objective: (*Observations or Findings from Examination*)
*X-Rays Taken* ____ *Not Indicated* X at this time.
**X-Ray Results**
Alert W/O RLQ
Sprain/strain groin muscle, no swelling no echimosis, subjective pain tenderness to palpation Allergic to motrin

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)
(R) side groin pull muscle.

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)
(1) Tylenol 500 TT q8hrs #30 RX1
(2) Ice locally then moist heat, Ben Gay after 24hrs.
(3) Idle x 2 days. No rec 1 month.
(4) Follow up in S/C if needed.
(5) Pt understanding OK

Patient Education
__ Dosage
__ Special Instruction
C. Tyler, R.Ph

13. This Injury Required:

☐ a. No Medical Attention
☐ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (*explain*)
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

Reviewed by D. Olson, MD
Date: 1/18/03

*Signature of Physician or Physician Assistant*
J. Gomez, MLP

Original – Medical File
Canary – Safety
Pink – Work Supervisor (*Work related only*)
Goldenrod – Correctional Supervisor

Carboned Form – If ballpoint pen is used, **PRESS HARD**

BP-362(60)

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# INMATE INJURY ASSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | SIGGERS, KEVIN | 51627-060 |
| **4. Injured's Duty Assignment** | **5. Housing Assignment** | **6. Date and Time of Injury** |
| UNICOR | CA | 9-6-01 18:15 |

**7. Where Did Injury Happen** *(Be specific as to location)*: REC FOOTBALL FIELD

*Work Related?* ☐ Yes ☒ No

**8. Date and Time Reported for Treatment:** 9-6-01 19:30

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

WHILE RUNNING THE BALL, I STEPPED ON MY BLOCKER'S FOOT AND TURNED MY ANKLE. PAINFUL TO MOVE / BEAR WT.

x [signature]
*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*

(L) lat ankle sl. swollen
pt limping. Rates pain 7½-8 on 1-10 scale

*X-Rays Taken* X *Not Indicated* ____
**X-Ray Results**

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

(L) ankle sprain - pending XR reading

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Ace, Elevate, crutches (teaching), Ice, Tylenol 500mg (#20) given
Take 2 every 6-8 hrs for pain. RTC PRN. R RTSC in AM for evaluation by PA 24° Idle given

**13. This Injury Required:**

- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other *(explain)*
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

[signature] Sandra L. Rimer, RN
*Signature of Physician or Physician Assistant*

Reviewed by D. Olson, MD 1/18/03

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

USP LVN

Printed on Recycled Paper

BP-362(60)
FEBRUARY 1986

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# INMATE INJURY ASSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Siggers, Kevin | 51627-060 |
| **4. Injured's Duty Assignment** | **5. Housing Assignment** | **6. Date and Time of Injury** |
| UNICOR | CA | 8/2/01 2045 |

| 7. Where Did Injury Happen (*Be specific as to location*) | *Work Related?* | 8. Date and Time Reported for Treatment |
|---|---|---|
| CA 228 | ☐ Yes ☒ No | 8/2/01 2145 |

**9. Subjective:** (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

While dancing in my room, I got caught up in my walkman cord, lost my balance and hit my hand on the corner of the locker

[signature]
*Signature of Patient*

**10. Objective:** (*Observations or Findings from Examination*) — *X-Rays Taken* ____ *Not Indicated* X — **X-Ray Results**

Minor interrupted laceration dorsum (L) hand ≈ 6cm in length. Scant blood noted.

**11. Assessment:** (*Analysis of Facts Based on Subjective and Objective Data*)

(L) hand laceration - minor

**12. Plan:** (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

Cleansed thoroughly c̄ Hibiclens, dressed c̄ Bacitracin ung and adhesive bandage. Pt ed S/S infection.

**13. This Injury Required:**

- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (*explain*)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

lac. (L) hand

Reviewed by D. Olson, MD
Date: 8/3/01

[signature]
Sandra L. Rimer, RN
*Signature of Physician or Physician Assistant*

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original – Medical File
Canary – Safety
Pink – Work Supervisor (*Work related only*)
Goldenrod – Correctional Supervisor

USP LVN

Printed on Recycled Paper

BP-362(60)
FEBRUARY 1986

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJ[illegible]SSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FTC · OKCity | Siggers. | 51627-060. |
| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
| — | — | 9/26/98 1700 |

| 7. Where Did Injury Happen (*Be specific as to location*) | Work Related? | 8. Date and Time Reported for Treatment |
|---|---|---|
| 3C. | ☐ Yes ☒ No | 9/26/98 1900 |

9. Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

Inmt slept his leg and fell on floor. and hit his head. he does not loss his cons. he is alert 3 x and.

Signature of Patient

10. Objective: (*Observations or Findings from Examination*)

X-Rays Taken ____ Not Indicated ✓
**X-Ray Results**

Inm alert 3xand No bleeding. he is cons. he has Rt. ~~[illegible]~~ he is fully ambulatory. he has been Seen dentistry yesterday. HEENT: Head. No trauma No

11. Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)

ulcerat. Eyes Pupil are equal react on lights ✓ faculty CVS: HRR. clear chest. Asl sff [illegible].

12. Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

Ett no ECC No injury.

13. This Injury Required:

- ☒ a. No Medical Attention
- ☐ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (*explain*)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

A.R. Curaifl[illegible]
Signature of Physician or Physician Assistant

Original – Medical File
Canary – Safety
Pink – Work Supervisor (*Work related only*)
Goldenrod – Correctional Supervisor

**Self Carboned Form – If ballpoint pen is used, PRESS HARD**

Huber Mubero
9/28/98 F.T.C. Okc. Ok

LVN

BP-362(60)

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**INMATE INJURY ASSESSMENT AND FOLLOWUP**
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FMC Rochester | Siggers Kevin | 51627-060 |
| **4. Injured's Duty Assignment** | **5. Housing Assignment** | **6. Date and Time of Injury** |
| C | 1-2 | 4-29-98 1035 |
| **7. Where Did Injury Happen** *(Be specific as to location)* | *Work Related?* ☐ Yes ☒ No | **8. Date and Time Reported for Treatment** |
| 1-2 | | 4-29-98 1045 |

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

We had a disagreement. No other comment

Kevin L. Siggers
*Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*

Face: WNL Eyes PERRLA-EOMI
U/E good ROM superficial laceration (L) 4th finger PIP joint volar surface: L/E good ROM WNL

*X-Rays Taken* ____ *Not Indicated* X
**X-Ray Results**

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)*

Superficial laceration: as above

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

1) Clean 2) monitor for S/SX of infection

98 APR 30 AM 11:56 HIM

**13. This Injury Required:**

- ☐ a. No Medical Attention
- ☒ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (explain)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

98 MAY 6 PM 2:30 HIM

J. Sullivan PA-C
*Signature of Physician or Physician Assistant*

SIGGERS, KEVIN L
51627-060
DOB 08-22-1970
FMC ROCHESTER, MN

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

USP LVN

Printed on Recycled Paper

BP-362(60)
FEBRUARY 1986

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# INMATE INJURY ASSESSMENT AND FOLLOWUP
*(Medical)*

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FMC - Rochester | Siggers | 51627-060 |
| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
| unassigned | 1-2 R 204 | |

| 7. Where Did Injury Happen (*Be specific as to location*) | *Work Related?* | 8. Date and Time Reported for Treatment |
|---|---|---|
| | ☐ Yes ☒ No | 4/26/98 1600 |

**9.** Subjective: (*Injured's Statement as to How Injury Occurred*)(*Symptoms as Reported by Patient*)

Pt has a "memory tattoo" on (L) upper arm. I did it myself ~~two~~ a few days ago.

*Signature of Patient*

**10.** Objective: (*Observations or Findings from Examination*)

Tattoo on (L) upper arm. 4 inches long. Skin slightly raised ~~around~~ on writting. No swelling, ~~or~~ drainage, tenderness, redness noted. No noted scabbing. Tattoo of a cross on a tombstone c̄ wording on bottom.

*X-Rays Taken* ____ *Not Indicated* X

**X-Ray Results**

**11.** Assessment: (*Analysis of Facts Based on Subjective and Objective Data*)

Tattoo on (L) upper arm. Done the last few days. States he did it himself.

**12.** Plan: (*Diagnostic Procedures with Results, Treatment and Recommended Follow-up*)

monitor for infection.

**13.** This Injury Required:

- ☒ a. No Medical Attention
- ☐ b. Minor First Aid
- ☐ c. Hospitalization
- ☐ d. Other (*explain*)
- ☐ e. Medically Unassigned
- ☐ f. Civilian First Aid Only
- ☐ g. Civilian Referred to Community Physician

Anne Hogg RN
*Signature of Physician or Physician Assistant*

*Self Carboned Form – If ballpoint pen is used,* **PRESS HARD**

Original – Medical File
Canary – Safety
Pink – Work Supervisor (*Work related only*)
Goldenrod – Correctional Supervisor

Printed on Recycled Paper

**U.S. Department of Justice**

Federal Bureau of Prisons

**Medical Treatment Refu[sal]**
**(Rechazo de Tratamiento M[édico])**

12/15/00
Date (Fecha)

I, Siggrs, Kevin 51627-060 (Name and Registration Number) (Numbre y Número de Registro), refuse treatment recommended by the Federal (rechaza el tratamiento recomendado por el Personal Bureau of Prisons Medical staff for the following condition(s):
Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY: (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

(1) Depression

The following treatment(s) was/were recommended: (El siguiente tratamiento(s) fue/fueron recomendado(s)):

Trazodone

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

(1) Worsening of depression

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

[signature]
Patient's Signature and Date (Firma del Paciente y Fecha)

[signature] MD 12/15/00
Signature of Witness and Date (Firma del Testigo y Fecha)

Signature of Witness and Date (Firma del Testigo y Fecha)

**Original – Inmate's Medical Record**
**Canary – Hospital File**
**Pink – To Inmate**

Previous editions not usable

BP-358(60)
MAY 1985

U.S. Department of Justice
Federal Bureau of Prisons

**Medical Treatment Refusal**
**(Rechazo de Tratamiento Médico)**

Date (Fecha) 10-28-98

I, Siggers, Kevin 51627060 (Name and Registration Number) (Numbre y Número de Registro), refuse treatment recommended by the Federal (rechaza el tratamiento recomendado por el Personal Bureau of Prisons Medical staff for the following condition(s): Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY: (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

Depression.

The following treatment(s) was/were recommended: (El siguiente tratamiento(s) fue/fueron recomendado(s)):

Trazodone 50 mg QAM.

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

Worsening depression that may lead to suicide and Death.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por cause de respectar y seguir mis expresos deseos y direcciones.)

[signature] 10-28-98
Patient's Signature and Date (Firma del Paciente y Fecha)

[signature] 10-28-98
Signature of Witness and Date (Firma del Testigo y Fecha)

[signature] 10-28-97
Signature of Witness and Date (Firma del Testigo y Fecha)

**Original – Inmate's Medical Record**
**Canary – Hospital File**
**Pink – To Inmate**

USP LVN

Printed on Recycled Paper

BP-358(60)
MAY 1985

**What are the risks from influenza vaccine?**

A vaccine, like any medicine, is capable of causing serious problems, such as severe allergic reactions. The risk of a vaccine causing serious harm, or death, is extremely small. Almost all people who get influenza vaccine have no serious problems. The viruses in the vaccine are killed, so you cannot get influenza from the vaccine. Mild problems include soreness, redness, swelling where the injection was given, fever, and body aches. If these problems occur, they usually begin soon after the vaccination and last 1-2 days. Life-threatening allergic reactions are very rare. If they do occur, it is within a few minutes to a few hours after the injection.

****************************************************************************************************

I, [signature] 51627060, have read the above statement about the influenzavaccination. I have provided with updated information and have had the opportunity to ask questions about the benefits and risks receiving this vaccination.

**FOR WOMEN**

Pregnancy can increase the risk for complications from the flu, and pregnant women are more likely to be hospitalized from complications of the flu than non-pregnant women of the same age. In previous worldwide outbreaks of the flu (pandemics of 1918-19 and 1957-58), deaths among pregnant women were associated with the flu. Pregnancy can change the immune system in the mother, as well as affect her cardiovascular system (heart and lung function). These changes may place pregnant women at increased risk for complications from the flu.

Because the flu vaccination is made from inactivated viruses (the viruses are killed), many experts consider flu vaccinations safe during any stage of pregnancy. However, since miscarriages (spontaneous abortion) most often occur in the first trimester of pregnancy, experts have traditionally not given a flu vaccination during the first trimester to avoid a coincidental association with miscarriage.

Women who will be beyond the first 3 months of pregnancy during the flu season should get a flu vaccination. Pregnant women who have medical problems that increase their risk for complications from the flu should get a flu vaccination before the flu season, no matter their stage of pregnancy.

Signature of the Recipient | Signature of Witness

****************************************************************************************************

**DECLINATION FOR VACCINE**

I do not want to receive the influenza vaccination at this time.

[signature] 51627060 10/19/05 | B. [signature] EMTP

Signature of the Patient | Date | Signature of Witness

B. Douthit, Paramedic
FCI McKean

(This form may be replicated via WP)

BP-A807.060
SEP 03

**INFORMATION ON VACCINATION (CONSENT/DECLINATION) FOR INFLUENZA VACCINE**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**Influenza Vaccine (Flu Shot) for** 2005 **(Year)**

**NOTE: CONSULT THE CENTERS FOR DISEASE CONTROL FOR ANNUAL UPDATES CONCERNINGVACCINE INFORMATION**

Influenza is a serious disease caused by a virus that spreads from infected persons to the nose or throat of others. The "influenza season" in the U.S. is from November through April each year. Influenza can cause fever, sore throat, cough, headache, chills, and muscle aches. People of any age can get influenza. Most people are ill with influenza for only a few days, but some get much sicker and may need to be hospitalized. Influenza causes thousands of deaths each year, mostly among the elderly. Influenza vaccine can prevent influenza. Influenza Vaccine Influenza viruses change often. Therefore, influenza vaccine is updated each year to make sure it is as effective as possible. Protection develops about 2 weeks after getting the vaccination and may last up to a year.

**Persons who should receive the influenza vaccine:**

Individuals in any of the following categories:

1. Chronic disorders of the cardiovascular or pulmonary systems,
2. Health individuals 65 years of age or older,
3. Adults with chronic metabolic diseases, including diabetes mellitus, renal dysfunction, anemia, or immunosuppression,
4. Anyone who has extensive contact with high risk individuals,
5. Pregnant women with a medical condition that increases the risk of complications from influenza (should be given after the first trimester),
6. Persons living in dormitories or in other crowded conditions, to prevent outbreaks,
7. Anyone who wants to reduce their chance of catching influenza.

**Persons who should not receive the influenza vaccine:**

1. Those who have allergic sensitivity to eggs, chicken feathers, chickens or chicken dander,
2. Those who have a hypersensitivity to any components of the vaccine,
3. Have a history of Guillain-Barre Syndrome (GBS),
4. Anyone with a current febrile illness.

**When should I get influenza vaccine?**

Because influenza activity can start as early as December, the best time to get influenza vaccine is during October and November. But getting the vaccine after November can still provide protection. A new vaccination is needed each year. Influenza vaccine can be given at the same time as other vaccines, including pneumococcal vaccine.

**Can I get influenza even if I get the vaccine this year?**

Yes. Influenza viruses change often, and they might not always be covered by the vaccine. But vaccinated people who do get influenza often have a milder case than those who did not get the injection. Also, many people call any illness with fever and cold symptoms "the flu." They may expect influenza vaccine to prevent these illnesses, but influenza vaccine is effective only against illness caused by influenza viruses, and not against other illnesses.

| Name: X Mark K. Diggs-Bey | |
|---|---|
| Register No. X 51627060 | SSN: |
| Institution | |

I HAVE two INHALERS that NEED REfilled. Plus I spLIT My ThumB Nail OPEN AND NEED SOME BAND AIDS AND CREAM to CLEAN IT. WHEN WATER hiTS IT, IT hurTs. THANK you!

Inmate Diggers
#51627060

ok

H. BEAM, MD
FCI MCKEAN
3/10/05

Influenza Vaccine (Flu Shot) for 2004 (Year) NOTE: CONSULT THE CENTERS FOR DISEASE CONTROL FOR ANNUAL UPDATES CONCERNING VACCINE INFORMATION

Influenza is a serious disease caused by a virus that spreads from infected persons to the nose or throat of others. The "influenza season" in the U.S. is from November through April each year. Influenza can cause fever, sore throat, cough, headache, chills, and muscle aches. People of any age can get influenza. Most people are ill with influenza for only a few days, but some get much sicker and may need to be hospitalized. Influenza causes thousands of deaths each year, mostly among the elderly. Influenza vaccine can prevent influenza. Influenza Vaccine Influenza viruses change often. Therefore, influenza vaccine is updated each year to make sure it is as effective as possible. Protection develops about 2 weeks after getting the vaccination and may last up to a year.

Persons who should receive the influenza vaccine:

Individuals in any of the following categories:

1. Chronic disorders of the cardiovascular or pulmonary systems,
2. Health individuals 65 years of age or older,
3. Adults with chronic metabolic diseases, including diabetes mellitus, renal dysfunction, anemia, or immunosuppression,
4. Anyone who has extensive contact with high risk individuals,
5. Pregnant women with a medical condition that increases the risk of complications from influenza (should be given after the first trimester),
6. Persons living in dormitories or in other crowded conditions, to prevent outbreaks,
7. Anyone who wants to reduce their chance of catching influenza.

Persons who should not receive the influenza vaccine:

1. Those who have allergic sensitivity to eggs, chicken feathers, chickens or chicken dander,
2. Those who have a hypersensitivity to any components of the vaccine,
3. Have a history of Guillain-Barre Syndrome (GBS),
4. Anyone with a current febrile illness.

When should I get influenza vaccine?

Because influenza activity can start as early as December, the best time to get influenza vaccine is during October and November. But getting the vaccine after November can still provide protection. A new vaccination is needed each year. Influenza vaccine can be given at the same time as other vaccines, including pneumococcal vaccine.

Can I get influenza even if I get the vaccine this year?

Yes. Influenza viruses change often, and they might not always be covered by the vaccine. But vaccinated people who do get influenza often have a milder case than those who did not get the injection. Also, many people call any illness with fever and cold symptoms "the flu." They may expect influenza vaccine to prevent these illnesses, but influenza vaccine is effective only against illness caused by influenza viruses, and not against other illnesses.

| Name: Siggers | |
|---|---|
| Reg. No.: 57627-060 | SSN: |
| Institution: McKean | |

What are the risks from influenza vaccine?

include soreness, redness, swelling where the injection was given, fever, and body aches. If these problems occur, they usually begin soon after the vaccination and last 1-2 days. Life-threatening allergic reactions are very rare. If they do occur, it is within a few minutes to a few hours after the injection.

****************************************************************************

CONSENT FOR VACCINATION

I, ______________________________, have read the above statement about the influenza vaccination. I have been provided with updated information and have had the opportunity to ask questions about the benefits and risks receiving this vaccination.

FOR WOMEN

Pregnancy can increase the risk for complications from the flu, and pregnant women are more likely to be hospitalized from complications of the flu than non-pregnant women of the same age. In previous worldwide outbreaks of the flu (pandemics of 1918-19 and 1957-58), deaths among pregnant women were associated with the flu. Pregnancy can change the immune system in the mother, as well as affect her cardiovascular system (heart and lung function). These changes may place pregnant women at increased risk for complications from the flu.

Because the flu vaccination is made from inactivated viruses (the viruses are killed), many experts consider flu vaccinations safe during any stage of pregnancy. However, since miscarriages (spontaneous abortion) most often occur in the first trimester of pregnancy, experts have traditionally not given a flu vaccination during the first trimester to avoid a coincidental association with miscarriage.

Women who will be beyond the first 3 months of pregnancy during the flu season should get a flu vaccination. Pregnant women who have medical problems that increase their risk for complications from the flu should get a flu vaccination before the flu season, no matter their stage of pregnancy.

______________________________ ________ ______________________________
Signature of the Recipient Date Signature of Witness

****************************************************************************

DECLINATION FOR VACCINE

I do not want to receive the influenza vaccination at this time.

[signature] 10/26/04 [signature]
Signature of Patient Date Signature of Witness

(This form may be replicated via WP)

BP-S148.070 INMATE REQUEST TO STAFF MEMBER CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

TO: Dr. Beam (Hospital) DATE 7-7-04
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

Sir, I'm Having stiff & tightness in my Back. I Had a Accident Before I was incarcerated and hurted my "T-12" in My Back. I Jumped up playing Basketball, and has been hurting the last few nights. Can I please use a (Back Brace) (Back Support) while I'm working.

Thank you!!!!

(Use other side of page if more space is needed)

E: Kevin L. Siggens Sr. NO: 51622060

ASSIGNMENT: AM Unicore UNIT: CA

you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to lly state your problem may result in no action being taken.

ITION: (Do not write in this space)

DATE 7/8/04

Watch The callout for a sick call Appt with The PA

le; Copy - Inmate

Officer [signature]

BEAM, MD
MCKEAN

**From:**     Joyce Horikawa
**To:**       Yurkewicz, James
**Date:**     6/24/2004 1:54:41 PM
**Subject:**  Kevin Siggers, Reg. No. 51627-060

Hi Jim:

I am putting together the litigation report for the Siggers case.  I see that he has been a MCK since October 1998 - however, the medical records I have only go back to 2-3-03.  Can you have somebody make a copy of the following:

1) 600s from MCK intake (October 21, 1998) through 2-3-2003,
2) problem list (my copy is out of focus and illegible), and
3) can somebody check to see if a CT scan was done (of his chest) in the past year?  I have 2 chest x-ray reports (8-5-03, and 1-9-04) - the x-ray rept from 8-5-03 says "Limited Study.  Hilar prominence as noted. CT is advised"  if a CT scan was done after 8-5-03, I would like a copy.

Thanks!

Joyce

BP-S148.070 INMATE REQUEST TO STAFF MEMBER CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

DATE 4/9/04

TO: Dr. Beam (Hospital)
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

Dr. Beam, I have been Itching very bad lately. I have tried vaseline & lotion but that doesn't work and I don't like scratching infront of people. My perscription for "Diphenhydramine" ran out, and it helped alot with the Itching. Can you please "Re-New" my perscription

Thank you!!!

(The itching is bad on the back of my neck)

(Use other side of page if more space is needed)

NAME: Kevin L. Siggers Sr. NO: 51627060

WORK ASSIGNMENT: A.M Unicor UNIT: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: Do not write in this space)

DATE 4/12/04

We no longer have Benadryl - Try some hydrocortisone cream from the commissary or come to sick call - send a request to sign up

Officer

H. BEAM, MD
FCI MCKEAN

Record Copy - File; Copy - Inmate

Date: 1/8/04 Unit: SHU

To: Kevin Siggers Reg. #: 51627-060

Your case has been reviewed by our Utilization Review Committee and the decision was:

Approval of your procedure as outlined by Dr Collins

H Beam

H. BEAM, MD
FCI McKEAN

COP-OUT
MEDICAL STAFF

TO: MEDICAL RECORDS SUPERVISOR

FROM: INMATE Siggers #51627060 (SHU)

I would like A copy of All MEDICAL RECORDS & EXAMS giving ME, SINCE I ARRIVED HERE AT F.C.I McKEAN. Alot of my LEGAL WORK WAS LOSSED OR MISPLACED when I came to (SHU). I will fill out A Form 24 If I NEED to PAY for them. THANK you!!

[signature]
#51627060

You have been here since 1998. Please specify, (consults, labs, etc).
12/19/03
FCI McKean
[signature]

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) MEDICAL RECORDS | DATE: 12-30-03 |
|---|---|
| FROM: KEVIN SIGGERS | REGISTER NO.: 57627060 |
| WORK ASSIGNMENT: UNASSIGN | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like copies of All EXAMES, PERSCRIBTION, AND RECORDS from 6/2000 to 12/2003. Thank you!! I NEED to SEND them to my ATTORNEY.

(Do not write below this line)

DISPOSITION:

See attached pages (37)

FCI McKean

| Signature Staff Member | Date 12/30/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.070 INMATE REQUEST TO STAFF MEMBER CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

DATE 10-28-03

TO: Medical Records
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

I was seen by Dr. Beem today & giving a Breathing test, which showed my breathing around 200 to 210, where it should be around 400. I would like a copy of Today's examination & results. Also, any records of treatment on my health in the last 6 months.

Thank You!

(Use other side of page if more space is needed)

NAME: Kevin L. Siggins Sr. NO: 51627066

WORK ASSIGNMENT: AM Unicor's UNIT: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: Do not write in this space)

DATE 10/29/03

See attached pages (4)

[signature]
Officer

Record Copy - File; Copy - Inmate

FCI McKean

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Medical Records Staff | DATE: 5-17-03 |
|---|---|
| FROM: Siggers, Kevin | REGISTER NO.: 51627060 |
| WORK ASSIGNMENT: Am. Unicor | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting copies of any and all medical records, examination records, sick call examinations records, diagnosis and written results of all examinations dating from September 27th 1999 through and until 5-16-03 (march 16th 2003).

(Do not write below this line)

DISPOSITION:

See Attached
40 PP.

FCI McKean

| Signature Staff Member [signature] | Date 5/20/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Ms. CALDWELL | DATE: 3-12-03 |
|---|---|
| FROM: Kevin L. Siggers | REGISTER NO.: ~~516027~~ 51627060 |
| WORK ASSIGNMENT: A.M UNICORE | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Ms. Caldwell, I NEED A package "Authorization Sheet" to get glasses IN. I'm ordering them from "PRISM OPTICAL, INC." PO Box 680030 10992 NW 7th A N. MIAMI, Florida 33168.

I NEED the "Authorization DATE TO Extend to 6 month for I'm making payments on them. I NEED from 3-16-03 to 9-16-03.

I Thank you for your Help!!

Also* I NEED A copy of My "PERSCRIPTION" My Family couldn't send glasses This year!!

(Do not write below this line)

DISPOSITION:

Go to speak with Mr. Grant Smith (ISM) and he will explain the process to you.

| Signature Staff Member | Date |
|---|---|
| D. Caldwell, HSPA | 3-18-03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

Diane Caldwell
Health Services Program Assistant
FCI McKean
P.O. Box 5000
Bradford, PA 16701

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055 **INMATE REQU T TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Ms. CALDWELL | DATE: 3-12-03 |
|---|---|
| FROM: Kevin L. Siggers | REGISTER NO.: ~~516627~~ 51627060 |
| WORK ASSIGNMENT: A.M UNICORE | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Ms. Caldwell, I need a package "Authorization Sheet" to get glasses in. Im ordering them from "Prism Optical, Inc." Po Box 680030 10992 NW 7th Ave. N. Miami, Florida 33168.

I need the "Authorization Date to extend to 6 months, for Im making payments on them. I need from 3-16-03 to 9-16-03.

I Thank you for your Help!!

Also* I need a copy of my "Perscription" My Family couldnt send glasses this year!!

(Do not write below this line)

DISPOSITION:

Attached you will find a copy of your prescription. A package authorization has been approved and sent to the mail room. Tinted glasses and hard cases will be rejected.

| Signature Staff Member | Date |
|---|---|
| D. Caldwell, HSPA | 3-13-03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

Diane Caldwell
Health Services Program Assistant

FCI McKean
P.O. Box 5000
Bradford, PA 16701

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.070 INMATE REQUEST TO STAFF MEMBER CDFRM
APR 94
UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

DATE 12-21-02

TO: Mrs. Caldwell (Hospital glasses Supervisor).
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

Mrs. Caldwell,
My Case Manager Mr. Watson said that in order for me to send my glasses out and have my "New perscription" put in them, that I must get the proper paper work from you!! I want them mailed to my wife at: Mrs. Diane Siggers 1371 E. 115th St. Apt. 3 Cleveland, Ohio 44106. This will save her money that she can spend on our children.
Thank you!!!

Ned: Who is this?

(Use other side of page if more space is needed)

NAME: Siggers, Kevin NO: 51627-060

WORK ASSIGNMENT: Mill 1 UNIT: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE January 7, 2003

A package authorization has been prepared and sent to the mail room. Tinted glasses and hard cases will be rejected.

FCI McKean
P.O. Box 5000
Bradford, PA 16701

D. Caldwell, HSA
Officer
Diane Caldwell
Health Serv...

Record Copy - File; Copy - Inmate

FCI MCKEAN HEALTH SVC.

BP-S148.070 INMATE REQUEST TO STAFF MEMBER CDFRM
APR 94

UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

DATE 12-21-02

TO: Mrs. Caldwell (Hospital glasses Supervisor)
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

Mrs. Caldwell,

My case manager Mr. Watson said that in order for me to send my glasses out and have my "new perscription" put on them, that I must get the proper paper work from you. I want them mailed to my wife at: Diane Siggers 1371 E. 115th St. #3 Cleveland, Ohio 44106. This will save her money that can be spent on my children.

Thank You!!!!

(Use other side of page if more space is needed)

NAME: Kevin L. Siggers Sr. NO: 51627060

WORK ASSIGNMENT: A.M. Unicore UNIT: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)

DATE 1-02-2003

To have your glasses sent out for repair, bring the glasses to me in the health services department. They must be ready to mail out (in a package, addressed, with correct postage). **DO NOT SEAL THE PACKAGE - IT MUST BE INSPECTED.**

You will be required to complete some paperwork at that time.

FCI McKean
P.O. Box 5000
Bradford, PA 16701

D. Caldwell, HSA
Officer
Diane Caldwell

Record Copy - File; Copy - Inmate

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) DENTISTS | DATE: 10-9-02 |
| FROM: KEVIN L. SIGGERS | REGISTER NO.: 51627060 |
| WORK ASSIGNMENT: AM UNICORS | UNIT: CA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I HAVE BEEN IN MCKEAN SINCE 1998 AND I HAVE SENT MANY COP-OUTS TO GET MY TEETH CLEAN, BEFORE THEY STARTED THIS NEW PROGRAM. GUYS WHO CAME HERE SINCE 2000 HAS SEEN THE DENTIST. I PUT SLIPS IN, IN "1999 WHILE IN SEG. SEPTEMBER" AND WAS TOLD IM ON THE WAITING LIST. THEN I ASKED THE NURSE AT THE WINDOW WHERE I WAS AT ON THE WAITING LIST AND SHE SAID I WASNT AND TO SUBMITT A NEW COP-OUT AND NOW IM ABOUT 100 ON THE LIST. CAN I PLEASE GET MY TEETH CLEAN. THANK YOU !!!!

(Do not write below this line)

DISPOSITION:

We have a cop out in your chart from 12/2001. Please watch the call outs, & your name will be there approx 1 year from the date you were placed on the list.

| Signature Staff Member | Date |
|---|---|
| J Batista | 10-9-02 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 10-30-01

TO: The Dentist
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Sir, I would Like to get my teeth cleaned. I havent seen a Dentist here since "1998".

(Kevin L. Siggers)

I have mailed about four other request forms like this, in the last 18 months with "No Reply". I was told to slide this request under your door. to make sure you receive it.

Thanks!!!!!!

Name: Kevin L. Siggers No.: 51627060

Work assignment: AM Unicor Unit: C.A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space) DATE: 12-19-01

Your name has been added to the list. Please watch the callouts.

A. Douglas CDA FCI McKean
Officer

Original - File
Copy - Inmate

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 2-7-01

TO: Ms. Caldwell (Health Service) Eye glasses Dept.
(Name and title of officer)

FCI MCKEAN HEALTH SVC.
01 FEB -8 AM 11:30

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Ms. Caldwell,

I would like a copy of my New Eye Glass perscription and a pakage Form so that my mother can send me in a pair. They will be being sent in by: Mrs. Gwen Alexander
2925 Ancel Court
Austintown, OHIO 44511

I thank you for your Time & Help with this matter !!!!

Name: Kevin L. Siggers
No.: 51627060
Work assignment: A.m Unicor
Unit: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)
DATE:

Attached to this cop out, you will find a copy of your prescription for glasses. A package authorization has been prepared and sent to the mail room.

Diane Caldwell, HSPA
Officer
Diane Caldwell
Health Services Program Assistant

Original - File
Copy - Inmate

DATE 3-10-99

TO: "Medical Records" (Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

May I please Have a copy of my eye glass perscription so that my wife can get the new perscription put in my glasses that I have already and send them to me. Also, After I receive my perscription what paper work will my wife and myself have to fill out for she can send my glasses in. I thank you for your time concerning this matter.

(Use other side of page if more space is needed)

Mrs. Diane Austin Siggers
1371 E. 115th St. #3
Cleveland, OHIO
44106

NAME: Kevin L. Siggers Sr. No.: 51627-060

Work assignment: Veg. Prep. / Food Service Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space) DATE 3/15/99

Attached you will find a copy of your prescription & the authorization for glasses to be sent in.

C. Rymer, R.N.
Officer

Original - File
Canary - Inmate

1-28-98

I Kevin J. Diggs Sr. request copies of my psych and medical reports for legal reasons.

Kevin J. Diggs Sr.
51627-060

1-28-98

Copies given to inmate
1- medication sheet
2- phys. reports.

D. Tanner, HIT
D. Tanner, HIT

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

FCI MCKEAN HEALTH SVC.
98 DEC 17 AM 7:16

DATE 12-16-98

TO: Medical Dept. (Eye Doctor)
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I sent a request form when I arrived here (3) months ago and I had a eye exame done during A&O. I need glasses bad I have very bad headache for straining my eyes to see. Can you please help me,

(Use other side of page if more space is needed)

Thank you!!!

NAME: Siggers, Kevin No.: 51627-060

Work assignment: Kitchen worker Unit: 3A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space) DATE 12-17-98

You are on the list.

D. Tanner, HIT
Officer

Original - File
Canary - Inmate

D. Tanner, HIT

CONSENT TO USE OF MISCELLANEOUS ANTIDEPRESSANT MEDICATION

The physician should initial numbers 1 thru 5 after discussing each with the inmate.

I, Sigyers, Reg. No. 51627-060 hereby authorize Dr. Saavin or his/her relief (designee), to prescribe trazodone (Desyrel), nefazodone (Serzone), bupropion (Wellbutrin), venlafaxine (Effexor), mirtazapine (Remeron) an antidepressant medication to me and to continue said medication as is recommended for my psychiatric treatment.

1. ✓ This medication is useful because it has been found to be effective in treating depression and its associated symptoms including sadness, fatigue, hopelessness, sleeplessness, loss of appetite, loss of interests, loss of concentration, suicide, or self harm ideation. This medication may also be effective in treating other disorders, such as obsessive-compulsive disorders, panic disorders, or insomnia.

2. ✓ This medication may improve your condition by relieving all or some of the symptoms mentioned above.

3. ✓ Common side effects to this medication include, but are not limited to, dry mouth, blurred vision, constipation, tremor, drowsiness, dizziness, headache, tiredness, insomnia, nausea, fast or irregular heartbeat, decreased appetite, weight loss or weight gain, and increased sweating. These effects are frequently temporary or can be controlled with a change in dosage. Less common complaints include , lack of energy, sleep disturbances, hallucinations, flushing, and decreased sex drive. Seizures are more common when taking Bupropion. Priapism (painful, prolonged erections) are an uncommon side effect of Trazodone. We have reviewed the fact that if you have conditions such as liver or kidney function impairment, or a history of mania, it may be preferable to use other medication.
If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as possible.

4 ✓ Not taking this medication as prescribed by the physician's instruction may lead to a worsening of symptoms. However, some symptoms of depression and related disorders may get better or even go away without taking medication. Also, the risk of suicide may be increased by not taking this medication.

5 ✓ Other treatment options include other medication with similar benefits. Other drugs may cause some of the same side effects you might experience with this medication. Other treatments may not include any medication, but may involve counseling by a psychologist or other medical professional.

Based upon interview, assessment, and medical record review, it is my opinion that this patient understands the proposed treatment, and is competent to give consent.
Physician Signature [signature] MD

Based upon interview, assessment, and medical record review, it is my opinion that this patient is not competent to give consent. Physician Signature ______________

Other issues discussed ______________________________________________

The undersigned certifies that he/she has read the foregoing, or has had it explained in a language they understand, and hereby consents to treatment and has no additional questions.

| [signature] | 51627-060 | 10-21-98 |
|---|---|---|
| Inmate Signature | Inmate Number | Date |
| [signature] | | 10/21/98 |
| Witness Signature | | Date |
| [signature] MD | | 11/6/98 |
| Attending Psychiatrist or Physician | | Date |

I understand that I may stop taking this medication at any time by contacting the physician. However, I understand that discontinuing the medication abruptly is generally not advisable.

FCI MCKEAN HEALTH SVC.
98 OCT 23 AM 7:32

DATE 10-22-98

TO: Eye Doctor
(Name and title of officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I HAD MY EYES ~~Exam~~ TESTED AT FMC Rochester BUT I WENT BACK TO COURT BEFORE I RECEIVED MY glASSES. MY EYES hURT from straing them. CAN I get TESTED for glASSES here.

(Use other side of page if more space is needed)

NAME: [signature] No.: 51627-060

Work assignment: N/A Unit: CA

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space) DATE 10/23/98

**Your name has been added to the waiting list. Please watch the call-outs.**

[signature]
Officer

Original - File
Canary - Inmate

BP-148(55)

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center*

*FMC Rochester, MN 55903-4600*

Date: July 29, 1998

ATTN: Medical Division
Lake County Adult Detention Facility
104 E. Erie Street
Painesville, Ohio 44077

RE: SIGGERS, Kevin
Register No: 51627-060

Please find one (1) copy of the following medical records prepared by the Bureau of Prisons.

- x Progress Notes
- x Lab Reports
- x X-ray Interpretations
- x Medication Sheets
- ___ Psychological /Psychiatric Evaluations
- ___ Entire Record
- ___ Other
- ___ Doctor's Orders
- ___ Discharge Summaries
- x History and Physical
- x Consultation Reports

Please note, the enclosed records are provided pursuant to the Freedom of Information Act and Privacy Act of 1974 (Title 5, United States Code, Section 552 and 552a). Further release or other dissemination of these records or the information contained therein is not authorized, except when it is your specific determination that further disclosure will not cause any harm to the patient or other party. See Title 28 CFR 16.43.

If you have any questions, please call me at (507) 287-0674, ext. 472.

Sincerely,

Karen Buelt A.R.T.
Karen Buelt, ART
Medical Records Administrative Specialist
Health Information Management Department

COUNTY OF LAKE

Office of the Sheriff

Daniel A. Dunlap, Sheriff

HIM
98 JUL 27 PM 2:46

FAX TRANSMISSION COVER SHEET

DATE: 7-27-98

NO. OF PAGES: 2 INCLUDING COVER

FACSIMILE TELEPHONE NUMBER: 507-287-9606

FMC ROCHESTER MINN. PH # 507-287-0674

TO: KAREN - MED RECORDS

FROM: CAROLYN - LAKE CTY. JAIL PAINESVILLE OHIO

REPLY REQUESTED: ✓ YES ____ NO

FAX OPERATOR: CAROLYN BARBISH

IF TRANSMISSION IS IMPAIRED, PLEASE CONTACT 440-350-5649

PLEASE FAX INFO. TO 440-350-5639

47 copies mailed out on 7/29/98.
Karen Buelt A.R.T.

KAREN BUELT, ART
HEALTH INFORMATION MANAGEMENT
FMC ROCHESTER