# ATTACHMENT C
# PART 7

LAKE COUNTY ADULT DETENTION FACILITY
MEDICAL DIVISION
104 E.Erie Street
Painesville, Ohio 44077

CONSENT FOR RELEASE OF INFORMATION
TO INCLUDE DRUG AND/OR ALCOHOL ABUSE

I hereby authorize __FMC Rodchester Minn (Mayo Clinic)__ to release

information from the records of __SIFFERS, KEVIN__
                                         name

__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__                    __8-22-70__
    S.S.N                              D.O.B.

The information to be released to The Lake County Adult Detention Facility/Dr. Baster for the purpose of treatment.

The information to be released is (itemized portions of record and time period) Discharge/Treatment Summery, Medication, Recommendations, Appropriate Lab and/or Xray Reports _____
__IUP, urology report__

I also understand that this consent is revocable upon written request to the extent that the action has been taken in reliance thereon, and the this consent will remain in force a reasonable time on order to effectuate the purpose for which it is given.(THIS AUTHORIZATION WILL BE IN EFFECT FOR 90 DAYS)

__Kevin Siggs Sr.__                         _____
Signature                                    Date

__C Beas__                                   __7-27-98__
Witness                                      Date

# HIV COUNSELING DOCUMENTATION

**POST-TEST: Seronegative**

___X___ 1.   Explain purpose of session.

___X___ 2.   Review confidentiality.

___X___ 3.   Test Information

    ___X___ a.   Inform patient of negative test result.

    ___X___ b.   Explain purpose of test.

    ___X___ c.   Identify remaining risks.

    ___X___ d.   Explain inability of test to detect early infections. *(false negatives)*

___X___ 4.   Explain risk reduction behaviors *(high risk)*

___X___ 5.   Discussed follow-up testing *(high risk)*

_____ 6.   Give additional education material if requested.

___X___ 7.   Patient Reactions/Level of Understanding/Comments

I understand the above information.

_[signed]_ Signature of Inmate     _[signed]_ Signature of Staff Counselor     4/3/98 Date

**************************************************************

**Seropositive Post-Test Counseling**

_____ 1.   Confidentiality review.

_____ 2.   Patient informed of results of test by physician.

_____ 3.   Patient referred to the psychology department for follow-up counseling.

Signature of Inmate     Signature of Staff Counselor     Date

---

GIGGERS, KEVIN L
51627-060
DOB 08-22-1970
FMC ROCHESTER, MN

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# HIV COUNSELING DOCUMENTATION

**Directions:**

Use the following criteria to counsel the patient who is tested for the *HIV* antibody. Check off each item as they are discussed. Write NA beside any item that is inappropriate to the situation. Secure this form until pre- and post-test counseling is completed, then file this form in the patient's chart, documenting in the progress notes that counseling was completed as provided on forms BP-490 (61), BP-491 (61), and BP-492 (61) as appropriate.

**PRE-TEST:**

✓ 1. Explain purpose of session.
✓ 2. Explain confidentiality.
✓ 3. Explain *HIV* antibody test.

SIGGERS
    KEVIN L
B/M/O/08-22-1970        51627-060
HT/601    WT/230    HR/BK    EY/BN
CUSTODY/IN

    a. What AIDS is
    b. What the test is
    c. Test Procedure
    d. Meaning of test results
    e. Inability to detect early infections *(false negatives.)*
    f. Possibility of false positives
    g. Possible need for additional testing
    h. Complications and consequence of a positive test.

4107H
SIGGERS, KEVIN
51627-060
1/2

✓ 4. List risk factors.
✓ 5. Explain prevention recommendations for persons with possible exposure.
✓ 6. Obtain informed consent *(when applicable)*.
✓ 7. Risk Reduction Behaviors. Educational material provided.
✓ 8. Patient Reactions/Comments.

Inmate Name: _____    Register Number: _____

I understand the above information about the *HIV* test.

_____    _____    _____3/20/__
Signature of Inmate              Signature of Staff Counselor              Date

BP-489 (61)
JANUARY 1991

## MEDICAL DUTY STATUS CHECKLIST
## FEDERAL MEDICAL CENTER
## ROCHESTER, MINNESOTA

| | | |
|---|---|---|
| \_\_\_\_ALLRG/WOOL | \_\_\_\_LIMIT SUN | \_\_\_\_SOFT SHOES |
| \_\_\_\_ART LIMB | \_\_\_\_LOWER BUNK | \_\_\_\_SPEC DIET |
| \_\_\_\_ATH RESTR | \_\_\_\_NO DRIVING | \_\_\_\_STAND RSTR |
| \_\_\_\_BED BOARD | \_\_\_\_NO F/S | \_\_\_\_SUIC WATCH |
| \_\_\_\_COLD/WIND | \_\_\_\_NO DUTY | _____EFFECTIVE DATE |
| \_\_\_\_DRIV RESTR | \_\_\_\_NO POLLUT | _____DELETE DATE |
| \_\_\_\_HEAR RESTR | \_\_\_\_NOT MED CL | \_\_\_\_WGT 15 LB |
| \_\_\_\_HGT RESTR | \_\_\_\_ORTH SHOES | \_\_\_\_WGT 20 LB |
| \_\_\_\_HUNGR STRK | *no not med cl.* X REG DUTY | \_\_\_\_WGT 25 LB |
| _____EFFECTIVE DATE | \_\_\_\_REG DUTY W | \_\_\_\_WIRED JAW |
| _____DELETE DATE | \_\_\_\_SMOKE FREE | |

REGULAR DUTY WITH - NEEDS TO BE USED WHEN ANY OTHER DUTY STATUS IS ASSIGNED.

STAMP INMATE CARD HERE:

Siggers, Kevin
51627-060

SIGGERS, KEVIN L
51627-060
DOB    08-22-1970
FMC ROCHESTER, MN

SIGNATURE  *Louis Sterling PA-C*
Louis S. Sterling, PA-C
FMC Rochester, MN

SIGNATURE STAMP

DATE  4/7/98    1/2

done 4.7.98

MEDICAL DUTY STATUS CHECKLIST
FEDERAL MEDICAL CENTER
ROCHESTER, MINNESOTA

| | | |
|---|---|---|
| ____ALLRG/WOOL | ____LIMIT SUN | ____SOFT SHOES |
| ____ART LIMB | ____LOWER BUNK | ____SPEC DIET |
| ____ATH RESTR | ____NO DRIVING | ____STAND RSTR |
| ____BED BOARD | ____NO F/S | ____SUIC WATCH |
| ____COLD/WIND | ____NO DUTY | ____EFFECTIVE DATE |
| ____DRIV RESTR | ✓ NO POLLUT | ____DELETE DATE |
| ____HEAR RESTR | ✓ NOT MED CL | ____WGT 15 LB |
| ____HGT RESTR | ____ORTH SHOES | ____WGT 20 LB |
| ____HUNGR STRK | ____REG DUTY | ____WGT 25 LB |
| ____EFFECTIVE DATE | ____REG DUTY W | ____WIRED JAW |
| ____DELETE DATE | ____SMOKE FREE | |

REGULAR DUTY WITH - NEEDS TO BE USED WHEN ANY OTHER DUTY STATUS IS ASSIGNED.

STAMP INMATE CARD HERE:

SIGGERS
   KEVIN L          51627-060
B/M/O/08-22-1970
HT/601   WT/230   HR/BK   EY/BN
CUSTODY/IN

[Signature] Gary J Kunz  3/26/98
IGNATURE
Gary J. Kunz, FNP-C
FMC Rochester, MN
IGNATURE STAMP

3/26/98
ATE

D 3/30/98

# FMC ROCHESTER, M
## INMATE DISABILITY REPORTING FORM

INMATE NAME: _____   REG. NO.: _____   UNIT: _____

A disability refers to a <u>permanent</u> mental or physical impairment or condition that substantially limits one or more <u>major life activities</u>.

Please check the appropriate MDS and accomodation assignment(s):

__✓__ No disability identified at this time

____ Speech impairment
- ____ None needed          SPCH - NO AC
- ____ Communication, P     SPCH - COM P
- ____ Program, P           SPCH - PGM P
- ____ Communication, U     SPCH - COM U
- ____ Program, U           SPCH - PGM U
- ____ Communication, N     SPCH - COM N
- ____ Program, N           SPCH - PGM N

____ Hearing impairment
- ____ None needed          HEAR - NO AC
- ____ Architectural, P     HEAR - ARF P
- ____ Program, P           HEAR - PGM P
- ____ Architectural, U     HEAR - ARF U
- ____ Program, U           HEAR - PGM U
- ____ Architectural, N     HEAR - ARF N
- ____ Program, N           HEAR - PGM N

____ Vision impairment
- ____ None needed          VISN - NO AC
- ____ Communication, P     VISN - COM P
- ____ Program, P           VISN - PGM P
- ____ Communication, U     VISN - COM U
- ____ Program, U           VISN - PGM U
- ____ Communication, N     VISN - COM N
- ____ Program, N           VISN - PGM N

____ Missing extremities
- ____ None needed          EXTR - NO AC
- ____ Architectural, P     EXTR - ACC P
- ____ Program, P           EXTR - PGM P
- ____ Architectural, U     EXTR - ACC U
- ____ Program, U           EXTR - PGM U
- ____ Architectural, N     EXTR - ACC N
- ____ Program, N           EXTR - PGM N

____ Non-paralytic orthopedic impairment
- ____ None needed          ORTH - NO AC
- ____ Architectural, P     ORTH - ACC P
- ____ Program, P           ORTH - PGM P
- ____ Architectural, U     ORTH - ACC U
- ____ Program, U           ORTH - PGM U
- ____ Architectural, N     ORTH - ACC N
- ____ Program, N           ORTH - PGM N

____ Partial Paralysis
- ____ None needed          PPAR - NO AC
- ____ Architectural, P     PPAR - ACC P
- ____ Program, P           PPAR - PGM P
- ____ Architectural, U     PPAR - ACC U
- ____ Program, U           PPAR - PGM U
- ____ Architectural, N     PPAR - ACC N
- ____ Program, N           PPAR - PGM N

____ Complete paralysis
- ____ None needed          TPAR - NO AC
- ____ Architectural, P     TPAR - ACC P
- ____ Program, P           TPAR - PGM P
- ____ Architectural, U     TPAR - ACC U
- ____ Program, U           TPAR - PGM U
- ____ Architectural, N     TPAR - ACC N
- ____ Program, N           TPAR - PGM N

____ Disfigurement
- ____ None needed          DISF - NO AC
- ____ Architectural, P     DISF - ACC P
- ____ Program, P           DISF - PGM P
- ____ Architectural, U     DISF - ACC U
- ____ Program, U           DISF - PGM U
- ____ Architectural, N     DISF - ACC N
- ____ Program, N           DISF - PGM N

____ Other physical impairment (permanent limitation of activity due to disease, including mobility, heart disease, ca~~~

- ____ None needed          PHYS - NO AC
- ____ Architectural, P     PHYS - ACC P
- ____ Program, P           PHYS - PGM P
- ____ Wheelchair, P        PHYS - WCH P
- ____ Architectural, U     PHYS - ACC U
- ____ Program, U           PHYS - PGM U
- ____ Wheelchair, U        PHYS - WCH U
- ____ Architectural, N     PHYS - ACC N
- ____ Program, N           PHYS - PGM N
- ____ Wheelchair, N        PHYS - WCH N

```
SIGGERS
  KEVIN L                        51627-060
B/M/O/08-22-1970
HT/601    WT/230    HR/BK    EY/BN
CUSTODY/IN
```

Addressograph Here

Signature: _Gary Kunz_    Date: 3/26/98

Gary J. Kunz, FNP-C
FMC Rochester, MN
Signature Stamp

3/30/98