# ATTACHMENT A

U.S. Department of Labor

Occupational Safety and Health Administration
Suite B-12
3939 West Ridge Road
Erie, PA 16506
(814)833-5758 or fax (814) 833-8919
Reply to the Attention of: Barry Burbage



July 3, 2001

Federal Correctional Institute, McKean
P.O. Box 5000
Bradford, PA 16701

Re:  Federal Correctional Institute, McKean
     Complaint No. 200378529

Dear Stephen Housler:

On July 2, 2001, the Occupational Safety and Health Administration (OSHA) received a notice of (safety and/or health) hazards at your worksite at:

   Rt. 59 and Big Shanty Rd.
   Lewis Run, PA 16738

We notified you, by telephone, of these alleged hazards on July 3, 2001. The specific nature of the alleged hazards is as follows:

1. In the UNICOR Factory the ventilation is inadequate and employees are exposed to excessive wood dust.

2. Dust mask are not readily available.

We have not determined whether the hazards, as alleged, exist at your workplace; and we do not intend to conduct an inspection at this time. However, since allegations of violations and/or hazards have been made, we request that you immediately investigate the alleged conditions and make any necessary corrections or modifications. Please advise me in writing, no later than August 3, 2001 of the results of your investigation. You must provide supporting documentation of your findings, including any applicable measurements or monitoring results, and photographs/video which you believe would be helpful, as well as a description of any corrective action you have taken or are in the process of taking, including of the corrected condition.

This letter is not a citation or a notification of proposed penalty which, according to the OSH Act, may be issued only after an inspection or investigation of the workplace. It is our goal to assure that hazards are promptly identified and eliminated. Please take immediate corrective action where needed. We encourage employee participation in investigating and responding to any alleged hazard. If we do not receive a response from you by August 3, 2001, indicating that appropriate action has been taken or that no hazard exists and why, an OSHA

inspection will be conducted. An inspection may include a review of the following: injury and illness records, hazard communication, personal protective equipment, emergency action or response, bloodborne pathogens, confined space entry, lockout and related safety and health issues.

Please note, however, that OSHA selects for inspection some cases where we have received letters in which employees have indicated satisfactory corrective action. This is to ensure that employers have actually taken the action stated in their letters.

The State of Pennsylvania offers OSHA consultation services, without charge, to assist in resolving all occupational safety and health issues. The variety of services available or the scheduling of those services may be limited by the consultation project's requirement to give priority to small businesses in high hazard industries. To discuss or request the services, call or write your State consultation project at the following address:

PA/OSHA Consultation Program
210 Walsh Hall, Indiana University of PA
302 E. Walk
Indiana, PA 15705-1087
(800)382-1241

You are requested to post a copy of this letter where it will be readily accessible for review by all of your employees. Also, you are requested to provide a copy of this letter and your response to it to a representative of any recognized employee union of safety committee if these are at your facility. Please complete the Certificate of Posting and return with your complaint response. The complainant has been furnished a copy of this letter and will be advised of your response. Section 11(c) of the OSH Act provides protection for employees against discrimination because of their involvement in protected safety and health related activity.

If you have any questions concerning this matter, please contact the Area Office at the address in the letterhead. Your personal support and interest in the safety and health of your employees is appreciated.

Sincerely,

*[signature]*

John H. Stranahan
Area Director

2