# ATTACHMENT

# I

USG

# MICORE® Brand

## Mineral Fiber Board

## 300



Industrial Products
**United States Gypsum Company**
125 South Franklin Street
Chicago, IL 60606

IW858-300/7-03
©2003, United States Gypsum Company
Printed and Produced in U.S.A.
http://www.usg.com

**FRAGILE–DO NOT DROP**

**INGREDIENTS** Man-made mineral fiber CAS 65997-17-3; expanded perlite CAS 93763-70-3; recycled paper (cellulose) CAS 9004-34-6; and starch CAS 9005-25-8. May contain kaolin CAS 1332-58-7, which contains crystalline silica CAS 14808-60-7.

**⚠WARNING**
Dust hazard. Cut and trim with knife, razor or hand saw. Do not cut with power equipment unless a dust collector is used on the equipment or local exhaust is used and a NIOSH/MSHA-approved respirator is worn. Failure to follow these instructions may result in overexposure to airborne man-made mineral fiber. Airborne man-made mineral fiber and crystalline silica are thought to increase the risk of lung cancer. Overexposure to dust can cause eye, skin, nose, throat or respiratory irritation. Wear eye and skin protection.

**FIRST AID** For skin irritation, rinse with cool water, followed by washing with soap and warm water. For eye irritation, flush eyes thoroughly with water for 15 minutes. If irritation persists, consult a physician. Product safety information: (800) 507-8899.

**THIS PRODUCT CONTAINS NO ASBESTOS**

**HANDLING** Protect from impact and abrasion to avoid damage to all edges.

**INSTALLATION** Store and install at standard occupancy conditions (temperature 60° to 85° F) and relative humidity (below 70% for at least 24 hours prior to installation). Extreme changes in temperature or humidity may cause panels to expand, contract or warp.