# ATTACHMENT B


```
   BOPUK   531.01  *              INMATE HISTORY              *      02-07-2006
PAGE 001           *                WRK DETAIL                *      12:37:17
   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: WRK         FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | I MILL 1 | MILL 1 | 09-28-2005 0001 | CURRENT |
| MCK | VACATION | VACATION | 09-26-2005 0001 | 09-28-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 07-27-2005 0001 | 09-26-2005 0001 |
| MCK | VACATION | VACATION | 07-26-2005 0001 | 07-27-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 05-05-2005 0001 | 07-26-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-12-2005 0001 | 05-05-2005 0001 |
| MCK | VACATION | VACATION | 02-10-2005 0001 | 02-12-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-28-2004 0001 | 02-10-2005 0001 |
| MCK | VACATION | VACATION | 09-24-2004 0001 | 09-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-28-2004 0001 | 09-24-2004 0001 |
| MCK | IDLE | IDLE | 02-26-2004 0800 | 02-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 01-12-2004 0001 | 02-26-2004 0800 |
| MCK | UNASSG | UNASSIGNED | 12-23-2003 1021 | 01-12-2004 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 11-18-2003 1200 | 12-23-2003 1021 |
| MCK | I MILL 1 | MILL 1 | 03-14-2003 0001 | 11-18-2003 1200 |
| MCK | IDLE | IDLE | 03-12-2003 0707 | 03-14-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 02-04-2003 0001 | 03-12-2003 0707 |
| MCK | IDLE | IDLE | 02-03-2003 0649 | 02-04-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 11-24-2001 0001 | 02-03-2003 0649 |
| MCK | VACATION | VACATION | 11-23-2001 0001 | 11-24-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 09-10-2001 0001 | 11-23-2001 0001 |
| MCK | IDLE | IDLE | 09-07-2001 0853 | 09-10-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 08-24-2001 0001 | 09-07-2001 0853 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-22-2001 0001 | 08-24-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 06-20-2001 1123 | 06-22-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 05-24-2001 0826 | 06-20-2001 1123 |
| MCK | I PROD.1 | PRODUCTION 1 | 03-06-2001 0001 | 05-24-2001 0826 |
| MCK | I MILL 1 | MILL 1 | 01-10-2001 0001 | 03-06-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 01-09-2001 1000 | 01-10-2001 0001 |

```
MCK    SHU UNASSG  SHU UNASSIGNED           12-21-2000 1059 01-09-2001 1000
MCK    I MILL 1    MILL 1                   09-20-2000 0001 12-21-2000 1059
MCK    I PROD.1    PRODUCTION 1             08-17-2000 0001 09-20-2000 0001
MCK    IDLE        IDLE                     08-15-2000 0834 08-17-2000 0001
MCK    I PROD.1    PRODUCTION 1             06-29-2000 0001 08-15-2000 0834
MCK    KITCHEN AM  KITCHEN AM               02-15-2000 1421 06-29-2000 0001
MCK    DIN RM AM   DINING ROOM AM           12-31-1999 0001 02-15-2000 1421
MCK    CONV        CONVALESCENT             12-27-1999 0839 12-31-1999 0001
MCK    DIN RM AM   DINING ROOM AM           12-17-1999 0001 12-27-1999 0839
MCK    IDLE        IDLE                     12-16-1999 0826 12-17-1999 0001
MCK    DIN RM AM   DINING ROOM AM           11-19-1999 1007 12-16-1999 0826
MCK    FD SVC      FOOD SERVICE             11-18-1999 0001 11-19-1999 1007


G0002         MORE PAGES TO FOLLOW . . .




   BOPUK   531.01 *              INMATE HISTORY                *    02-07-2006
PAGE 002 OF 002 *                WRK DETAIL                    *    12:37:17

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK        FUNCTION: PRT           FORMAT:

FCL    ASSIGNMENT  DESCRIPTION              START DATE/TIME STOP  DATE/TIME

MCK    UNASSG      UNASSIGNED               11-09-1999 1110 11-18-1999 0001
MCK    SHU UNASSG  SHU UNASSIGNED           09-29-1999 2320 11-09-1999 1110
MCK    I ASEMBLY1  ASSEMBLY 1               09-28-1999 0001 09-29-1999 2320
MCK    VACATION    VACATION                 09-27-1999 0001 09-28-1999 0001
MCK    I ASEMBLY1  ASSEMBLY 1               06-09-1999 0001 09-27-1999 0001
MCK    IDLE        IDLE                     06-08-1999 0958 06-09-1999 0001
MCK    I ASEMBLY1  ASSEMBLY 1               05-25-1999 0001 06-08-1999 0958
MCK    I LAYUP 1   LAYUP 1                  04-13-1999 1304 05-25-1999 0001
```

| | | | | |
|---|---|---|---|---|
| MCK | LAYUP 1 | LAYUP 1 | 03-23-1999 0001 | 04-13-1999 1304 |
| MCK | KITCHEN AM | KITCHEN AM | 01-14-1999 0001 | 03-23-1999 0001 |
| MCK | IDLE | IDLE | 01-13-1999 0716 | 01-14-1999 0001 |
| MCK | KITCHEN AM | KITCHEN AM | 12-02-1998 0001 | 01-13-1999 0716 |
| MCK | DIN RM AM | DINING ROOM AM | 11-20-1998 1348 | 12-02-1998 0001 |
| MCK | FD SVC | FOOD SERVICE | 11-19-1998 0001 | 11-20-1998 1348 |
| MCK | LAND IN 1 | INSIDE LANDSCAPE FULL-TIME | 11-05-1998 0001 | 11-19-1998 0001 |
| MCK | LAND IN 2 | INSIDE LANDSCAPE FULL-TIME | 11-04-1998 0001 | 11-05-1998 0001 |
| MCK | FACL | FACILITIES OFFICE | 11-03-1998 0001 | 11-04-1998 0001 |
| MCK | UNASSG | UNASSIGNED | 10-28-1998 0001 | 11-03-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 10-21-1998 1015 | 10-28-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-13-1998 1921 | 10-21-1998 0516 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-23-1998 1800 | 10-13-1998 0830 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 05-06-1998 0050 | 05-06-1998 0818 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-01-1998 1915 | 05-05-1998 0830 |
| RCH | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1851 | 05-01-1998 1508 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-18-1998 1815 | 03-26-1998 0920 |

G0000    TRANSACTION SUCCESSFULLY COMPLETED