# ATTACHMENT C



**IAP, INC.**
P.O. BOX 56
PHILLIPS, WI 54555
715/339-3024

# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement 1

ROTATION DISCHARGE POSITIONS
(Clockwise shown)

CUSTOMER: Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | CUSTOMER P.O./JOB# | DATE | SALES OFFICE |
|---|---|---|---|---|
| 1 | 2 | VWA0870 / 890843 | 9/11/89 | UAS |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD | SPEC | ROTATION (viewed from drive side) CLOCKWISE | COUNTERCLOCKWISE |
|---|---|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | ☒ UB | ☐ | 1 ☒ | 1 ☒ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

**YES — ACCESSORIES**

☐ ACCESS DOOR — BOLTED ☐ HINGED ☐ RAISED ☐
☐ DRAIN PLUG
☐ SPLIT HOUSING — SPLIT BOX ☐
☐ INLET — FLANGED ☐ DRILL ☐ SCREEN ☐ BOX ☐
☐ INLET VANE — EXTERNAL ☐
☒ FLANGED OUTLET — DRILL ☐
☐ DAMPER — PARALLEL ☐ OPPOSED ☐ INLET ☐ OUTLET ☐ MANUAL ☐ AUTO ☐
☒ PAINT — STANDARD ☒ HI-TEMP ☐ OTHER ☐
☐ GUARDS — SHAFT ☐ BELT ☐ COUPLING ☐
☐ PLUG COOLER
☐ SHAFT COOLING WHEEL
☐ SHAFT SEALS — STANDARD ☐ GAS TIGHT ☐
☐ SPARK RESISTANCE — TYPE A ☐ B ☐ C ☐
☐ INTERGAL BASE — RIS ☐ SPRING ☐ MOTOR POSITION W ☐ X ☐ Y ☐ Z ☐
☐ MOTOR — SUPPLIED BY: IAP ☐ OTHERS ☐   MOUNTED BY: IAP ☐ OTHERS ☐
☐ DRIVE — HP  RPM  DUTY  ENCL  FRAME   V-BELT ☐ C.S. ☐ ADJ ☐
☐ SILENCER — INLET ☐ OUTLET ☐
☐ TRANSITIONS
☐ ROTABLE HOUSINGS
☐ FILTER BOXES

**SPECIAL INSTRUCTIONS**

CERTIFIED FOR CONSTRUCTION
IAP, Inc.
PHILLIPS, WISCONSIN
BY _Robert M. Shea_  DATE SEP 11 1989

Rotation/Discharge positions diagram:
- Up Blast CW 360
- Top Angular Up CW 45
- Top Horizontal CW 90
- Top Angular Down CW 135
- Down Blast CW 180
- Bottom Angular Down CW 225
- Bottom Horizontal CW 270
- Bottom Angular CW 315

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.     IAP, Inc.

FORM RP-1



# SUBMITTAL DATA

☒ OPEN RADIAL
☐ TYPE P
INDUSTRIAL EXHAUSTERS
Arrangement

ROTATION DISCHARGE POSITIONS
(Clockwise shown)

- Up Blast CW 360
- Top Angular Up CW 45
- Top Horizontal CW 90
- Top Angular Down CW 135
- Down Blast CW 180
- Bottom Angular Down CW 225
- Bottom Horizontal CW 270
- Bottom Angular (Up) CW 315

IAP, INC.
P.O. BOX 58
PHILLIPS, WI 54555
715/339-3024

**CUSTOMER:** Underwood Air Systems, Inc.

| ITEM NO. | QUAN. | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | CUSTOMER P.O./JOB# VWA0870 / 890843 | | DATE 9/11/89 | SALES OFFICE UAS | | |

| FAN BLOWER SIZE | SWSI | EXTRA HD | HEAVY DUTY | DISCHARGE POSITION STD / SPEC | ROTATION (viewed from drive side) CLOCKWISE / COUNTERCLOCKWISE | |
|---|---|---|---|---|---|---|
| 37 | ☒ | ☐ | ☒ | STD ☒ / UB ☐ | 1 ☒ | 1 ☒ |

| CFM | S.P. | PERFORMANCE RPM | BHP | DENSITY | TEMPERATURE | MAX OPERATING TEMPERATURE |
|---|---|---|---|---|---|---|
| 34,000 | | | | Std. | Std. | |

## YES  ACCESSORIES                            SPECIAL INSTRUCTIONS

☐ ACCESS DOOR  BOLTED ☐  HINGED ☐  RAISED ☐ _____

☐ DRAIN PLUG _____

☐ SPLIT HOUSING  ☐ SPLIT BOX _____

☐ INLET  FLANGED ☐  DRILL ☐  SCREEN ☐  BOX ☐ _____

☐ INLET VANE  EXTERNAL ☐ _____

☒ FLANGED OUTLET  DRILL ☐ _____

☐ DAMPER  PARALLEL ☐  OPPOSED ☐  INLET ☐  OUTLET ☐  MANUAL ☐  AUTO ☐

☒ PAINT  STANDARD ☒  HI-TEMP ☐  OTHER ☐ _____

☐ GUARDS  SHAFT ☐  BELT ☐  COUPLING ☐

☐ PLUG COOLER _____

☐ SHAFT COOLING WHEEL _____

☐ SHAFT SEALS  STANDARD ☐  GAS TIGHT ☐ _____

☐ SPARK RESISTANCE  TYPE A ☐  B ☐  C ☐

☐ INTEGRAL BASE  RIS ☐  SPRING ☐  MOTOR POSITION  W ☐ X ☐ Y ☐ Z ☐

☐ MOTOR  SUPPLIED BY: IAP ☐  OTHERS ☐ _____
           MOUNTED BY: IAP ☐  OTHERS ☐ _____

☐ DRIVE  HP   RPM   DUTY   ENCL   FRAME
         V-BELT ☐  C.S. ☐  ADJ ☐ _____

☐ SILENCER  INLET ☐  OUTLET ☐ _____

☐ TRANSITIONS _____

☐ ROTABLE HOUSINGS _____

☐ FILTER BOXES _____

**CERTIFIED FOR CONSTRUCTION**
IAP, Inc.
PHILLIPS, WISCONSIN

SEP 11 1989

BY _Robert M. Shue_ DATE

All drawings are the property of IAP, Inc., and any use for manufacturing purposes is strictly forbidden.    IAP, Inc.

FORM RP-1