# ATTACHMENT E

## MAC MODEL MCF FILTER

This is a large piece of equipment. When received, the Packing List should be checked against the material received. If any shortages occur, they should be reported to the freight carrier immediately.



AIR SUPPLY LINE FROM PUMP PACKAGE

1" NPT ELECTRICAL CONNECTION

SERVICE DOOR

AIR OUTLET

⅛" NPT

HIGH ENTRY AIR INLET

SERVICE PLATFORM WITH LADDER AND SAFETY CAGE

EXPLOSION VENT

MANHOLE WITH QUICK-OPEN VIEW PORT

DISCHARGE AUGER

OPTIONAL AIRLOCK

STRUCTURAL FRAME AND LEGS (OPTIONAL)

## FULL-WELDED HOUSING