# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Kevin L. Siggers )
)
)
Plaintiff )
vs. )   No.   CA 03-355 Erie
John J. Lamanna, et al )
)
)
Defendants )

HEARING ON   August 24, 2006   Case Management Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.          Michael Colville, Esq., AUSA
Neil Devlin, Esq.                  Douglas Goldring, Esq.

Appear for Plaintiff               Appear for Defendant

Hearing Begun  1:50                Hearing Adjourned to

Hearing concluded C.A.V.           Stenographer Ron Bench
                                   CD:         Index:

WITNESSES
For Plaintiff                      For Defendant

Answer due within 30 days. Discovery to end by December 1, 2006. Dispositive motions due December 15, 2006 and responses thereto due January 16, 2007. This case is consolidated with 3-323, 3-368 and 4-11 for purposes of trial.

C. Sander
Staff Attorney