# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Kevin Siggers )
)
)
Plaintiff )
vs. )  No.  CA 03-355 Erie
Unites States of America )
)
)
Defendant )

**HEARING ON**   November 14, 2006   Motion Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Richard A. Lanzillo, Esq.
Neil Devlin, Esq.
Lori Watson - paralegal
*Appear for Plaintiff*

Michael C. Colville, Esq., AUSA
Phil O'Connor, Esq. AUSA
Douglas Golding - UNICOR
*Appear for Defendant*

Hearing Begun  11:30

Hearing concluded C.A.V.  12:50

Hearing Adjourned to

Stenographer Ron Bench
CD:        Index:

**WITNESSES**

For Plaintiff                                   For Defendant

Motion to modify case management order [Document #59] is granted as follows:
- dispositive motions are due Feb. 2, 2007.
- responses to dispositive motions are due Feb. 16, 2007.
Trial is tentatively scheduled for March 19, 2007, before Judge McLaughlin.

C. Sander
Staff Attorney