IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN SIGGERS,** | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 03-355 Erie |
| | ) | District Judge McLaughlin |
| **JOHN J. LAMANNA, et al.,** | ) | Magistrate Judge Baxter |
| Defendants. | ) | |

**O R D E R**

AND NOW, this 15th day of December, 2006;

In light of the telephonic hearing held this date at which Judge McLaughlin dissolved the writ of habeas corpus ad testificandum, effective immediately,

IT IS HEREBY ORDERED that the U.S. Marshal transport Siggers back to FCI-McKean and return him to the custody of the Bureau of Prisons as soon as possible so that Siggers may be released to a halfway house placement on December 21, 2006.

IT IS FURTHER ORDERED that the parties reschedule Siggers IME currently scheduled for December 21, 2006. Plaintiff Siggers will be responsible for his own appearance at the re-scheduled IME. Plaintiff's failure to appear for the IME may result in sanctions, including the dismissal of this case for failure to prosecute.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge