MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

Kevin Siggers

**Plaintiff**

vs.

John Lamanna

**Defendant**

No. 03-355 E

HEARING ON 12/15/2006

Before Judge McLaughlin & Mag. J. Baxter

Rich Lanzillo, Esq.

*Appear for Plaintiff*

Bibi Colville, Esq.
Doug Goldring, Esq.

*Appear for Defendant*

Hearing begun 10:40

Hearing concluded C. A. V.

Hearing adjourned to 11:04

Stenographer Janis Ferguson

WITNESSES:

For Plaintiff — For Defendant

U.S. Marshal also present.
Judge McLaughlin dissolved the writ of habeas corpus ad testificandum effective immediately.
An order follows as to all other matters.

C. Sandles
Staff Attorney