U. S. Department of Labor
Occupational Safety and Hea    Administration



# Notice of Alleged Safety or Health Hazards
Thu Apr 17, 2003 9:37am

| | | Complaint Number | 200381895 |
|---|---|---|---|
| Establishment Name | Federal Correctional Institute, McKean | | |
| Site Address | Rt. 59 and Big Shanty Rd., Lewis Run, PA 16738 | | |
| | Site Phone | (814) 362-8900 | Site FAX | (814) 363-6811 |
| Mailing Address | P.O. Box 5000, Bradford, PA 16701 | | |
| | Mail Phone | (814) 632-8900 | Mail FAX | (814) 363-6811 |
| Management Official | Stephen Housler, Safety | Telephone | |
| Type of Business | Federal Corrections | Ownership | |
| Primary SIC | 9223 | Primary NAICS | 922140 |

**HAZARD DESCRIPTION/LOCATION.** Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

**DESCRIPTION:**

1. Ventilation is inadequate to control the hazards associated dusts generated during the production processes. These dusts include but are not limited to wood dust, particle board dust, and micore board dust.

2. Ventilation is inadequate to control the hazards associated with vapors that are produced by the glues utilized in the laminating processes.

3. Dust is accumulating on surfaces throughout the factory area. This dust includes but is not limited to wood dust, particle board dust, and micore board dust.

4. Personnel are smoking in close proximity to operations that produce wood dust and utilize flammable glues.

5. Compressed air above 30 psi is being utilized for blow-downs and cleaning operations.

6. Plexi-glass and plywood are being stored on top of electrical boxes. Electrical boxes are located in the back by the dock area.

7. Personnel are potentially exposed to a fire hazard from a heavy accumulation of scrap wood at the loading dock area.

**LOCATION:**
UNICOR Factory (Including but not Limited To):
* Loading Dock Area
* Saw Area
* Laminating Area, Front Area by Office

OSHA-7(Rev. 7/02)

| Has this condition been brought to the attention of: | Employer |
|---|---|
| Please Indicate Your Desire: | Do NOT reveal my name to the Employer |
| The Undersigned believes that a violation of an Occupational Safety or Health standard exists which is a job safety or health hazard at the establishment named on this form. | B. Representative of Employee |

| Complainant Name | Richard D. Yovichin II | Telephone | (814) 368-3526 |
|---|---|---|---|
| Address(Street,City,State,Zip) | 662 South Avenue  Bradford  PA  16701 | | |
| Signature | | Date | |

If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title:

Organization Name: **AFGE Local 3974**                         Your Title: **President**

**OFFICIAL USE ONLY**

| Identification | Reporting ID | 0336000 | Previous Activity | 0 | Opt. Number | | |
|---|---|---|---|---|---|---|---|
| | Establishment Name Change?  ☐Yes ☐No | | Site Address Change?  ☐Yes ☐No | Employer ID | | City Code | County Code |
| | | | | | | 4420 | 083 |
| Receipt Information | Received By | | Send OSHA-7?  ☐ Yes ☐ No | Date: 04/14/03  Time:      AM  PM | | Supervisor(s) Assigned  W0556 | |
| Industry & Ownership | D. Federal Agency: 1503 - BUREAU OF PRISONS | | | | | | |
| Complaint Evaluation | Evaluated By | | | Subject/Severity | | | |
| | Is this a Valid Complaint? -- Yes | | | Safety-Serious  Health-Serious | | | |
| | Formality -- Formal | | | | | | |
| | Migrant Farmworker Camp? -- | | | | | | |
| Send Letter | Type | | | | Date Letter Sent | Date Response Due | |
| Received Letter | Type | | | | Date Letter Received | Evaluation | Abatement Date |
| Complaint Action | Inspection Planned?  Yes | If Yes, Priority: 1a | | If No, Reason: | | | |
| | Transfer To (Name) | | | Transfer Date | | | |
| | Transfer To Category | | | | | | |
| Strategic Initiatives | | | | | | | |
| National Emphasis | SILICA | Insps - Presence of Crystalline Silica/Silicates | | | | | |
| Local Emphasis | | | | | | | |
| Optional Information | Type | ID | | Value | | | |
| | N | 16 | SILICA | | | | |
| Close Complaint | | | | | | | |

COMMENTS

OSHA-7(Rev. 7/02)

## U. S. Department of Labor
Occupational Safety and Health Administration

## Notice of Alleged Safety or Health Hazards

| | | Complaint Number | |
|---|---|---|---|
| Establishment Name | DOJ BOP FCI McKean | | |
| Site Address | P.O. Box 5000 Bradford PA 16701 | | |
| | Site Phone: (814) 362-8900 | Site FAX: | 814 363-6811 |
| Mailing Address | SAME | | 363 6811 |
| | Mail Phone | Mail FAX | |
| Management Official | Debbie Forsyth | Telephone | (814) 362-8900 |
| Type of Business | UNICOR Furniture Factory | | |

HAZARD DESCRIPTION/LOCATION. Describe briefly the hazard(s) which you believe exist. Include the approximate number of employees exposed to or threatened by each hazard. Specify the particular building or worksite where the alleged violation exists.

The Factory is processing Micore Board with a power saw and no respirators are being furnish to staff or inmates. One of the saws has a shop vac on it for Dust Collection. The Dust is circulating all over the factory and staff and inmates are recieving irratation to eyes and skin and complaining of being congested.

Inmates are also smoking in the vacinity.

When clean up occurs Air hoses are used to push the debris away.

| Has this condition been brought to the attention of: | ☒ Employer   ☐ Other Government Agency(specify) | | |
|---|---|---|---|
| Please Indicate Your Desire: | ☒ Do NOT reveal my name to my Employer<br>☐ My name may be revealed to the Employer | | |
| The Undersigned believes that a violation of an Occupational Safety or Health standard exists which is a job safety or health hazard at the establishment named on this form. | (Mark "X" in ONE box)<br>☐ Employee   ☐ Federal Safety and Health Committee<br>☒ Representative of Employees   ☐ Other (specify) | | |
| Complainant Name: | Richard D Vovichin II | Telephone | 814 368-3976 |
| Address(Street,City,State,Zip): | 662 South Ave, Bradford PA 16701-3976 | | |
| Signature | [signature] | Date | 4/10/03 |

If you are an authorized representative of employees affected by this complaint, please state the name of the organization that you represent and your title:

Organization Name:   Your Title: