Page 1

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL W. HILL, et al.,   : C.A. No. 05-160 Erie
        Plaintiff          : C.A. No. 03-323 Erie
                           : C.A. No. 03-355 Erie
     v.                    : C.A. No. 03-368 Erie
                           : C.A. No. 04-011 Erie
JOHN J. LAMANNA, et al.,   :
        Defendants         :


        Deposition of MARTIN SAPKO, taken before and
   by Janis L. Ferguson, Notary Public in and for the
   Commonwealth of Pennsylvania, on Tuesday, December
   19, 2006, commencing at 11:51 a.m., at the offices
   of Knox McLaughlin Gornall & Sennett, PC, 120 West
   10th Street, Erie, Pennsylvania 16501.



   For the Plaintiffs:
       Richard A. Lanzillo, Esquire
       Knox McLaughlin Gornall & Sennett, PC
       120 West 10th Street
       Erie, PA 16501
   For the Defendants:
       Michael C. Colville, Esquire, AUSA
       Office of the United States Attorney
       700 Grant Street, Suite 4000
       Pittsburgh, PA 15219
       Douglas Goldring, Esquire
       Federal Prison Industries (UNICOR)
       400 First Street NW
       Washington, DC 20534


        Reported by Janis L. Ferguson, RPR, CRR
           Ferguson & Holdnack Reporting, Inc.
```

Page 2

```
                      I N D E X

   TESTIMONY OF MARTIN SAPKO
       Direct examination by Mr. Lanzillo  ...... 3
       Cross-examination by Mr. Colville  ....... 28
       Redirect examination by Mr. Lanzillo ..... 32
```

Page 3

M A R T I N  S A P K O, first having been
duly sworn, testified as follows:

DIRECT EXAMINATION
BY MR. LANZILLO:

Q. Mr. Sapko, my name is Rich Lanzillo. I represent the Plaintiffs in these various related actions. I have scheduled your deposition today to ask you some questions primarily concerning conditions at the UNICOR facility at FCI McKean.

Both my questions and your responses will ultimately be transcribed by Janis, our court reporter. To ensure that the transcript is clear, I would ask that you respond to each of my questions verbally, as opposed to shaking your head. Janis can miss that, and we could end up with an incomplete transcript.

Also, if you're going to answer my question in the affirmative, I'd ask you to use the word "yes", and if you're going to answer in the negative, use the word "no". Words or phrases like "uh-huh" or "huh-uh" are often ambiguous on the record.

And, finally, most importantly, if at any time you do not hear my question clearly or if you do not understand it, because of the way I phrased it, let me know that. I'll

Page 4

be happy to repeat or rephrase the question. Is that fair enough?

A. Yes, sir.

Q. Would you state your full name, please.

A. Martin Andrew Sapko.

Q. What is your current address?

A. 603 West Gordon Street, Bradford, Pennsylvania.

Q. How are you presently employed?

A. I'm employed at the -- I'm presently the superintendent of industries at FCI McKean.

Q. How long have you held the position of superintendent of industries?

A. Two weeks.

Q. How long have you been employed at FCI McKean?

A. 17 -- about -- over 17 and a half years. I think 1989.

Q. Prior to becoming the superintendent of industries, what was your job title?

A. I was a factory manager.

Q. And how long were you factory manager?

A. Approximately seven years. Since 2000.

Q. What was your title prior to factory manager?

A. Assistant factory manager.

Q. How long did you hold that position?

A. I think three years.

Page 5

1   Q. And prior to being -- becoming the assistant
2   factory manager, did you have a position?
3   A. I was a warehouse supervisor.
4   Q. The position of superintendent of industries, was
5   that a promotion?
6   A. Yes.
7   Q. What is the extent of your education?
8   A. I had high school, I had one year of college, and
9   then I went to a vocational community college.
10  Q. Where did you graduate from high school?
11  A. Bradford Central Christian High School.
12  Q. When did you graduate from high school?
13  A. 1973.
14  Q. You indicated that you attended one year of
15  college?
16  A. Yes.
17  Q. Where did you go?
18  A. Lock Haven State College.
19  Q. What did you study when you were there?
20  A. I was in physical education.
21  Q. And then you attended vocational college?
22  A. Yes. Williamsport Community College.
23  Q. Did you receive a degree, certificate --
24  A. Certificate degree.
25  Q. And what was the subject matter of your

Page 6

1   certificate?
2   A. Constructional carpentry.
3   Q. Was that a two-year program?
4   A. Yes.
5   Q. Prior to joining FCI McKean, did you receive any
6   training in the area of safety and health?
7   A. Probably at one of my other -- my other jobs at
8   Witco Chemical Corporation.
9   Q. Yeah. Where did you work before you joined FCI
10  McKean?
11  A. Right prior to?
12  Q. Yes. Witco?
13  A. Witco. Witco Chemical.
14  Q. What was your position there?
15  A. I worked at the baggage plant, packaging up oil
16  products, shipping and receiving.
17  Q. You weren't responsible for occupational health or
18  safety, were you?
19  A. No. At there? No.
20  Q. Basically a laborer's position?
21  A. Yes.
22  Q. Prior to Witco Chemical, where did you work?
23  A. I worked for the Bradford City water department.
24  Q. What was your position there?
25  A. Variety of things. I was a laborer mostly. I

Page 7

1   operated the filtration to the water system, chlorination to
2   the water system.
3   Q. How long did you work at Witco Chemical?
4   A. I think a little over five years.
5   Q. How long did you work at Bradford City water?
6   A. Off and on. I think the longest I worked was
7   seven years. Some of it was part-time, some of it was
8   full-time.
9   Q. Was there any formal safety and health training at
10  either Witco Chemical or Bradford City water department?
11  A. I don't remember it at the water department. I
12  don't really remember it at Witco, but there possibly could
13  have been.
14  Q. What were your job responsibilities as the factory
15  manager at FCI McKean?
16  A. Production, scheduling, ordering materials.
17  Q. Did you have any responsibilities relative to
18  Occupational Safety and Health?
19  A. No. Everybody has to make sure the place is safe.
20  Q. Who is your immediate supervisor?
21  A. Debbie Forsyth.
22  Q. And did you have any employees who reported
23  directly to you?
24  A. Yes.
25  Q. Who were they?

Page 8

1   A. All the foremen on the floor. Except for the --
2   well, the night shift, there was a supervisor of the night
3   shift crew.
4   Q. Relative to Mr. Housler, where did you fit into
5   the organizational chart at FCI McKean, UNICOR facility,
6   when you were factory manager?
7   A. To Mr. Housler?
8   Q. Yeah. Did you have any direct reporting or --
9   A. Just if we had any kind of safety issues or
10  anything. He didn't exactly work for UNICOR.
11  Q. Okay. If you had safety issues, though, was it
12  policy or procedure that you would report them to
13  Mr. Housler?
14  A. I would report it to my supervisor, and I would
15  report it to Mr. Housler, if there was anything.
16  Q. And by your supervisor, you mean Miss Forsyth?
17  A. Miss Forsyth.
18  Q. During your tenure as factory manager at the
19  UNICOR facility, did you ever report any occupational health
20  or safety issues to Ms. Forsyth or Mr. Housler?
21  A. The only one that I reported was the one that
22  Mr. English wrote about with Mr. Bevevino.
23  Q. And to whom did you report that?
24  A. I reported it to Miss Forsyth.
25  Q. Did you discuss it with Mr. Housler?

Page 9

1   A.  Not that I can remember.
2   Q.  And in your own words, what was the nature of the
3   issue that Mr. English reported to you regarding
4   Mr. Bevevino?
5   A.  Well, that he had -- that OSHA had come in on --
6   like around April 16th, and they were looking for certain
7   MSDS sheets in our MSDS book, and they couldn't find them in
8   the right place. So Mr. English talked to Mr. Bevevino when
9   he came in that night and told them that they couldn't find
10  them, and he said that Mr. Bevevino got very defensive, and
11  that you guys were all pussies around here, and if you guys
12  aren't going to do something about it, I am.
13  Q.  Was it related to you by Mr. English that
14  Mr. Bevevino had concerns about materials being released
15  from Micore board when it was being used in the facility?
16  A.  I don't know if he specifically said Micore board
17  or not. He just said there's materials here that have
18  carcinogenic in it.
19  Q.  And after Mr. English reported that information to
20  you, did you convey it to Ms. Forsyth?
21  A.  I think Mr. English conveyed it to both of us in a
22  memo.
23  Q.  And did you discuss it with Miss Forsyth?
24  A.  I would have discussed it with Miss Forsyth.
25  Q.  And what did she say in response to the

Page 10

1   information?
2   A.  I don't remember specifically.
3   Q.  Did you report that information to Ms. Forsyth
4   shortly after Mr. English conveyed it to you?
5   A.  I think Mr. English had given Miss Forsyth a memo,
6   so she would have had it also.
7   Q.  Did you discuss that information with Ms. Forsyth
8   shortly after you received the memo from Mr. English?
9   A.  I possibly could have. I don't remember it
10  offhand.
11  Q.  You don't remember the timing?
12  A.  No.
13  Q.  Do you remember any of the substance of your
14  conversation with Ms. Forsyth regarding the information
15  conveyed by Mr. English, either verbally or in the form of a
16  memo?
17  A.  No.
18  Q.  When the UNICOR facility at FCI McKean
19  manufactured furniture products --
20  A.  Um-hum.
21  Q.  -- it utilized materials known as Micore board --
22  A.  Yes.
23  Q.  -- is that correct?
24  A.  Yes.
25  Q.  And the inmates within the facility would work,

Page 11

1   regularly work with that Micore board, would they not?
2   A.  Certain areas would.
3   Q.  Sawing and cutting of Micore board took place
4   within the facility?
5   A.  Yes, it did.
6   Q.  Did you ever observe those operations while you
7   were plant manager?
8   A.  Well --
9   Q.  Factory manager.
10  A.  Sometimes I would be walking through the factory
11  and --
12  Q.  Do you have an office?
13  A.  Yes.
14  Q.  Where was that located?
15  A.  Up in the mezzanine, above the factory floor.
16  Q.  And how often were you present on the factory
17  floor itself?
18  A.  I'd try to get down to the floor a couple times a
19  day. Usually first thing in the morning when I got there,
20  I'd try to go around and see what the night shift might have
21  done. And then probably sometime after lunch I would try to
22  get down, if I had enough time.
23  Q.  Did your responsibilities include monitoring
24  production and schedules and the like?
25  A.  Yes.

Page 12

1   Q.  On the occasions that you were present on the
2   factory floor, you did periodically see inmates cutting the
3   Micore board?
4   A.  Yes.
5   Q.  All right. On the occasions that you observed
6   inmates cutting the Micore board, did you notice how many
7   boards at a time they would cut?
8   A.  I think they could cut anywhere from one to four
9   boards, depending on the thickness that they would cut,
10  depending on -- we had two different sizes of Micore that we
11  used different times throughout the --
12  Q.  So the number of boards would vary?
13  A.  Yes.
14  Q.  And when you observed the inmates cutting the
15  Micore board, were the inmates wearing any type of a mask?
16  A.  Some of them would wear a dust mask, if they
17  wanted it.
18  Q.  You say "if they wanted it". What do you mean by
19  that?
20  A.  It was optional. If they wanted it. Because we
21  had a dust-collection system.
22  Q.  The inmates were not required to wear a mask? It
23  was purely their option?
24  A.  No, I think OSHA, after they came in, they said
25  they could recommend that they could wear a mask.

3 (Pages 9 to 12)

Page 13

1  Q. What about goggles? Were they required to wear
2  goggles?
3  A. They are supposed to wear safety glasses,
4  steel-toed shoes, and in certain places, hearing protection.
5  Q. By safety glasses, I'm contrasting that with
6  goggles that form-fit around the eye. These were just the
7  standard safety glasses, plastic, that would sit on the
8  face?
9  A. Yes.
10  Q. All right. Prior to OSHA's inspection, which I
11  believe commenced in or around April of 2003, what did you
12  know about Micore board?
13  A. Probably not a lot of it.
14  Q. Did you receive any training regarding the
15  composition of Micore board?
16  A. No.
17  Q. In your observations of inmates working with
18  Micore board, particularly in a sawing type of operation,
19  did you notice that that operation generated dust?
20  A. I never saw any dust.
21  Q. You never saw any dust from the cutting of Micore
22  board?
23  A. Not when I was around there, no.
24  Q. Did you ever see dust on the clothing of an
25  inmate?

Page 14

1  A. No.
2  Q. How about on the table saw itself?
3  A. There could be possibly some dust, but not very
4  much.
5  Q. Did you ever see inmates sweeping up dust from the
6  floor around the tables?
7  A. Yeah, they would be sweeping.
8  Q. Okay. And when they would sweep it up, would they
9  put it into piles?
10  A. They could sweep it into piles and put it in the
11  dumpster.
12  Q. Where did you think that dust was coming from?
13  A. Could be coming from particle board, could be
14  coming from Micore, I guess.
15  Q. And did you ever see dust in the hair, on the face
16  of an inmate?
17  A. No.
18  Q. Did you ever see inmates using the pneumatic or
19  air pressure devices to blow the dust off of equipment or
20  themselves?
21  A. No, I didn't. But the foremen told me they could
22  blow dust from underneath some of the bigger machines.
23  Q. What about on top of the machines? Could they do
24  that?
25  A. I never saw them doing it, no.

Page 15

1  Q. Do you have any reason to believe that that
2  occurred?
3  A. I imagine it could have occurred, yes.
4  Q. There was no -- you're not aware of any policy
5  prohibiting that, are you?
6  A. No. I don't think they were supposed to, but I
7  don't think there was anything in policy.
8  Q. What about blowing dust off of their clothing?
9  Was there any policy in place to prohibit that?
10  A. They weren't supposed to, but I never saw it.
11  Q. Did you ever sit in on any training sessions or
12  attend any training sessions where there was a discussion
13  that that was not appropriate?
14  A. Not that I can remember.
15  Q. Did you ever review the MSDS sheet for Micore
16  board?
17  A. Yes.
18  Q. When is the first time that you reviewed the MSDS
19  sheet for Micore board?
20  A. When there was a complaint about it.
21  Q. When was there a complaint?
22  A. When Michael Hill complained.
23  Q. Do you recall the year that that occurred?
24  A. It would have been right around the OSHA time.
25  Q. Prior to Michael Hill's complaint, had you

Page 16

1  reviewed the MSDS sheet for Micore board?
2  A. No.
3  Q. Prior to Michael Hill's complaint, what, if
4  anything, did you know regarding any health hazards or
5  health effects associated with silica dust, Perlite, or any
6  other material that could be generated from the cutting of
7  Micore board?
8  A. Can you state that again? I missed the first
9  part.
10  Q. Sure. What knowledge did you have, if any,
11  regarding any health hazards or health effects associated
12  with Micore board prior to Mr. Hill's Complaint?
13  A. Just whatever I would hear on TV or something
14  about silica dust.
15  Q. You understood at least generally that silica dust
16  could cause health problems?
17  A. Yes.
18  Q. And you were aware, were you not, that silica dust
19  was one of the by-products from cutting Micore board,
20  weren't you?
21  A. Yes. After reading the report, yes.
22  Q. Did you know that silica dust was a by-product of
23  Micore board prior to the OSHA inspection?
24  A. No.
25  Q. Prior to Mr. Hill's complaint, had there been any

Page 17

1 complaints regarding dust, air quality, or anything
2 associated with Micore board?
3   A.  There was a complaint. I believe it was an
4 anonymous complaint back in 2001.
5   Q.  Do you know who originated the complaint back in
6 2001?
7   A.  No idea.
8   Q.  After the complaint in 2001, and before the OSHA
9 inspections, did you review any of the MSDS sheets?
10  A.  Before when?
11  Q.  Between the Complaint that was received in 2001
12 and the OSHA inspection in 2003, did you review any MSDS
13 sheets?
14  A.  No.
15  Q.  Am I correct that to your knowledge, the UNICOR
16 facility did not provide any training to inmates regarding
17 any potential health hazards associated with the cutting of
18 Micore board?
19  A.  Not that I can remember.
20  Q.  The use of masks in the facility, that was purely
21 optional on the part of the --
22  A.  Yes. They were available to anybody that wanted
23 one.
24  Q.  But it was purely their option, was it not?
25  A.  Yes.

Page 18

1   Q.  And am I correct that there was no training
2 provided to inmates regarding the circumstances under which
3 they might want to use a mask?
4   A.  That would also be in our safety videos or through
5 the foremen themselves.
6   Q.  But, to your knowledge, there was nothing in the
7 safety videos dealing with when to use a mask and when not
8 to, was there?
9   A.  I don't know. I didn't watch a lot of videos. I
10 was usually working, and they are showing them every month.
11  Q.  So if that's in there, you're not personally aware
12 of it.
13  A.  No.
14  Q.  And you have no personal knowledge of any
15 supervisor providing any training regarding when an inmate
16 would want to utilize a mask during operations at UNICOR.
17 Is that a correct statement?
18  A.  Yes.
19  Q.  Were there any policies in place at UNICOR
20 regarding requirements for clothing?
21  A.  Requirements for clothing?
22  Q.  Um-hum.
23  A.  They had to wear tight-fitting clothing.
24  Q.  To avoid --
25  A.  Around -- working around machinery.

Page 19

1   Q.  So loose-fitting clothing could get caught in the
2 operational part of the machine --
3   A.  Yes.
4   Q.  -- and pull the person's arm into --
5   A.  Yes.
6   Q.  Okay. Other than that, were there any other
7 requirements for clothing?
8   A.  No, not that I can think of.
9   Q.  Are you familiar with a material known as Lokweld
10 860/861?
11  A.  Yes.
12  Q.  Okay. What is your understanding as far as that
13 substance?
14  A.  It's a glue we use for our post forming line.
15  Q.  And in what area or areas of the UNICOR facility
16 was Lokweld utilized?
17  A.  In our midwest -- midwest post forming machine.
18  Q.  Where is that located?
19  A.  It was located right below the mezzanine on the
20 factory floor.
21  Q.  And explain to me how the Lokweld was utilized in
22 the post forming operation with that machine.
23  A.  We had drums, 55-gallon drums, and we kept them in
24 a flammable cabinet. And it was pumped from there into the
25 spray booth, where automatic heads sprayed the glue onto the

Page 20

1 particle board and onto the laminate. And then it would go
2 through a drying tunnel, and then they would put the piece
3 of laminate on top of the particle board and send it down
4 the line, put it through a pinch roller, where it would
5 pinch the two together, and it would go down the line
6 further, and then there would be a -- heaters in the post
7 forming part of the machine where it would bend the laminate
8 around the edge of the particle board. It was a rounded
9 edge.
10  Q.  Was Lokweld used in any other area of the
11 facility?
12  A.  It was used in another part of the factory.
13 Special projects area.
14  Q.  How was it utilized there?
15  A.  We would make furniture for different parts of the
16 institution, and they would get some of the Lokweld and put
17 it in -- a small amount in a five-gallon bucket, and they
18 would take a roller and roll it onto the laminate or -- and
19 glue it onto the particle board that way.
20  Q.  So the Lokweld would be transferred to a
21 five-gallon bucket, and then that five-gallon bucket would
22 be positioned in the special projects area?
23  A.  Yes.
24  Q.  And how did the inmates apply the Lokweld? Did
25 they take a brush, dip it in the bucket?

Page 21

1   A.   Took a roller, usually a small roller, dipped it
2   in the bucket, then rolled it onto the laminate or onto the
3   particle board.
4   Q.   Was there any requirement that inmates use any
5   type of a mask in that operation?
6   A.   No.
7   Q.   To your knowledge, was there any specific training
8   provided regarding the use of Lokweld?
9   A.   No.
10  Q.   Did you ever have any conversations with Robin
11  Bevevino regarding air quality, Micore board, or Lokweld?
12  A.   No. The only thing was that memo that Mr. English
13  did.
14  Q.   And by "that memo", let me just have you identify
15  that.
16      (Discussion held off the record.)
17  Q.   I'm going to show you what was previously marked
18  as Housler Deposition Exhibit 2. And tell me if that's the
19  memo to which you're referring. And for clarification --
20  A.   The date is not right.
21  Q.   The date is wrong?
22  A.   Yeah, the date is wrong.
23  Q.   That memo, am I correct, would have been dated
24  sometime in April of 2003?
25  A.   Yes.

Page 22

1   Q.   All right. And as I understand it from counsel,
2   what happens is when that memo is reprinted from the
3   computer system, there's an automatic date update. That's
4   why you're seeing a 2006 date.
5       So with that clarification and that correction, is
6   that the memo --
7   A.   Yes.
8   Q.   -- that you're referring to?
9   A.   It looks like it, yes.
10  Q.   Okay. Did you personally investigate or look into
11  any of the matters described in the memo that's been marked
12  as Housler Exhibit 2?
13  A.   I would have talked to Miss Forsyth about that,
14  because I know she got one.
15  Q.   And other than discussing this memo with
16  Ms. Forsyth, did you take any further action regarding the
17  content of the memo?
18  A.   With Mr. Bevevino?
19  Q.   With anyone.
20  A.   I ordered -- I called and got new -- new upgraded
21  MSDS sheets on the Micore, the Lokweld, and -- I forget what
22  the other one was now.
23  Q.   There was some other material? Go ahead. If you
24  would like to look at Exhibit 2 to try to refresh your
25  recollection.

Page 23

1   A.   (Witness complies.) I can't think what the other
2   one was right now. I thought there was a third one. It
3   might come to me.
4   Q.   Okay. In any case, your recollection is that
5   after you received a copy of the memo that's been marked as
6   Housler Exhibit 2, you ordered new MSDS sheets for Micore
7   board and for Lokweld.
8   A.   Yes.
9   Q.   Other than that, did you take any other action?
10  A.   No.
11  Q.   I'm going to show you what was previously marked
12  as Housler Exhibit 1. This is a document received from the
13  U.S. Department of Labor, Occupational Safety and Health
14  Administration. And, actually, there's three pages, I
15  think, to that document. Let me put those together for you.
16  Take a minute and review Housler Exhibit 1 and tell me if
17  you have ever seen that before.
18  A.   (Witness complies.) No, I haven't seen -- this is
19  all together?
20  Q.   Yes.
21  A.   Oh.
22      (Discussion held off the record.)
23  A.   No, I -- I have never seen this.
24  Q.   Take a look at the first page of Housler Exhibit
25  1. You'll see that there's a handwritten narrative there

Page 24

1   describing conditions at the UNICOR facility. And if you'd
2   review that and then tell me if there's anything in that
3   description with which you would disagree factually.
4   A.   (Witness complies.) I don't -- what -- what is
5   that right there (indicating)?
6   Q.   BOP. Bureau of Prisons staff.
7   A.   I didn't -- I never heard about any complaining
8   about any irritation of their eyes or their skin. I mean,
9   we had a dust-collection system in there that would suck
10  everything out of the air that I ever saw.
11  Q.   Do you have any knowledge, Mr. Sapko, of any
12  complaints of skin, eye, or respiratory irritation?
13  A.   No. I never heard anybody complain about it.
14  Until Michael Hill.
15  Q.   You learned of Mr. Hill. Did you learn of any
16  other complaints?
17  A.   There was a few others after Mr. Hill. I think
18  Mr. -- another Mr. Hill, Mr. Ward, and Mr. Kelly.
19  Mr. Siggers.
20  Q.   I understand that there was some air testing done
21  in connection with the OSHA inspection. Do you have any
22  knowledge of that?
23  A.   Some, yes.
24  Q.   What is the extent of your knowledge regarding the
25  air quality testing?

Page 25

1  A. That they came in and didn't really find very
2  much.
3  Q. Prior to the -- let me ask you, do you have any
4  knowledge of any air quality testing prior to 2003, when
5  OSHA inspected?
6  A. Just Microbac Labs in 2001.
7  Q. And that was testing performed after an OSHA
8  complaint?
9  A. I believe it was.
10 Q. Did the staff at UNICOR make an effort to
11 essentially clean up the facility prior to the air quality
12 testing in 2001 and then again in 2003?
13 A. No. No.
14 Q. When did furniture manufacturing end at the UNICOR
15 facility at McKean?
16 A. I think it might have been a year ago.
17 Q. Is the dust control system that was in place at
18 the time furniture was manufactured still there?
19 A. Yes.
20 Q. Is it utilized for the current operations?
21 A. One -- one of them is and one of them is not. We
22 still --
23 Q. Which one is still there and in use?
24 A. I don't know how you want me to describe that.
25 Q. Were there two -- two dust-collection systems?

Page 26

1  A. Yes.
2  Q. Were they identical in design?
3  A. Yes.
4  Q. All right. And now there's only one system in
5  use?
6  A. They are both still there. The one, we took out a
7  lot of the ductwork, but it still can be hooked up and be
8  used.
9  Q. And the other dust-collection system that was in
10 place during furniture manufacturing, it's still there and
11 still being used.
12 A. Yes.
13 Q. All right. Has there been any modification to its
14 design?
15 A. No. Just different ductwork, might be, to put it
16 to different types of machines. We moved machinery around.
17 Q. Okay. Are table saws still used in connection
18 with manufacturing operations?
19 A. There's a table saw, radial arm saw.
20 Q. Okay.
21 (Discussion held off the record.)
22 Q. Who was principally responsible for matters of
23 occupational safety and health at the UNICOR facility? In
24 let's say, you know, 2001 through the end of 2003?
25 A. Steve Housler was the head of the safety

Page 27

1  department.
2  Q. And you indicated that everyone involved in the
3  management there and the staff, they would have had some
4  responsibility for safety and health.
5  A. Yes.
6  Q. All right. Did you ever have any discussions with
7  Ms. Forsyth regarding air quality testing?
8  A. Just -- you mean from the reports from Microbac
9  or --
10 Q. Well, let me ask you the more specific question.
11 Did you ever discuss whether air quality testing should be
12 performed?
13 A. In what time frame? I mean --
14 Q. At any time. But let's --
15 A. No.
16 Q. I'll narrow it between 2001 and the end of 2003.
17 A. I did not, no.
18 Q. Did she ever express any views to you as to
19 whether she thought air quality testing was necessary or
20 appropriate?
21 A. Well, I think once they got the report, anonymous,
22 that went into OSHA, they decided we would have it
23 voluntarily tested.
24 Q. Do you know -- well, I take it you are surmising
25 that. My question is, did you actually discuss that

Page 28

1  matter --
2  A. No.
3  Q. -- with Miss Forsyth?
4  A. No.
5  (Discussion held off the record.)
6  MR. LANZILLO: That's all I have, Mr. Sapko.
7  Thank you.
8
9  CROSS-EXAMINATION
10 BY MR. COLVILLE:
11
12 Q. Mr. Sapko, let me ask you just a couple questions.
13 The memorandum from Mr. English concerning the Bevevino
14 discussion, did that memorandum reach your desk before or
15 after the OSHA investigation of 2003?
16 A. It would have got to me --
17 (Witness asked for clarification by the reporter.)
18 A. I said it would have been after, because
19 Mr. Clabaugh came in on the 16th, and Mr. --
20 Q. So when you were asked about what actions you took
21 or what investigation you did as a result of that,
22 contemporaneously with receiving that memo you had an
23 understanding that OSHA was there investigating the very
24 complaints that are identified in the memorandum.
25 A. Yes.

7 (Pages 25 to 28)

Page 29

1  Q. Okay. And then did you at some point receive a
2  summary of OSHA's investigation, its findings, citations, et
3  cetera?
4  A. Yes, we did. And we posted it in the UNICOR
5  factory so all the inmates could see it.
6  Q. Now, there were a number of citations, and I guess
7  there was also a set of recommendations that OSHA provided
8  to BOP.
9  A. Yes.
10  Q. Were you involved in implementing or making any of
11  the corrections that were -- regarding the citations or the
12  recommendations that OSHA provided?
13  A. Through the staff in our department, we got all of
14  the recommendations completed.
15  Q. It was your understanding of the recommendations
16  that they were required or --
17  A. No, they were only recommendations. OSHA came in
18  and said, you know, everything we were doing was right and
19  these were just recommendations. Some of them -- some of
20  them were to do with the machinery, which I thought OSHA
21  should have taken that to the machine maker.
22  Q. Now, in spite of that, do you know whether or not
23  any of the recommendations were implemented?
24  A. They were all implemented.
25  Q. That's, again, voluntarily.

Page 30

1  A. Voluntarily, yes.
2  Q. Now, with regard to the citations that were
3  issued, concerning their findings or the investigation, do
4  you know of any citation issued that wasn't corrected by
5  BOP?
6  A. No, I do not. No, they were all corrected.
7  Q. At any time prior to Michael Hill coming and
8  complaining to you, did any inmate or staff member ever
9  complain to you about their belief that they were injured
10  while working on the work floor as a result of Micore
11  products or Lokweld products?
12  A. No.
13  Q. Did anybody come to you, staff or inmate, and ask
14  that they be provided with a respirator while working with
15  Lokweld or Micore board?
16  A. No. No one ever came to me.
17  Q. When Michael Hill came to complain to you about --
18  what did he complain to you about?
19  A. He didn't actually complain to me personally. He
20  sent a BP-8, I think, to -- I don't know who it actually
21  went to. But we had a meeting up -- up in one of the units.
22  They called all the -- called the safety department, his
23  unit manager, myself, Miss Fantasky, and we went over his
24  complaint.
25  Q. And was Michael Hill's complaint made before or

Page 31

1  after the OSHA investigation?
2  A. I think it was made after.
3  Q. All right. Do I take it his complaint was the
4  complaint we're all here about today; that he believed he
5  was being exposed to hazardous --
6  A. Yes.
7  Q. -- air quality; Micore product, Lokweld?
8  A. Yes.
9  Q. All right. As a result of those complaints, what
10  did you do?
11  A. At that meeting, I didn't do anything.
12  Mr. Housler did all the talking at that meeting. I was
13  there to give any information that he would have had about
14  UNICOR.
15  Q. What happened ultimately?
16  A. Mr. Housler told him that if you -- you know, he
17  told him we did testing in 2001, and we have a
18  dust-collection system there that is twice the size that we
19  actually need for the factory, and he -- but if he still
20  thought that he had a complaint, that we would take him out
21  of UNICOR until we -- OSHA would come in and do their
22  testing.
23  Q. So then his complaint was before OSHA came in?
24  A. No. It was after OSHA. Because OSHA was going to
25  be coming in.

Page 32

1  Q. I'm not following that. If you told him that he
2  could -- that we would take him off the work floor until
3  OSHA came in and did their testing --
4  A. Because we knew OSHA was coming in to test.
5  Q. Okay. I see.
6  A. And we knew OSHA was coming in to test, and we
7  actually, I think -- a couple days later they told him that
8  he could come back to work, but he did not want to come back
9  to work until he -- until the OSHA tests were in.
10  Q. All right. Ultimately, the OSHA tests were
11  conducted, and we have those results.
12  A. Yes.
13  Q. Were those results shared with Mr. Hill?
14  A. I believe so, yes.
15  Q. And did -- was he offered or allowed to come back
16  at that point?
17  A. Well, yes, after that. But, I mean, he came back
18  before that and wanted to get hired back in UNICOR. And we
19  told him -- I told him that the OSHA report wasn't in. Miss
20  Forsyth later told me that he could come in and work.
21      MR. COLVILLE: That's all I have. Doug, do you
22      have anything?
23      MR. GOLDRING: No, nothing.
24
25      REDIRECT EXAMINATION

Page 33

1  BY MR. LANZILLO:
2
3  Q.  Just a quick follow-up to make sure I'm clear on
4  the sequence here.
5      There was a Complaint to OSHA in 2001, correct?
6  A.  Yes.
7  Q.  Then there was some other complaint prior to OSHA
8  notifying you that they were coming in, in 2003. Correct?
9  A.  I'm not sure. I know there was an anonymous one,
10 but I don't know what the time frame was.
11 Q.  All right. Well, you've got a 2001 complaint, and
12 then there was an OSHA inspection commencing in April of
13 2003. Right?
14 A.  (Witness nods head.)
15 Q.  You have to say yes.
16 A.  Oh. Yes. Sorry.
17 Q.  Is it your understanding that that OSHA inspection
18 was prompted by someone's complaint?
19 A.  Yes.
20 Q.  Okay. And then after you learned that OSHA was
21 coming in to inspect, you received a complaint from Kenny
22 Hill.
23 A.  I think it was Michael Hill.
24 Q.  Michael Hill, excuse me. Michael Hill. Yes.
25 A.  Yes.

Page 34

1  Q.  Okay. And you also received, after that point,
2  complaints from other inmates similar to Michael Hill's
3  complaint.
4  A.  Yes.
5  Q.  Now, in response to one of Mr. Colville's
6  questions, you indicated that the folks at OSHA told you --
7  and this is a quote, I think. Quote, everything we were
8  doing was all right -- or was right, but they had some
9  recommendations to make?
10 A.  They didn't actually tell me that, you know. They
11 just -- there was recommendations. I just thought
12 everything was okay, if they were only recommendations.
13 Q.  Would you agree with me that OSHA issued a number
14 of citations to the facility?
15 A.  Yes.
16 Q.  Many of which were classified as serious
17 violations.
18 A.  What do you mean by "serious"?
19 Q.  That OSHA described a number of violations as
20 serious violations in their report to you. Are you aware of
21 that?
22 A.  I didn't realize they were that serious, no.
23 Q.  Okay. Did you consider any of the violations
24 identified in the OSHA report to be serious violations?
25 A.  Some possibly could be, yes.

Page 35

1  Q.  And certain violations dealing with the lack of a
2  system for notification of hazards associated with products
3  such as Lokweld and Micore board, they were described as
4  "other"? Do you remember that?
5  A.  No.
6  Q.  Okay. When is the last time you reviewed the OSHA
7  report?
8  A.  Probably after we had all of the recommendations.
9      MR. LANZILLO: That's all. Thank you.
10     MR. COLVILLE: No other questions. We'll waive.
11
12     (Deposition concluded at 12:40 p.m.)

Ferguson & Holdnack Reporting, Inc.

a2bb66ee-5d0d-4e85-86d2-a2642e553556

**A**
about 4:15 8:22 9:12 9:14 13:1,12 14:2,23 15:8,20 16:14 22:13 24:7,8,13 28:20 30:9 30:17,18 31:4,13
above 11:15
action 22:16 23:9
actions 3:8 28:20
actually 23:14 27:25 30:19,20 31:19 32:7 34:10
address 4:6
Administration 23:14
affirmative 3:19
after 9:19 10:4,8 11:21 12:24 16:21 17:8 23:5 24:17 25:7 28:15,18 31:1,2,24 32:17 33:20 34:1 35:8
again 16:8 25:12 29:25
ago 25:16
agree 34:13
ahead 22:23
air 14:19 17:1 21:11 24:10,20,25 25:4,11 27:7,11,19 31:7
al 1:3,5
allowed 32:15
ambiguous 3:22
amount 20:17
Andrew 4:5
anonymous 17:4 27:21 33:9
another 20:12 24:18
answer 3:18,20
anybody 17:22 24:13 30:13
anyone 22:19
anything 8:10,15 15:7 16:4 17:1 24:2 31:11 32:22
anywhere 12:8
apply 20:24
appropriate 15:13 27:20
Approximately 4:21
April 9:6 13:11 21:24 33:12
area 6:6 19:15 20:10 20:13,22
areas 11:2 19:15
arm 19:4 26:19
around 9:6,11 11:20 13:6,11,23 14:6 15:24 18:25,25 20:8 26:16
asked 28:17,20

assistant 4:23 5:1
associated 16:5,11 17:2 17:17 35:2
attend 15:12
attended 5:14,21
Attorney 1:19
AUSA 1:18
automatic 19:25 22:3
available 17:22
avoid 18:24
aware 15:4 16:18 18:11 34:20
a.m 1:10

**B**
back 17:4,5 32:8,8,15 32:17,18
baggage 6:15
Basically 6:20
becoming 4:17 5:1
before 1:9 6:9 17:8,10 23:17 28:14 30:25 31:23 32:18
being 5:1 9:14,15 26:11 31:5
belief 30:9
believe 13:11 15:1 17:3 25:9 32:14
believed 31:4
below 19:19
bend 20:7
between 17:11 27:16
Bevevino 8:22 9:4,8,10 9:14 21:11 22:18 28:13
bigger 14:22
blow 14:19,22
blowing 15:8
board 9:15,16 10:21 11:1,3 12:3,6,15 13:12,15,18,22 14:13 15:16,19 16:1,7,12 16:19,23 17:2,18 20:1,3,8,19 21:3,11 23:7 30:15 35:3
boards 12:7,9,12
book 9:7
booth 19:25
BOP 24:6 29:8 30:5
both 3:12 9:21 26:6
BP-8 30:20
Bradford 4:7 5:11 6:23 7:5,10
brush 20:25
bucket 20:17,21,21,25 21:2
Bureau 24:6
by-product 16:22
by-products 16:19

**C**
C 1:18
cabinet 19:24
called 22:20 30:22,22
came 9:9 12:24 25:1 28:19 29:17 30:16,17 31:23 32:3,17
carcinogenic 9:18
carpentry 6:2
case 23:4
caught 19:1
cause 16:16
Central 5:11
certain 9:6 11:2 13:4 35:1
certificate 5:23,24 6:1
cetera 29:3
chart 8:5
Chemical 6:8,13,22 7:3 7:10
chlorination 7:1
Christian 5:11
circumstances 18:2
citation 30:4
citations 29:2,6,11 30:2 34:14
City 6:23 7:5,10
Clabaugh 28:19
clarification 21:19 22:5 28:17
classified 34:16
clean 25:11
clear 3:14 33:3
clearly 3:24
clothing 13:24 15:8 18:20,21,23 19:1,7
college 5:8,9,15,18,21 5:22
Colville 1:18 2:5 28:10 32:21 35:10
Colville's 34:5
come 9:5 23:3 30:13 31:21 32:8,8,15,20
coming 14:12,13,14 30:7 31:25 32:4,6 33:8,21
commenced 13:11
commencing 1:10 33:12
Commonwealth 1:10
community 5:9,22
complain 24:13 30:9,17 30:18,19
complained 15:22
complaining 24:7 30:8
complaint 15:20,21,25 16:3,12,25 17:3,4,5,8 17:11 25:8 30:24,25 31:3,4,20,23 33:5,7

33:11,18,21 34:3
complaints 17:1 24:12 24:16 28:24 31:9 34:2
completed 29:14
complies 23:1,18 24:4
composition 13:15
computer 22:3
concerning 3:10 28:13 30:3
concerns 9:14
concluded 35:12
conditions 3:10 24:1
conducted 32:11
connection 24:21 26:17
consider 34:23
Constructional 6:2
contemporaneously 28:22
content 22:17
contrasting 13:5
control 25:17
conversation 10:14
conversations 21:10
convey 9:20
conveyed 9:21 10:4,15
copy 23:5
Corporation 6:8
correct 10:23 17:15 18:1,17 21:23 33:5,8
corrected 30:4,6
correction 22:5
corrections 29:11
counsel 22:1
couple 11:18 28:12 32:7
court 1:1 3:13
crew 8:3
Cross-examination 2:5 28:9
CRR 1:24
current 4:6 25:20
cut 12:7,8,9
cutting 11:3 12:2,6,14 13:21 16:6,19 17:17
C.A 1:3,3,4,4,5

**D**
D 2:1
date 21:20,21,22 22:3,4
dated 21:23
day 11:19
days 32:7
DC 1:22
dealing 18:7 35:1
Debbie 7:21
December 1:10
decided 27:22
Defendants 1:6,18
defensive 9:10

degree 5:23,24
department 6:23 7:10 7:11 23:13 27:1 29:13 30:22
depending 12:9,10
deposition 1:9 3:9 21:18 35:12
describe 25:24
described 22:11 34:19 35:3
describing 24:1
description 24:3
design 26:2,14
desk 28:14
devices 14:19
different 12:10,11 20:15 26:15,16
dip 20:25
dipped 21:1
direct 2:4 3:4 8:8
directly 7:23
disagree 24:3
discuss 8:25 9:23 10:7 27:11,25
discussed 9:24
discussing 22:15
discussion 15:12 21:16 23:22 26:21 28:5,14
discussions 27:6
DISTRICT 1:1,1
document 23:12,15
doing 14:25 29:18 34:8
done 11:21 24:20
Doug 32:21
Douglas 1:21
down 11:18,22 20:3,5
drums 19:23,23
drying 20:2
ductwork 26:7,15
duly 3:2
dumpster 14:11
during 8:18 18:16 26:10
dust 12:16 13:19,20,21 13:24 14:3,5,12,15 14:19,22 15:8 16:5 16:14,15,18,22 17:1 25:17
dust-collection 12:21 24:9 25:25 26:9 31:18

**E**
E 2:1
each 3:15
edge 20:8,9
education 5:7,20
effects 16:5,11
effort 25:10
either 7:10 10:15

Ferguson & Holdnack Reporting, Inc.

employed 4:8,9,14
employees 7:22
end 3:16 25:14 26:24
    27:16
English 8:22 9:3,8,13
    9:19,21 10:4,5,8,15
    21:12 28:13
enough 4:2 11:22
ensure 3:14
equipment 14:19
Erie 1:3,3,4,4,5,11,17
Esquire 1:15,18,21
essentially 25:11
et 1:3,5 29:2
ever 8:19 11:6 13:24
    14:5,15,18 15:11,15
    21:10 23:17 24:10
    27:6,11,18 30:8,16
every 18:10
Everybody 7:19
everyone 27:2
everything 24:10 29:18
    34:7,12
exactly 8:10
examination 2:4,6 3:4
    32:25
Except 8:1
excuse 33:24
Exhibit 21:18 22:12,24
    23:6,12,16,24
explain 19:21
exposed 31:5
express 27:18
extent 5:7 24:24
eye 13:6 24:12
eyes 24:8

F
face 13:8 14:15
facility 3:10 8:5,19
    9:15 10:18,25 11:4
    17:16,20 19:15 20:11
    24:1 25:11,15 26:23
    34:14
factory 4:19,20,22,23
    5:2 7:14 8:6,18 11:9
    11:10,15,16 12:2
    19:20 20:12 29:5
    31:19
factually 24:3
fair 4:1
familiar 19:9
Fantasky 30:23
far 19:12
FCI 3:11 4:10,14 6:5,9
    7:15 8:5 10:18
Federal 1:21
Ferguson 1:9,24,25
few 24:17
filtration 7:1

finally 3:23
find 9:7,9 25:1
findings 29:2 30:3
first 1:22 3:1 11:19
    15:18 16:8 23:24
fit 8:4
five 7:4
five-gallon 20:17,21,21
flammable 19:24
floor 8:1 11:15,17,18
    12:2 14:6 19:20
    30:10 32:2
folks 34:6
following 32:1
follows 3:2
follow-up 33:3
foremen 8:1 14:21 18:5
forget 22:21
form 10:15
formal 7:9
forming 19:14,17,22
    20:7
form-fit 13:6
Forsyth 7:21 8:16,17
    8:20,24 9:20,23,24
    10:3,5,7,14 22:13,16
    27:7 28:3 32:20
four 12:8
frame 27:13 33:10
from 5:10,12 9:15 10:8
    12:8 13:21 14:5,12
    14:13,14,22 16:6,19
    19:24 22:1,2 23:12
    27:8,8 28:13 33:21
    34:2
full 4:4
full-time 7:8
furniture 10:19 20:15
    25:14,18 26:10
further 20:6 22:16

G
generally 16:15
generated 13:19 16:6
give 31:13
given 10:5
glasses 13:3,5,7
glue 19:14,25 20:19
go 5:17 11:20 20:1,5
    22:23
goggles 13:1,2,6
going 3:18,20 9:12
    21:17 23:11 31:24
Goldring 1:21 32:23
Gordon 4:7
Gornall 1:11,16
graduate 5:10,12
Grant 1:19
guess 14:14 29:6
guys 9:11,11

H
hair 14:15
half 4:15
handwritten 23:25
happened 31:15
happens 22:2
happy 4:1
Haven 5:18
having 3:1
hazardous 31:5
hazards 16:4,11 17:17
    35:2
head 3:16 26:25 33:14
heads 19:25
health 6:6,17 7:9,18
    8:19 16:4,5,11,11,16
    17:17 23:13 26:23
    27:4
hear 3:24 16:13
heard 24:7,13
hearing 13:4
heaters 20:6
held 4:11 21:16 23:22
    26:21 28:5
high 5:8,10,11,12
Hill 1:3 15:22 24:14,15
    24:17,18 30:7,17
    32:13 33:22,23,24,24
Hill's 15:25 16:3,12,25
    30:25 34:2
him 31:16,17,20 32:1,2
    32:7,19,19
hired 32:18
hold 4:24
Holdnack 1:25
hooked 26:7
Housler 8:4,7,13,15,20
    8:25 21:18 22:12
    23:6,12,16,24 26:25
    31:12,16
huh-uh 3:21

I
idea 17:7
identical 26:2
identified 28:24 34:24
identify 21:14
imagine 15:3
immediate 7:20
implemented 29:23,24
implementing 29:10
importantly 3:23
Inc 1:25
include 11:23
incomplete 3:17
indicated 5:14 27:2
    34:6
indicating 24:5
industries 1:21 4:10,12

    4:18 5:4
information 9:19 10:1
    10:3,7,14 31:13
injured 30:9
inmate 13:25 14:16
    18:15 30:8,13
inmates 10:25 12:2,6
    12:14,15,22 13:17
    14:5,18 17:16 18:2
    20:24 21:4 29:5 34:2
inspect 33:21
inspected 25:5
inspection 13:10 16:23
    17:12 24:21 33:12,17
inspections 17:9
institution 20:16
investigate 22:10
investigating 28:23
investigation 28:15,21
    29:2 30:3 31:1
involved 27:2 29:10
irritation 24:8,12
issue 9:3
issued 30:3,4 34:13
issues 8:9,11,20

J
J 1:5
Janis 1:9,24 3:13,16
job 4:18 7:14
jobs 6:7
JOHN 1:5
joined 6:9
joining 6:5
just 8:9 9:17 13:6 16:13
    21:14 25:6 26:15
    27:8 28:12 29:19
    33:3 34:11,11

K
K 3:1
Kelly 24:18
Kenny 33:21
kept 19:23
kind 8:9
knew 32:4,6
know 3:25 9:16 13:12
    16:4,22 17:5 18:9
    22:14 25:24 26:24
    27:24 29:18,22 30:4
    30:20 31:16 33:9,10
    34:10
knowledge 16:10 17:15
    18:6,14 21:7 24:11
    24:22,24 25:4
known 10:21 19:9
Knox 1:11,16

L
L 1:9,24

Labor 23:13
laborer 6:25
laborer's 6:20
Labs 25:6
lack 35:1
LAMANNA 1:5
laminate 20:1,3,7,18
    21:2
Lanzillo 1:15 2:4,6 3:5
    3:7 28:6 33:1 35:9
last 35:6
later 32:7,20
learn 24:15
learned 24:15 33:20
least 16:15
let 3:25 21:14 23:15
    25:3 27:10 28:12
let's 26:24 27:14
like 3:21 9:6 11:24 22:9
    22:24
line 19:14 20:4,5
little 7:4
located 11:14 19:18,19
Lock 5:18
Lokweld 19:9,16,21
    20:10,16,20,24 21:8
    21:11 22:21 23:7
    30:11,15 31:7 35:3
long 4:11,14,20,24 7:3
    7:5
longest 7:6
look 22:10,24 23:24
looking 9:6
looks 22:9
loose-fitting 19:1
lot 13:13 18:9 26:7
lunch 11:21

M
M 3:1
machine 19:2,17,22
    20:7 29:21
machinery 18:25 26:16
    29:20
machines 14:22,23
    26:16
made 30:25 31:2
make 7:19 20:15 25:10
    33:3 34:9
maker 29:21
making 29:10
management 27:3
manager 4:19,20,22,23
    5:2 7:15 8:6,18 11:7
    11:9 30:23
manufactured 10:19
    25:18
manufacturing 25:14
    26:10,18
many 12:6 34:16

marked 21:17 22:11 23:5,11
Martin 1:9 2:3 4:5
mask 12:15,16,22,25 18:3,7,16 21:5
masks 17:20
material 16:6 19:9 22:23
materials 7:16 9:14,17 10:21
matter 5:25 28:1
matters 22:11 26:22
McKean 3:11 4:10,14 6:5,10 7:15 8:5 10:18 25:15
McLaughlin 1:11,16
mean 8:16 12:18 24:8 27:8,13 32:17 34:18
meeting 30:21 31:11,12
member 30:8
memo 9:22 10:5,8,16 21:12,14,19,23 22:2 22:6,11,15,17 23:5 28:22
memorandum 28:13,14 28:24
mezzanine 11:15 19:19
Michael 1:3,18 15:22 15:25 16:3 24:14 30:7,17,25 33:23,24 33:24 34:2
Micore 9:15,16 10:21 11:1,3 12:3,6,10,15 13:12,15,18,21 14:14 15:15,19 16:1,7,12 16:19,23 17:2,18 21:11 22:21 23:6 30:10,15 31:7 35:3
Microbac 25:6 27:8
midwest 19:17,17
might 11:20 18:3 23:3 25:16 26:15
minute 23:16
miss 3:16 8:16,17,24 9:23,24 10:5 22:13 28:3 30:23 32:19
missed 16:8
modification 26:13
monitoring 11:23
month 18:10
more 27:10
morning 11:19
most 3:23
mostly 6:25
moved 26:16
MSDS 9:7,7 15:15,18 16:1 17:9,12 22:21 23:6
much 14:4 25:2
myself 30:23

**N**
N 2:1 3:1
name 3:7 4:4
narrative 23:25
narrow 27:16
nature 9:2
necessary 27:19
need 31:19
negative 3:20
never 13:20,21 14:25 15:10 23:23 24:7,13
new 22:20,20 23:6
night 8:2,2 9:9 11:20
nods 33:14
Notary 1:9
nothing 18:6 32:23
notice 12:6 13:19
notification 35:2
notifying 33:8
number 12:12 29:6 34:13,19
NW 1:22

**O**
O 3:1
observations 13:17
observe 11:6
observed 12:5,14
occasions 12:1,5
occupational 6:17 7:18 8:19 23:13 26:23
occurred 15:2,3,23
off 7:6 14:19 15:8 21:16 23:22 26:21 28:5 32:2
offered 32:15
offhand 10:10
office 1:19 11:12
offices 1:10
often 3:21 11:16
Oh 23:21 33:16
oil 6:15
okay 8:11 14:8 19:6,12 22:10 23:4 26:17,20 29:1 32:5 33:20 34:1 34:12,23 35:6
once 27:21
one 5:8,14 6:7 8:21,21 12:8 16:19 17:23 22:14,22 23:2,2 25:21,21,21,23 26:4 26:6 30:16,21 33:9 34:5
only 8:21 21:12 26:4 29:17 34:12
onto 19:25 20:1,18,19 21:2,2
operated 7:1
operation 13:18,19
19:22 21:5
operational 19:2
operations 11:6 18:16 25:20 26:18
opposed 3:15
option 12:23 17:24
optional 12:20 17:21
ordered 22:20 23:6
ordering 7:16
organizational 8:5
originated 17:5
OSHA 9:5 12:24 15:24 16:23 17:8,12 24:21 25:5,7 27:22 28:15 28:23 29:7,12,17,20 31:1,21,23,24,24 32:3,4,6,9,10,19 33:5 33:7,12,17,20 34:6 34:13,19,24 35:6
OSHA's 13:10 29:2
other 6:7,7 16:6 19:6,6 20:10 22:15,22,23 23:1,9,9 24:16 26:9 33:7 34:2 35:4,10
others 24:17
out 24:10 26:6 31:20
over 4:15 7:4 30:23
own 9:2

**P**
P 3:1
PA 1:17,20
packaging 6:15
page 23:24
pages 23:14
part 16:9 17:21 19:2 20:7,12
particle 14:13 20:1,3,8 20:19 21:3
particularly 13:18
parts 20:15
part-time 7:7
PC 1:11,16
Pennsylvania 1:1,10,11 4:7
performed 25:7 27:12
periodically 12:2
Perlite 16:5
personal 18:14
personally 18:11 22:10 30:19
person's 19:4
phrased 3:25
phrases 3:21
physical 5:20
piece 20:2
piles 14:9,10
pinch 20:4,5
Pittsburgh 1:20
place 7:19 9:8 11:3
15:9 18:19 25:17 26:10
places 13:4
Plaintiff 1:3
Plaintiffs 1:15 3:8
plant 6:15 11:7
plastic 13:7
please 4:4
pneumatic 14:18
point 29:1 32:16 34:1
policies 18:19
policy 8:12 15:4,7,9
position 4:11,24 5:2,4 6:14,20,24
positioned 20:22
possibly 7:12 10:9 14:3 34:25
post 19:14,17,22 20:6
posted 29:4
potential 17:17
present 11:16 12:1
presently 4:8,9
pressure 14:19
previously 21:17 23:11
primarily 3:10
principally 26:22
prior 4:17,22 5:1 6:5 6:11,22 13:10 15:25 16:3,12,23,25 25:3,4 25:11 30:7 33:7
Prison 1:21
Prisons 24:6
probably 6:7 11:21 13:13 35:8
problems 16:16
procedure 8:12
product 31:7
production 7:16 11:24
products 6:16 10:19 30:11,11 35:2
program 6:3
prohibit 15:9
prohibiting 15:5
projects 20:13,22
promotion 5:5
prompted 33:18
protection 13:4
provide 17:16
provided 18:2 21:8 29:7,12 30:14
providing 18:15
Public 1:9
pull 19:4
pumped 19:24
purely 12:23 17:20,24
pussies 9:11
put 14:9,10 20:2,4,16 23:15 26:15
p.m 35:12

**Q**
quality 17:1 21:11 24:25 25:4,11 27:7 27:11,19 31:7
question 3:18,24 4:1 27:10,25
questions 3:9,12,15 28:12 34:6 35:10
quick 33:3
quote 34:7,7

**R**
R 3:1
radial 26:19
reach 28:14
reading 16:21
realize 34:22
really 7:12 25:1
reason 15:1
recall 15:23
receive 5:23 6:5 13:14 29:1
received 10:8 17:11 23:5,12 33:21 34:1
receiving 6:16 28:22
recollection 22:25 23:4
recommend 12:25
recommendations 29:7 29:12,14,15,17,19,23 34:9,11,12 35:8
record 3:22 21:16 23:22 26:21 28:5
Redirect 2:6 32:25
referring 21:19 22:8
refresh 22:24
regard 30:2
regarding 9:3 10:14 13:14 16:4,11 17:1 17:16 18:2,15,20 21:8,11 22:16 24:24 27:7 29:11
regularly 11:1
related 3:8 9:13
relative 7:17 8:4
released 9:14
remember 7:11,12 9:1 10:2,9,11,13 15:14 17:19 35:4
repeat 4:1
rephrase 4:1
report 8:12,14,15,19 8:23 10:3 16:21 27:21 32:19 34:20,24 35:7
reported 1:24 7:22 8:21,24 9:3,19
reporter 3:13 28:17
reporting 1:25 8:8
reports 27:8

represent 3:7
reprinted 22:2
required 12:22 13:1
  29:16
requirement 21:4
requirements 18:20,21
  19:7
respirator 30:14
respiratory 24:12
respond 3:15
response 9:25 34:5
responses 3:12
responsibilities 7:14,17
  11:23
responsibility 27:4
responsible 6:17 26:22
result 28:21 30:10 31:9
results 32:11,13
review 15:15 17:9,12
  23:16 24:2
reviewed 15:18 16:1
  35:6
Rich 3:7
Richard 1:15
right 6:11 9:8 12:5
  13:10 15:24 19:19
  21:20 22:1 23:2 24:5
  26:4,13 27:6 29:18
  31:3,9 32:10 33:11
  33:13 34:8,8
Robin 21:10
roll 20:18
rolled 21:2
roller 20:4,18 21:1,1
rounded 20:8
RPR 1:24

_____

S

S 3:1
safe 7:19
safety 6:6,18 7:9,18 8:9
  8:11,20 13:3,5,7 18:4
  18:7 23:13 26:23,25
  27:4 30:22
Sapko 1:9 2:3 3:7 4:5
  24:11 28:6,12
saw 13:20,21 14:2,25
  15:10 24:10 26:19,19
sawing 11:3 13:18
saws 26:17
scheduled 3:9
schedules 11:24
scheduling 7:16
school 5:8,10,11,12
see 11:20 12:2 13:24
  14:5,15,18 23:25
  29:5 32:5
seeing 22:4
seen 23:17,18,23
send 20:3

Sennett 1:11,16
sent 30:20
sequence 33:4
serious 34:16,18,20,22
  34:24
sessions 15:11,12
set 29:7
seven 4:21 7:7
shaking 3:16
shared 32:13
sheet 15:15,19 16:1
sheets 9:7 17:9,13
  22:21 23:6
shift 8:2,3 11:20
shipping 6:16
shoes 13:4
shortly 10:4,8
show 21:17 23:11
showing 18:10
Siggers 24:19
silica 16:5,14,15,18,22
similar 34:2
Since 4:21
sir 4:3
sit 13:7 15:11
size 31:18
sizes 12:10
skin 24:8,12
small 20:17 21:1
some 3:9 7:7,7 12:16
  14:3,22 20:16 22:23
  24:20,23 27:3 29:1
  29:19,19 33:7 34:8
  34:25
someone's 33:18
something 9:12 16:13
sometime 11:21 21:24
Sometimes 11:10
Sorry 33:16
special 20:13,22
specific 21:7 27:10
specifically 9:16 10:2
spite 29:22
spray 19:25
sprayed 19:25
staff 24:6 25:10 27:3
  29:13 30:8,13
standard 13:7
state 4:4 5:18 16:8
statement 18:17
States 1:1,19
steel-toed 13:4
Steve 26:25
still 25:18,22,23 26:6,7
  26:10,11,17 31:19
Street 1:11,16,19,22
  4:7
study 5:19
subject 5:25
substance 10:13 19:13

suck 24:9
Suite 1:19
summary 29:2
superintendent 4:10,12
  4:17 5:4
supervisor 5:3 7:20 8:2
  8:14,16 18:15
supposed 13:3 15:6,10
sure 7:19 16:10 33:3,9
surmising 27:24
sweep 14:8,10
sweeping 14:5,7
sworn 3:2
system 7:1,2 12:21 22:3
  24:9 25:17 26:4,9
  31:18 35:2
systems 25:25

_____

T

T 3:1
table 14:2 26:17,19
tables 14:6
take 20:18,25 22:16
  23:9,16,24 27:24
  31:3,20 32:2
taken 1:9 29:21
talked 9:8 22:13
talking 31:12
tell 21:18 23:16 24:2
  34:10
tenure 8:18
test 32:4,6
tested 27:23
testified 3:2
TESTIMONY 2:3
testing 24:20,25 25:4,7
  25:12 27:7,11,19
  31:17,22 32:3
tests 32:9,10
Thank 28:7 35:9
their 12:23 15:8 17:24
  24:8,8 30:3,9 31:21
  32:3 34:20
themselves 14:20 18:5
thickness 12:9
thing 11:19 21:12
things 6:25
think 4:15,25 7:4,6
  9:21 10:5 12:8,24
  14:12 15:6,7 19:8
  23:1,15 24:17 25:16
  27:21 30:20 31:2
  32:7 33:23 34:7
third 23:2
though 8:11
thought 23:2 27:19
  29:20 31:20 34:11
three 4:25 23:14
through 11:10 18:4
  20:2,4 26:24 29:13

throughout 12:11
tight-fitting 18:23
time 3:23 11:22 12:7
  15:18,24 25:18 27:13
  27:14 30:7 33:10
  35:6
times 11:18 12:11
timing 10:11
title 4:18,22
today 3:9 31:4
together 20:5 23:15,19
told 9:9 14:21 31:16,17
  32:1,7,19,19,20 34:6
top 14:23 20:3
training 6:6 7:9 13:14
  15:11,12 17:16 18:1
  18:15 21:7
transcribed 3:13
transcript 3:14,17
transferred 20:20
try 11:18,20,21 22:24
Tuesday 1:10
tunnel 20:2
TV 16:13
twice 31:18
two 4:13 12:10 20:5
  25:25,25
two-year 6:3
type 12:15 13:18 21:5
types 26:16

_____

U

uh-huh 3:21
ultimately 3:13 31:15
  32:10
Um-hum 10:20 18:22
under 18:2
underneath 14:22
understand 3:24 22:1
  24:20
understanding 19:12
  28:23 29:15 33:17
understood 16:15
UNICOR 1:21 3:10 8:5
  8:10,19 10:18 17:15
  18:16,19 19:15 24:1
  25:10,14 26:23 29:4
  31:14,21 32:18
unit 30:23
United 1:1,19
units 30:21
until 24:14 31:21 32:2
  32:9,9
update 22:3
upgraded 22:20
use 3:19,20 17:20 18:3
  18:7 19:14 21:4,8
  25:23 26:5
used 9:15 12:11 20:10
  20:12 26:8,11,17

using 14:18
usually 11:19 18:10
  21:1
utilize 18:16
utilized 10:21 19:16,21
  20:14 25:20
U.S 23:13

_____

V

v 1:4
Variety 6:25
various 3:8
vary 12:12
verbally 3:15 10:15
very 9:10 14:3 25:1
  28:23
videos 18:4,7,9
views 27:18
violations 34:17,19,20
  34:23,24 35:1
vocational 5:9,21
voluntarily 27:23
  29:25 30:1

_____

W

W 1:3
waive 35:10
walking 11:10
want 18:3,16 25:24
  32:8
wanted 12:17,18,20
  17:22 32:18
Ward 24:18
warehouse 5:3
Washington 1:22
wasn't 30:4 32:19
watch 18:9
water 6:23 7:1,2,5,10
  7:11
way 3:25 20:19
wear 12:16,22,25 13:1
  13:3 18:23
wearing 12:15
weeks 4:13
well 8:2 9:5 11:8 27:10
  27:21,24 32:17 33:11
went 5:9 27:22 30:21
  30:23
were 4:20 5:19 6:18
  7:14,25 8:6 9:6,11
  11:7,16 12:1,15,22
  13:1,6 15:6 16:18,18
  17:22 18:19 19:6
  25:25 26:2 28:20
  29:6,10,11,16,17,18
  29:19,20,23,24 30:2
  30:6,9 32:9,10,13
  33:8 34:7,12,16,22
  35:3
weren't 6:17 15:10

| | |
|---|---|
| 16:20<br>**West** 1:11,16 4:7<br>**WESTERN** 1:1<br>**We'll** 35:10<br>**we're** 31:4<br>**while** 11:6 30:10,14<br>**Williamsport** 5:22<br>**Witco** 6:8,12,13,13,22<br>   7:3,10,12<br>**Witness** 23:1,18 24:4<br>   28:17 33:14<br>**word** 3:19,20<br>**words** 3:21 9:2<br>**work** 6:9,22 7:3,5 8:10<br>   10:25 11:1 30:10<br>   32:2,8,9,20<br>**worked** 6:15,23 7:6<br>**working** 13:17 18:10<br>   18:25 30:10,14<br>**wrong** 21:21,22<br>**wrote** 8:22 | 25:4,12 26:24 27:16<br>   28:15 33:8,13<br>**2006** 1:10 22:4<br>**20534** 1:22<br>**28** 2:5<br><br>**— 3 —**<br>**3** 2:4<br>**32** 2:6<br><br>**— 4 —**<br>**400** 1:22<br>**4000** 1:19<br><br>**— 5 —**<br>**55-gallon** 19:23<br><br>**— 6 —**<br>**603** 4:7<br><br>**— 7 —**<br>**700** 1:19 |
| **— X —**<br>**X** 2:1 | **— 8 —**<br>**860/861** 19:10 |
| **— Y —**<br>**Yeah** 6:9 8:8 14:7<br>   21:22<br>**year** 5:8,14 15:23<br>   25:16<br>**years** 4:15,21,25 7:4,7 | |
| **— 0 —**<br>**03-323** 1:3<br>**03-355** 1:4<br>**03-368** 1:4<br>**04-011** 1:5<br>**05-160** 1:3 | |
| **— 1 —**<br>**1** 23:12,16,25<br>**10th** 1:11,16<br>**11:51** 1:10<br>**12:40** 35:12<br>**120** 1:11,16<br>**15219** 1:20<br>**16th** 9:6 28:19<br>**16501** 1:11,17<br>**17** 4:15,15<br>**19** 1:10<br>**1973** 5:13<br>**1989** 4:16 | |
| **— 2 —**<br>**2** 21:18 22:12,24 23:6<br>**2000** 4:21<br>**2001** 17:4,6,8,11 25:6<br>   25:12 26:24 27:16<br>   31:17 33:5,11<br>**2003** 13:11 17:12 21:24 | |