

3841

3842      LAST UPDATE 2/3/05

3843