```
  BOPUK  531.01 *              INMATE HISTORY              *      09-08-2006
PAGE 001         *                WRK DETAIL              *      07:44:54

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME

PET    ORD CAR H  ORD CAR H                   04-17-2006 0001 CURRENT
PET    VACATION   ALL VACATIONS               04-11-2006 0001 04-17-2006 0001

PET    ORD CAR H  ORD CAR H                   01-18-2005 0001 04-11-2006 0001

PET    ORD EDUC   EDUCATION ORDERLY           09-29-2004 0001 01-18-2005 0001

PET    UNASSG     UNASSIGNED WORK DETAIL      09-27-2004 1552 09-29-2004 0001

PET    A/O        NEEDS A/O PROCESSING        08-27-2004 1239 09-27-2004 1552

PEM    UNASSG     UNASSG                      08-25-2004 1447 08-27-2004 1216

PHL    UNASSG     UNASSG                      08-23-2004 1658 08-25-2004 0650

LEW    UNASSG     UNASSIGNED WORK DETAIL      08-20-2004 1429 08-23-2004 0927

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         04-17-2004 0001 08-20-2004 1045

MCK    VACATION   VACATION                    04-16-2004 0001 04-17-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         03-25-2004 0001 04-16-2004 0001

MCK    VACATION   VACATION                    03-24-2004 0001 03-25-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         03-13-2004 0001 03-24-2004 0001

MCK    VACATION   VACATION                    03-12-2004 0001 03-13-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         02-14-2004 0001 03-12-2004 0001

MCK    VACATION   VACATION                    02-13-2004 0001 02-14-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         01-21-2004 0001 02-13-2004 0001

MCK    VACATION   VACATION                    01-20-2004 0001 01-21-2004 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         11-29-2003 0001 01-20-2004 0001

MCK    VACATION   VACATION                    11-26-2003 0001 11-29-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         10-24-2003 0001 11-26-2003 0001

MCK    VACATION   VACATION                    10-23-2003 0001 10-24-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         09-16-2003 0001 10-23-2003 0001

MCK    VACATION   VACATION                    09-15-2003 0001 09-16-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         07-19-2003 0001 09-15-2003 0001

MCK    VACATION   VACATION                    07-17-2003 0001 07-19-2003 0001

MCK    I LAYUP 2  3:00 PM TO 11:00 PM         04-17-2003 0001 07-17-2003 0001

MCK    VACATION   VACATION                    04-14-2003 0001 04-17-2003 0001
```

```
MCK    I LAYUP 2   3:00 PM TO 11:00 PM          12-21-2002 0001 04-14-2003 0001

MCK    VACATION    VACATION                     12-20-2002 0001 12-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          10-12-2002 0001 12-20-2002 0001

MCK    VACATION    VACATION                     10-10-2002 0001 10-12-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          08-19-2002 0001 10-10-2002 0001

MCK    UNASSG      UNASSIGNED                   08-15-2002 1125 08-19-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED               08-12-2002 1657 08-15-2002 1125

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          06-21-2002 0001 08-12-2002 1657

MCK    VACATION    VACATION                     06-17-2002 0001 06-21-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          05-08-2002 0001 06-17-2002 0001

MCK    UNASSG      UNASSIGNED                   04-29-2002 0754 05-08-2002 0001

MCK    SHU UNASSG  SHU UNASSIGNED               04-07-2002 1917 04-29-2002 0754
```

G0002          MORE PAGES TO FOLLOW . . .

```
   BOPUK  531.01 *            INMATE HISTORY          *      09-08-2006
   PAGE 002 OF 002 *             WRK DETAIL           *      07:44:54

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          02-16-2002 0001 04-07-2002 1917

MCK    VACATION    VACATION                     02-14-2002 0001 02-16-2002 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          08-25-2001 0001 02-14-2002 0001

MCK    VACATION    VACATION                     08-24-2001 0001 08-25-2001 0001

MCK    I LAYUP 2   3:00 PM TO 11:00 PM          07-05-2001 0001 08-24-2001 0001

MCK    I PACK 1    PACKING 1                    06-19-2001 0001 07-05-2001 0001

MCK    ORD B A     ORDERLY BA                   04-12-2001 0001 06-19-2001 0001

MCK    UNASSG      UNASSIGNED                   04-11-2001 0001 04-12-2001 0001
```

LAYOP 2                                    TERMINATION                          TRANSFER

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| `3` | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| `3` | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| `3` | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number** `1 7 1 1 0 - 0 1 6`  **5. Resident Name (Last, First, Middle)** `M I T L E R R Y`  **6. Institution Code** `0 3 1`

**Action Recommended**

**From:**

**7. Job Number** `0 1 2`  **8. Grade 1 - 4** `4`  **9. Industry Code** `M C F P`  **10. Wage Plan** `1`  **11. Dot Code** `7 5 6 6 8 7 0 5 4`  **12. Position Title** `W O O D W K R H E A D`

```
1 = Hourly       ↑
2 = G.P.W.       |  X = Apprentice
3 = P.W.         ↓
```

**To:**

**13. Job Number** ` `  **14. Grade 1 - 4** ` `  **15. Industry Code** ` `  **16. Wage Plan** ` `  **17. Dot Code** ` `  **18. Position Title** ` `

**19. Effective Date Month, Day, Year** `0 8 - 2 0 - 0 4`  **20. Time Of Action** `0 7 1 0`  **21. Check One:  AM `x`  PM ` `**

| `3` | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| `2` | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

**24. Date Of Enrollment Month, Day, Year** ` - - `

**25. Total Inmate Hours Involved** ` `

**26. Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

PACKING                                    NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number:** `1 7 1 1 0 - 0 1 6`

**5. Resident Name (Last, First, Middle):** `H I L L , K E N N Y`

**6. Institution Code:** `2 3 1`

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 9 0 5 4` | `W D W R K S H O P H A N D` |

1 = Hourly
2 = G.P.W.    — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1` | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| `0 6 - 1 9 - 0 1` | `0 7 1 0` | `X` |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| `- -` | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

### 26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# FACTORY RULES AND REGULATIONS

NAME _Kenny Hill_ UNIT _BA-235-L_ LOCKER# _____ CHIT# _____

1.  INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2.  ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3.  SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4.  HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5.  INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6.  INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7.  OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8.  HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9.  FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.

Signature: _Kenny Hill_ Register No: _17110-016_ Date: _6-19-01_

FEDERAL PRISON INDUSTRIES, Inc.

UNICOR - McKEAN

P.O. BOX 8000

Phone #(814) 362-8900
Fax #(814) 362-4151

MEMORANDUM

DATE:    September 30, 1999

REPLY TO:
  ATTN OF  Martin Sapko, Factory Manager.

SUBJECT:  Issuance of Safety Glasses

    TO:  New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _6/19/01_____,
and I agree to the above conditions.

Signature: _Kenny Hill_____

Name: _KENNY HILL_____

Reg. Number: _17110-016_____

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name _Kenny Hill_          Reg. Number _17110-016_

☑ 1.)  I have had a department orientation by my department supervisor.

☑ 2.)  I have read and understand the Factory Rules and Safety Regulations.

☑ 3.)  I have read and understand the department procedures for my assigned area.

☑ 4.)  I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.)  I have had on the job training with an experienced production worker.

☑ 6.)  I have read and understand my Job Description.

☑ 7.)  I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.)  I have familiarized myself with ISO-9001-2000 standards, Unicor McKeans Q.M.S., and the role I play in the system.

_Kenny Hill  # 17110.016_
Inmate Signature  &  Reg. Number

_6-23-03_
Date

_[signature]_
Woodworking Supervisor Signature

_6/23/03_
Date

| TITLE:        TRAINING RECORD | CONTROL NO.   1403 | DATE: 6/11/03 |
|---|---|---|
| Production  -   UNICOR MCKEAN | REV:     Original Issue | SHEET    1 OF 1 |

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Kenny Hill__          Register Number: __17110-016__

Institution Code: _____231_____          Industry Code: _____MCFT_____

Job Description: __Woodwork Shophand__          Department: __Packing__

> *Duties: Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.*

I have instructed inmate ____Kenny Hill____ Reg. No. __17110-016__

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____          _____
Foreman                                    Date  7/17/01

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____     __17110-016__     __7-17-01__
Signature of Inmate          Register Number          Date

```
  MCK2G  531.01 *            INMATE HISTORY          *     08-30-2006
PAGE 001          *              WRK DETAIL          *     14:59:09

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK        FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
PET    ORD CAR H  ORD CAR H                    04-17-2006 0001 CURRENT
PET    VACATION   ALL VACATIONS                04-11-2006 0001 04-17-2006 0001
PET    ORD CAR H  ORD CAR H                    01-18-2005 0001 04-11-2006 0001
PET    ORD EDUC   EDUCATION ORDERLY            09-29-2004 0001 01-18-2005 0001
PET    UNASSG     UNASSIGNED WORK DETAIL       09-27-2004 1552 09-29-2004 0001
PET    A/O        NEEDS A/O PROCESSING         08-27-2004 1239 09-27-2004 1552
PEM    UNASSG     UNASSG                       08-25-2004 1447 08-27-2004 1216
PHL    UNASSG     UNASSG                       08-23-2004 1658 08-25-2004 0650
LEW    UNASSG     UNASSIGNED WORK DETAIL       08-20-2004 1429 08-23-2004 0927
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          04-17-2004 0001 08-20-2004 1045
MCK    VACATION   VACATION                     04-16-2004 0001 04-17-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          03-25-2004 0001 04-16-2004 0001
MCK    VACATION   VACATION                     03-24-2004 0001 03-25-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          03-13-2004 0001 03-24-2004 0001
MCK    VACATION   VACATION                     03-12-2004 0001 03-13-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          02-14-2004 0001 03-12-2004 0001
MCK    VACATION   VACATION                     02-13-2004 0001 02-14-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          01-21-2004 0001 02-13-2004 0001
MCK    VACATION   VACATION                     01-20-2004 0001 01-21-2004 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          11-29-2003 0001 01-20-2004 0001
MCK    VACATION   VACATION                     11-26-2003 0001 11-29-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          10-24-2003 0001 11-26-2003 0001
MCK    VACATION   VACATION                     10-23-2003 0001 10-24-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          09-16-2003 0001 10-23-2003 0001
MCK    VACATION   VACATION                     09-15-2003 0001 09-16-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          07-19-2003 0001 09-15-2003 0001
MCK    VACATION   VACATION                     07-17-2003 0001 07-19-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          04-17-2003 0001 07-17-2003 0001
MCK    VACATION   VACATION                     04-14-2003 0001 04-17-2003 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          12-21-2002 0001 04-14-2003 0001
MCK    VACATION   VACATION                     12-20-2002 0001 12-21-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          10-12-2002 0001 12-20-2002 0001
MCK    VACATION   VACATION                     10-10-2002 0001 10-12-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          08-19-2002 0001 10-10-2002 0001
MCK    UNASSG     UNASSIGNED                   08-15-2002 1125 08-19-2002 0001
MCK    SHU UNASSG SHU UNASSIGNED               08-12-2002 1657 08-15-2002 1125
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          06-21-2002 0001 08-12-2002 1657
MCK    VACATION   VACATION                     06-17-2002 0001 06-21-2002 0001
MCK    I LAYUP 2  3:00 PM TO 11:00 PM          05-08-2002 0001 06-17-2002 0001
MCK    UNASSG     UNASSIGNED                   04-29-2002 0754 05-08-2002 0001
MCK    SHU UNASSG SHU UNASSIGNED               04-07-2002 1917 04-29-2002 0754
```

G0002          MORE PAGES TO FOLLOW . . .

```
  MCK2G  531.01 *              INMATE HISTORY           *      08-30-2006
PAGE 002 OF 002 *               WRK DETAIL             *      14:59:09

  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK          FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
MCK   I LAYUP 2  3:00 PM TO 11:00 PM            02-16-2002 0001 04-07-2002 1917
MCK   VACATION   VACATION                       02-14-2002 0001 02-16-2002 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM            08-25-2001 0001 02-14-2002 0001
MCK   VACATION   VACATION                       08-24-2001 0001 08-25-2001 0001
MCK   I LAYUP 2  3:00 PM TO 11:00 PM            07-05-2001 0001 08-24-2001 0001
MCK   I PACK 1   PACKING 1                      06-19-2001 0001 07-05-2001 0001
MCK   ORD B A    ORDERLY BA                     04-12-2001 0001 06-19-2001 0001
MCK   UNASSG     UNASSIGNED                     04-11-2001 0001 04-12-2001 0001
MCK   A&O        ADMISSION & ORIENTATION        04-06-2001 0845 04-11-2001 0001
LEW   UNASSG     UNASSIGNED WORK DETAIL         04-02-2001 1905 04-06-2001 0603
OKL   UNASSG     UNASSIGNED HOLDOVER            03-28-2001 1715 04-02-2001 0810
THA   IND FIN PM INDUSTRIES FINISH P.M.         11-06-2000 0001 03-28-2001 0800
THA   IND FINISH INDUSTRIES FINISH              09-22-2000 0001 11-06-2000 0001
THA   ORD C      ORD                            08-04-2000 0001 09-22-2000 0001
THA   UNASSG     UNASSIGNED WORK DETAIL         07-06-2000 1000 08-04-2000 0001
OKL   UNASSG     UNASSIGNED HOLDOVER            07-03-2000 1640 07-06-2000 0710
```

```
MCK    UNASSG      UNASSIGNED                          08-15-2002 1125 08-19-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                      08-12-2002 1657 08-15-2002 1125
MCK    I LAYUP 2   3:00 PM TO 11:00 PM                 06-21-2002 0001 08-12-2002 1657
MCK    VACATION    VACATION                            06-17-2002 0001 06-21-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM                 05-08-2002 0001 06-17-2002 0001
MCK    UNASSG      UNASSIGNED                          04-29-2002 0754 05-08-2002 0001
MCK    SHU UNASSG  SHU UNASSIGNED                      04-07-2002 1917 04-29-2002 0754
```

```
G0002          MORE PAGES TO FOLLOW . . .
```

```
   MCK2G  531.01 *            INMATE HISTORY          *    08-30-2006
   PAGE 002 OF 002 *            WRK DETAIL            *    14:59:54

   REG NO..: 17110-016 NAME....: HILL, KENNY
   CATEGORY: WRK         FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                        START DATE/TIME STOP  DATE/TIME
MCK    I LAYUP 2   3:00 PM TO 11:00 PM               02-16-2002 0001 04-07-2002 1917
MCK    VACATION    VACATION                          02-14-2002 0001 02-16-2002 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM               08-25-2001 0001 02-14-2002 0001
MCK    VACATION    VACATION                          08-24-2001 0001 08-25-2001 0001
MCK    I LAYUP 2   3:00 PM TO 11:00 PM               07-05-2001 0001 08-24-2001 0001
MCK    I PACK 1    PACKING 1                          06-19-2001 0001 07-05-2001 0001
MCK    ORD B A     ORDERLY BA                         04-12-2001 0001 06-19-2001 0001
MCK    UNASSG      UNASSIGNED                         04-11-2001 0001 04-12-2001 0001
MCK    A&O         ADMISSION & ORIENTATION            04-06-2001 0845 04-11-2001 0001
LEW    UNASSG      UNASSIGNED WORK DETAIL             04-02-2001 1905 04-06-2001 0603
OKL    UNASSG      UNASSIGNED HOLDOVER                03-28-2001 1715 04-02-2001 0810
THA    IND FIN PM  INDUSTRIES FINISH P.M.             11-06-2000 0001 03-28-2001 0800
THA    IND FINISH  INDUSTRIES FINISH                  09-22-2000 0001 11-06-2000 0001
THA    ORD C       ORD                                08-04-2000 0001 09-22-2000 0001
THA    UNASSG      UNASSIGNED WORK DETAIL             07-06-2000 1000 08-04-2000 0001
OKL    UNASSG      UNASSIGNED HOLDOVER                07-03-2000 1640 07-06-2000 0710
```

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```



**UNITED STATES GOVERNMENT**

# memorandum

**FEDERAL BUREAU OF PRISONS**
**UNICOR FEDERAL PRISON**
**INDUSTRIES**
**Federal Correctional Institution, McKean**
**Bradford, Pennsylvania**

September 1, 2006

MEMORANDUM FOR DOUG GOLDRING, ASSISTANT GENERAL COUNSEL, FPI

FROM:          Tim Holohan, System Accountant

SUBJECT:       FPI Form 96

The original (attached) Form 96 dated August 20, 2004 for Inmate
Hill, Kenny, reg. no. 17110-016 was a carbon form and is not
legible.  We are attaching a hand written replication of the Form
96 which can be easily read.

Please advise us if you would like us to proceed differently.

TRANSFER



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
| --- | --- | --- |

| | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| --- | --- | --- |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| --- | --- | --- |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
| --- | --- | --- |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| --- | --- | --- | --- | --- | --- |

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| --- | --- | --- | --- | --- | --- |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:    AM    PM |
| --- | --- | --- |

| | **22. Reason For Termination Of Employment Or Withdrawal** |
| --- | --- |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | **23. Continuation of Longevity Status** |
| --- | --- |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
| --- | --- |

| | 25. Total Inmate Hours Involved |
| --- | --- |

**26. Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Revised Form 96    Distribution:    White————————— Business office    Green————————— Placement
                                        Pink————————— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|
| 3 | | | |

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| 3 | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| 3 | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**    **5. Resident Name (Last, First, Middle)**    **6. Institution Code**

1 7 1 1 0 - 0 1 6    H I L L   K E N N Y    2 3 1

## Action Recommended
### From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C A T | 1 | 7 6 9 6 8 7 0 5 4 | M O O D   W R K   S H O P A A W D |

1 = Hourly
2 = G.P.W. ⎤ X = Apprentice
3 = P.W. ⎦

### To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year**    **20. Time of Action**    **21. Check One:    AM    PM**

0 8 - 2 0 - 0 4    0 7 1 0    X ☐

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|
| 3 | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
|---|---|---|
| | | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| - - | |

| | 25. Total Inmate Hours Involved |
|---|---|
| | |

## 26. Signatures:

Recommended By _____ Foreman                Date: _____

Approved By _____ Plant Superintendent       Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _____

FPI Form 96 (9/98)

| Distribution: | White (Business Office) | Canary (Terminal Operator) | Pink (Placement) | Goldenrod (Foreman) |



UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 1 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number    5. Resident Name (Last, First, Middle)    6. Institution Code

`1 7 1 1 0 — 0 1 6`    `H I L L , K E R R Y`    `2 3 1`

**Action Recommended**

From:

7. Job Number   8. Grade 1 - 4   9. Industry Code   10. Wage Plan   11. Dot Code   12. Position Title

`0 1 2`   `4`   `M C F T`   `1`   `7 6 9 6 8 7 9 4`   `W D W R K S H O P H A N D`

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

To:

13. Job Number   14. Grade 1 - 4   15. Industry Code   16. Wage Plan   17. Dot Code   18. Position Title

`0 1`

19. Effective Date Month, Day, Year    20. Time of Action    21. Check One: AM   PM

`0 6 — 1 9 — 0 1`    `0 7 1 0`    `X`

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | — | — | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _M. Safeko_ Foreman    Date: 6/21/01

Approved By _Debora A Forsyth_ Plant Superintendent    Date: 6/28/01

Approved By _T. Kraham_ Ass't Supt. Or Business Mgr.    Date: 6/27/01

Entered On Payroll Records _R. K. Kerr_ Timekeeper    Date: 6/27/01

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

U. S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*LAYUP II*
DEPARTMENT

DATE *3-23-04*

*11:09*

NAME: *HILL* LAST *KENN* FIRST

REGISTRATION NUMBER *17110-016*

I REQUEST VACATION FROM *4-16* TO *4-17* (*1-DAY*)

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19* 19*2001*, AND

HAS ACCUMULATED *11:09* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15* HRS PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_LATAP II_
DEPARTMENT

DATE _3-8-04_

_HILL    KENNY_
NAME:    LAST    FIRST

REGISTRATION NUMBER _#17110-016_

I REQUEST VACATION FROM _3-24_ TO _3-25_ _1-DAY_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                                        APPROVED BY:

_W. ____                                            _T. ____

WORK SUPERVISOR                                     DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/19_ 19 _2001_, AND

HAS ACCUMULATED _18:24_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15_ DAYS PER MONTH.

(1)

COMPUTED BY:                   REVIEWED BY:                      FINAL APPROVED BY:

TIMEKEEPER                     ACCOUNTANT                        SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____              DISAPPROVED_____

                                                               PLEASE STATE REASONS WHY IF
                                                               DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**

Federal Prison Industries, Inc.

*LAY UP 2*

~~PRELOAD II~~

DEPARTMENT

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DATE: *2-18-04*

*2/20*
*10:54*

NAME: *HILL   JENNY*

    LAST        FIRST

REGISTRATION NUMBER: *#19110-016*

I REQUEST VACATION FROM *3-12* TO *3-13*  *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____ (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY: _____
WORK SUPERVISOR

APPROVED BY: _____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19* 19 *2004*, AND

HAS ACCUMULATED *10.54* ~~DAYS~~ (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15* ~~DAY~~ PER MONTH.

(½)   (1)

COMPUTED BY: _____
TIMEKEEPER

REVIEWED BY: _____
ACCOUNTANT

FINAL APPROVED BY: _____
SUPERINTENDENT

UNIT TEAM ACTION:            APPROVED:_____            DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

*Layup 2*

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT

DATE  *1-22-04*

*2/2*
*11:00*

NAME:    LAST    FIRST    *HILL KENNY*

REGISTRATION NUMBER  *#17110-016*

I REQUEST VACATION FROM *2-13* TO *2-17*   *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19/2001*, AND

HAS ACCUMULATED *11.09 DAY*(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15* HRS PER MONTH.

(½)  (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:    APPROVED:_____    DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*LAY UP II*

DEPARTMENT

DATE: *1-9-04*

NAME: *HILL*    *LENN*
        LAST        FIRST

REGISTRATION NUMBER: *17110-016*

25:24

I REQUEST VACATION FROM *1-21* TO *1-22*   *1-DAY*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19/2001*, AND

HAS ACCUMULATED *25.24* ~~DAY~~ HRS (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7:15 HRS* ~~DAY~~ PER MONTH.

(½)  (①)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

LAY up - 2

_____
DEPARTMENT

1/5/09
DATE

1/8
25:21

_____
NAME:        LAST        FIRST

# 17110-016
REGISTRATION NUMBER

I REQUEST VACATION FROM 1-20 TO ~~1-20~~ 1-21  1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                        APPROVED BY:

_____                    _____
WORK SUPERVISOR                    DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/19 ~~19~~200✓, AND
HAS ACCUMULATED 2.524 WKS ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED
AT 7.15 ~~DAY~~ WKS PER MONTH.

(½)   (1)

COMPUTED BY:            REVIEWED BY:              FINAL APPROVED BY:

_____        _____          _____
TIMEKEEPER             ACCOUNTANT                SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____
                                                  PLEASE STATE REASONS WHY IF
                                                  DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

*Lay-up*
*Not valid*
*assignment?*

~~PACT~~016

DEPARTMENT

**REQUEST FOR INMATE VACATION**

Federal Correctional Institution
Ray Brook, NY 12977

11-7-03
DATE

2-DAYS

NAME: ____ *HILL* ____ *KENNY* ____
        LAST        FIRST

# 17110-016
REGISTRATION NUMBER

4/3
25.24

I REQUEST VACATION FROM 1-26 TO 1-28    2 DAYS

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_Kenny Hill_____
INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:

_W. _____                   _T. _____
WORK SUPERVISOR                           DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE __6/19/2001__, AND

HAS ACCUMULATED 25.24 ~~DAY~~ hrs (S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT __7:15 hrs__ ~~DAY~~ PER MONTH.

(½)  (①)

COMPUTED BY:              REVIEWED BY:                    FINAL APPROVED BY:

_____            _____                    _T. _____
TIMEKEEPER               ACCOUNTANT                        SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

                                                 PLEASE STATE REASONS WHY IF
                                                 DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39     Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**From:**      Tim Holohan
**To:**        Mincemoyer, Chris
**Date:**      10/22/03 10:20AM
**Subject:**   Award Day

Chris,

Can you accept this as granting an on the spot award day fro Kenny Hill (2nd shift)?

He suggested a safety issue to us on the lay-up line regarding placing non-skid material on either side of the elevated platform.

I told Hill he could use this on Thursday, October 23, 2003.    VAc

Thanks,
Tim

17110 - 016

lay 2

10:54
9:15
17:69

18:09

FiLe



**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

DEPARTMENT

DATE  8-29-03

NAME:    LAST    FIRST    REGISTRATION NUMBER

I REQUEST VACATION FROM 9-15 TO 9-16-03   1 DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _____
 (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE _____

APPROVED BY:                                    APPROVED BY:

WORK SUPERVISOR                                 DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE __6/19__, AND

HAS ACCUMULATED __5.24__ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT __7.45__ DAY PER MONTH.

(½)  (1)

COMPUTED BY:              REVIEWED BY:                FINAL APPROVED BY:

TIMEKEEPER                ACCOUNTANT                  SUPERINTENDENT

UNIT TEAM ACTION:         APPROVED:_____           DISAPPROVED_____

                                                      PLEASE STATE REASONS WHY IF
                                                      DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_Land 2_
DEPARTMENT

_6-19 03_        _18:09_
DATE

_Hill, Kenny_
NAME:        LAST        FIRST

_17110 - 016_
REGISTRATION NUMBER

I REQUEST VACATION FROM _7/17/03_ TO _7/19/03_  (_2 days_)

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_Kenny Hill_
INMATES SIGNATURE

APPROVED BY:

WORK SUPERVISOR

APPROVED BY:

DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6 / 19_ 19 _2001_, AND

HAS ACCUMULATED _18:09_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:05 hrs_ DAY PER MONTH.

(½)   (1)

COMPUTED BY:

TIMEKEEPER

REVIEWED BY:

ACCOUNTANT

FINAL APPROVED BY:

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____
                                                  PLEASE STATE REASONS WHY IF
                                                  DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SU    TTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____
DEPARTMENT                          DATE

_____
NAME:         LAST         FIRST         REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:


_____         _____
WORK SUPERVISOR                         DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE 6/17 19____, AND

HAS ACCUMULATED 25.29 DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT 7.15 ~~DAY~~ PER MONTH.

(½)    (1)

COMPUTED BY:                REVIEWED BY:                FINAL APPROVED BY:


_____    _____    _____
TIMEKEEPER                 ACCOUNTANT                  SUPERINTENDENT


UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____
                                                       PLEASE STATE REASONS WHY IF
                                                       DISAPPROVED.

_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

U.S. Department of Justice



**UNICOR**

Federal Prison Industries, Inc.

*LAYUP*

*Factory II*

DEPARTMENT

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

*12-6-02*

DATE

*17110-016*

NAME: LAST *HILL* FIRST *KENNY*

REGISTRATION NUMBER

I REQUEST VACATION FROM *12-20* TO *12-23*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE)

*Kenny Hill*

INMATES SIGNATURE

_____

APPROVED BY:

_____

WORK SUPERVISOR

APPROVED BY:

*T. Hulahan*

DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19/2001*, AND

HAS ACCUMULATED *25.24 hrs* ~~DAY~~(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15 hrs* ~~DAY~~ PER MONTH.

(½)  (1)

COMPUTED BY:

_____

TIMEKEEPER

REVIEWED BY:

_____

ACCOUNTANT

FINAL APPROVED BY:

*T. Hulahan*

SUPERINTENDENT

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

*I_ Layup 2*

9/30/02

REQUEST FOR INMATE VACATION

DEPARTMENT

9-16-02
DATE

NAME:        LAST        FIRST          REGISTRATION NUMBER

I REQUEST VACATION FROM _10-10_ TO _10-12_   2 days

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF____
  (MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                               APPROVED BY:

WORK SUPERVISOR                            DEPARTMENT HEAD

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6_/_19_ _2001_, AND

HAS ACCUMULATED _18.09 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15 hrs_ ~~DAY~~ PER MONTH.

(½)   (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

TIMEKEEPER               ACCOUNTANT               SUPERINTENDENT

---

UNIT TEAM ACTION:                  APPROVED:_____        DISAPPROVED_____

                                                PLEASE STATE REASONS WHY IF
                                                DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



## UNICOR
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_____                                    _6-26-0?_   _10:54_
DEPARTMENT                                                    DATE

NAME:          _____                    _____
               LAST          FIRST                         REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _6_  / DAY

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF. ~~_____~~
 (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE                                          _____

APPROVED BY:                                   APPROVED BY:

_____                        _____
WORK SUPERVISOR                                DEPARTMENT HEAD

_____                        _____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6 / 19_ _1920?_, AND

HAS ACCUMULATED _0.54 DAY_(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15_ ~~DAY~~ PER MONTH.

(½)  (II)

COMPUTED BY:                  REVIEWED BY:                  FINAL APPROVED BY:

_____       _____      _____
TIMEKEEPER                    ACCOUNTANT                    SUPERINTENDENT

UNIT TEAM ACTION:             APPROVED:_____             DISAPPROVED_____
                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White)   Unit (Green)   Timekeeper (Canary)   Factory (Pink)   Inmate (Goldenrod)

NOTE: **THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____
DEPARTMENT

_____
DATE

_____
NAME:        LAST        FIRST

_____
REGISTRATION NUMBER

I REQUEST VACATION FROM_____ TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY,                                    APPROVED BY:

_____        _____
WORK SUPERVISOR                          DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19_____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)      (1)

COMPUTED BY:                    REVIEWED BY:                        FINAL APPROVED BY:

_____        _____        _____
TIMEKEEPER                        ACCOUNTANT                        SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____            DISAPPROVED_____

                                                                  PLEASE STATE REASONS WHY IF
                                                                  DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

*LAY UP*

_____    _____    *25.3○*
DEPARTMENT                                              DATE

_____    _____
NAME:        LAST        FIRST        REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____    *2 DAYS*

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
   (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE                                    _____

APPROVED BY:                            APPROVED BY:

_____            _____
WORK SUPERVISOR                        DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE *6/19* 19*2○○/*, AND

HAS ACCUMULATED *25.35* DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT *7.15* DAY PER MONTH.

(½)    (Ⓘ)

COMPUTED BY:                REVIEWED BY:                FINAL APPROVED BY:

_____        _____        _____
TIMEKEEPER                 ACCOUNTANT                 SUPERINTENDENT

UNIT TEAM ACTION:            APPROVED:_____        DISAPPROVED_____

                                                     PLEASE STATE REASONS WHY IF
                                                     DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Green) • Unit (Yellow) • Factory (Pink) • Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE                    INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

DATE: 6-22-01

TO: Mr. Sapko,     Factory Manager
(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to move to the P.M. shift due to my Am. Drug & Alcohol 40 hr. program with Ms. Jessica Hayes. That program is twice a week. Also, I have to attend the G.E.D. Class everyday from 2 p.m. to 3 p.m. recall. Mr. Sapko I'm hoping you take this in consideration.

Respectfully Yours.

POSTED

Name: Kenny Hill                No.: 17110-016

Work assignment: Packing Department     Unit: 8A-235L

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)          DATE: _____

OK
AH
6/22/01

OK.
D. English
Lay-up 2

MOVE FROM
PACK I
TO
LAY-UP 2
7/5/01

_____
Original - File          Officer
Copy - Inmate

**U.S. Department of Justice**



**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

DEPARTMENT                                                        DATE

NAME:        LAST        FIRST                    REGISTRATION NUMBER

I REQUEST VACATION FROM _____ TO _____ 1 day

\*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                                        APPROVED BY:

_____                                _____
WORK SUPERVISOR                                     DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _____ 19____, AND

HAS ACCUMULATED_____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½))    (1)

COMPUTED BY:                REVIEWED BY:                    FINAL APPROVED BY:

_____        _____            _____
TIMEKEEPER                  ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:            APPROVED:_____            DISAPPROVED_____
                                                          PLEASE STATE REASONS WHY IF
                                                          DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

\*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Green) • Unit (Yellow) • Factory (Pink) • Inmate (Golden Rod)

```
INST: MC    FACT: FT       GROUP: ft             CREW: PACKING

Name: HILL, KENNY                              Grade: 5
Reg-num: 17110-016
                    Amount    Hours
Standard Pay      $  12.13    52:45   Date Computed           07/02/01
Group Incentive Pay  0.00     0:00    Anniversary Date        06/19/01
Indiv. Incentive Pay 0.00     0:00    Longevity Months              8
Overtime Premium Pay 0.00     0:00    UNICOR Work Months            1
Holiday Pay          0.00     0:00    Accrued Vacation Hours   003:45
Administrative Pay   0.58     2:30    Prev Yrs Vacation Hours  000:00
Vacation Taken Pay   0.00     0:00    Unpaid Call-out Hours     12:15
Vacation Cashed Pay  0.00     0:00    Rework Hours               0:00
Lost Time Wage       0.00     0:00    Unpaid Off-std Hours       0:00
Premium Pay          0.00             Final Pay?                  NO
Longevity Pay        0.00
Gross Pay           12.71
Adjustments          0.00
                  --------- -------
Net Pay           $  12.71   55:15
```

Chris/Davis —

Please check
Grade. Was Grade 4
prior. If not
correct, please get with
him.

Thanks,
Tim H.

P.S. Can Davis check
his longevity also.

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

**INMATE REQUEST TO**

DATE: 6-20

TO: _Mr. Sapko,    Factory Manager_
(Name and title of officer)

**Subject:** State completely but briefly the problem on which you desire assistance, and what you think should be do

_I would like to move to the P.M.
due to my Am. Drug & Alcohol 40 hr.
with Ms. Jessica Hayes. That program
is twice a week. Also, I have to
attend the G.E.D. Class everyday from
2 pm. to 3 pm. recall Mr. Sapko. I
hoping you take this in consideration._

_Respectfully yours,_

Name: _Kenny Hill_          No.: _17110-016_

Work assignment: _Packing Department_    Unit: _BA-235L_

**NOTE:** If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

**DISPOSITION:** (Do not write in this space)          DATE: _____

OK
6/22/01

OK.
D. English
Lay-up 2

MOVE FROM
PACK I
TO
LAYUP 2
7/5/01

Original - File
Copy - Inmate          **Officer**

# UNICOR
## (FCI McKean)
## "Notice of Unsatisfactory Work Performance"

To:  Hill, Kenny_____    Number:  17110-016___    Date:  9-22-03___
        *(Name Last, First)*

UNICOR McKean start date: _____ Current Grade:  4_____ Unit:  B-A_____

This is to advise you of your unsatisfactory work performance on:    9-22-03_____

Specifically:  Inmate Hill #17110-016, was late returning from the evening meal. The return time to report back to work was 5:40pm, inmate Hill did not return to work until 5:47pm, this making him 7 minutes late.

Supervisor's Recommendation:

    1) Written Warning    ___YES_____

    2) Grade Reduction from ____to _____; No. of days _____

    3) Job Change    _____

    4) Removal * _____

    5) Other _____

*   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal." All recommendations for "Removal" must be approved by the Superintendent of Industries.

_____    _____ 9-22-03____
Inmate signature     Date         Staff signature     Date

Final disposition : _____

Superintendent of Industries      Date

# *U N I C O R*

*(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: _Hill Kenny_     Number: _17110-016_     Date: _9/8/03_
      (Last, First)

UNICOR McKean start date:_____ Current Grade:_____ Unit:_____ This is to advise you of your unsatisfactory work performance on:_____

Specifically: _On 9/4/03 At 10:40pm, Inmate Hill Attempted To leave Unicor with a 16 oz Bottle of Pine oil. He Said he was going To Use this to Clean his room._

_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

   1) Written Warning _____✓_____

   2) Grade Reduction from _____ to _____; No. of days _____

   3) Job Change _____

   4) Removal **_____

   5) Other: _____

**    Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
       All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE:  Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

_Kenny Hill_   _9-8-03_              _Dave Engel_   _9/8/03_
   Inmate Signature    Date                        Staff Signature    Date

Final disposition: _____
_____
_____

_____
Superintendent of Industries    Date

## Employee Work History

NAME: _Hill, Kenny_    NO. _# 17110-016_

HIRE DATE: _06/19/61_    Prior UNICOR Credit Accepted: _07_ Months

Year _2002_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 15 | 7:15 | | 25:39 | |
| Feb | 16 | 7:15 | 14:30 | 25:39 | VAC 2/14, 2/15 force + 7:30 on March |
| Mar | 17 | 7:15 | 7:30 | 25:24 | |
| Apr | 18 | 7:15 | | 32:39 | |
| May | 19 | 7:15 | | 39:54 | |
| Jun | 20 | 7:15 | 29:00+7:15 | 10:54 | VAC 6/7 6/18 6/19 6/20 6/12 |
| Jul | 21 | 7:15 | 7:15 | 10:54 | VAC 7/5 |
| Aug | 22 | 7:15 | | 18:09 | |
| Sep | 23 | 7:15 | 7:15 | 18:09 | VAC 9/16 |
| Oct | 24 | 7:15 | 14:30 | 10:54 | VAC 10/11 10/2 |
| Nov | 25 | 7:15 | | 18:09 | |
| Dec | 26 | 7:15 | 7:15 7:15 | 10:54 | VAC 12/20 23 |

Year _2003_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 27 | 7:15+ 7:15 | | EXAS 7:15 18:09 | |
| Feb | 28 | 7:15 +7:15 7:15 | 7:15+7:15 | 7:15+ 10:54 | VAC 2/4 2/5 |
| Mar | 29 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Apr | 30 | 7:15+ 7:15 | 21:45 | 7:15 3:39 | VAC 4/14 4/15 4/16 |
| May | 31 | 7:15+ 7:15 | | 7:15+ 10:54 | |
| Jun | 32 | 7:15+7:15 | | 7:15+ 18:09 | |
| Jul | 33 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 7/17 7/18 |
| Aug | 34 | 7:15+ 7:15 | | 7:15+ 18:09 | |
| Sep | 35 | 7:15+ 7:15 | 7:30 + 7:15 | 7:15+ 10:54 | VAC 9/15 9/16 |
| Oct | 36 | 7:15+ 7:15 | 7:15 | 7:15+ 18:09 | VAC 10/3 |
| Nov | 37 | 7:15+ 7:15 | 14:30 | 7:15+ 10:54 | VAC 11/6 11/28 |
| Dec | 38 | 7:15+ 7:15 | | 7:15+ 18:09 | |

Year _2004_

| | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 39 | 7:15+ 7:15 | 7:15+ 7:15 | 7:15+ 10:54 | VAC 1/30 1/31 |
| Feb | 40 | 7:15+ 7:30 | 7:15 | 7:15+ 10:54 11:09 | VAC 2/13 SICK |
| Mar | 41 | 7:15+ 7:15 | 7:15 7:15 | 7:15+ 3:54 | VAC 3/12 3/24 |
| Apr | 42 | 7:15+ 7:15 | 7:15 | 7:15+ 3:54 | VAC 4/16 |
| May | 43 | 7:15+ 7:15 | | 7:15+ 11:09 | |
| Jun | 44 | 7:15+ 7:15 | 7:15 | 7:15+ 11:09 | VAC 6/3 |
| Jul | 45 | 7:15 7:15 | | 7:15 19:24 | |
| Aug | | | 7:15 + 7:15 | | VAC 8/3 8/30 |
| Sep | | | | | |
| Oct | | | | | |
| Nov | | | | | |
| Dec | | | | | |

## Employee Work History

Name:  **Hill, Kenny**                                      No.   #17110-016

Hire Date:   06/19/01                                       Prior UNICOR Credit Accepted:   07   Months

Year: 2000

|      | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|------|----------|------------|----------|-------------|---------|
| Jan  |          |            |          |             |         |
| Feb  |          |            |          |             |         |
| Mar  |          |            |          |             |         |
| Apr  |          |            |          |             |         |
| May  |          |            |          |             |         |
| Jun  |          |            |          |             |         |
| Jul  |          |            |          |             |         |
| Aug  |          |            |          |             |         |
| Sep  |          |            |          |             |         |
| Oct  |          |            |          |             |         |
| Nov  |          |            |          |             |         |
| Dec  |          |            |          |             |         |

Year: 2001

|      | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|------|----------|------------|----------|-------------|---------|
| Jan  |          |            |          |             |         |
| Feb  |          |            |          |             |         |
| Mar  |          |            |          |             |         |
| Apr  |          |            |          |             |         |
| May  |          |            |          |             |         |
| Jun  | 08       | 3:45       |          | 3:45        |         |
| Jul  | 9        | 3:45       |          | 7:30        |         |
| Aug  | 10       | 3:38       | 7:15     | 3:53        | VAC 8/14 |
| Sep  | 11       | 3:38       |          | 7:31        |         |
| Oct  | 12       | 3:38       |          | 11:09       |         |
| Nov  | 13       | 7:15       | 7:15     | 11:09       | VAC 11/26 |
| Dec  | 14       | 7:15       |          | 18:24       |         |

*GED N*  *L 7*  *Enrolled HED Class 5-14-01*

```
  MCK2G  531.01 *          INMATE HISTORY          *    06-15-2001
PAGE 001 OF 001 *            WRK DETAIL            *    14:48:22
  REG NO..: 17110-016 NAME....: HILL, KENNY
  CATEGORY: WRK        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME

MCK    ORD B A    ORDERLY BA                     04-12-2001 0001 CURRENT
MCK    UNASSG     UNASSIGNED                     04-11-2001 0001 04-12-2001 0001

MCK    A&O        ADMISSION & ORIENTATION        04-06-2001 0845 04-11-2001 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL         04-02-2001 1905 04-06-2001 0603

OKL    UNASSG     UNASSIGNED HOLDOVER            03-28-2001 1715 04-02-2001 0810

THA    IND FIN PM INDUSTRIES FINISH P.M.         11-06-2000 0001 03-28-2001 0800

THA    IND FINISH INDUSTRIES FINISH             09-22-2000 0001 11-06-2000 0001

THA    ORD C      ORD                            08-04-2000 0001 09-22-2000 0001

THA    UNASSG     UNASSIGNED WORK DETAIL         07-06-2000 1000 08-04-2000 0001

OKL    UNASSG     UNASSIGNED HOLDOVER            07-03-2000 1640 07-06-2000 0710
```

*paur I*   *OK*

*6/19/01*   *paior*

```
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
  MCK2G          *          INMATE DISCIPLINE DATA          *        06-15-2001
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD     *        14:48:07

REGISTER NO: 17110-016 NAME..: HILL, KENNY
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 06-15-2001
```

```
  G5401          DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```