```
  BOPUK  531.01 *             INMATE HISTORY           *      09-08-2006
PAGE 001 OF 001 *              WRK DETAIL              *      07:45:10

  REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME

PET    PRINT 2    PRINT FACTORY-2              03-27-2006 0001 CURRENT
PET    CCS COMPND CORR SVCS COMPOUND           10-31-2005 1342 03-27-2006 0001

PET    ORD CCS    ORD CCS                      06-01-2004 0001 10-31-2005 1342

PET    CONV IDLE  CONVALESCE IDLE              05-21-2004 0831 06-01-2004 0001

PET    ORD CCS    ORD CCS                      05-20-2004 1442 05-21-2004 0831

PET    ORD CCS    ORD CCS                      11-11-2003 0001 05-20-2004 0749

PET    UNASSG     UNASSIGNED WORK DETAIL       11-03-2003 1658 11-11-2003 0001

PET    A/O        NEEDS A/O PROCESSING         10-24-2003 1033 11-03-2003 1658

PEM    UNASSG     UNASSG                       10-22-2003 1442 10-24-2003 0950

PHL    UNASSG     UNASSG                       10-20-2003 1800 10-22-2003 0655

LEW    UNASSG     UNASSIGNED WORK DETAIL       10-17-2003 1304 10-20-2003 1010

MCK    I ASEMBLY2 ASSEMBLY 2 - 3:50PM - 11:00PM 09-03-2002 0001 10-17-2003 0925

MCK    I LAYUP 1  LAYUP 1                      04-09-2002 0001 09-03-2002 0001

MCK    CMSLANDIN2 INSIDE LANDSCAPE FULL-TIME   09-08-2001 0001 04-09-2002 0001

MCK    CMSLANDIN1 INSIDE LANDSCAPE FULL-TIME   07-27-2001 0001 09-08-2001 0001

MCK    CMS FACL   FACILITIES OFFICE            07-26-2001 0001 07-27-2001 0001

MCK    UNASSG     UNASSIGNED                   07-25-2001 1213 07-26-2001 0001

MCK    A&O        ADMISSION & ORIENTATION      07-20-2001 0845 07-25-2001 1213

LEW    UNASSG     UNASSIGNED WORK DETAIL       07-13-2001 1836 07-20-2001 0518

LOR    ADM DET    ADMINISTRATIVE DETENTION     05-18-2001 1323 07-13-2001 0900

LOR    DIS SEG    DISCIPLINARY SEGREGATION     04-19-2001 1522 05-18-2001 1323

LOR    ADM DET    ADMINISTRATIVE DETENTION     03-23-2001 1915 04-19-2001 1522

LOR    CABLE 11   PRODUCTION/                  02-09-2001 0001 03-23-2001 1915

LOR    F/SVC PM   FOOD SERVICE WORKER (PM)     02-07-2001 1015 02-09-2001 0001

LOR    F/SVC AM   FOOD SERVICE WORKER (AM)     02-06-2001 0001 02-07-2001 1015

LOR    A&O COMP   A&O PROGRAM COMPLETE         01-11-2001 1402 02-06-2001 0001

LOR    A&O        A&O UNASSIGNED               01-05-2001 0845 01-11-2001 1402

LEW    UNASSG     UNASSIGNED WORK DETAIL       01-02-2001 2101 01-05-2001 0545

CUM    FPI SHOP 3 UNICOR SHOP 3                05-30-2000 0001 01-02-2001 1023
```

```
MCK2G  531.01 *              INMATE HISTORY            *     08-30-2006
PAGE 001 OF 001 *              WRK DETAIL               *     15:00:24

   REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
   CATEGORY: WRK        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|-----------------|
| PET | PRINT 2 | PRINT FACTORY-2 | 03-27-2006 0001 | CURRENT |
| PET | CCS COMPND | CORR SVCS COMPOUND | 10-31-2005 1342 | 03-27-2006 0001 |
| PET | ORD CCS | ORD CCS | 06-01-2004 0001 | 10-31-2005 1342 |
| PET | CONV IDLE | CONVALESCE IDLE | 05-21-2004 0831 | 06-01-2004 0001 |
| PET | ORD CCS | ORD CCS | 05-20-2004 1442 | 05-21-2004 0831 |
| PET | ORD CCS | ORD CCS | 11-11-2003 0001 | 05-20-2004 0749 |
| PET | UNASSG | UNASSIGNED WORK DETAIL | 11-03-2003 1658 | 11-11-2003 0001 |
| PET | A/O | NEEDS A/O PROCESSING | 10-24-2003 1033 | 11-03-2003 1658 |
| PEM | UNASSG | UNASSG | 10-22-2003 1442 | 10-24-2003 0950 |
| PHL | UNASSG | UNASSG | 10-20-2003 1800 | 10-22-2003 0655 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-17-2003 1304 | 10-20-2003 1010 |
| MCK | I ASEMBLY2 | ASSEMBLY 2 - 3:50PM - 11:00PM | 09-03-2002 0001 | 10-17-2003 0925 |
| MCK | I LAYUP 1 | LAYUP 1 | 04-09-2002 0001 | 09-03-2002 0001 |
| MCK | CMSLANDIN2 | INSIDE LANDSCAPE FULL-TIME | 09-08-2001 0001 | 04-09-2002 0001 |
| MCK | CMSLANDIN1 | INSIDE LANDSCAPE FULL-TIME | 07-27-2001 0001 | 09-08-2001 0001 |
| MCK | CMS FACL | FACILITIES OFFICE | 07-26-2001 0001 | 07-27-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 07-25-2001 1213 | 07-26-2001 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 07-20-2001 0845 | 07-25-2001 1213 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 07-13-2001 1836 | 07-20-2001 0518 |
| LOR | ADM DET | ADMINISTRATIVE DETENTION | 05-18-2001 1323 | 07-13-2001 0900 |
| LOR | DIS SEG | DISCIPLINARY SEGREGATION | 04-19-2001 1522 | 05-18-2001 1323 |
| LOR | ADM DET | ADMINISTRATIVE DETENTION | 03-23-2001 1915 | 04-19-2001 1522 |
| LOR | CABLE 11 | PRODUCTION/ | 02-09-2001 0001 | 03-23-2001 1915 |
| LOR | F/SVC PM | FOOD SERVICE WORKER (PM) | 02-07-2001 1015 | 02-09-2001 0001 |
| LOR | F/SVC AM | FOOD SERVICE WORKER (AM) | 02-06-2001 0001 | 02-07-2001 1015 |
| LOR | A&O COMP | A&O PROGRAM COMPLETE | 01-11-2001 1402 | 02-06-2001 0001 |
| LOR | A&O | A&O UNASSIGNED | 01-05-2001 0845 | 01-11-2001 1402 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 01-02-2001 2101 | 01-05-2001 0545 |
| CUM | FPI SHOP 3 | UNICOR SHOP 3 | 05-30-2000 0001 | 01-02-2001 1023 |
| CUM | FPI SHOP 8 | UNICOR SHOP 8 | 08-23-1999 0001 | 05-30-2000 0001 |
| CUM | F PLUMBER | FCI PLUMBER | 06-08-1999 0001 | 08-23-1999 0001 |
| CUM | F MECH SVC | FCI MECHANICAL SVC | 06-07-1999 0001 | 06-08-1999 0001 |
| CUM | F UNASSIGN | UNASSIGNED INMATES | 05-24-1999 0001 | 06-07-1999 0001 |
| CUM | F A&O | FCI A&O INMATES | 05-19-1999 0001 | 05-24-1999 0001 |
| CUM | F UNASSIGN | UNASSIGNED INMATES | 05-17-1999 2246 | 05-19-1999 0001 |
| CUM | F A&O | FCI A&O INMATES | 04-26-1999 1902 | 05-17-1999 2246 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 04-05-1999 1515 | 04-26-1999 0725 |

G0000          TRANSACTION SUCCESSFULLY COMPLETED

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 0 5 9 6 7 – 0 8 4 | W A R D ,  M Y R O N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 1 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.  ⎤ X = Apprentice
3 = P.W.  ⎦

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 1 0 – 1 7 – 0 3 | 0 7 1 0 | X |

| | |
|---|---|
| **2** | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
| **C** | 23. **Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| \| \| – \| \| – \| \| | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| \| \| \| \| | 25. Total Inmate Hours Involved |

26. **Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _____ Foreman | Date: | _____ |
| Approved By | _____ Plant Superintendent | Date: | _____ |
| Approved By | _____ Ass't Supt. Or Business Mgr. | Date: | _____ |
| Entered On Payroll Records | _____ Timekeeper | Date: | _____ |

FPI Form 96 (9/98)

| Distribution: | White (Business Office) | Canary (Terminal Operator) | Pink (Placement) | Goldenrod (Foreman) |
|---|---|---|---|---|

# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
| 0 5 9 6 7 - 0 8 4 | W A R D   M Y R O N   A R V E L | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| | 2 | M C F T 1 | 7 6 9 6 8 7 0 5 4 | W O O D W R K   S H O P H A N D |

10/6/02

**To:**

1 = Hourly
2 = G.P.W.
3 = P.W.

X = Apprentice

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| | 1 | M C F T 1 | 7 6 9 6 8 7 0 5 4 | W O O D W R K   S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
| 0 1 - 0 4 - 0 3 | 1 5 3 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
| | 1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole). |

| | | - | | - | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman   Date: _____

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 1/16/03

FPI Revised Form 96
October 1, 1982

Distribution:   White ——— Business office   Green ——— Placement
Canary ——— Terminal operator   Pink ——— Foreman

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name   **Myron Ward**          Reg. Number   **05967-084**

☑ 1.) I have had a department orientation by my department supervisor.

☑ 2.) I have read and understand the Factory Rules and Safety Regulations.

☑ 3.) I have read and understand the department procedures for my assigned area.

☑ 4.) I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.) I have had on the job training with an experienced production worker.

☑ 6.) I have read and understand my Job Description.

☑ 7.) I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.) I have familiarized myself with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
and the role I play in the system.

_Myron Ward    05967-084_
Inmate Signature  &  Reg. Number

_6/23/03_
Date

_Mrly B_
Woodworking Supervisor Signature

_6/27/03_
Date

| TITLE: | TRAINING RECORD | CONTROL NO. | 1403 | DATE: | 6/11/03 |
|---|---|---|---|---|---|
| Production - | UNICOR MCKEAN | REV: | Original Issue | SHEET | 1 OF 1 |

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __WARD, MYRON__                    Register Number: __05967-084__

Institution Code: _____231_____          Industry Code: _____MCFT_____

Job Description: __Woodworking Shophand__          Department: __Layup 1__

> *Duties: Performs any combination of the following: cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Responsible for the quantity and quality of all parts handled. All workers will clean their tools and work area when there is no production work. Failure to do so will result in an "Unsatisfactory Work Performance" warning. All other duties as assigned in UNICOR.*

I have instructed inmate __WARD, MYRON__ Reg. No.__05967-084__

in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____                    __3-21-02__
            Foreman                                      Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    __05967-084__          __4/9/02__
    Signature of Inmate                Register Number           Date

Federal Prison Industries, Inc.
UNICOR - McKean

P.O. Box 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# M E M O R A N D U M

DATE:    March 27, 2002

REPLY TO:
ATTN OF:   Martin Sapko, Factory Manager

SUBJECT:   Issuance of Safety Glasses

TO:       New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store your issued safety glass, it is your responsibility and must be well cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for **all** production workers and **must** be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _____, and I agree to the above conditions.

Signature: _Myran Ward_____

Print Name: _MYRON WARD_____

Reg. Number: _05967-084_____

# F.C.I. McKean

## UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

NAME: ~~Myron Ward~~ MYRON WARD _____ UNIT: CB LOCKER#_____ CHIT#_____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR SUPERVISOR.  WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE.  INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND AFTER RETURNING FORM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES AT ALL TIMES WHILE IN THE FACTORY.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH-NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM.  OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR IS STRICTLY FORBIDDEN.  VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN.  FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED, AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY.  <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

10) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT.  DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCK.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR, OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS WITH UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS.  ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN AND ALSO TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAS BEEN TRANSFERRED FROM ANOTHER INSTITUTION FOR DISCIPLINARY PURPOSES, SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

---

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND ALSO UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE RULES SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: Myron Ward _____ REG.# 05967-084 _____ DATE: 4/9/02

ASSIGNED DEPARTMENT: _____

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

2. If UNICOR Action   Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

3. If IPRS Action   Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

4. Register Number      5. Resident Name (Last, First, Middle)      6. Institution Code

`0 5 9 5 7 - 0 8 4`     `WARD , MYRON`     `2 3 1`

**Action Recommended**

From:

7. Job Number   8. Grade 1 - 4   9. Industry Code   10. Wage Plan   11. Dot Code   12. Position Title

`0 1 2`   `4`   `S C F F 1`   `1`   `7 6 9 5 8 7 0 5 4`   `WD WRK SHOP HAND`

1 = Hourly
2 = G.P.W.    — X = Apprentice
3 = P.W.

To:

13. Job Number   14. Grade 1 - 4   15. Industry Code   16. Wage Plan   17. Dot Code   18. Position Title

19. Effective Date Month, Day, Year   20. Time Of Action      21. Check One:    AM    PM

`0 4 - 0 9 - 0 2`   `0 7 0`      `X` `  `

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole).

| | | | 24. Date Of Enrollment Month, Day, Year |

| | | | 25. Total Inmate Hours Involved |

26. Signatures:

Recommended By _____ Foreman   Date: _____

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _____

FPI Revised Form 96      Distribution:   White—————— Business office   Green—————— Placement

LAYUP 1                                    GRADE CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 2 | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number          5. Resident Name (Last, First, Middle)          6. Institution Code

`0 5 9 6 7 - 0 8 4`   `W A R D , M Y R O N`          `2 3 1`

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D W R K S H O P H A N D` |

1 = Hourly
2 = G.P.W.  ⎤ X = Apprentice
3 = P.W.    ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| `9 1 2` | `3` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D W R K S H O P H A N D` |

19. Effective Date Month, Day, Year          20. Time of Action          21. Check One:  AM  PM

`0 7 - 0 8 - 0 2`          `0 7 1 0`          `X`

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

| | - | | - | | 24. Date Of Enrollment Month, Day, Year

| | | | | 25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman          Date: 7/16/02

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Form 96 (9/98)
Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

GRADE CHANGED    FILED 5/5/99

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number** 0 5 9 6 7 - 0 8 4

**5. Resident Name (Last, First, Middle)** M A R I, M Y R O N A R V I L L

**6. Institution Code** 2 3 1

### Action Recommended
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| | 3 | M C F T | 1 | 7 6 9 8 8 7 0 5 4 | W D W R K S H O P HAN D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 4 | M C F T | 1 | 7 6 9 8 8 7 0 5 4 | W D W R K S H O P H A N D |

**19. Effective Date** Month, Day, Year  1 0 - 0 6 - 0 2

**20. Time of Action**  1 5 5 9

**21. Check One:** AM  PM  ☒

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
| | | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | - | | - | | 24. Date Of Enrollment Month, Day, Year |

| | | | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____  Foreman    Date: 10/6/02

Approved By _____  Plant Superintendent    Date: _____

Approved By _____  Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____  Timekeeper    Date: 10/8/0

FPI Form 96 (9/98)
Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| `3` | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| `3` | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| `3` | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number:** `0 5 9 6 7 - 0 8 4`

**5. Resident Name (Last, First, Middle):** `W A R D , M Y R O N`

**6. Institution Code:** `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `1` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D  W R K  S H O P H A N D` |

1 = Hourly
2 = G.P.W.   X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** `1 0 - 1 7 - 0 3`

**20. Time of Action:** `0 7 1 0`

**21. Check One:** AM `X`   PM ☐

| `2` | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| `C` | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole). |

`| | - | | - | |`    24. Date Of Enrollment Month, Day, Year

`| | | |`    25. Total Inmate Hours Involved

**26. Signatures:**

Recommended By _Mike Harp, Jr._ Foreman   Date: _10/17/03_

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: _10/21/03_

# UNICOR
Federal Prison Industries, Inc.

## Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| [ 1 ] | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| [ 2 ] | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| [ ] | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 0 5 9 6 7 - 0 5 4   **5. Resident Name (Last, First, Middle):** WARD MERON ARVEL   **6. Institution Code:** 2 3 1

### Action Recommended

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| | 2 | M C F T | 1 | 7 6 9 58 7 0 5 4 | W O O D W R K   S H O P H A N D |

10/6/02

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 1 | M C F T | 1 | 7 6 96 8 7 0 5 4 | W O O D W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.   X = Apprentice
3 = P.W.

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM  PM |
|---|---|---|
| 01 - 04 - 03 | 1530 | PM [X] |

| | |
|---|---|
| [ ] | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
| [ ] | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| [ ] - [ ] - [ ] | **24. Date Of Enrollment Month, Day, Year** |

| | |
|---|---|
| [ ] | **25. Total Inmate Hours Involved** |

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _Mr B_ | Foreman | Date: 1/4/03 |
| Approved By | _Debra Forsyth_ | Plant Superintendent | Date: 1/8/03 |
| Approved By | _T. Nalahan_ | Ass't Supt. Or Business Mgr. | Date: 1/16/03 |
| Entered On Payroll Records | _Linda K. Kerr_ | Timekeeper | Date: 1/16/03 |

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number:** C 5 9 6 7 - 0 8 4
**5. Resident Name (Last, First, Middle):** W A R D   M Y R O N   A R V I L L
**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| | 1 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P   H A N D |

1 = Hourly
2 = G.P.W.   X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P   H A N D |

**19. Effective Date Month, Day, Year:** 1 0 - 1 9 - 9 2
**20. Time of Action:** 1 5 3 9
**21. Check One:** AM  PM [XX]

---

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole).)

**24. Date Of Enrollment Month, Day, Year:** | | - | | - | |

**25. Total Inmate Hours Involved:** | | | | |

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _RMB_ | Foreman | Date: 10/6/02 |
| Approved By | _T Halahan Hay_ | Plant Superintendent | Date: 10/18/02 |
| Approved By | _T Halahan_ | Ass't Supt. Or Business Mgr. | Date: 10/28/02 |
| Entered On Payroll Records | _Linda S. Kerr_ | Timekeeper | Date: 10/28/02 |

FPI Form 96 (9/98)

Distribution:   White (Business Office)   Canary (Terminal Operator)   Pink (Placement)   Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **2** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number**   0 5 9 6 7 - 0 8 4
**5. Resident Name (Last, First, Middle)**   W A R D , M Y R O N
**6. Institution Code**   2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.       X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

**19. Effective Date Month, Day, Year**   0 7 - 0 8 - 0 2
**20. Time of Action**   0 7 1 0
**21. Check One:** AM  PM   [X]

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**   | - | -

**25. Total Inmate Hours Involved**

## 26. Signatures:

| | | | |
|---|---|---|---|
| Recommended By | _____ | Foreman | Date: 7/16/02 |
| Approved By | _____ | Plant Superintendent | Date: 7/8/02 |
| Approved By | _____ | Ass't Supt. Or Business Mgr. | Date: 7/ /02 |
| Entered On Payroll Records | _____ | Timekeeper | Date: 7/17/12 |

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type Of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| | | |
|---|---|---|
| **1** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 0 5 9 6 7 - 0 8 4

**5. Resident Name (Last, First, Middle):** WARD, TYRON

**6. Institution Code:** 2 3 1

## Action Recommended

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | S C F T | 1 | 7 6 9 6 8 7 0 5 4 | WD WRK SHOPHAND |

1 = Hourly
2 = G.P.W.  —   X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** 0 4 - 0 9 - 0 2

**20. Time Of Action:** 0 7 1 0

**21. Check One:**   AM [X]   PM [ ]

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures**

| | | |
|---|---|---|
| Recommended By _____ | Foreman | Date: 4-11-02 |
| Approved By _T. Helahan___ | Plant Superintendent | Date: 4/... |
| Approved By _T. Helahan___ | Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _CL Muramon_ | Timekeeper | Date: 4/15/02 |

FPI Revised Form 96
October 1, 1982

Distribution:    White —————— Business office    Green —————— Placement
   Canary —————— Terminal operator    Pink —————— Foreman

Employee Work History

NAME: __Ward, Myron Arvel__     NO. __#05967-084__

HIRE DATE: __04/09/02__     Prior UNICOR Credit Accepted: __00__ Months

Year __2002__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr | 1 | 3:45 |  | 3:45 |  |
| May | 2 | 3:45 |  | 7:36 |  |
| Jun | 3 | 3:45 |  | 11:15 |  |
| Jul | 4 | 3:45 |  | 15:00 |  |
| Aug | 5 | 3:53 |  | 16:53 |  |
| Sep | 6 | 3:38 |  | 20:31 |  |
| Oct | 7 | 3:38 |  | 24:09 |  |
| Nov | 8 | 3:38 |  | 27:47 |  |
| Dec | 9 | 3:38 |  | 31:25 |  |

Year __2003__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 10 | 3:38 |  | 35:03 |  |
| Feb | 11 | 3:38 |  | 38:41 |  |
| Mar | 12 | 3:38 |  | 42:19 |  |
| Apr | 13 | 7:15 |  | 49:34 |  |
| May | 14 | 7:15 |  | 56:49 |  |
| Jun | 15 | 7:15 | 42:19 Pav | 21:45 |  |
| Jul | 16 | 7:15 |  | 29:00 |  |
| Aug | 17 | 7:15 |  | 36:15 |  |
| Sep | 18 | 7:15 |  | 43:30 |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year __2004__

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

```
   MCK2G  531.01 *                INMATE HISTORY              *      04-06-2002
   PAGE 001 OF 001 *                WRK DETAIL                *      13:58:46

   REG NO..: 05967-084 NAME....: WARD, MYRON ARVEL
   CATEGORY: WRK          FUNCTION: PRT          FORMAT:

   FCL      ASSIGNMENT DESCRIPTION                START DATE/TIME  STOP  DATE/TIME

   MCK      CMSLANDIN2 INSIDE LANDSCAPE FULL-TIME  09-08-2001 0001 CURRENT
   MCK      CMSLANDIN1 INSIDE LANDSCAPE FULL-TIME  07-27-2001 0001 09-08-2001 0001

   MCK      CMS FACL   FACILITIES OFFICE           07-26-2001 0001 07-27-2001 0001

   MCK      UNASSG     UNASSIGNED                  07-25-2001 1213 07-26-2001 0001

   MCK      A&O        ADMISSION & ORIENTATION     07-20-2001 0845 07-25-2001 1213

   LEW      UNASSG     UNASSIGNED WORK DETAIL      07-13-2001 1836 07-20-2001 0518

   LOR      ADM DET    ADMINISTRATIVE DETENTION    05-18-2001 1323 07-13-2001 0900

   LOR      DIS SEG    DISCIPLINARY SEGREGATION    04-19-2001 1522 05-18-2001 1323

   LOR      ADM DET    ADMINISTRATIVE DETENTION    03-23-2001 1915 04-19-2001 1522

   LOR      CABLE 11   PRODUCTION/                 02-09-2001 0001 03-23-2001 1915

   LOR      F/SVC PM   FOOD SERVICE WORKER (PM)    02-07-2001 1015 02-09-2001 0001

   LOR      F/SVC AM   FOOD SERVICE WORKER (AM)    02-06-2001 0001 02-07-2001 1015

   LOR      A&O COMP   A&O PROGRAM COMPLETE        01-11-2001 1402 02-06-2001 0001

   LOR      A&O        A&O UNASSIGNED              01-05-2001 0845 01-11-2001 1402

   LEW      UNASSG     UNASSIGNED WORK DETAIL      01-02-2001 2101 01-05-2001 0545

   CUM      FPI SHOP 3 UNICOR SHOP 3               05-30-2000 0001 01-02-2001 1023

   CUM      FPI SHOP 8 UNICOR SHOP 8               08-23-1999 0001 05-30-2000 0001

   CUM      F PLUMBER  FCI PLUMBER                 06-08-1999 0001 08-23-1999 0001

   CUM      F MECH SVC FCI MECHANICAL SVC          06-07-1999 0001 06-08-1999 0001

   CUM      F UNASSIGN UNASSIGNED INMATES          05-24-1999 0001 06-07-1999 0001

   CUM      F A&O      FCI A&O INMATES             05-19-1999 0001 05-24-1999 0001

   CUM      F UNASSIGN UNASSIGNED INMATES          05-17-1999 2246 05-19-1999 0001

   CUM      F A&O      FCI A&O INMATES             04-26-1999 1902 05-17-1999 2246

   OKL      UNASSG     UNASSIGNED HOLDOVER         04-05-1999 1515 04-26-1999 0725
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
   MCK2G          *          INMATE DISCIPLINE DATA          *      04-06-2002
PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD     *      13:59:20

REGISTER NO: 05967-084 NAME..: WARD, MYRON ARVEL
FUNCTION...: PRT          FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 04-06-2002

--------------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 868922 - SANCTIONED  INCIDENT DATE/TIME: 03-23-2001 1730

DHO HEARING DATE/TIME: 04-19-2001 1230
FACL/CHAIRPERSON.....: LOR/LINDEN J
APPEAL CASE NUMBER(S): 239792
REPORT REMARKS.......: DURING A ROUTINE SEARCH, A 5 1/2 SHARPENED TOOTHBRUSH
                       WAS FOUND TAPED UNDER THE INMATE'S LOCKER.
   104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT   / 40 DAYS / CS
         COMP:010 LAW:P
         DS        / 30 DAYS / CS
         COMP:    LAW:    FROM 04-19-01 THROUGH 05-18-01.
         TRANSFER  / CS
         COMP:    LAW:    RECOMMEND A DISCIPLINARY TRANSFER.
--------------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 802179 - SANCTIONED  INCIDENT DATE/TIME: 07-29-2000 1100

UDC HEARING DATE/TIME: 08-02-2000 1540
FACL/UDC/CHAIRPERSON.: CUM/UNIT C/D HOLLER
REPORT REMARKS.......: I/M ADMITTED GUILT.
   328   GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         LP PHONE  / 180 DAYS / CS
         COMP:    LAW:    6 MONTHS LOSS OF PHONE;
                          TO EXPIRE ON 02/03/2000.




   G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
MCK2G                    INMATE EDUCATION DATA          05-28-2002
PAGE 001          *          TRANSCRIPT          *      14:18:47

REGISTER NO: 05967-084    NAME..: WARD                FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: MCK-MCKEAN FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT       05-28-1999 0001 CURRENT
MCK  GED HAS    COMPLETED GED OR HS DIPLOMA  05-05-1999 0001 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION               START DATE  STOP DATE EVNT AC LV   HRS
MCK         FOOD SERV MGMT VT M-F 730-130  10-08-2002 CURRENT
MCK         CULINARY VT M-F 7:30-9:30  07-10-2002 10-08-2002  C   W  I     0
MCK         ACE-FINANCE 1             06-24-2002 08-10-2002  P   C  P    63
MCK         ACE-BUSINESS DEVELOPMENT  03-18-2002 06-11-2002  P   C  P   106
MCK         ACE-BUS. MATH&ENG WED.630-830  11-28-2001 05-22-2002  P   C  P    60
MCK         ACE STOCK MARKET          01-14-2002 02-16-2002  P   C  P    57
MCK         HYDROPONICS VT,M-F, 9:30-11:30 08-22-2001 09-26-2001  P   C  E    50
LOR         PERSONAL TRAINER CERT-EDUC 02-06-2001 04-10-2001  P   C  P   121
CUM         MICRO APPLICATIONS        09-07-2000 12-12-2000  P   C  P    45

G0002      MORE PAGES TO FOLLOW . . .
```

BP-S148.055    INMATE REQUEST TO STAFF CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Forsyth, S.O.I. (Unicor) | 8/12/02 |
| FROM: | REGISTER NO.: |
| WARD, Myron | 05967-084 |
| WORK ASSIGNMENT: | UNIT: |
| Lay up 1 | CB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am currently on Unicor Day shift. I have a conflict in my schedule. The vocational class that I take is from 7:30 A.m - 1:30 PM. (I've been taking it for over a month). If possible, I would like to switch shift to the night shift. My attempts have been unsuccessful thus far.

POSTED
Thank you

(Do not write below this line)    Dot 769687054

DISPOSITION:

MOVE FROM LAYUP I TO ASSY 2
9/3/02

GED 5/5/99

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94