```
BOPUK  531.01 *                INMATE HISTORY            *      09-08-2006
PAGE 001       *                   WRK DETAIL            *      07:45:18
```

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| BEN | DW CMPND | CMPND DETAIL | 05-25-2006 0001 | CURRENT |
| BEN | UNASSG | UNASSIGNED | 12-22-2005 1352 | 05-25-2006 0001 |
| BEN | FCI A&O | ADMISSION AND ORIENTATION | 12-01-2005 1100 | 12-22-2005 1352 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 11-30-2005 1411 | 12-01-2005 0414 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 11-23-2005 0900 | 11-30-2005 0454 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 09-29-2005 0001 | 11-23-2005 0724 |
| JES | UNASSG | UNASSIGNED | 09-23-2005 1457 | 09-29-2005 0001 |
| JES | UNASSG | UNASSIGNED | 09-13-2005 1044 | 09-23-2005 0834 |
| JES | SHU | SPECIAL HOUSING UNIT | 09-12-2005 1334 | 09-13-2005 1044 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 06-09-2005 0001 | 09-12-2005 1334 |
| JES | IDLE2 | IDLE - 2 DAYS | 06-08-2005 0730 | 06-09-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 03-04-2005 0001 | 06-08-2005 0730 |
| JES | MED CONV | MEDICAL CONVALESCENCE | 03-02-2005 0001 | 03-04-2005 0001 |
| JES | HVAC 2 | HEAT/VENT/AC DETAIL | 10-05-2004 0001 | 03-02-2005 0001 |
| JES | CMS | CMS CLERK | 10-01-2004 0001 | 10-05-2004 0001 |
| JES | ORDERLY C1 | C1 UNIT ORDERLY | 08-10-2004 0800 | 10-01-2004 0001 |
| JES | UNASSG | UNASSIGNED | 08-09-2004 1603 | 08-10-2004 0800 |
| JES | A&O | ADMISSION & ORIENTATION PGM | 08-03-2004 1315 | 08-09-2004 1603 |
| JES | UNASSG | UNASSIGNED | 08-02-2004 1256 | 08-03-2004 1315 |
| JES | SHU | SPECIAL HOUSING UNIT | 07-16-2004 0715 | 08-02-2004 1256 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 06-29-2004 1700 | 07-16-2004 0305 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-24-2004 1755 | 06-29-2004 0800 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-21-2004 1457 | 05-24-2004 1033 |
| MCK | VACATION | VACATION | 05-14-2004 0001 | 05-21-2004 1100 |
| MCK | REC | RECREATION ORDERLY | 03-23-2004 0001 | 05-14-2004 0001 |
| MCK | CONV | CONVALESCENT | 03-17-2004 1123 | 03-23-2004 0001 |
| MCK | REC | RECREATION ORDERLY | 06-15-2003 0001 | 03-17-2004 1123 |
| MCK | IDLE | IDLE | 06-13-2003 1021 | 06-15-2003 0001 |
| MCK | REC | RECREATION ORDERLY | 05-08-2003 0001 | 06-13-2003 1021 |

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | UNASSG | UNASSIGNED | 04-25-2003 0001 | 05-08-2003 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 10-03-2002 0001 | 04-25-2003 0001 |
| MCK | I LAYUP 1 | LAYUP 1 | 09-03-2002 0001 | 10-03-2002 0001 |
| MCK | ORD B B | ORDERLY B B | 07-30-2002 0001 | 09-03-2002 0001 |
| MCK | UNASSG | UNASSIGNED | 07-24-2002 0001 | 07-30-2002 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 07-19-2002 0825 | 07-24-2002 0001 |
| LEW | PAINT 2 | PAINT 2 | 06-12-2002 0001 | 07-19-2002 0520 |
| LEW | INS GM1 | INSIDE GENERAL MAINT 1 | 06-04-2002 0001 | 06-12-2002 0001 |
| LEW | INS FA | INSIDE FACILITY ASSISTANT | 06-01-2002 0001 | 06-04-2002 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-24-2002 0826 | 06-01-2002 0001 |
| LEW | PAINT 2 | PAINT 2 | 11-24-2001 0001 | 04-18-2002 1214 |
| LEW | IDLE 3 | IDLE #3 - 3 DAYS | 11-21-2001 1510 | 11-24-2001 0001 |

G0002        MORE PAGES TO FOLLOW . . .

BOPUK  531.01 *              INMATE HISTORY          *      09-08-2006
PAGE 002 OF 002 *              WRK DETAIL            *      07:45:18

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| LEW | PAINT 2 | PAINT 2 | 05-30-2001 0001 | 11-21-2001 1510 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 05-12-2001 0712 | 05-30-2001 0001 |
| LEW | PAINT 2 | PAINT 2 | 04-18-2001 0001 | 05-12-2001 0712 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-19-2001 2114 | 04-18-2001 0001 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 02-21-2001 1910 | 03-19-2001 1113 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 08-11-1999 1645 | 08-17-1999 0730 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1200 | 08-11-1999 1125 |
| MIL | UNASSG | UNASSIGNED WORK DETAIL | 08-03-1999 1155 | 08-03-1999 1159 |

G0000          TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY-PART                    TERMINATION                    PROGRAM CHANGE

## UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

4. Register Number    5. Resident Name (Last, First, Middle)    6. Institution Code

`2 6 9 9 1 - 0 3 9`   `K E L L Y ,  L E S L I E`    `2 3 1`

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |

`d d d  d`   `M C F T`  `1`  `7 0 6 6 8 7 0 1 0`   `A S S E M B L E R`

1 = Hourly
2 = G.P.W.   ——— X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |

19. Effective Date Month, Day, Year    20. Time Of Action    21. Check One:   AM   PM

`9 4 - 2 9 - 9 3`   `0 7 1 0`    `[x]` `[ ]`

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

Canary----------- Terminal operator    Pink------------ Foreman

LAYUP 1                    INTERDEPARTMENTAL CHANGE                    FROM LAYUP 1 TO ASSEMBLY 1

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **2** | 1. | Type of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| | | | |
|---|---|---|---|
| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | | |
|---|---|---|---|
| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 5 8 6 4 — 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P F A N D |

1 = Hourly
2 = G.P.W.     ⎤ X = Apprentice
3 = P.W.     ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 4 4 | 4 | M C F T | 1 | 7 0 6 5 8 7 0 1 0 | C O M P   A S S E M B L Y   L I N E |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 1 0 — 0 3 — 0 2 | 0 7 1 0 | X (AM) |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| | — — |

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By _____ Foreman | Date: 10/2/02 |
| Approved By _____ Plant Superintendent | Date: _____ |
| Approved By _____ Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ Timekeeper | Date: 1/3/02 |

FPI Form 96 (9/98)

Distribution:      White (Business Office)      Canary (Terminal Operator)      Pink (Placement)      Goldenrod (Foreman)

LAYUP 1                        INTERDEPARTMENTAL CHANGE        FROM LAYUP 1  TO LAYUP PART

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 6 8 6 4 — 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P  H A N D |

1 = Hourly
2 = G.P.W.     ⎤ X = Apprentice
3 = P.W.       ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 9 — 1 1 — 0 2 | 0 7 1 0 | X |

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
|---|---|---|
| | | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | — | — | 24. Date Of Enrollment Month, Day, Year |

| | | | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman          Date: 9-10-02

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: 9/4/02

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Leslie Kelly__          Register Number: __26864-039__

Institution Code:_____231_____          Industry Code:_____MCFT_____

Job Description: __Woodworking Shophand__          Department: __Layup 1__

*Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate ____Leslie Kelly____ Reg. No. __26864-039__
in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          9-11-02
Foreman                                  Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____          26864039          9-11-02
Signature of Inmate          Register Number          Date

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 1 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number        5. Resident Name (Last, First, Middle)        6. Institution Code

`2 6 8 6 4 — 0 3 9`    `K E L L Y , L E S L I E`    `2 3 1`

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |

`0 1 2`    `4`    `M C F T`    `1`    `7 6 9 6 8 7 0 5 4`    `W D   W R K   S H O P H A N D`

1 = Hourly
2 = G.P.W.        X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |

19. Effective Date Month, Day, Year        20. Time of Action        21. Check One:    AM    PM

`0 9 — 0 3 — 0 2`    `0 7 1 0`        `X` `_`

22. **Reason For Termination Of Employment Or Withdrawal**
    1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
    5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**
    1 = yes   0 = no   2 = no        (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. Signatures:

Recommended By _____ Foreman        Date: _____

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: 9-3-02

FPI Form 96 (9/98)
Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# F.C.I. McKean

## UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

NAME: LESLie Kelly _____    UNIT:_____    LOCKER#_____    CHIT#_____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR SUPERVISOR.  WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE.  INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND AFTER RETURNING FORM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES AT ALL TIMES WHILE IN THE FACTORY.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH-NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM.  OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR IS STRICTLY FORBIDDEN.  VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN.  FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED, AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY.  <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

10) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT.  DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCK.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR, OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS WITH UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS.  ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN AND ALSO TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAS BEEN TRANSFERRED FROM ANOTHER INSTITUTION FOR DISCIPLINARY PURPOSES, SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND ALSO UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE RULES SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: LESLiE Kelly _____    REG.# 26864059    DATE: 9-3=02

ASSIGNED DEPARTMENT: 1-LAY UP -1

Federal Prison Industries, Inc.
UNICOR - McKean

P.O. Box 8000
Phone #(814) 362-8900
Fax #(814) 362-4151

# M E M O R A N D U M

---

DATE:    March 27, 2002

REPLY TO:
ATTN OF:    Martin Sapko, Factory Manager

SUBJECT:    Issuance of Safety Glasses

TO:    New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store your issued safety glass, it is your responsibility and must be well cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _____, and I agree to the above conditions.

Signature: _Leslie Kelly_

Print Name: _LESLIE KELLY_

Reg. Number: _26864039_

```
  MCK2G  531.01 *            INMATE HISTORY            *      08-30-2006
PAGE 001         *             WRK DETAIL             *      15:00:33

  REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
  CATEGORY: WRK        FUNCTION: PRT         FORMAT:

FCL     ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
BEN     DW CMPND   CMPND DETAIL                     05-25-2006 0001 CURRENT
BEN     UNASSG     UNASSIGNED                       12-22-2005 1352 05-25-2006 0001
BEN     FCI A&O    ADMISSION AND ORIENTATION        12-01-2005 1100 12-22-2005 1352
ATL     DCU UNASSG DETENTION CENTER UNASSIGNED      11-30-2005 1411 12-01-2005 0414
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)          11-23-2005 0900 11-30-2005 0454
JES     HVAC 2     HEAT/VENT/AC DETAIL              09-29-2005 0001 11-23-2005 0724
JES     UNASSG     UNASSIGNED                       09-23-2005 1457 09-29-2005 0001
JES     UNASSG     UNASSIGNED                       09-13-2005 1044 09-23-2005 0834
JES     SHU        SPECIAL HOUSING UNIT             09-12-2005 1334 09-13-2005 1044
JES     HVAC 2     HEAT/VENT/AC DETAIL              06-09-2005 0001 09-12-2005 1334
JES     IDLE2      IDLE - 2 DAYS                    06-08-2005 0730 06-09-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL              03-04-2005 0001 06-08-2005 0730
JES     MED CONV   MEDICAL CONVALESCENCE            03-02-2005 0001 03-04-2005 0001
JES     HVAC 2     HEAT/VENT/AC DETAIL              10-05-2004 0001 03-02-2005 0001
JES     CMS        CMS CLERK                        10-01-2004 0001 10-05-2004 0001
JES     ORDERLY C1 C1 UNIT ORDERLY                  08-10-2004 0800 10-01-2004 0001
JES     UNASSG     UNASSIGNED                       08-09-2004 1603 08-10-2004 0800
JES     A&O        ADMISSION & ORIENTATION PGM      08-03-2004 1315 08-09-2004 1603
JES     UNASSG     UNASSIGNED                       08-02-2004 1256 08-03-2004 1315
JES     SHU        SPECIAL HOUSING UNIT             07-16-2004 0715 08-02-2004 1256
TAL     JAIL       WORK ASSG (A-PRE/A-HLD)          06-29-2004 1700 07-16-2004 0305
OKL     UNASSG     UNASSIGNED HOLDOVER              05-24-2004 1755 06-29-2004 0800
LEW     UNASSG     UNASSIGNED WORK DETAIL           05-21-2004 1457 05-24-2004 1033
MCK     VACATION   VACATION                         05-14-2004 0001 05-21-2004 1100
MCK     REC        RECREATION ORDERLY               03-23-2004 0001 05-14-2004 0001
MCK     CONV       CONVALESCENT                     03-17-2004 1123 03-23-2004 0001
MCK     REC        RECREATION ORDERLY               06-15-2003 0001 03-17-2004 1123
MCK     IDLE       IDLE                             06-13-2003 1021 06-15-2003 0001
MCK     REC        RECREATION ORDERLY               05-08-2003 0001 06-13-2003 1021
MCK     UNASSG     UNASSIGNED                       04-25-2003 0001 05-08-2003 0001
MCK     I ASEMBLY1 ASSEMBLY 1                       10-03-2002 0001 04-25-2003 0001
MCK     I LAYUP 1  LAYUP 1                          09-03-2002 0001 10-03-2002 0001
MCK     ORD B B    ORDERLY B B                      07-30-2002 0001 09-03-2002 0001
MCK     UNASSG     UNASSIGNED                       07-24-2002 0001 07-30-2002 0001
MCK     A&O        ADMISSION & ORIENTATION          07-19-2002 0825 07-24-2002 0001
LEW     PAINT 2    PAINT 2                          06-12-2002 0001 07-19-2002 0520
LEW     INS GM1    INSIDE GENERAL MAINT 1           06-04-2002 0001 06-12-2002 0001
LEW     INS FA     INSIDE FACILITY ASSISTANT        06-01-2002 0001 06-04-2002 0001
LEW     UNASSG     UNASSIGNED WORK DETAIL           05-24-2002 0826 06-01-2002 0001
LEW     PAINT 2    PAINT 2                          11-24-2001 0001 04-18-2002 1214
LEW     IDLE 3     IDLE #3 - 3 DAYS                 11-21-2001 1510 11-24-2001 0001
```

G0002        MORE PAGES TO FOLLOW . . .

```
   MCK2G  531.01 *            INMATE HISTORY           *     08-30-2006
 PAGE 002 OF 002 *              WRK DETAIL             *     15:00:33

   REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
   CATEGORY: WRK          FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
LEW    PAINT 2    PAINT 2                  05-30-2001 0001 11-21-2001 1510
LEW    UNASSG     UNASSIGNED WORK DETAIL   05-12-2001 0712 05-30-2001 0001
LEW    PAINT 2    PAINT 2                  04-18-2001 0001 05-12-2001 0712
LEW    UNASSG     UNASSIGNED WORK DETAIL   03-19-2001 2114 04-18-2001 0001
ATL    UNASSG     UNASSIGNED WORK DETAIL   02-21-2001 1910 03-19-2001 1113
OKL    UNASSG     UNASSIGNED HOLDOVER      08-11-1999 1645 08-17-1999 0730
MIL    UNASSG     UNASSIGNED WORK DETAIL   08-03-1999 1200 08-11-1999 1125
MIL    UNASSG     UNASSIGNED WORK DETAIL   08-03-1999 1155 08-03-1999 1159
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED

ASSEMBLY PART                    TERMINATION                    PROGRAM CHANGE



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| 3 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| 3 | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 6 8 6 4 - 0 3 9 | K E L L Y, L E S L E E | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 4 4 | 4 | M C F 1 | 1 | 7 0 6 6 8 7 0 1 0 | A S S E M B L E R |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM PM |
|---|---|---|
| 0 4 - 2 5 - 0 3 | 0 7 1 0 | X |

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released      2 = Transferred      3 = Program Change      4 = Inmate Request
5 = Program Discontinued      6 = Control Purposes      7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no          (For use only when termination is for release (MR or parole).

| | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman          Date: 4/25/03

Approved By _____ Plant Superintendent          Date: 4/25/03

Approved By _____ Ass't Supt. Or Business Mgr.          Date: 4/25/03

Entered On Payroll Records _____ Timekeeper          Date: 4/25/03

FPI Revised Form 96
October 1, 1982          Distribution:          White----------Business office          Green----------Placement
Canary----------Terminal operator          Pink----------Foreman

LAYUP 1                    INTERDEPARTMENTAL CHANGE           FROM LAYUP 1 TO ASSEMBLY 1

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **2** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
|  | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4.  Register Number | 5.  Resident Name (Last, First, Middle) | 6.  Institution Code |
|---|---|---|
| 2 5 8 6 4 – 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 4 4 | 4 | M C F T | 1 | 7 0 6 6 8 7 0 1 0 | C O M P  A S S E M B L Y  L I N E |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM   PM |
|---|---|---|
| 1 0 – 0 3 – 0 2 | 0 7 1 0 | X |

| | |
|---|---|
|  | 22. **Reason For Termination Of Employment Or Withdrawal**<br>1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request<br>5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | |
|---|---|
|  | 23. **Continuation of Longevity Status**<br>1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | |
|---|---|
| _ _ – _ _ – _ _ | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| _ _ _ _ | 25. Total Inmate Hours Involved |

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By _____ Foreman | Date: 10/2/02 |
| Approved By _____ Plant Superintendent | Date: 10/2/02 |
| Approved By _____ Ass't Supt. Or Business Mgr. | Date: 10/2/02 |
| Entered On Payroll Record _Linda K. Kerr_ Timekeeper | Date: 10/3/02 |

FPI Form 96 (9/98):

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

LAYUP 1                    INTERDEPARTMENTAL CHANGE    FROM LAYUP 1  TO LAYUP PART

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4.  Register Number | 5.  Resident Name (Last, First, Middle) | 6.  Institution Code |
|---|---|---|
| 2 6 8 6 4 — 0 3 9 | K E L L Y ,  L E S L I E | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    ⌐ X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 9 — 1 1 — 0 2 | 0 7 1 0 | X |

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|
| | | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
|---|---|---|
| | | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

**26. Signatures:**

Recommended By _____ Foreman    Date: 9-10-02

Approved By _____ Plant Superintendent    Date: 9/10/02

Approved By _____ Ass't Supt. Or Business Mgr.    Date: 9/9/02

Entered On Payroll Records _____ Timekeeper    Date: 9/9/02

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| **1** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **2** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 2 6 8 6 4 — 0 3 9 | K E L L Y , L E S L I E | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.   }   X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 9 — 0 3 — 0 2 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole). |

| | — | — | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

26. Signatures:

Recommended By _~~W. nich~~_ Foreman     Date: _9-3-02_

Approved By _~~T. Kalaman~~_ Plant Superintendent     Date: _9/1/02_

Approved By _~~T. Kalaman~~_ Ass't Supt. Or Business Mgr.     Date: _9/1/02_

Entered On Payroll Records _~~Lynda K. Korr~~_ Timekeeper     Date: _9-3-02_

FPI Form 96 (9/98)

# *UNICOR*

*(FCI McKEAN)*

Amy Beck
BB

## "Notice of Unsatisfactory Work Performance"

Name: _Kelly, Leslie_          Number: _26364-039_     Date: _4-11-03_
(Last, First)

UNICOR McKean start date: _____     Current Grade: _4_   Unit: _____   This is to
advise you of your unsatisfactory work performance on: _____

Specifically: _found NOT WEARING SAFETY glasses At_
_9:11 Am in Assembly dept_
_____
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _Constant Supervision problem_

5) Other: _____

**     Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE:   Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
this matter.

_____          _____  _4-11-03_
Inmate Signature      Date          Staff Signature     Date

Final disposition: _Removal due to chronic management issued_
_and progressive dis unsatisfactory work_
_performance._

_____  _4/23/03_
Superintendent of Industries      Date

# *UNICOR*

### (FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie    Number: 26864-039    Date: 3-26-03
(Last, First)

UNICOR McKean start date: _____ Current Grade: ___ Unit: B-B  This is to
advise you of your unsatisfactory work performance on: _____

Specifically: Mr Kelly has been previously verbally warned
about crowding in line to exit the factory. He again
crowded to the front on 3-25-03 at 3:07 p.m.
Mr. Kelly is a management problem, and needs constant
supervision, my recommendation is therefore removal
as he has 3-written warning in addition to several
verbal _____

**Supervisor's Recommendation:**

1) Written Warning _____

2) Grade Reduction from _____ to _____ ; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

**   Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counseled concerning
this matter.

_____    _____  3-26-03
Inmate Signature    Date    Staff Signature    Date

Final disposition: _____

_____

_____

_____
Superintendent of Industries    Date

# *U N I C O R*

### (FCI McKEAN)

## "Notice of Unsatisfactory Work Performance"

Name: _Kelly Leslie_     Number: _26864-039_     Date: _12/13_
(Last, First)

UNICOR McKean start date: _____     Current Grade: _____     Unit: _B-04_ This is to
advise you of your unsatisfactory work performance on: _12-13-02_

Specifically: _HAS BEEN PREVIOUSLY WARNED ABOUT LEAVING his AREA WHEN WORK NEEDS TO BE DONE. IN this CASE he WAS ABSENT, thus I had to LOCATE him to GET TO his AREA. At this TIME he PROCEEDED TO ARGUE with ME._

_____
_____
_____
_____
_____
_____
_____

Supervisor's Recommendation:

1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

**     Third offenses, whether related acts, or not, automatically require the recommendation for "Removal".
       All recommendations for "Removal" must be approved by the Superintendent of Industries.

**NOTE:** Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning
this matter.

_REFUSED_ _____     _____     _12/13/02_
Inmate Signature     Date          Staff Signature     Date

Final disposition: _____
_____
_____


_____     _____
Superintendent of Industries     Date

# *U N I C O R*

## *(FCI McKEAN)*

## "Notice of Unsatisfactory Work Performance"

Name: Kelly, Leslie        Number: 26864-039        Date: 9-18-02
    (Last, First)

UNICOR McKean start date: _____ Current Grade: _____ Unit: B-B This is to advise you of your unsatisfactory work performance on: 9-18-02

Specifically: RETURNED late from Lunch

_____

Supervisor's Recommendation:

(1) Written Warning _____

2) Grade Reduction from _____ to _____; No. of days _____

3) Job Change _____

4) Removal ** _____

5) Other: _____

** Third offenses, whether related acts, or not, automatically require the recommendation for "Removal". All recommendations for "Removal" must be approved by the Superintendent of Industries.

NOTE: Your signature is not an admission of guilt. It merely indicates that you have been counselled concerning this matter.

X _Leslie Kelly_ 9-18-02        _Donald Cook_ 9-18-02
    Inmate Signature    Date              Staff Signature    Date

Final disposition: _____

_____

_____
Superintendent of Industries    Date

Employee Work History

NAME: _Kelly, Leslie_____ NO. _#26864-039_____

HIRE DATE: _09/03/02_____ Prior UNICOR Credit Accepted: _15_____ Months

Year _2002_

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep | 16 | 7:30 |  | 7:30 |  |
| Oct | 17 | 3:45 |  | 11:15 |  |
| Nov | 18 | 3:45 |  | 15:00 |  |
| Dec | 19 | 3:45 |  | 18:45 |  |

Year _2003_

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan | 20 | 3:45 |  | 22:30 |  |
| Feb | 21 | 3:45 |  | 26:15 |  |
| Mar | 22 | 3:45 |  | 30:00 |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year _2004_

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

L 15

GEO Progress Satisfactory @ 5/1/01
NON Promotable 4/19/01

```
MCK2G  531.01 *              INMATE HISTORY           *    08-28-2002
PAGE 001 OF 001 *             WRK DETAIL              *    20:16:02

REG NO..: 26864-039 NAME....: KELLY, LESLIE ROMILE
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME

MCK    ORD B B     ORDERLY B B                  07-30-2002 0001  CURRENT
MCK    UNASSG      UNASSIGNED                   07-24-2002 0001  07-30-2002 0001

MCK    A&O         ADMISSION & ORIENTATION      07-19-2002 0825  07-24-2002 0001

LEW    PAINT 2     PAINT 2                      06-12-2002 0001  07-19-2002 0520   2

LEW    INS GM1     INSIDE GENERAL MAINT 1       06-04-2002 0001  06-12-2002 0001

LEW    INS FA      INSIDE FACILITY ASSISTANT    06-01-2002 0001  06-04-2002 0001

LEW    UNASSG      UNASSIGNED WORK DETAIL       05-24-2002 0826  06-01-2002 0001

LEW    PAINT 2     PAINT 2                      11-24-2001 0001  04-18-2002 1214   5

LEW    IDLE 3      IDLE #3 - 3 DAYS             11-21-2001 1510  11-24-2001 0001

LEW    PAINT 2     PAINT 2                      05-30-2001 0001  11-21-2001 1510   6

LEW    UNASSG      UNASSIGNED WORK DETAIL       05-12-2001 0712  05-30-2001 0001

LEW    PAINT 2     PAINT 2                      04-18-2001 0001  05-12-2001 0712   2

LEW    UNASSG      UNASSIGNED WORK DETAIL       03-19-2001 2114  04-18-2001 0001

ATL    UNASSG      UNASSIGNED WORK DETAIL       02-21-2001 1910  03-19-2001 1113

OKL    UNASSG      UNASSIGNED HOLDOVER          08-11-1999 1645  08-17-1999 0730

MIL    UNASSG      UNASSIGNED WORK DETAIL       08-03-1999 1200  08-11-1999 1125

MIL    UNASSG      UNASSIGNED WORK DETAIL       08-03-1999 1155  08-03-1999 1159
```

S11
LAYUP I      5917 21
PRIOR
DOT                9/3/02      OK
769687054

G0000          TRANSACTION SUCCESSFULLY COMPLETED

```
  MCK2G            *        INMATE DISCIPLINE DATA        *      08-28-2002
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD    *      20:16:10

REGISTER NO: 26864-039 NAME..: KELLY, LESLIE ROMILE
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 08-28-2002

-----------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 883347 - SANCTIONED  INCIDENT DATE/TIME: 05-12-2001 0705

DHO HEARING DATE/TIME: 05-22-2001 1300
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: ADMITS
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DIS GCT    / 7 DAYS / CS
         COMP:010 LAW:P
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
MCK2G            *       INMATE EDUCATION DATA        *      08-29-2002
PAGE 001         *            TRANSCRIPT              *      14:11:01

REGISTER NO: 26864-039        NAME..: KELLY                    FUNC: DIS
FORMAT.....: TRANSCRIPT       RSP OF: MCK-MCKEAN FCI

---------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT         03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE  04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY  05-01-2001 1028 CURRENT

---------------------- EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
MCK       GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW       READING CLASS M-F 9-11AM    06-19-2001 04-18-2002  P  W  I  324
LEW       GED SELF STUDY              05-01-2001 06-19-2001  C  W  I    0

---------------------- HIGH TEST SCORES ------------------------------
TEST          SUBTEST        SCORE     TEST DATE      TEST FACL   FORM     STATE
ABLE          LANGUAGE        4.0     06-06-2001      LEW          E
              NUMBER OPR      4.1     06-06-2001      LEW          E

G0002     MORE PAGES TO FOLLOW . . .
```

```
MCK2G                     INMATE EDUCATION DATA        *    08-29-2002
PAGE 001          *          TRANSCRIPT                *    14:11:01


REGISTER NO: 26864-039     NAME..: KELLY               FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MCK-MCKEAN FCI
```

```
--------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT         03-20-2001 1334 CURRENT
MCK  GED EN     ENROLL GED NON-PROMOTABLE  04-19-2001 1317 CURRENT
MCK  GED SAT    GED PROGRESS SATISFACTORY  05-01-2001 1028 CURRENT
```

```
--------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
MCK        GED CLASSROOM 6,0930-1130, M-F 07-29-2002 CURRENT
LEW        READING CLASS M-F 9-11AM  06-19-2001 04-18-2002  P  W  I   324
LEW        GED SELF STUDY            05-01-2001 06-19-2001  C  W  I     0
```

```
--------------------- HIGH TEST SCORES ---------------------------
TEST        SUBTEST      SCORE      TEST DATE    TEST FACL   FORM    STATE
ABLE        LANGUAGE      4.0       06-06-2001      LEW        E
            NUMBER OPR    4.1       06-06-2001      LEW        E
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

Case 1:03-cv-00355-SJM-SPB    Document 70-25    Filed 02/02/2007    Page 28 of 31

```
MCK2G                *      INMATE EDUCATION DATA        *      08-29-2002
PAGE 002 OF 002 *                 TRANSCRIPT            *      14:11:01


REGISTER NO: 26864-039       NAME..: KELLY                    FUNC: DIS
FORMAT.....: TRANSCRIPT       RSP OF: MCK-MCKEAN FCI

-------------------------- HIGH TEST SCORES ----------------------------
TEST          SUBTEST      SCORE     TEST DATE      TEST FACL   FORM    STATE
ABLE          PROB SOLV     4.9      06-06-2001     LEW          E
              READ COMP     3.7      06-06-2001     LEW          E
              SPELLING      3.0      06-06-2001     LEW          E
              VOCABULARY    5.3      06-06-2001     LEW          E




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER**  CDFRM
APR 94

**UNITED STATES DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

DATE   *0 10/1/02*

TO:  *Cook*

(Name and Title of Officer)

SUBJECT:  State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

*I would Appreciate being REAsign to
Assembly I thank you in Advance for your
time & Consideration*

*ASAP*
*RCook*
*10-1-02*

(Use other side of page if more space is needed)

NAME:  *KElly, Leslie*          *26864*    NO: *039*

WORK ASSIGNMENT:  *Layup*          UNIT: *BB*

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:  Do not write in this space)          DATE _____

*Entered into IPS 10/2/02*

*Effective into IPS*
*10/3/02*                              *MOVE FROM*
                                       *LAVUP I*
*Linda K. Kerr*                            *TO*
                                       *ASSM I*    *10/3/02*

Record Copy - File; Copy - Inmate                  Officer

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA.  16701

### FACSIMILE TRANSMITTAL COVER SHEET

Date:  09/03/02

To:  UNICOR Business Office

FPI   USP LEWISBURG

From:  Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location.  Thank you in advance for your prompt reply!

Name:  KELLY, LESLIE .

Number:  #26864-039 .

Last Grade Received: _____  Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about:  07 / 19 / 02 .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
 Commercial Number: 814-362-8900 Ext.  3510 .
 UNICOR FAX Number: 814-362-4151
 Institution FAX Number: 814-362-3287

# UNICOR

## FEDERAL PRISON INDUSTRIES, INC.

Federal Correctional Institution
Mckean Office Furniture
P.O. Box 6000
Bradford, PA. 16701

### FACSIMILE TRANSMITTAL COVER SHEET

Date: __09/03/02__

To: UNICOR Business Office

__FPI   USP LEWISBURG__

From: Chris Mincemoyer, Accountant
FCI Mckean, Pennsylvania

Please provide the following information on the recently hired inmate who was transferred from your location. Thank you in advance for your prompt reply!

Name: __KELLY, LESLIE_____.

Number: __#26864-039_____.

Last Grade Received: _____ Longevity Upon Leaving: _____.

Inmate Left Your Facility on or about: __07__ / __19__ / __02__ .

Number Of Pages _____ (Excluding Cover Sheet)

* If You Did Not Receive A Good Copy, Please Call:
  Commercial Number: 814-362-8900 Ext. __3510__ .
  UNICOR FAX Number: 814-362-4151
  Institution FAX Number: 814-362-3287