```
BOPUK  531.01 *                INMATE HISTORY            *     09-08-2006
PAGE 001       *                 WRK DETAIL              *     07:45:01
REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK       FUNCTION: PRT       FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | I CABLE 1 | CABLE 1 | 06-19-2006 0001 | CURRENT |
| MCK | I MILL 1 | MILL 1 | 09-28-2005 0001 | 06-19-2006 0001 |
| MCK | VACATION | VACATION | 09-26-2005 0001 | 09-28-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 07-27-2005 0001 | 09-26-2005 0001 |
| MCK | VACATION | VACATION | 07-26-2005 0001 | 07-27-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 05-05-2005 0001 | 07-26-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-12-2005 0001 | 05-05-2005 0001 |
| MCK | VACATION | VACATION | 02-10-2005 0001 | 02-12-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-28-2004 0001 | 02-10-2005 0001 |
| MCK | VACATION | VACATION | 09-24-2004 0001 | 09-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-28-2004 0001 | 09-24-2004 0001 |
| MCK | IDLE | IDLE | 02-26-2004 0800 | 02-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 01-12-2004 0001 | 02-26-2004 0800 |
| MCK | UNASSG | UNASSIGNED | 12-23-2003 1021 | 01-12-2004 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 11-18-2003 1200 | 12-23-2003 1021 |
| MCK | I MILL 1 | MILL 1 | 03-14-2003 0001 | 11-18-2003 1200 |
| MCK | IDLE | IDLE | 03-12-2003 0707 | 03-14-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 02-04-2003 0001 | 03-12-2003 0707 |
| MCK | IDLE | IDLE | 02-03-2003 0649 | 02-04-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 11-24-2001 0001 | 02-03-2003 0649 |
| MCK | VACATION | VACATION | 11-23-2001 0001 | 11-24-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 09-10-2001 0001 | 11-23-2001 0001 |
| MCK | IDLE | IDLE | 09-07-2001 0853 | 09-10-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 08-24-2001 0001 | 09-07-2001 0853 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-22-2001 0001 | 08-24-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 06-20-2001 1123 | 06-22-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 05-24-2001 0826 | 06-20-2001 1123 |
| MCK | I PROD.1 | PRODUCTION 1 | 03-06-2001 0001 | 05-24-2001 0826 |
| MCK | I MILL 1 | MILL 1 | 01-10-2001 0001 | 03-06-2001 0001 |

```
MCK    UNASSG      UNASSIGNED              01-09-2001 1000 01-10-2001 0001
MCK    SHU UNASSG  SHU UNASSIGNED         12-21-2000 1059 01-09-2001 1000
MCK    I MILL 1    MILL 1                 09-20-2000 0001 12-21-2000 1059
MCK    I PROD.1    PRODUCTION 1           08-17-2000 0001 09-20-2000 0001
MCK    IDLE        IDLE                   08-15-2000 0834 08-17-2000 0001
MCK    I PROD.1    PRODUCTION 1           06-29-2000 0001 08-15-2000 0834
MCK    KITCHEN AM  KITCHEN AM             02-15-2000 1421 06-29-2000 0001
MCK    DIN RM AM   DINING ROOM AM         12-31-1999 0001 02-15-2000 1421
MCK    CONV        CONVALESCENT           12-27-1999 0839 12-31-1999 0001
MCK    DIN RM AM   DINING ROOM AM         12-17-1999 0001 12-27-1999 0839
MCK    IDLE        IDLE                   12-16-1999 0826 12-17-1999 0001
MCK    DIN RM AM   DINING ROOM AM         11-19-1999 1007 12-16-1999 0826
```

G0002        MORE PAGES TO FOLLOW . . .

```
  BOPUK  531.01 *         INMATE HISTORY          *      09-08-2006
PAGE 002 OF 002 *            WRK DETAIL           *      07:45:01
```

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK         FUNCTION: PRT        FORMAT:

```
FCL    ASSIGNMENT DESCRIPTION           START DATE/TIME STOP  DATE/TIME
MCK    FD SVC      FOOD SERVICE          11-18-1999 0001 11-19-1999 1007
MCK    UNASSG      UNASSIGNED            11-09-1999 1110 11-18-1999 0001
MCK    SHU UNASSG  SHU UNASSIGNED        09-29-1999 2320 11-09-1999 1110
MCK    I ASEMBLY1  ASSEMBLY 1            09-28-1999 0001 09-29-1999 2320
MCK    VACATION    VACATION              09-27-1999 0001 09-28-1999 0001
MCK    I ASEMBLY1  ASSEMBLY 1            06-09-1999 0001 09-27-1999 0001
MCK    IDLE        IDLE                  06-08-1999 0958 06-09-1999 0001
MCK    I ASEMBLY1  ASSEMBLY 1            05-25-1999 0001 06-08-1999 0958
```

```
MCK   I LAYUP 1   LAYUP 1                          04-13-1999 1304 05-25-1999 0001
MCK   LAYUP 1     LAYUP 1                          03-23-1999 0001 04-13-1999 1304
MCK   KITCHEN AM KITCHEN AM                        01-14-1999 0001 03-23-1999 0001
MCK   IDLE        IDLE                             01-13-1999 0716 01-14-1999 0001
MCK   KITCHEN AM KITCHEN AM                        12-02-1998 0001 01-13-1999 0716
MCK   DIN RM AM   DINING ROOM AM                   11-20-1998 1348 12-02-1998 0001
MCK   FD SVC      FOOD SERVICE                     11-19-1998 0001 11-20-1998 1348
MCK   LAND IN 1   INSIDE LANDSCAPE FULL-TIME       11-05-1998 0001 11-19-1998 0001
MCK   LAND IN 2   INSIDE LANDSCAPE FULL-TIME       11-04-1998 0001 11-05-1998 0001
MCK   FACL        FACILITIES OFFICE                11-03-1998 0001 11-04-1998 0001
MCK   UNASSG      UNASSIGNED                       10-28-1998 0001 11-03-1998 0001
MCK   A&O         ADMISSION & ORIENTATION          10-21-1998 1015 10-28-1998 0001
LEW   UNASSG      UNASSIGNED WORK DETAIL           10-13-1998 1921 10-21-1998 0516
OKL   UNASSG      UNASSIGNED HOLDOVER              09-23-1998 1800 10-13-1998 0830
ATL   UNASSG      UNASSIGNED WORK DETAIL           05-06-1998 0050 05-06-1998 0818
OKL   UNASSG      UNASSIGNED HOLDOVER              05-01-1998 1915 05-05-1998 0830
RCH   UNASSG      UNASSIGNED WORK DETAIL           03-26-1998 1851 05-01-1998 1508
OKL   UNASSG      UNASSIGNED HOLDOVER              03-18-1998 1815 03-26-1998 0920


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  BOPUK  540*23 *            SENTENCE MONITORING          *     09-13-2006
PAGE 001            *        COMPUTATION DATA             *     09:47:20
                             AS OF 09-13-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


FBI NO...........: 240532MA5          DATE OF BIRTH: 08-22-1970
ARS1.............: MCK/A-DES
UNIT.............: C                   QUARTERS.....: C03-129L
DETAINERS........: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 12-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-18-2007 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 030 ----------------------


COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
DOCKET NUMBER...................: 4:97CR329
JUDGE...........................: GAUGHAN
DATE SENTENCED/PROBATION IMPOSED: 08-05-1998
DATE COMMITTED..................: 10-21-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $1,268.00

---------------------CURRENT OBLIGATION NO: 010 ----------------------

OFFENSE CODE....: 554
OFF/CHG: 18:2113(A)&(D) - ARMED BANK ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   57 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 10-08-1997




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPUK  540*23 *          SENTENCE MONITORING         *    09-13-2006
PAGE 002        *          COMPUTATION DATA           *    09:47:20
                             AS OF 09-13-2006

REGNO..: 51627-060 NAME: SIGGERS, KEVIN LAMAR


------------------------CURRENT OBLIGATION NO: 020 -------------------------

OFFENSE CODE....: 130
OFF/CHG: 18:924(C)(1) - USE OF A FIREARM DURING A CRIME OF VIOLENCE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
  DATE OF OFFENSE................: 10-08-1997

------------------------CURRENT COMPUTATION NO: 030 -------------------------


COMPUTATION 030 WAS LAST UPDATED ON 10-27-1999 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 030 010, 030 020

DATE COMPUTATION BEGAN..........: 08-05-1998
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   117 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS      9 MONTHS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 10-08-1997

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-14-1997    08-04-1998
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
  MCK2G  531.01 *            INMATE HISTORY          *     08-30-2006
  PAGE 001        *            WRK DETAIL            *     15:00:43

  REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | I CABLE 1 | CABLE 1 | 06-19-2006 0001 | CURRENT |
| MCK | I MILL 1 | MILL 1 | 09-28-2005 0001 | 06-19-2006 0001 |
| MCK | VACATION | VACATION | 09-26-2005 0001 | 09-28-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 07-27-2005 0001 | 09-26-2005 0001 |
| MCK | VACATION | VACATION | 07-26-2005 0001 | 07-27-2005 0001 |
| MCK | I MILL 1 | MILL 1 | 05-05-2005 0001 | 07-26-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-12-2005 0001 | 05-05-2005 0001 |
| MCK | VACATION | VACATION | 02-10-2005 0001 | 02-12-2005 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 09-28-2004 0001 | 02-10-2005 0001 |
| MCK | VACATION | VACATION | 09-24-2004 0001 | 09-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 02-28-2004 0001 | 09-24-2004 0001 |
| MCK | IDLE | IDLE | 02-26-2004 0800 | 02-28-2004 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 01-12-2004 0001 | 02-26-2004 0800 |
| MCK | UNASSG | UNASSIGNED | 12-23-2003 1021 | 01-12-2004 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 11-18-2003 1200 | 12-23-2003 1021 |
| MCK | I MILL 1 | MILL 1 | 03-14-2003 0001 | 11-18-2003 1200 |
| MCK | IDLE | IDLE | 03-12-2003 0707 | 03-14-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 02-04-2003 0001 | 03-12-2003 0707 |
| MCK | IDLE | IDLE | 02-03-2003 0649 | 02-04-2003 0001 |
| MCK | I MILL 1 | MILL 1 | 11-24-2001 0001 | 02-03-2003 0649 |
| MCK | VACATION | VACATION | 11-23-2001 0001 | 11-24-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 09-10-2001 0001 | 11-23-2001 0001 |
| MCK | IDLE | IDLE | 09-07-2001 0853 | 09-10-2001 0001 |
| MCK | I MILL 1 | MILL 1 | 08-24-2001 0001 | 09-07-2001 0853 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-22-2001 0001 | 08-24-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 06-20-2001 1123 | 06-22-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 05-24-2001 0826 | 06-20-2001 1123 |
| MCK | I PROD.1 | PRODUCTION 1 | 03-06-2001 0001 | 05-24-2001 0826 |
| MCK | I MILL 1 | MILL 1 | 01-10-2001 0001 | 03-06-2001 0001 |
| MCK | UNASSG | UNASSIGNED | 01-09-2001 1000 | 01-10-2001 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 12-21-2000 1059 | 01-09-2001 1000 |
| MCK | I MILL 1 | MILL 1 | 09-20-2000 0001 | 12-21-2000 1059 |
| MCK | I PROD.1 | PRODUCTION 1 | 08-17-2000 0001 | 09-20-2000 0001 |
| MCK | IDLE | IDLE | 08-15-2000 0834 | 08-17-2000 0001 |
| MCK | I PROD.1 | PRODUCTION 1 | 06-29-2000 0001 | 08-15-2000 0834 |
| MCK | KITCHEN AM | KITCHEN AM | 02-15-2000 1421 | 06-29-2000 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 12-31-1999 0001 | 02-15-2000 1421 |
| MCK | CONV | CONVALESCENT | 12-27-1999 0839 | 12-31-1999 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 12-17-1999 0001 | 12-27-1999 0839 |
| MCK | IDLE | IDLE | 12-16-1999 0826 | 12-17-1999 0001 |
| MCK | DIN RM AM | DINING ROOM AM | 11-19-1999 1007 | 12-16-1999 0826 |

G0002        MORE PAGES TO FOLLOW . . .

```
MCK2G  531.01 *            INMATE HISTORY          *    08-30-2006
PAGE 002 OF 002 *            WRK DETAIL            *    15:00:43
```

REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| MCK | FD SVC | FOOD SERVICE | 11-18-1999 0001 | 11-19-1999 1007 |
| MCK | UNASSG | UNASSIGNED | 11-09-1999 1110 | 11-18-1999 0001 |
| MCK | SHU UNASSG | SHU UNASSIGNED | 09-29-1999 2320 | 11-09-1999 1110 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 09-28-1999 0001 | 09-29-1999 2320 |
| MCK | VACATION | VACATION | 09-27-1999 0001 | 09-28-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 06-09-1999 0001 | 09-27-1999 0001 |
| MCK | IDLE | IDLE | 06-08-1999 0958 | 06-09-1999 0001 |
| MCK | I ASEMBLY1 | ASSEMBLY 1 | 05-25-1999 0001 | 06-08-1999 0958 |
| MCK | I LAYUP 1 | LAYUP 1 | 04-13-1999 1304 | 05-25-1999 0001 |
| MCK | LAYUP 1 | LAYUP 1 | 03-23-1999 0001 | 04-13-1999 1304 |
| MCK | KITCHEN AM | KITCHEN AM | 01-14-1999 0001 | 03-23-1999 0001 |
| MCK | IDLE | IDLE | 01-13-1999 0716 | 01-14-1999 0001 |
| MCK | KITCHEN AM | KITCHEN AM | 12-02-1998 0001 | 01-13-1999 0716 |
| MCK | DIN RM AM | DINING ROOM AM | 11-20-1998 1348 | 12-02-1998 0001 |
| MCK | FD SVC | FOOD SERVICE | 11-19-1998 0001 | 11-20-1998 1348 |
| MCK | LAND IN 1 | INSIDE LANDSCAPE FULL-TIME | 11-05-1998 0001 | 11-19-1998 0001 |
| MCK | LAND IN 2 | INSIDE LANDSCAPE FULL-TIME | 11-04-1998 0001 | 11-05-1998 0001 |
| MCK | FACL | FACILITIES OFFICE | 11-03-1998 0001 | 11-04-1998 0001 |
| MCK | UNASSG | UNASSIGNED | 10-28-1998 0001 | 11-03-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 10-21-1998 1015 | 10-28-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-13-1998 1921 | 10-21-1998 0516 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 09-23-1998 1800 | 10-13-1998 0830 |
| ATL | UNASSG | UNASSIGNED WORK DETAIL | 05-06-1998 0050 | 05-06-1998 0818 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 05-01-1998 1915 | 05-05-1998 0830 |
| RCH | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1851 | 05-01-1998 1508 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-18-1998 1815 | 03-26-1998 0920 |

G0000          TRANSACTION SUCCESSFULLY COMPLETED

PRODUCTION-1

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **1** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM   PM |
|---|---|---|
| 0 1 - 1 2 - 0 4 | M C F T | X |

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman        Date: 1-12-04

Approved By _____ Plant Superintendent        Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.        Date: _____

Entered On Payroll Records _____ Timekeeper        Date: 1-12-04

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **3** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **3** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number   5. Resident Name (Last, First, Middle)   6. Institution Code

`5 1 6 2 7 - 0 6 9` `S I G G E R S ,   K E V I N`   `2 3 1`

## Action Recommended
**From:**

7. Job Number  8. Grade 1 - 4  9. Industry Code  10. Wage Plan  11. Dot Code  12. Position Title

`0 1 2`  `2`  `M C F T`  `1`  `7 6 9 6 8 7 0 5 4`  `W D   W R K   S H O P H A N D`

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

**To:**

13. Job Number  14. Grade 1 - 4  15. Industry Code  16. Wage Plan  17. Dot Code  18. Position Title

19. Effective Date Month, Day, Year   20. Time of Action   21. Check One:  AM  PM

`1 2 - 1 9 - 0 3`   `0 7 1 0`   AM: `X`  PM: ☐

| | |
|---|---|
| **3** | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
| **0** | 23. **Continuation of Longevity Status** |
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

`| | - | | - | |`   24. Date Of Enrollment Month, Day, Year

`| | | |`   25. Total Inmate Hours Involved

26. **Signatures:**

Recommended By _____ Foreman    Date: 12-17-03

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 12-17-03

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Kevin Siggers_____    Register Number: __51627-060__

Institution Code:_____231_____    Industry Code:_____MCFT_____

---

Job Description: __Industrial Cleaner_____    Department: __Production__

> *Duties: Responsible for cleaning assigned areas including loading platform and outside rear of factory. Loads dumpsters and removes trash from throughout the factory. Removes off-fall from panel saws and maintains saw dust dumpster. Other duties include snow removal and material recycle. All other duties as assigned in UNICOR.*

I have instructed inmate __Kevin Siggers__    Reg. No. __51627-060__

in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____    _____4-27-01_____
Foreman                             Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    __5627060__    __4-26-01__
Signature of Inmate                 Register Number   Date

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __SIGGERS, KEVIN__    Register Number: __51627-060__

Institution Code: __231__    Industry Code: __MCFT__

Job Description: __Boring Machine Operator (Hori 1)__    Department: __Assembly 1__

> **Duties:** *Responsible for the proper set-up and operation of the multiple spindles boring machine. Bores holes in laminated particleboard. responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __SIGGERS__ Reg. No. __51627-060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

__Chas. - Ml__    __JULY 13, 1999__
Foreman    Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

__Kevin Siggers__    __51627-060__    __7-13-99__
Signature of inmate    Register Number    Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__          Register Number: __51627-060__

Institution Code: __231__          Industry Code: __MCFT__

---

Job Description: __Woodworking Shophand__          Department: __Layup 1__

> **Duties:** *Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.*

I have instructed inmate __Kevin L. Siggers Sr.__ Reg. No. __51627.060__ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____          __4-12-99__
Foreman                                    Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     __51627.060__     __4-12-99__
Signature of Inmate          Register Number          Date

**FEDERAL PRISON INDUSTRIES, Inc.**

# UNICOR - McKEAN

## P.O. BOX 8000

**Phone #(814) 362-8900**
**Fax #(814) 362-4151**

# MEMORANDUM

---

DATE:     September 30, 1999

REPLY TO:
ATTN OF   Martin Sapko, Factory Manager.

SUBJECT:  Issuance of Safety Glasses

TO:   New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses, These safety glasses may e kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost, Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on _6-29-00_, and I agree to the above conditions.

Signature: _Kevin L. Siggens Sr._

Name: _Kevin L. Siggens Sr._

Reg. Number: _5162706 6_

_production_

# FACTORY RULES AND REGULATIONS

NAME **Kevin L Siggers**     UNIT **CA**     LOCKER#_____     CHIT#_____

1. INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2. ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3. SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4. HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5. INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6. INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7. OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8. **HORSEPLAY** WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9. FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. **DO NOT** RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10. REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. **DO NOT** CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11. ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12. ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF, UNICOR.

13. THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14. THERE WILL BE ABSOLUTELY **NO SMOKING** IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15. WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16. INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17. INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACEDON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: **Kevin L Siggers**     Register No: **5 1627010**     Date: **6·29·12**

FEDERAL CORRECTIONAL INSTITUTION·HOSPITAL
FCI·MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED    UNIT: _CA_    DATE: _8/15/00_

INMATE'S NAME: _Rogers Kevin_    DETAIL: _maint_    REG. NO. _51617 060_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

### MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____    THRU 12 MIDNIGHT _8/16_ 19 _00_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____    THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____    THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED: _No Rec / month_

( ) FULL DUTY: _____

_[signature]_

**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restriction because of physical, medical or mental disability



**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
| 5 1 6 2 7 - 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
| 0 1 2  3 | | M C F T  2 | 7 5 9 5 8 0 5 4 | P  W R K  S H O P  H A N D |

1 = Hourly
2 = G.P.W.    —  X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| 0 1 2 | | M C F T  1 | 7 6 9 6 8 7 0 5 4 | P  W R K  S H O P  H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM   PM |
| 0 4 - 1 1 - 0 2 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | - | - | 24. Date Of Enrollment Month, Day, Year |

| | | | | | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman                Date: _____

Approved By _____ Plant Superintendent         Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper             Date: _____


**UNICOR**
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|

| | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|

1 = Hourly
2 = G.P.W.  ← X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes  0 = no  2 = no      (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

Recommended By _____ Foreman          Date: _____

Approved By _____ Plant Superintendent          Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

HILL 1                                                    GRADE CHANGE



**UNICOR**
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| **2** | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

4. Register Number       5. Resident Name (Last, First, Middle)       6. Institution Code

`5 1 6 2 7 — 0 6 0`    `S I G G E R S , K E V I N`    `2 3 1`

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `3` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `W D M R K S H O P H A N D` |

1 = Hourly
2 = G.P.W.  ⎤ X = Apprentice
3 = P.W.   ⎦

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | *2P* | | | | |

19. Effective Date
Month, Day, Year        20. Time of Action        21. Check One:  AM  PM

`0 1 — 2 7 — 0 1`        `0 7 1 0`        `X`

| | 22. | **Reason For Termination Of Employment Or Withdrawal** |
|---|---|---|
| | | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | | 5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | 23. | **Continuation of Longevity Status** |
|---|---|---|
| | | 1 = yes   0 = no   2 = no     (For use only when termination is for release (MR or parole). |

| `— —` | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

Recommended By _____ Foreman          Date: *1-29.01*

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't. Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper    Date: *1-29-01*

FPI Form 96 (9/98)

Distribution:   White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

MILL 1                                    GRADE CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|

| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | N C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | N C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 1 0 — 2 9 — 0 0 | 0 7 1 0 | X  |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

26. **Signatures:**

Recommended By _____ Foreman        Date: _10-13-00_

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate:     Siggers, Kevin                              Reg. No. _____ 51627-060

in the proper operation of the:        *   CNC ANDI TRAINEE
including safety procedures, routine use, and standard maintenance.

_____ Chuck Nolan
Foreman
Date: ‑  2/18/03

Dept: Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate
Reg. No. 51627060
2-18-03

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman .

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate  **Siggers, Kevin**                     Reg. No.  **51627-060**

in the proper operation of the:          **PANEL SAW Z-32 (SCMI)**

including safety procedures, routine use, and standard maintenance.

Foreman

Date: _1-31-02_

Dept: _Mill 1_

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. _51627060_

_1/31/02_

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: _____Siggers,  Kevin_____    Register Number: ____51627-060____

Institution Code: _____231_____    Industry Code: _____MCFT_____

---

**#2.**

Job Description: __Saw Operator (Z-32 Panel Saw)__    Department: ___Mill 1___

> *Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate ____Siggers,  Kevin____ Reg. No. ____51627-060____ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

_____6-4-02_____
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

____51627060____
Register Number

____3-15-02____
Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, Pa. 16701

## CERTIFICATATION FOR EQUIPMENT

### DEPARTMENT FOREMAN

I have instructed inmate:  Kevin Siggers                                Reg. No:   51627-060

in the proper use of the:   Tennon Machine

including safety procedures, routine use, and standard maintenance.

_Foreman_

Date: July 14, 2003
Department: Mill 1

### INMATE

I have received the proper instructions on how to operate the above-mentioned equipment.  In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_Signature of Inmate_

Reg. No. 5162706O

### FACTORY FOREMAN

I am certain that the above inmate is qualified for operating the equipment listed above and that he understands the proper and safe procedures that are necessary for the operation of the equipment.

_Factory Foreman_

PRODUCTION                           NEW HIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 1 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| 2 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 _ 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.    ⌐ X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 6 — 2 9 — 0 0 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

| Recommended By _Chuck ~ Nolan_ | Foreman | Date: 7-3-00 |
| Approved By _____ | Plant Superintendent | Date: _____ |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ | Timekeeper | Date: 7/5/00 |

BP-S148.070 **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE     FEDERAL BUREAU OF PRISONS**

DATE _May 19, 1999_

TO: _Mr. Pigrotto_

(Name and Title of Officer)

SUBJECT:   State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

_I would like my Job changed to The Vertical Boring Machine on the Assembly line. I've spoke to Mr. Nolan And was told to have you sign this Inmate Request form Releasing me to work in the Assembly Dept. I thank you for Time concerning this matters._

_OK OR Refused_

**POSTED**

(Use other side of page if more space is needed)

NAME: _Kevin L. Siggers Sr._     NO.: _51627-060_

WORK ASSIGNMENT: _Lay up I_     UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space        DATE _5-19-99_

_LAYUP I TO ASSM I_

_OK with me_

_Charles_ Officer

_5/25/99_

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)   Replaces BP-148 of Oct 86

# UNICOR FACTORY RULES AND SAFETY REGULATIONS FOR INMATE WORKERS

Name: _Kevin L. Siggens Sr._     Unit: _3 A_     Locker # _____     Chit # _____

1) INMATE WORKERS ARE <u>FORBIDDEN</u> TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THE INMATE MUST IMMEDIATELY REPORT TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2) ALL INMATES <u>MUST</u> WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3) SAFETY GLASSES <u>MUST</u> BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4) HEARING PROTECTION <u>MUST</u> BE WORN AT ALL WORK STATIONS THAT ARE DESIGNATED AS HIGH NOISE LEVEL AREAS.

5) INMATES <u>SHALL</u> PERFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6) INMATE WORKERS SHALL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A FOREMAN OR SUPERVISOR, IS STRICTLY FORBIDDEN. VIOLATORS SHALL BE SUBJECT TO DISCIPLINARY ACTION.

7) OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR THE REMOVAL OF ANY SAFETY GUARDS IS FORBIDDEN. FAILURE TO COMPLY SHALL RESULT IN DISCIPLINARY ACTION.

8) HORSE PLAY WILL NOT BE TOLERATED AND VIOLATORS ARE SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9) DESIGNATED FORKLIFT OPERATORS ARE THE ONLY INDIVIDUALS AUTHORIZED TO OPERATE THE FORKLIFT. DO NOT RIDE ON THE FORKLIFT OR PALLET TRUCKS.

10) <u>REPORT</u> ALL SAFETY HAZARDS TO YOUR WORK SUPERVISOR IMMEDIATELY. <u>DO NOT</u> CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11) ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

12) ALL INMATE WORKERS ARE <u>PROHIBITED</u> FROM BRINGING ANY PERSONAL PROPERTY INTO UNICOR OR REMOVING UNAUTHORIZED ITEMS FROM THE UNICOR FACTORY.

13) THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON UNICOR EQUIPMENT IS AGAINST REGULATIONS AND IS STRICTLY PROHIBITED.

14) THERE WILL BE ABSOLUTELY <u>NO SMOKING</u> IN THE FACTORY, EXCEPT IN THE DESIGNATED SMOKING AREAS. ANY VIOLATION OF THIS RULE SHALL RESULT IN IMMEDIATE DISCIPLINARY ACTION AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15) WORK STOPS TEN (10) MINUTES PRIOR TO LUNCH FOR WASH UP, AND TWENTY (20) MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16) INMATES WHO RECEIVE A <u>DISCIPLINARY SEGREGATION</u> SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, LOSS OF LONGEVITY, LOSS OF GRADE AND SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17) INMATES WHO HAVE BEEN DISCIPLINARY TRANSFERRED FROM ANOTHER INSTITUTION SHALL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

I UNDERSTAND THE ABOVE RULES AND REGULATIONS, AND UNDERSTAND THAT DISREGARD FOR ANY OF THE ABOVE SHALL CONSTITUTE A REASON FOR MY TERMINATION FROM UNICOR EMPLOYMENT.

NAME: _Kevin L. Siggens Sr._     REG. # _51627-060_     DATE: _3-22-90_

# M E M O R A N D U M

F.P.I.  McKEAN, PA

DATE:

Y TO
N OF: Debora Forsyth, Factory Manager

JECT: Issuance of Safety Glasses

TO: New UNICOR Inmate Workers

Effective immediately, all workers who are required to wear safety glasses will be furnished one (1) pair of safety glasses. These safety glasses may be kept in the housing unit or work locker. However, regardless of where you store them, they are your responsibility and must be well be cared for. If you lose your safety glasses, $5.00 will be deducted from your monthly UNICOR pay at the end of the month for each pair lost. Safety glasses are required for all production workers and must be worn everywhere on the factory floor.

I received one (1) pair of safety glasses on *March 22, 1999* , and I agree to the above conditions.

Signature *Kevin L. Siggens Sr.*

Name *Kevin L. Siggens Sr.*

Reg. Number *51627-060*

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate: Siggers, Kevin      Reg. No. 51627-060

in the proper operation of the:    * CNC ANDI TRAINEE

including safety procedures, routine use, and standard maintenance.

Chuck Nolan
Foreman

Date: 2/18/03

Dept: Mill 1

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment. In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

Signature of Inmate

Reg. No. 51627060

2-18-03

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

Factory Foreman .

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__     Register Number: __51627-060__

Institution Code: ___231___     Industry Code: ___MCFT___

Job Description: __Router Operator Trainee - CNC__ ANDI     Department: ___Mill 1___

*Duties: Responsible for learning the proper procedures for setting up and operating the multiple spindle CNC routing machine. Assists CNC Operator to cut slats, grooves, designs or recesses in laminated particleboard. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate ___Siggers, Kevin___ Reg. No. ___51627-060___, in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____     2-18-03
Foreman                         Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____     51627060     2-18-03
Signature of Inmate          Register Number     Date

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name:  __Siggers, Kevin__           Register Number:  __51627-060__

Institution Code: _____231_____        Industry Code: _____MCFT_____

Job Description:  __Woodworking Shophand__          Department:  __Production__

*Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for belmishes or defects. Off loads machines and fill in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers, Kevin__     Reg. No. __51627-060__

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____                    _____
            Foreman                                         Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____      _____      _____
      Signature of Inmate              Register Number             Date

LAYUR 1

GRADE CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |
|---|---|---|---|

**[1]**

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

**[2]**

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M O T T | 1 | 7 6 9 6 8 7 0 5 4 | W D   V R X   S H O R H A N D |

1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M O T T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R X   S H O R H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:   AM   PM |
|---|---|---|
| 0 4 - 2 3 - 9 9 | 0 7 1 9 | [X]  [ ] |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

| Recommended By _____ | Foreman | Date: _____ |
|---|---|---|
| Approved By _____ | Plant Superintendent | Date: _____ |
| Approved By _____ | Ass't.Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ | Timekeeper | Date: _____ |

FPI Revised Form 96

| Distribution: | White----------- Business office | Green---------- Placement |
|---|---|---|
| | Canary---------- Terminal operator | Pink---------- Foreman |



# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **3** | 1. | Type Of Report: | UNICOR Action = 1   IPRS Action = 2   Both = 3 |

| | | |
|---|---|---|
| **1** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**   `5 1 6 2 7 - 0 6 0`
**5. Resident Name (Last, First, Middle)**   `S I G G E R S , K E V I N`
**6. Institution Code**   `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 2` | `4` | `M C F T` | `1` | `7 6 9 6 8 7 0 5 4` | `WD WRK SHOPHAND` |

```
1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.
```

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date** Month, Day, Year   `0 2 - 2 3 - 9 9`
**20. Time Of Action**   `0 7 1 0`
**21. Check One:**   AM   PM   `X` (AM)

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

| | |
|---|---|
| `     -   -  ` | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| `     ` | 25. Total Inmate Hours Involved |

**26. Signatures:**

Recommended By _____ Foreman    Date: `2-23-99`

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

FPI Revised Form 96
October 1, 1982

**Distribution:**   White---------- Business office        Green---------- Placement
Canary---------- Terminal operator       Pink---------- Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 1 | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| 2 | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number** 5 1 6 2 Z 0 6 0  **5. Resident Name (Last, First, Middle)** S I G G E R S  K E V I N  **6. Institution Code** 2 3 1

## Action Recommended

**From:**

**7. Job Number** 0 1 5  **8. Grade 1 - 4** 4  **9. Industry Code** M C F T  **10. Wage Plan** 1  **11. Dot Code** 6 5 6 3 8 2 0 1 0  **12. Position Title** B O R I N G  M A C H.  O P E R.

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

**13. Job Number** 0 1 5  **14. Grade 1 - 4** 3  **15. Industry Code** M C F T  **16. Wage Plan** 1  **17. Dot Code** 6 5 6 3 8 2 0 1 0  **18. Position Title** B O R I N G  M A C H.  O P E R.

**19. Effective Date Month, Day, Year** 0 6 0 1 9 9  **20. Time Of Action** 0 9 0 0  **21. Check One:** AM PM  [X]

| | **22. Reason For Termination Of Employment Or Withdrawal** |
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | **23. Continuation of Longevity Status** |
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | **24. Date Of Enrollment Month, Day, Year** |

| | **25. Total Inmate Hours Involved** |

### 26. Signatures:

Recommended By _____ Foreman    Date: _____

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: _____

# Production Worker's Training Record

(CHECKLIST)
for

Inmate Name __Siggers, Kevin__        Reg. Number __51627-060__

☑ 1.)  I have had a department orientation by my department supervisor.

☑ 2.)  I have read and understand the Factory Rules and Safety Regulations.

☑ 3.)  I have read and understand the department procedures for my assigned area.

☑ 4.)  I have participated in the 3 credit hrs., Industrial Familiarization Class.

☑ 5.)  I have had on the job training with an experienced production worker.

☑ 6.)  I have read and understand my Job Description.

☑ 7.)  I have been instructed on the MSDS center in the Unicor Factory.

☑ 8.)  I have familiarized  myself  with ISO-9001-2000 standards, Unicor McKeans Q.M.S.,
        and the role I play in the system.

_____        _____
Inmate Signature  &  Reg. Number                 Date    6-16-03

_____        _____
Woodworking Supervisor Signature                 Date    6-16-03

| TITLE:   TRAINING RECORD | CONTROL NO.  1403 | DATE: 6/11/03 |
|---|---|---|
| Production -  UNICOR MCKEAN | REV:    Original Issue | SHEET   1 OF 1 |

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: ___Siggers, Kevin___        Register Number: ___51627-060___

Institution Code: ___231___        Industry Code: ___MCFT___

---

Job Description: __Wood Working Shophand__        Department: __Mill 1__

> **Duties:** *Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quantity and quality of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate ___Siggers, Kevin___ Reg. No. ___51627-060___ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____        ___9-20-00___
Foreman        Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____    ___5162706 0___    ___9-20-00___
Signature of Inmate        Register Number        Date

PRODUCTION-1                         JOB CHANGE

# Industrial Employment/IPRS Action Report

**UNICOR**
Federal Prison Industries, Inc.

| | | |
|---|---|---|
| **2** | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19<br>Enter 3 For Completion, Complete 4-6, 19<br>Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**  `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**  `S I G G E R S   K E V I N`

**6. Institution Code**  `2 3 1`

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `O 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | `P A N E L   S A W   O P E R A T` |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `O 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

**19. Effective Date** Month, Day, Year  `0 4 - 0 7 - 0 5`

**20. Time of Action**  `0 7 1 0`

**21. Check One:** AM  `X`   PM

---

**22. Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institution Needs

---

**23. Continuation of Longevity Status**

1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole).

---

`| | - | | - | | |`    **24. Date Of Enrollment Month, Day, Year**

---

`| | | | |`    **25. Total Inmate Hours Involved**

---

**26. Signatures:**

Recommended By _____ Foreman          Date: 4-7-05

Approved By _____ Plant Superintendent   Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____ Timekeeper   Date: 4/7/05

FPI Form 96 (9/98)

Distribution:     1. Business Office     2. Terminal Operator     3. Placement     4. Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__    Register Number: __51627-060__

Institution Code: __231__    Industry Code: __MCFT__

Job Description: __Woodworking Shophand__ *(LABOR)*    Department: __Mill 1__

> *Duties: Performs any combination of the following: cutting, cleaning, moving, storing or assembling. May also inspect parts for blemishes or defects. Off loads machines and fills in where needed. Responsible for the quality and quantity of all parts handled. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers, Kevin__ Reg. No. __51627-060__

in the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____    __8/24/01__
Foreman    Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____    __51627-060__    __8/24/01__
Signature of Inmate    Register Number    Date

UNICOR, Federal Prison Industries, Inc.
Federal Correction Institution
McKean, PA 16701

## CERTIFICATION FOR EQUIPMENT

## DEPARTMENT FOREMAN

I have instructed Inmate __Siggers, Kevin__    Reg. No. __51627-060__

in the proper operation of the:_____**PANEL SAW Z-32 (SCMI)**_____

including safety procedures, routine use, and standard maintenance.

_____
Foreman

Date: __1-31-02__

Dept: __Mill 1__

## INMATE

I have received the proper instructions on how to operate the above mentioned equipment. In case of a situation in which I have little or no knowledge about this occurrence, I am to contact my Foreman immediately to rectify any problems.

_____
Signature of Inmate

Reg. No. __51627060__

__1/31/02__

## FACTORY FOREMAN

I have observed the above inmate operating the equipment described above during my daily inspections of the factory and find that he is consistently observing proper procedures.

_____
Factory Foreman

# UNICOR McKean
# Federal Prison Industries, Inc.
# Federal Correctional Institution
# McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers,    Kevin__    Register Number: __51627-060__

Institution Code: _____231_____    Industry Code: _____MCFT_____

---

**NUMBER 2**

Job Description: __Saw Operator (Z-32 Panel Saw)__    Department: __Mill 1__

> *Duties: Responsible for the proper set-up and safe operation of the Panel Saw. Cuts laminated particleboard for the fabrication of work surfaces, drawer fronts, end panels and other parts. Responsible for the quantity and quality of all parts produced. All other duties as assigned in UNICOR.*

I have instructed inmate __Siggers,    Kevin__    Reg. No. __51627-060__    in

the proper procedures in which to implement his assigned work detail, which

includes standard maintenance, safety procedures, and routine use.

_____    __11-13-01__
Foreman                                    Date

I have received proper instruction on how to implement my job assignment. If I

have any problem with implementing my assigned job, I am instructed to contact

my foreman immediately.

_____    __51627060__    __11-13-01__
Signature of Inmate        Register Number        Date

PRODUCTION-1                        JOB CHANGE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|2| | |

| | 2  If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26 |
|2| | Enter 2 For Change in Employment Status, Complete Items 4-21, and 26 |
| | | Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3.  If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19 |
|2| | Enter 3 For Completion, Complete 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**  `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**  `S I G G E R S   K E V I N`

FILE COPY

**6. Institution Code**  `2 3 1`

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | `P A N E L   S A W   O P E R A T` |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:   AM   PM |
|---|---|---|
| `0 4 - 0 7 - 0 5` | `0 7 1 0` | `X` ☐ |

| | **22. Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | ~~5 = Program Discontinued   6 = Other Purposes   7 = Institution Needs~~ |

| | **23. Continuation of Longevity Status** |
|---|---|
| | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| | | **24. Date Of Enrollment Month, Day, Year** |
|---|---|---|
| `  -   -  ` | | |

| | **25. Total Inmate Hours Involved** |
|---|---|
| `     ` | |

**26. Signatures:**

Recommended By _~~[signature]~~_____ Foreman            Date: _4-7-05_

Approved By _____ Plant Superintendent    Date: _____

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _~~[signature]~~_ Timekeeper    Date: _4/7/05_

FPI Form 96 (9/98)

Distribution:    1. Business Office    2. Terminal Operator    3. Placement    4. Foreman

PRODUCTION-1
REHIRE

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
| **1** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S   K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W. ⎤ X = Apprentice
3 = P.W. ⎦

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 1 – 1 2 – 0 4 | M C F T | X |

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**

1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. **Signatures:**

Recommended By _____ Foreman    Date: _1-12-04_

Approved By _____ Plant Superintendent    Date: _1/12/__

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _1/12/__

Entered On Payroll Records _____ Timekeeper    Date: _1-12-04_

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

MTE.I.1                          TERMINATION                 3C DAYS N/W SHU

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **3** | 1. | Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| **3** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| **3** | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 - 0 6 9 | S I G G E R S , K E V I N | 2 3 1 |

### Action Recommended
**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K   S H O P H A N D |

1 = Hourly
2 = G.P.W.          X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:    AM    PM |
|---|---|---|
| 1 2 — 1 9 — 0 3 | 0 7 1 0 | X ☐ |

| **3** | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| **D** | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

### 26. Signatures:

| Recommended By _Chehuhl_ | Foreman | Date: 12-19-03 |
|---|---|---|
| Approved By _____ | Plant Superintendent | Date: _____ |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records _____ | Timekeeper | Date: 12/19/03 |

FPI Form 96 (9/98)

| Distribution: | White (Business Office) | Canary (Terminal Operator) | Pink (Placement) | Goldenrod (Foreman) |
|---|---|---|---|---|

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number:** 5 1 6 2 7 - 0 6 0

**5. Resident Name (Last, First, Middle):** SIGGERS KEVIN

**6. Institution Code:** 3 3

## Action Recommended

**From:**

**7. Job Number:** 0 1 2 3
**8. Grade 1 - 4:**
**9. Industry Code:** MCFT
**10. Wage Plan:** 2
**11. Dot Code:** 7 6 9 6 8 6 0 5 4
**12. Position Title:** WD WRK SHOP HAND

1 = Hourly
2 = G.P.W.  — X = Apprentice
3 = P.W.

**To:**

**13. Job Number:** 0 1 2 2
**14. Grade 1 - 4:**
**15. Industry Code:** MCFT
**16. Wage Plan:** 1
**17. Dot Code:** 7 6 9 6 8 7 0 5 4
**18. Position Title:** WD WRK SHOP HAND

**19. Effective Date Month, Day, Year:** 0 4 - 1 1 - 9 2

**20. Time Of Action:** 0 7 1 0

**21. Check One:** AM  PM  [X] (AM)

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

### 26. Signatures:

| | | | |
|---|---|---|---|
| Recommended By _____ | Foreman | Date: 4-11-02 |
| Approved By _____ | Plant Superintendent | Date: 4/16/02 |
| Approved By _____ | Ass't Supt. Or Business Mgr. | Date: 4/16/02 |
| Entered On Payroll Records _____ | Timekeeper | Date: 4/15/02 |

FPI Revised Form 96

Distribution:  White————— Business office
General——— Terminal operator
Green————— Placement
Pink————— Foreman

GRADE CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | | |
|---|---|---|---|
| **1** | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2. | If UNICOR Action |

Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

| | | |
|---|---|---|
|  | 3. | If IPRS Action |

Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

1 = Hourly
2 = G.P.W. — X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D W R K S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM PM |
|---|---|---|
| 0 3 – 1 1 – 0 2 | 0 7 1 0 | X |

| | |
|---|---|
|  | **22. Reason For Termination Of Employment Or Withdrawal**<br>1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request<br>5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs |

| | |
|---|---|
|  | **23. Continuation of Longevity Status**<br>1 = yes 0 = no 2 = no    (For use only when termination is for release (MR or parole). |

| | |
|---|---|
|  | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
|  | 25. Total Inmate Hours Involved |

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | | Foreman | Date: 3-21-02 |
| Approved By | Debora A. Forsyth | Plant Superintendent | Date: 3/22/02 |
| Approved By | | Ass't Supt. Or Business Mgr. | Date: 3/21/02 |
| Entered On Payroll Records | C L Minniman | Timekeeper | Date: 3/21/02 |

FPI Revised Form 96      Distribution:    White————— Business office    Green————— Placement    Pink————— Foreman
Terminal operator

MILL 1

GRADE CHANGE

## UNICOR
### Industrial Employment/IPRS Action Report
Federal Prison Industries, Inc.

| **1** | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | 2P | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: AM PM |
|---|---|---|
| 0 1 — 2 7 — 0 1 | 0 7 1 0 | X |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole). |

| | — | | — | | 24. Date Of Enrollment Month, Day, Year |

| | | | | 25. Total Inmate Hours Involved |

26. **Signatures:**

Recommended By _____ Foreman    Date: 1-29.01

Approved By _____ Plant Superintendent    Date: 2/2/01

Approved By _____ Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____ Timekeeper    Date: 1 29 01

MILL 1                                    GRADE CHANGE



## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 — 0 6 0 | S I G G E R S , K E V I N | 2 3 1 |

**Action Recommended**

*From:*

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    ⎤ X = Apprentice
3 = P.W.    ⎦

*To:*

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 3 | M C F T | 3 | 7 5 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One: | AM | PM |
|---|---|---|---|---|
| 1 0 — 2 9 — 0 0 | 0 7 1 0 | | X | |

| | 22. **Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. **Continuation of Longevity Status** |
|---|---|
| | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|
| | — — |

| | 25. Total Inmate Hours Involved |
|---|---|
| | |

26. Signatures:

| | | | |
|---|---|---|---|
| Recommended By | *XX Veiott* | Foreman | Date: 10-13-00 |
| Approved By | *Debra A. Forsyth* | Plant Superintendent | Date: 10/14/00 |
| Approved By | *T. Callahan* | Ass't Supt. Or Business Mgr. | Date: 10/16/00 |
| Entered On Payroll Records | *C. Minaman* | Timekeeper | Date: 10/16/00 |

FPI Form 96 (9/98)

PRODUCTION                                NEW HIRE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **1** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

**4. Register Number:** 5 1 6 2 7 – 0 6 0

**5. Resident Name (Last, First, Middle):** S I G G E R S , K E V I N

**6. Institution Code:** 2 3 1

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 4 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D   W R K S H O P H A N D |

1 = Hourly
2 = G.P.W.    ⌉  X = Apprentice
3 = P.W.      ⌋

**To:**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

**19. Effective Date Month, Day, Year:** 0 6 – 2 9 – 0 0

**20. Time of Action:** 0 7 1 0

**21. Check One:** AM [X]  PM [ ]

**22. Reason For Termination Of Employment Or Withdrawal**
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**
1 = yes   0 = no   2 = no    (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year**

**25. Total Inmate Hours Involved**

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | *Chris ~ Nolen* | Foreman | Date: 7-3-00 |
| Approved By | *Deborah O Forsyth* | Plant Superintendent | Date: 7/5/00 |
| Approved By | *J. Halahan* | Ass't Supt. Or Business Mgr. | Date: 7/5/0 |
| Entered On Payroll Records | *Cin Newman* | Timekeeper | Date: 7/5/00 |

FPI Form 96 (9/98)
Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| `3` | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| `3` | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| `3` | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

4. Register Number: `51027-060`    5. Resident Name (Last, First, Middle): `SIGGERS, KEVIN`    6. Institution Code: `111`

**Action Recommended**

From:

7. Job Number: `012`  8. Grade 1 - 4: `3`  9. Industry Code: `NCFT`  10. Wage Plan: `1`  11. Dot Code: `666382010`  12. Position Title: `ROUTING MACH OPTR`

```
1 = Hourly
2 = G.P.W.      X = Apprentice
3 = P.W.
```

To:

13. Job Number  14. Grade 1 - 4  15. Industry Code  16. Wage Plan  17. Dot Code  18. Position Title

19. Effective Date Month, Day, Year: `10-25-99`   20. Time Of Action: `0710`   21. Check One: AM  PM: `X`

22. Reason For Termination Of Employment Or Withdrawal: `3`

```
1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs
```

23. Continuation of Longevity Status: `0`
```
1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).
```

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. Signatures:

| | | Date: |
|---|---|---|
| Recommended By | _____ Foreman | `11-4-99` |
| Approved By  Debora A Forey | Plant Superintendent | `11/8/99` |
| Approved By | Ass't Supt. Or Business Mgr. | `11/-/9` |
| Entered On Payroll Records | Timekeeper | `11/3/99` |

Distribution:
White———— Business office
Canary———— Terminal operator
Green———— Placement
Pink———— Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **1** | 1. Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7  0 6 0 | S I G G E R S  K E V I N | 2 3 1 |

**Action Recommended**
From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 5  4 | | M C F T 1 | | 6 6 6 3 8 2 0 1 0 | B O R I N G   M A C H .   O P E R . |

1 = Hourly
2 = G.P.W.  } X = Apprentice
3 = P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 0 1 5  3 | | M C F T 1 | | 6 6 5 3 8 2 0 1 0 | B O R I N G   M A C H .   O P E R . |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 6  0 1  9 9    0 9 0 0 | 3/16 | [ ] [X] |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| [ ] | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| [ ] | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | | |
|---|---|---|
| [ ][ ][ ][ ][ ] | 24. Date Of Enrollment Month, Day, Year | |

| | |
|---|---|
| [ ][ ][ ][ ] | 25. Total Inmate Hours Involved |

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _Charles Mohr_ | Foreman | Date: 6-24-99 |
| Approved By | _[signature]_ | Plant Superintendent | Date: 6/28/9 |
| Approved By | _Holahan_ | Ass't Supt. Or Business Mgr. | Date: 6/25/99 |
| Entered On Payroll Records | _[signature]_ | Timekeeper | Date: 6/25/99 |

FPI Revised Form 96
October 1, 1982

Distribution:  White-----------Business office    Green-----------Placement
Canary-----------Terminal operator    Pink-----------Foreman

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1.** Type Of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3
`1`

**2.** If UNICOR Action — Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26
`2`

**3.** If IPRS Action — Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22

**4.** Register Number: `5 1 6 2 7 - 0 6 0`
**5.** Resident Name (Last, First, Middle): `SIGGERS, KEVIN`
**6.** Institution Code: `2 3 1`

## Action Recommended

**From:**

**7.** Job Number: `0 1 2`
**8.** Grade 1-4: `5`
**9.** Industry Code: `M C B T`
**10.** Wage Plan: `1`
**11.** Dot Code: `7 6 9 6 8 7 0 5 4`
**12.** Position Title: `WD WRK SHOP HAND`

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To:**

**13.** Job Number: `0 1 2`
**14.** Grade 1-4: `4`
**15.** Industry Code: `M C B T`
**16.** Wage Plan: `1`
**17.** Dot Code: `7 6 9 6 8 7 0 5 4`
**18.** Position Title: `WD WRK SHOP HAND`

**19.** Effective Date Month, Day, Year: `0 4 - 2 2 - 9 9`
**20.** Time Of Action: `0 7 1 0`
**21.** Check One: AM `X` PM ` `

**22.** Reason For Termination Of Employment Or Withdrawal
1 = Released  2 = Transferred  3 = Program Change  4 = Inmate Request
5 = Program Discontinued  6 = Control Purposes  7 = Institutional Needs

**23.** Continuation of Longevity Status
1 = yes 0 = no 2 = no  (For use only when termination is for release (MR or parole).

**24.** Date Of Enrollment Month, Day, Year

**25.** Total Inmate Hours Involved

**26.** Signatures:
Recommended By _____ Foreman  Date: 4-13-99
Approved By _Debora Forsyth_ Plant Superintendent  Date: 4/16/99
Approved By _Tim Hallahan_ Ass't Supt. Or Business Mgr.  Date: 6/12/99
Entered On Payroll Records _Ci Muncamayr_ Timekeeper  Date: 4/13/99

FPI Revised Form 96
October 1, 1982
Distribution: White — Business office / Canary — Terminal operator / Green — Placement / Pink — Foreman

NEW HIRE



# UNICOR
Federal Prison Industries. Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **1** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | | |
|---|---|---|
| **2** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
| | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19  22 |

**4. Register Number**   5. Resident Name (Last, First, Middle)   **6. Institution Code**

5 1 6 2 7 - 0 6 0    S I G G E R S   K E V I N    2 3 1

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 5 | | M C F T 1 | 7 | 6 9 6 8 7 0 5 4 | W D  W R K  S H O R T H A N D |

1 = Hourly
2 = G.P.W.           X = Apprentice
3 = P.W.

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM  PM |
|---|---|---|
| 0 3 - 2 3 - 9 9 | 0 7 1 0 | **x** |

**22. Reason For Termination Of Employment Or Withdrawal**

  1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
  5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

**23. Continuation of Longevity Status**

  1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

**26. Signatures:**

| | | | |
|---|---|---|---|
| Recommended By | _[signature]_ | Foreman | Date: 3-23-99 |
| Approved By | _[signature]_ | Plant Superintendent | Date: 3/25/99 |
| Approved By | _[signature]_ | Ass't Supt. Or Business Mgr. | Date: 3/25/99 |
| Entered On Payroll Records | _[signature]_ | Timekeeper | Date: 3/23/99 |

FPI Revised Form 96
October 1, 1982

Distribution:    White............ Business office    Green.......... Placement
    Canary......... Terminal operator    Pink........... Foreman

NOTE: THIS FORM MUST BE SU~~BMI~~TTED
2 WEEKS IN ADVANCE.



U.S. Department of Justice

# UNICOR

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

ENTERED 36:15

**September 6, 2005**
( DATE )

_____**Mill-1**_____
( DEPARTMENT )

NAME:   **SIGGERS, KEVIN**                                          **51627-060**
          ( LAST )            ( FIRST )                    ( REGISTRATION NUMBER )

I REQUEST TO TAKE    **2**    DAY(S) OFF!        ~~FILE COPY~~        STARTING ON: **September 26, 2005**
                                                                    ( DATE )

| AWARD DAYS ?    (NO) |
|---|

I REQUEST TO CASH IN MY VACATION:   (O   YES )    (◉   NO )
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE: _____

_____        APPROVED BY: _____
( WORK SUPERVISOR )                                              ( DEPARTMENT HEAD )

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON:   **January 12, 2004**  , AND HAS ACCUMULATED

____**36.15**____ HOURS VACATION.   AND ____**0.00**____ AWARD HOURS.

|  |  |
|---|---|
| 36.15 | BEGINNING HOURS. |
| 0.00 | AWARD HOURS USED. |
| 36.15 | ENDING HOURS. |

COMPUTED BY:  **Glen Rencher**                       REVIEWED BY: _____
              ( TIMEKEEPER )                                    ( ACCOUNTANT )

APPROVED: _____    DISAPPROVED: _____

* * * PLEASE STATE REASONS WHY IF DISAPPROVED. * * *

SIGNATURE: _____
            ( Superintendent of Industries )

CC:   INMATE (1)
      FACTORY OFFICE (1)
      BUSINESS OFFICE (2)

F.P.I Form 39

**NOTE: THIS FORM MUST BE $ MITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**
Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____Mill-1_____
( DEPARTMENT )

**July 18, 2005**
( DATE )

NAME:  **SIGGERS, KEVIN**
( LAST )          ( FIRST )

**51627-060**
( REGISTRATION NUMBER )

I REQUEST TO TAKE ___1___ DAY(S) OFF!          STARTING ON:  **July 26, 2005**
( DATE )

| AWARD DAYS ?     (NO) |
|---|

· I REQUEST TO CASH IN MY VACATION:  (O  YES)      (◉  NO )
(MUST BE ANNIVERSARY DATE)

INMATES SIGNATURE:   _Kevin T. Diggs Jr._          **FILE COPY**

_M. [signature]_          APPROVED BY:          _T. [signature]_
( WORK SUPERVISOR )          ( DEPARTMENT HEAD )

## BUSINESS OFFICE USE ONLY! !

THE ABOVE NAMED INMATE STARTED UNICOR ON:   **January 12, 2004**  , AND HAS ACCUMULATED

___43.30___ HOURS VACATION.  AND ___0.00___ AWARD HOURS.

| 43.30 | BEGINNING HOURS. |
|---|---|
| 0.00 | AWARD HOURS USED. |
| 43.30 | ENDING HOURS. |

COMPUTED BY:  **Glen Rencher**          REVIEWED BY:  _____
( TIMEKEEPER )          ( ACCOUNTANT )

APPROVED: ___✓___          DISAPPROVED: _____

*** PLEASE STATE REASONS WHY IF DISAPPROVED. ***

SIGNATURE:   _T. [signature]_
( Superintendent of Industries )

CC:  INMATE (1)
FACTORY OFFICE (1)
BUSINESS OFFICE (2)

F.P.I Form 39

**U.S. DEPARMENT OF JUSTICE**
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBE

DATE: 4-14-05

TO: Mr. COOK

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details

I would like to work in Mill I
"NOTes Dept." on the First Table. Keeping
my grade (2) two.

Thank you.

Name: SIGGERS, KEVIN          No.: 51627060

Work assignment: A.M UNICORE          Unit: CB

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result
in no action being taken.

DISPOSITION: (Do not write in this space)          DATE:

MOVED FROM
PROD.1 TO MILL1          OK with mr
5/5/05                   Chente 4-14-05
OK Rlook                 EFFECTIVE          4-19-05
  4-14-05

Original - File
Copy - Inmate                              Officer

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.



U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

2 D. I.
**DEPARTMENT**

10/18/00
**DATE**

10/27
pov 30:00

NAME: _Sibbs_  _Kevin_                    _81607060_
      LAST      FIRST          REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO____  C A C H  I N ___
                                      pov 30:00

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:

_____                    _____
WORK SUPERVISOR                          DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12/ ̶9̶8̶ 2004_ AND

HAS ACCUMULATED _30:00 HRS_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:15 HRS_ DAY PER MONTH.

(½)  (1)

COMPUTED BY:                REVIEWED BY:                  FINAL APPROVED BY:

_____              _____                 _____
TIMEKEEPER                 ACCOUNTANT                    SUPERINTENDENT

_____

UNIT TEAM ACTION:          APPROVED:_____            DISAPPROVED_____
                                       PLEASE STATE REASONS WHY IF
                                       DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

9/19
37.15

### REQUEST FOR INMATE VACATION

POD I
**DEPARTMENT**

8/17/04
**DATE**

NAME: _SIGGERS_ _KEVIN_
      LAST      FIRST

REGISTRATION NUMBER _5160 7060_

I REQUEST VACATION FROM _9/24_ TO _9/28_

2 dAYS

\*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:

_____
WORK SUPERVISOR

APPROVED BY:

_____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _1/12_ 19 _2004_, AND

HAS ACCUMULATED _37.15 HRS_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7.15 HRS_ DAY PER MONTH.

(½)  (1)

COMPUTED BY:

_____
TIMEKEEPER

REVIEWED BY:

_____
ACCOUNTANT

FINAL APPROVED BY:

_____
SUPERINTENDENT

UNIT TEAM ACTION:      APPROVED:_____

DISAPPROVED_____
PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

\*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) • Unit (Green) • Timekeeper (Yellow) • Factory (Pink) • Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SU~~~TTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice



**UNICOR**

Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

*Mill I*                                        *11/13/63*        *11/14*
DEPARTMENT                                      DATE              *37:30*

*SIGGERS, KEVIN*                                *51627-060*
NAME:        LAST        FIRST                  REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF____*CACH 37:30*
(MUST BE ANNIVERSARY DATE).

INMATES SIGNATURE

APPROVED BY:                                    APPROVED BY:

WORK SUPERVISOR                                 DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE____*6/39  2000*__AND

HAS ACCUMULATED__*37.30*__DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT__*7:30*  ~~DAY~~ PER MONTH.

(½)    (1)

COMPUTED BY:                REVIEWED BY:                    FINAL APPROVED BY:

TIMEKEEPER                  ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:           APPROVED:_____               DISAPPROVED_____
                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice



**UNICOR**

Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

Federal Correctional Institution
Ray Brook, NY 12977

_Mill T_
DEPARTMENT

_6/2/63_
DATE

_6/16_
_52:30_

_Siggers , Kevin_
NAME:        LAST        FIRST

_51627-060_
REGISTRATION NUMBER

I REQUEST VACATION FROM ___X___ TO ___Y___

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF _52:30 CASH_
(MUST BE ANNIVERSARY DATE).

_X Kevin Siggers_
INMATES SIGNATURE

APPROVED BY:

_Charlie Noel_
WORK SUPERVISOR

APPROVED BY:

_T. Callahan for_
DEPARTMENT HEAD

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/25_ 19_2000_ , AND

HAS ACCUMULATED _52:30 hrs_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30 hrs_ DAYS PER MONTH.

(½)   ①

COMPUTED BY:

_W_
TIMEKEEPER

REVIEWED BY:

_W_
ACCOUNTANT

FINAL APPROVED BY:

_T. Callahan for_
SUPERINTENDENT

---

UNIT TEAM ACTION:        APPROVED:_____        DISAPPROVED_____

PLEASE STATE REASONS WHY IF DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) • Timekeeper (Yellow) • Unit (Green) • Factory (Pink) • Inmate (Golden Rod)

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

_____
**DEPARTMENT**

_6/2/00_   oo
**DATE**      7:30 in July

_O'Crane        Kevin_        _11970/6_
**NAME:**     **LAST**     **FIRST**     **REGISTRATION NUMBER**

I REQUEST VACATION FROM _7-5_ TO _7-6_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

_____
**APPROVED BY:**                              **APPROVED BY:**

_____                       _____
**WORK SUPERVISOR**                           **DEPARTMENT HEAD**

_____

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ _2000_, AND

HAS ACCUMULATED _____ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____ DAY PER MONTH.

(½)   (1)

**COMPUTED BY:**              **REVIEWED BY:**              **FINAL APPROVED BY:**

_____            _____              _____
**TIMEKEEPER**                **ACCOUNTANT**                **SUPERINTENDENT**

_____

**UNIT TEAM ACTION:**          **APPROVED:_____**          **DISAPPROVED_____**
                                                          **PLEASE STATE REASONS WHY IF
                                                          DISAPPROVED.**

_____
_____
_____
_____
_____

**SIGNATURE_____**

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) - Timekeeper (Green) - Unit (Yellow) - Factory (Pink) - Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

### REQUEST FOR INMATE VACATION

_MILL I_
DEPARTMENT

_6-03-02_
DATE

_6/70_
_67:30_

_SIGGENS_          _KEVIN_
NAME:          LAST          FIRST

_S1627040_
REGISTRATION NUMBER

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF___ X ALL__
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:

_____
WORK SUPERVISOR

APPROVED BY:

_____
DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE____ _29_ __19 _00_ , AND

HAS ACCUMULATED _67:30_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _7:30_ DAY PER MONTH.

(½)   (1)

COMPUTED BY:

_____
TIMEKEEPER

REVIEWED BY:

_____
ACCOUNTANT

FINAL APPROVED BY:

_____
SUPERINTENDENT

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____

PLEASE STATE REASONS WHY IF
DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
(PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39          Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SU___TTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**
Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_Mill I_                                                         _11-19-01_        _22:30_
DEPARTMENT                                                      DATE

_____ _S_ _____ _____                    _5163?060_
NAME:        LAST            FIRST              REGISTRATION NUMBER

I REQUEST VACATION FROM __/23__ TO __/24__ ( 1 DAY )

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY:                              APPROVED BY:

_____                _____
WORK SUPERVISOR                          DEPARTMENT HEAD

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19____, AND

HAS ACCUMULATED_____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)   (1)

COMPUTED BY:              REVIEWED BY:               FINAL APPROVED BY:

_____         _____          _____
TIMEKEEPER                ACCOUNTANT                  SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____           DISAPPROVED_____
                                                             PLEASE STATE REASONS WHY IF
                                                             DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F P I  Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

NOTE: THIS FORM MUST BE SUBMITTED 2
WEEKS IN ADVANCE.

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_UNIT I_                                        _9/19/01_    _15:00._
**DEPARTMENT**                                  **DATE**

_SIGGINS - Kevin_                               _51637060_
**NAME:**      LAST        FIRST                **REGISTRATION NUMBER**

I REQUEST VACATION FROM _9/1_ TO _9/3_

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
(MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

APPROVED BY: _____        APPROVED BY: _____

_____             _____
WORK SUPERVISOR                              DEPARTMENT HEAD

_____

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/29_ 19_2001_, AND

HAS ACCUMULATED _15.00_ DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT _1.30_ DAY PER MONTH.

(½)      (1)

COMPUTED BY:                REVIEWED BY:                FINAL APPROVED BY:

_____            _____            _____
TIMEKEEPER                  ACCOUNTANT                  SUPERINTENDENT

UNIT TEAM ACTION:           APPROVED:_____          DISAPPROVED_____

                                                         PLEASE STATE REASONS WHY IF
                                                         DISAPPROVED.

_____
_____
_____
_____
_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39    Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE                    INMATE REQUEST TO STAFF MEMBER
Federal Bureau of Prisons

DATE: _8-5-01_

TO: _Mr. ~~XXXX~~ Parotti_

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

I would like to switch to the Panel Saw position you have open

Thanks!!!

**POSTED**

Name: _Siggers, Kevin_          No.: _51627060_

Work assignment: _R.M Unicor ✓_        Unit: _CA_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE: _____

Ok with my
Chalq~ Mal
8-6-01          _Xoe Welt_
                    Ok

PROD I
-10
MILL
8/24/01

_____
Officer

Original - File
Copy - Inmate

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**



U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

4/29/01
37:30

*Prod. I*
**DEPARTMENT**                                            **DATE**

NAME: _____ *Stacy        Keys* _____        *F.R.* _____
        **LAST**        **FIRST**                **REGISTRATION NUMBER**

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF___ *All* ___
 (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

**APPROVED BY:**                                **APPROVED BY:**

_____                _____
**WORK SUPERVISOR**                        **DEPARTMENT HEAD**

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____ 19_____, AND

HAS ACCUMULATED _____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

**COMPUTED BY:**            **REVIEWED BY:**            **FINAL APPROVED BY:**

_____    _____    _____
**TIMEKEEPER**                **ACCOUNTANT**                **SUPERINTENDENT**

**UNIT TEAM ACTION:**            **APPROVED:**_____            **DISAPPROVED**_____

                                                **PLEASE STATE REASONS WHY IF
                                                DISAPPROVED.**

_____

_____

_____

_____

_____

**SIGNATURE**_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARMENT OF JUSTICE
Federal Bureau of Prisons

INMATE REQUEST TO STAFF MEMBER

DATE: 3-02-01

TO: Mr. Parrott (Mill I Supervisor)

(Name and title of officer)

Subject: State completely but briefly the problem on which you desire assistance, and what you think should be done (Give details).

Sir, I would like to change work Departments. I have tried to get along with my co-worker, But things just keep flairing up Mr. Nolan said He can use me in His Department. Im just trying to avoid a conflict with this guy. I thank you for your help with this matter.

Name: Kevin C. Siggers        No.: 51627060

Work assignment: AM Unicons        Unit: C A

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)        DATE:

Mill I
TO
PROD I
3/6/01

ok with me
C. Nolan
Charles Nolan

Original - File
Copy - Inmate

Officer

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

REQUEST FOR INMATE VACATION

_MILL I_                              _9-20-00_         _3/20_
**DEPARTMENT**                          **DATE**          _15:00_

_____STIGGINS    Kevin_____     _-06 7-060_
**NAME:**      **LAST**      **FIRST**       **REGISTRATION NUMBER**

I REQUEST VACATION FROM _9/85_ TO _9/89_ _(2 Days)  CASH IN_

\*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
 (MUST BE ANNIVERSARY DATE).

_____
**INMATES SIGNATURE**

APPROVED BY: _____        APPROVED BY:

_____              _____
**WORK SUPERVISOR**                     **DEPARTMENT HEAD**

_____

**BUSINESS OFFICE:**

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE _6/25_ 19_00_ , AND

HAS ACCUMULATED _____DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT_____DAY PER MONTH.

(½)    (1)

COMPUTED BY:              REVIEWED BY:              FINAL APPROVED BY:

_____         _____         _____
**TIMEKEEPER**             **ACCOUNTANT**             **SUPERINTENDENT**

_____

UNIT TEAM ACTION:          APPROVED:_____          DISAPPROVED_____
                                                      PLEASE STATE REASONS WHY IF
                                                      DISAPPROVED.

_____

_____

_____

_____

_____

SIGNATURE_____

\*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
 (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39      Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

U.S. DEPARTMENT OF JUSTICE    **INMATE REQUEST TO STAFF MEMBER**
Federal Bureau of Prisons

DATE: SEPT. 18 2000

TO: Mr. PEROTTI (MILL I Supervisor)
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you desire assistance, and what you think should be done(Give Details).

Sir I would like to change my Job, to work in Mill I Departmente. I have gotten the permission from Mr. Nolan to change Jobs.

Name: KEVIN L. Siggers Sr.    No: 5162)060

Work Assignment: UNICORE A.M    Unit: C A

NOTE: If you follow instructions in preparing your request, it can be disposes of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    Date:_____

OK
Check. Me
9-18-00

MOVE FROM PROD I TO MILL I
9/20/00
Officer

Original-File
Canary-Inmate

FCI Mckean    Previously BP-Admin-70    BP-148(70)
July 1

L1

## Employee Work History

Name: Siggers, Kevin                    No.  #51627~060

Hire Date: 03/23/99                     Prior UNICOR Credit Accepted: 00    Months

Year: 1999

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar | 1 | 3:45 |  | 3:45 |  |
| Apr | 2 | 3:45 |  | 7:30 |  |
| May | 3 | 3:45 | Pov 11:15 | 0:00 |  |
| Jun | 4 | 3:45 |  | 3:45 |  |
| Jul | 5 | 3:45 |  | 7:30 |  |
| Aug | 6 | 3:45 |  | 11:15 |  |
| Sep | 7 | 3:45 | 7:30 | 7:30 | VAC 9/27 |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year: 2000

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

Year: 2001

|  | # Months | Vac Earned | Vac Used | Vac Balance | Remarks |
|---|---|---|---|---|---|
| Jan |  |  |  |  |  |
| Feb |  |  |  |  |  |
| Mar |  |  |  |  |  |
| Apr |  |  |  |  |  |
| May |  |  |  |  |  |
| Jun |  |  |  |  |  |
| Jul |  |  |  |  |  |
| Aug |  |  |  |  |  |
| Sep |  |  |  |  |  |
| Oct |  |  |  |  |  |
| Nov |  |  |  |  |  |
| Dec |  |  |  |  |  |

```
   MCK2G  531.01 *          INMATE HISTORY              *    03-22-1999
   PAGE 001 OF 001 *            WRK DETAIL               *    13:27:07

   REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR           POSTED
   CATEGORY: WRK      FUNCTION: PRT       FORMAT:

   FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
   MCK    KITCHEN AM KITCHEN AM               01-14-1999 0001 CURRENT
   MCK    IDLE       IDLE                     01-13-1999 0716 01-14-1999 0001
   MCK    KITCHEN AM KITCHEN AM               12-02-1998 0001 01-13-1999 0716
   MCK    DIN RM AM  DINING ROOM AM           11-20-1998 1348 12-02-1998 0001
   MCK    FD SVC     FOOD SERVICE             11-19-1998 0001 11-20-1998 1348
   MCK    LAND IN 1  INSIDE LANDSCAPE FULL-TIME 11-05-1998 0001 11-19-1998 0001
   MCK    LAND IN 2  INSIDE LANDSCAPE FULL-TIME 11-04-1998 0001 11-05-1998 0001
   MCK    FACL       FACILITIES OFFICE        11-03-1998 0001 11-04-1998 0001
   MCK    UNASSG     UNASSIGNED               10-28-1998 0001 11-03-1998 0001
   MCK    A&O        ADMISSION & ORIENTATION  10-21-1998 1015 10-28-1998 0001
   LEW    UNASSG     UNASSIGNED WORK DETAIL   10-13-1998 1921 10-21-1998 0516
   OKL    UNASSG     UNASSIGNED HOLDOVER      09-23-1998 1800 10-13-1998 0830
   ATL    UNASSG     UNASSIGNED WORK DETAIL   05-06-1998 0050 05-06-1998 0818
   OKL    UNASSG     UNASSIGNED HOLDOVER      05-01-1998 1915 05-05-1998 0830
   RCH    UNASSG     UNASSIGNED WORK DETAIL   03-26-1998 1851 05-01-1998 1508
   OKL    UNASSG     UNASSIGNED HOLDOVER      03-18-1998 1815 03-26-1998 0920
```

```
DATE: 10/28/99 07:23    INMATES NOT WORKING FOR 30 DAYS      PAGE:   1
INMATE PAYROLL                 REPORT DATE: 10/30/99          USER ID: sa1cl
```

| Name | Reg-num | Fact | Group | Crew | Last Lbr LT |
|------|---------|------|-------|------|-------------|
| SIGGERS, KEVIN | 51627-060 | FT | ft130 | Assembly 1 | 09/29/99 |

**NOTE: THIS FORM MUST BE SUBMITTED 2 WEEKS IN ADVANCE.**

U.S. Department of Justice

**UNICOR**

Federal Prison Industries, Inc.

## REQUEST FOR INMATE VACATION

*(handwritten) Way 1*

_____                                    _____
DEPARTMENT                                                              DATE

*(handwritten) 7/16/*

_____          _____
NAME:          LAST                    FIRST                  REGISTRATION NUMBER

*(handwritten) 7 30*

I REQUEST VACATION FROM_____TO_____

*I REQUEST TO WORK MY VACATION AND RECEIVE PAY IN LIEU OF TAKING THE DAYS OFF_____
  (MUST BE ANNIVERSARY DATE).

_____
INMATES SIGNATURE

---

APPROVED BY:                                      APPROVED BY:

*(signature) Charles Nolan*                       *(signature)*
_____                          _____
WORK SUPERVISOR                                   DEPARTMENT HEAD

---

BUSINESS OFFICE:

THE ABOVE NAMED INMATE HAS BEEN EMPLOYED IN INDUSTRIES SINCE_____19_99_, AND

HAS ACCUMULATED__7 30__DAY(S) VACATION. VACATION CREDIT IS PRESENTLY BEING EARNED

AT__ 45__DAY PER MONTH.
(½)    (1)

COMPUTED BY:                REVIEWED BY:                    FINAL APPROVED BY:

_____     _____        _____
TIMEKEEPER                  ACCOUNTANT                      SUPERINTENDENT

UNIT TEAM ACTION:              APPROVED:_____            DISAPPROVED_____
                                                            PLEASE STATE REASONS WHY IF
                                                            DISAPPROVED.

_____

_____

_____

_____

SIGNATURE_____

*THIS REQUEST FOR PAY IN LIEU OF VACATION MAY ONLY BE MADE ON THE ANNIVERSARY DATE.
  (PLEASE SUBMIT FOUR (4) COPIES TO INDUSTRY BUSINESS OFFICE)

F.P.I. Form 39        Business Office (White) ● Timekeeper (Green) ● Unit (Yellow) ● Factory (Pink) ● Inmate (Golden Rod)

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE      FEDERAL BUREAU OF PRISONS**

DATE *May 19, 1999*

TO: *Mr. Pigrotto*

(Name and Title of Officer)

SUBJECT:   State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

*I would like my Job changed to The Vertical Boring Machine on the Assembly line. I've spoke to Mr. Nolan and was told to have you sign this Inmate Request form Releasing me to work in the Assembly Dept. I thank you for Time concerning this matters.*

*OK or Refused*

**POSTED**

(Use other side of page if more space is needed)

NAME: *Kevin L. Siggers Sr.*        NO.: *51627-060*

WORK ASSIGNMENT: *Lay up I*        UNIT: *3 A*

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.
You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to
specifically state your problem may result in no action being taken.

DISPOSITION:    Do not write in this space)

DATE  *5-19-99*

*Lay up I
To
Assm I*

*OK with me*

*Charles Nolan*
Officer

*5/25/99*

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

# UNICOR McKean
## Federal Prison Industries, Inc.
## Federal Correctional Institution
## McKean, Pa. 16701

## JOB DESCRIPTION REPORT

Inmate's Name: __Siggers, Kevin__    Register Number: __51627-060__

Institution Code: __231__    Industry Code: __MCFT__

Job Description: __Woodworking Shophand__    Department: __Layup 1__

> **Duties: Responsible for stacking, cushioning and wrapping product. Secures load with steel strapping. Responsible for visually inspecting all materials being packed for surface defects or blemishes. All other duties as assigned in UNICOR.**

I have instructed inmate _Kevin L. Siggers Sr._ Reg. No. _51627.060_ in the proper procedures in which to implement his assigned work detail, which includes standard maintenance, safety procedures, and routine use.

_____
Foreman

_4-12-99_
Date

I have received proper instruction on how to implement my job assignment. If I have any problem with implementing my assigned job, I am instructed to contact my foreman immediately.

_____
Signature of Inmate

_51627.060_
Register Number

_4-12-99_
Date

# Pre-Industrial Training Roster

Date:    April 23, 1999

| Name | Number | Department | SOI | Fact. | Safety | Prod. | Work | Q.A. | Bus Of. |
|---|---|---|---|---|---|---|---|---|---|
| Davila-Bajana, Juan | 47580-053 | Prod 1 | | | | | | | |
| Luna-Navarro, Bernardo | 05659-032 | Laup 1 | | | | | | | |
| Hamilton, James | 09140-055 | Pack 1 | | | | | | | |
| Siggers, Kevin | 51627-060 | Laup 1 | | | | | | | |
| Kowalski, Paul | 08930-055 | Q.A. 1 | | | | | | | |
| Carter, Claude | 19735-039 | Main 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| ALTERNATES | | | | | | | | | |
| Gonzalez, William | 21331-038 | Mill 2 | | | | | | | |
| Wills, Eric | 52511-060 | Pack 1 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

DATE _3-21-99_

TO: ___Unicor Supervisor___

(Name and Title of Officer)

SUBJECT:   State completely but briefly the problem on which you desire assistance and what you think should be done (Give details).

I have the realease by my current supervisor to work in the Unicorn Factory

Kitchen Supervisor

(Use other side of page if more space is needed)

NAME: _Kevin L Siggens Sr_      NO.: _51627-060_

WORK ASSIGNMENT: _Veg. Prep_      UNIT: _3A_

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request.  Your failure to specifically state your problem may result in no action being taken.

DISPOSITION:   Do not write in this space)

DATE _3-22-99_

M. Henry  Cook Supervisor

_M. Henry_
Officer

Record Copy - File; Copy - Inmate

(This form may be replicated via WP)  Replaces BP-148 of Oct 86

PRODUCTION-1                                   REHIRE

## UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |

| | | |
|---|---|---|
| **2** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
| | | Enter 2 For Change In Employment Status, Complete Items 4-21, and 26 |
| | | Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | | |
|---|---|---|
| **1** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19 |
| | | Enter 3 For Completion, Complete Items 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 5 1 6 2 7 – 0 6 0 | S I G G E R S  K E V I N | 2 3 1 |

**Action Recommended**

**From:**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 0 1 2 | 2 | M C F T | 1 | 7 6 9 6 8 7 0 5 4 | W D  W R K  S H O P H A N D |

1 = Hourly
2 = G.P.W.    ⎤ X = Apprentice
3 = P.W.      ⎦

**To:**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 1 – 1 2 – 0 4 | M C F T | X |

22. **Reason For Termination Of Employment Or Withdrawal**

   1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request
   5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs

23. **Continuation of Longevity Status**
   1 = yes   0 = no   2 = no      (For use only when termination is for release (MR or parole).

| | |
|---|---|
| – – | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| | 25. Total Inmate Hours Involved |

26. **Signatures:**

| | | | Date: |
|---|---|---|---|
| Recommended By | _[signature]_ | Foreman | 1-12-04 |
| Approved By | _[signature]_ | Plant Superintendent | 1/12/04 |
| Approved By | _[signature]_ | Ass't Supt. Or Business Mgr. | 1/12/04 |
| Entered On Payroll Record | _[signature] Linda K. Kerr_ | Timekeeper | 1-12-04 |

FPI Form 96 (9/98)

Distribution:    White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

PRODUCTION-1                          JOB CHANGE



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. Type of Report | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|
| 2 | | |

| | 2  If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26 |
|---|---|---|
| 2 | | Enter 2 For Change in Employment Status, Complete Items 4-21, and 26 |
| | | Enter3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |

| | 3.  If IPRS Action | Enter 2 For Enrollment, Complete 4-6, 19 |
|---|---|---|
| 2 | | Enter 3 For Completion, Complete 4-6, 19 |
| | | Enter 4 For Withdrawal, Complete 4-6, 19, 22 |

**4. Registration Number**  `5 1 6 2 7 - 0 6 0`

**5. Resident Name (Last, First, Middle)**  `S I G G E R S   K E V I N`

**6. Institution Code**  `2 3 1`

## Action Recommended

From:

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | | 12. Position Title |
|---|---|---|---|---|---|---|
| `0 1 1` | `2` | `M C F T` | `1` | `6 6 7 6 8 2 0 2 2` | POSTED | `P A N E L   S A W   O P E R A T` |

1 =  Hourly
2 =  G.P.W.          X = Apprentice
3 =  P.W.

To:

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `0 1 4` | `2` | `M C F T` | `1` | `2 2 1 1 6 7 0 1 4` | `M A T E R I A L   C O O R D I N` |

**19. Effective Date** Month, Day, Year  `0 4 - 0 7 - 0 5`

**20. Time of Action**  `0 7 1 0`

**21. Check One:**   AM   PM
`X` | |

| | **22. Reason For Termination Of Employment Or Withdrawal** |
|---|---|
| | 1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request |
| | 5 = Program Discontinued   6 = Control Purposes   7 = Institution Needs |

| | **23. Continuation of Longevity Status** |
|---|---|
| | 1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole). |

`| | - | | - | |`  **24. Date Of Enrollment Month, Day, Year**

`| | | | |`   **25. Total Inmate Hours Involved**

**26.  Signatures:**

Recommended By _____  Foreman    Date: _4-7-05_

Approved By _____  Plant Superintendent    Date: _____

Approved By _____  Ass't Supt. Or Business Mgr.    Date: _____

Entered On Payroll Records _____  Timekeeper    Date: _4/7/05_

FPI Form 96 (9/98)

Distribution:        1. Business Office        2. Terminal Operator        3. Placement        4. Foreman

# UNICOR

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Sigers Kevin_    Number: _51627-060_    Date: _3/11/02_

(Name: Last, First)

UNICOR McKean start date:_____ Current Grade: _2_ Unit: _CA_
This is to advise you of your unsatisfactory work performance on:_3/4/02_

Specifically: _Inmate Sigers was observed on the production floor_
_lighting matches. Inmate Sigers was attempting to melt the plastic_
_tip of a cigar. This behavior is unsafe because of the flammable_
_materials on the factory floor_

Supervisor's Recommendation:

    1) Written Warning _____

    (2) Grade Reduction from _2_ to _3_ ; No. of days _90 30_

    3) Job Change_____

    4) Removal *_____

    5) Other _____

*Third offenses, whether related acts, or not , automatically require
the recommendation for "Removal." All recommendation for "Removal" must
be approved by the Superintendent of Industries.

_____    _____    _3/11/02_
Inmate Signature      Date        Staff Signature      Date

Final disposition: _____
_____
_____
_____
_____
_____

3/11 → 4/11

_____
Superintendent of Industries    Date

# *UNICOR*

## (FCI McKean)

## "Notice of Unsatisfactory Work Performance"

To: _Siggers, Kevin_     Number: _51622-060_     Date: _3/6/02_
(Name: Last, First)

UNICOR McKean start date:_____ Current Grade:_____ Unit: _CA_
This is to advise you of your unsatisfactory work performance on:_____

Specifically: _Inmate Siggers had in his possession, AVIATOR_
_Playing cards in the Unicor Factory. Inmate Siggers had_
_signed a Rule & reg. lation paper when he started UNICOR stating_
_that Inmate Workers are prohibited from bringing personal property into_
_the factory (Rule # 12)_

Supervisor's Recommendation:

(1) Written Warning _____

2) Grade Reduction from ____ to ____; No. of days ____

3) Job Change_____

4) Removal *_____

5) Other _____

*Third offenses, whether related acts, or not , automatically require
the recommendation for "Removal." All recommendation for "Removal" must
be approved by the Superintendent of Industries.

_____     _____  _3/6/02_
Inmate Signature     Date          Staff Signature          Date

Final disposition: _____
_____
_____
_____
_____
_____
_____

_____
Superintendent of Industries    Date

JOB EFFICIENCY TRAINING    SSION NUMBER -- [01]

# FACTORY RULES AND REGULATIONS

NAME *Kevin L. Siggers*    UNIT *C A*    LOCKER#_____    CHIT#_____

1.    INMATE WORKERS ARE FORBIDDEN TO LEAVE THE DEPARTMENT TO WHICH THEY ARE ASSIGNED, UNLESS THEY RECEIVE PERMISSION FROM THEIR FOREMAN OR SUPERVISOR. WHEN ENTERING ANOTHER DEPARTMENT, THEY MUST REPORT IMMEDIATELY TO THE SUPERVISOR IN CHARGE. INMATE WORKERS ON CALL-OUT MUST NOTIFY THEIR FOREMAN OR SUPERVISOR PRIOR TO LEAVING ON A CALL-OUT, AND ONCE THEY RETURN FROM A CALL-OUT.

2.    ALL INMATES MUST WEAR STEEL TOE SAFETY SHOES WHILE WORKING IN UNICOR.

3.    SAFETY GLASSES MUST BE WORN AT ALL TIMES WHILE IN THE FACTORY.

4.    HEARING PROTECTION MUST BE WORN AT ALL STATIONS DESIGNATED AS HIGH NOISE LEVEL AREAS.

5.    INMATES WILL PREFORM ANY ASSIGNED DUTIES GIVEN TO THEM BY ANY FOREMAN OR SUPERVISOR.

6.    INMATE WORKERS WILL ONLY PERFORM TASKS THAT ARE ASSIGNED TO THEM. OPERATING ANY MACHINERY OR EQUIPMENT, OR PERFORMING ANY OPERATION THAT HAS NOT BEEN SPECIFICALLY ASSIGNED BY A SUPERVISOR IS STRICTLY FORBIDDEN AND WILL BE SUBJECT TO AN INCIDENT REPORT.

7.    OPERATING ANY EQUIPMENT WITHOUT USING THE SAFETY GUARDS PROVIDED, OR REMOVAL OF SAID GUARDS IS FORBIDDEN AND SUBJECT TO DISCIPLINARY ACTION.

8.    HORSEPLAY WILL NOT BE TOLERATED AND IS SUBJECT TO REMOVAL FROM UNICOR EMPLOYMENT.

9.    FORKLIFT OPERATORS ARE THE ONLY ONES AUTHORIZED TO RIDE ON THE FORKLIFTS. DO NOT RIDE ON THE FORKLIFTS OR PALLET-TRUCKS.

10.    REPORT ALL SAFETY HAZARDS TO YOUR SUPERVISOR IMMEDIATELY. DO NOT CONTINUE TO WORK UNDER UNSAFE CONDITIONS.

11.    ALL INJURIES, NO MATTER HOW MINOR, SHOULD BE REPORTED TO YOUR SUPERVISOR IMMEDIATELY.

~~12.    ALL INMATE WORKERS ARE PROHIBITED FROM BRINGING PERSONAL PROPERTY INTO, OR TAKING UNAUTHORIZED ITEMS OUT OF UNICOR.~~

13.    THE FABRICATION OR REPAIR OF PERSONAL ITEMS ON GOVERNMENT EQUIPMENT IS AGAINST THE REGULATIONS AND IS PROHIBITED IN THE UNICOR FACTORY.

14.    THERE WILL BE ABSOLUTELY NO SMOKING IN THE FACTORY, EXCEPT IN DESIGNATED AREAS. ANY VIOLATION OF THIS RULE WILL RESULT IN AN IMMEDIATE INCIDENT REPORT AND POSSIBLE DISMISSAL FROM UNICOR EMPLOYMENT.

15.    WORK STOPS 10 MINUTES PRIOR TO LUNCH FOR TOOL CALL AND WASH UP, AND 20 MINUTES PRIOR TO RECALL FOR TOOL CHECK IN, AREA CLEAN UP, AND TO WASH UP.

16.    INMATES WHO RECEIVE A DISCIPLINARY SEGREGATION SANCTION ARE SUBJECT TO TERMINATION FROM UNICOR EMPLOYMENT, AND WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

17.    INMATES WHO HAVE TRANSFERRED FROM ANOTHER INSTITUTION DUE TO DISCIPLINARY REASONS WILL BE PLACED ON THE NON-PRIORITY UNICOR WAITING LIST.

*I understand the above rules and regulations, and understand that disregard for any of the above shall constitute a reason for my termination from UNICOR Employment.*

Signature: *Kevin L. Siggers*    Register No: *5 1627060*    Date: *6-29-02*