Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 1   PAGE 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL HILL,

     Plaintiff,

v.                                    CIVIL ACTION NO. 03-323E

JOHN LAMANNA, et al.,

     Defendants.

          The video deposition of MICHAEL HILL was taken
pursuant to the Federal Rules of Civil Procedure, in the
above-entitled action, on the 1st day of November, 2006,
at 9:05 a.m., at FCI Gilmer, Federal Correctional
Institution, located at 201 FCI Lane, Glenville, Gilmer
County, West Virginia, before Pamela K. Judy, Certified
Verbatim Court Reporter and Notary Public in and for the
State of West Virginia.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

---

SHEET 2    PAGE 2

APPEARANCES:    (Via Video Conference)

NEAL R. DEVLIN, Attorney at Law
Knox, McLaughlin, Gornall & Sennett, PC
120 West Tenth Street
Erie, Pennsylvania  16501-1461
Counsel for Plaintiff

MICHAEL C. COLVILLE
Assistant United States Attorney
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania  15219
Counsel for Defendant United States

DOUG GOLDRING, Attorney at Law
400 First Street, Northwest
Washington, District of Columbia  20534
Counsel for UNICOR

---

PAGE 3                    I N D E X

Witness                          Examination

Michael Hill                     4 (Colville)
                                 63 (Goldring)



Reporter's Certificate............................71

---

PAGE 4

1              (Witness sworn.)
2    THEREUPON,
3              M I C H A E L   H I L L
4    having been first duly sworn to tell the truth,
5    testified as follows:
6              EXAMINATION
7    BY MR. COLVILLE:
8      Q   Mr. Hill, good morning.  My name is Mike
9    Colville, and I'm the Assistant U.S. Attorney assigned
10   to defend your lawsuit, and the purpose of today's
11   deposition is for me to get some information from you
12   concerning the facts surrounding your complaint.  To do
13   that, I'm going to ask you a bunch of questions, and I
14   need you to respond affirmatively, with a verbal
15   response, not a shake of the head.  If you don't
16   understand any of the -- a question I'm asking you,
17   please let me know, and I'll rephrase it or we'll figure
18   something out, but I'm going to assume that, if you
19   answer it, you understand the question.
20            What I'd like to do is begin by asking
21   you questions about your work history while working at
22   UNICOR.  Can you tell me, if you recall, when you began

---

PAGE 5

1    working at UNICOR at McKean?
2      A   I believe it was August 2'02.
3      Q   Okay.  What position did you hold at
4    that time, within UNICOR?
5      A   I was assigned to the night shift, P.M.
6    shift, and I was assigned to a part of the factory
7    called the car wash; it was in, what I believe to be,
8    packing.  I don't believe that that was what was
9    documented on the papers as far as my assignment was
10   concerned, but I worked most of the time in the car
11   wash.  I believe they had me assigned to something
12   called Lay-Up Two, on paper.
13     Q   Is Lay-Up Two different than the
14   packing?
15     A   I don't even -- I never -- I never knew
16   what Lay-Up Two was.  It's different -- I believe it's
17   different than the packing, yes.
18     Q   Okay.  Who was your direct supervisor at
19   that time?
20     A   Rob Bevivino.
21     Q   How many days a week would you work, and
22   how many hours a day did you work?

---

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 3    PAGE 6

1    A    I worked from -- I worked five days a
2  week, from, I believe it to be, 3:30 to 10:30.
3    Q    Would you describe for me the duties
4  that you had as a -- in the car wash or in the packing
5  department?
6    A    We were like the end of the line.  When
7  the material -- like the material that -- such as that
8  table you're sitting at, we would take that and wipe it
9  down and stack it, and right at the edge of the table
10  that we had, that was where the guys would box it up,
11  seal it up, and ship it to the dock to be -- to go out.
12  We would just clean it, wipe it down, and stack it for
13  those guys to put over into the crates that it would go
14  out in.
15    Q    How long did you hold this job?
16    A    I held that job from August up until
17  sometime around April 2003, I believe.  I may be a
18  little --
19    Q    Did you have any other jobs within
20  UNICOR, other than the packing job that you just
21  described?
22    A    Sure.  Yes.

PAGE 7

1    Q    What jobs were they?
2    A    For the most part, if you worked in the
3  car wash or the packing, there wasn't a lot of work on
4  the P.M. shift, so, customarily, when we were sitting
5  around, we were pulled out of that area and taken into
6  another area.  It was no specific area that they would
7  take us in; they would just take us where they needed
8  help.
9    Q    What types of jobs would you have to do
10  on those occasions?
11    A    Sometimes, I would go to the saw and
12  help the guys with the boards, stacking the boards,
13  cutting the boards, and just handling the boards and
14  taking them from one area to another.
15    Q    How often would you have to do this type
16  of work rather than the packing work?
17    A    I would say at least three times a week.
18    Q    During the P.M. shift, was there always
19  cutting being done during that shift?
20    A    Well, not -- well, not just cutting.
21  There was a lot of machining.
22    Q    I guess my question is, during the P.M.

PAGE 8

1  shift that you worked, was there always some type of
2  work involving Micore boards, either cutting, boring,
3  any type of work which would have caused dust to occur,
4  or were there nights when there was no cutting, boring,
5  and it was just a matter of packing and organizing the
6  work for the next day?
7    A    I can't answer that question, because
8  the UNICOR was so big that I don't know what guys were
9  doing in other areas on the days that I wasn't working
10  with the Micore board.
11    Q    Well, I'm talking about the days where
12  you were working.
13    A    I usually worked with it about three
14  days a week.
15    Q    I understand that.  I'm just saying, the
16  three days a week that you were taken away from packing
17  and you were used wherever they needed you, was it
18  always such that there was cutting, sawing, or boring of
19  the Micore boards at that time, or were there periods of
20  time where you were taken away and just did other work
21  that didn't involve the cutting or the boring or that
22  type of work?

PAGE 9

1    A    That would probably go to the other two
2  days.  Yeah, that would probably go to the other two
3  days out of the -- of the five days, where I would go
4  to, maybe, another area and -- they had an area where
5  they laminated boards and it went through a machine, and
6  we would go over -- they would need guys to hold the
7  boards, and then there was a couple of other areas that
8  we would go to, but for the most part, there seemed to
9  be -- to have been an abundance of Micore board coming
10  into the facility at the time period that I worked, and
11  I heard a lot of reference to that.
12    Q    Tell me a little bit more about what you
13  mean by that, please.
14    A    When they would come and get us to work
15  those areas, they would say we have to get this tack
16  board or Micore board ready, we have a lot of it coming
17  in, we have a lot of it to help the A.M. shift with.
18    Q    When you say help the A.M. shift, what
19  do you mean by that?
20    A    Work left over from the A.M. shift.
21    Q    So you would finish work that they
22  hadn't completed?

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 4    PAGE 10

1    A    I was told that before.
2    Q    By whom?
3    A    Foreman, other inmates.
4    Q    What foreman?
5    A    My foreman, Bob Bevivino.
6    Q    Mr. Bevivino?
7    A    Yes, sir.
8    Q    Mr. Hill, is there a difference between
9    tack board and Micore board?
10    A    Not to my knowledge.
11    Q    So when people reference "tack board,"
12    they're using it interchangeably with "Micore board"?
13    A    According to my knowledge, yes.
14    Q    Okay. When you were in the packing --
15    well, let me step back. When you were working with --
16    on the three nights that you were taken away from the
17    packing department and were used wherever needed, did
18    you ever have to operate any of the saws or the routers?
19    A    No, I never actually operated them. No.
20    Q    Okay. I take it, you did work around
21    those machines, though, at some point in time during
22    those three days?

PAGE 11

1    A    Yes.
2    Q    Okay. Can you explain to me, maybe in a
3    little more detail, what you had to do or where you were
4    relative to the machines?
5    A    At the routers, which were approximately
6    -- the router machines were in very close proximity to
7    where I worked in the car wash. At the router machines,
8    the guy that actually operated the router machine, he
9    needed assistance, he needed the boards held, and, you
10    know, you had to put pressure on the boards so that they
11    could -- they could be, I guess, routed properly, and
12    then, once he routed -- once me and maybe another guy
13    held the boards and took them off of the stacks and
14    handed it to him or, you know, worked with him to hold
15    them through the processing of the machine, we would
16    take the boards and stack them on another cart, you
17    know, we would like hand them off --
18    Q    How far was the cart from the routing
19    machine?
20    A    It was right up on it, it was right
21    there.
22    Q    And once that was filled, would you have

PAGE 12

1    to then move the boards somewhere else?
2    A    We would have to take the boards
3    wherever the foreman directed us to take them.
4    Q    So during any given one shift, you
5    wouldn't have been around that router the entire time;
6    you would have been there holding the boards, then you
7    would have been away from it while you stacked the
8    boards and then took them elsewhere in the factory, is
9    that correct?
10    A    We would -- we would -- to help you
11    understand what I'm saying, we would come to the router
12    machine with stacks of -- a stack of boards on a hand
13    truck. It may be -- just to give you an approximate
14    number or hypothetically speaking, I'd say -- say, for
15    instance, there's 20 boards on a hand truck. We push
16    the boards up to the machine, and we individually help
17    him do whatever he's doing on the router machine with
18    the boards until that 20 boards is finished, right. As
19    he -- as he does the boards, we stack them on the other
20    truck and take them to an area, and then we may come
21    back with 20 more.
22    Q    On an average night when you were

PAGE 13

1    working in the router area, how many -- how many boards
2    would you normally go through on a shift that you were
3    working?
4    A    I never counted them.
5    Q    I'm not asking for a specific number,
6    but a ballpark estimate of an average night.
7    A    There were a lot of boards, a lot of
8    boards.
9    Q    I mean, how many; under 100, less than
10    50, --
11    A    I'm sure there was --
12    Q    -- more than 100?
13    A    More than 100, maybe. Somewhere in that
14    area.
15    Q    And, again, my understanding from your
16    earlier testimony is, the boards that you would have
17    been doing there at night would have been boards left
18    over from the day shift, who hadn't completed the
19    routing of those boards; is that accurate?
20    A    Not all the time. I mean, I just
21    overheard someone say that. I'm not sure whether --
22    Q    Okay.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 5   PAGE 14

1  A  -- they had a specific amount to do on
2  my shift or not, but I know, on occasions, I've heard
3  that.
4  Q  Mr. Hill, when you worked near the
5  router to help, did you see a vacuum system or a dust
6  collection system on the router itself?
7  A  Well, you had like -- I saw it on one of
8  them.  It was a couple of different machines, though; it
9  wasn't on all of them.
10  Q  Well, on the router that you worked, was
11  there a dust collection system attached to it?
12  A  I worked one that didn't have one, yeah.
13  Q  Where was that located?
14  A  I saw a vacuum on one of the machines
15  that was nearest to the glue machine, but you had like
16  -- in the area where those machines were, you may have
17  had -- and it's been such a long time, I may be wrong on
18  my number, but you may have -- it seems to me, you may
19  have had anywhere from four to maybe five machines going
20  down that aisle, and the very last one was the one that
21  -- the one that I saw the vacuum on before.
22  Q  Did the others have vacuums, or did they

PAGE 15

1  not have vacuums?
2  A  I never seen vacuums on them.  I only
3  saw them on that one.
4  Q  I'm talking about a dust -- well, I'm
5  talking about a dust collection system that is attached
6  to the machine itself, where either the drill bit hits
7  the board or where the saw cuts, where it sucks the dust
8  out of the area, up into an exhaust system.  Did you
9  ever see any such dust collection system on any of the
10  machines you worked?
11  A  At that time, I can't say that I was
12  even looking for dust collection, because I wasn't
13  really familiar --
14  Q  Okay.
15  A  -- with those machines.
16  Q  All right.  Mr. Hill, when you -- you
17  talked about moving the -- after you routed so many
18  boards, you would move them from one -- from the area
19  where you're routing to a different area within the
20  factory.  When that occurred, did the man operating the
21  routing machine continue to do routing while the boards
22  were being taken by you or others to other places within

PAGE 16

1  the factory, --
2  A  No.
3  Q  -- or did the routing stop at that
4  point?  No, what?
5  A  I believe he would stop.  He didn't -- I
6  don't think he would continue.
7  Q  Now were there other nights where you
8  were taken away from the car wash, where you went and
9  worked on a panel saw?
10  A  Yes, there were.
11  Q  Okay.  During those nights, were there
12  any nights where you actually operated the panel saw?
13  A  Never operated it.
14  Q  Okay.  Could explain to me, with a
15  little detail, what you did on those nights when you
16  went and helped at the panel saw?
17  A  Sometimes, the boards that we handled
18  were -- they were pretty big and heavy boards, so the
19  guy that actually did the cutting or operating of the
20  machine, he needed help, he needed someone to hold the
21  boards and to help force the boards, I guess, through
22  the cutting process, and then we would -- almost the

PAGE 17

1  same way that we did with the tack boards, we would --
2  once they were cut, we would take them off and stack
3  them.
4  Q  Okay.  Now you used the word "tack
5  board."  Are you telling me there were nights -- and you
6  previously said tack board is the same as Micore board.
7  Were there nights when you cut something other than
8  Micore or tack board at the panel saw?
9  A  You didn't really cut a whole lot of
10  boards on the P.M. shift, but there were other nights,
11  yes.
12  Q  When you cut the boards at the panel saw
13  -- or when you were there while they were cutting the
14  boards at the panel saw, did you notice a dust
15  collection system attached to the panel saw?
16  A  At that time, I wasn't -- I wasn't
17  looking for any of that.  I mean, I was just doing as I
18  was instructed.
19  Q  When you were helping at the panel saw,
20  how many boards were they cutting at one time?
21  A  I wasn't counting.  I mean, you just get
22  in there and you --

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 6    PAGE 18

1  Q    Weren't you holding the boards?
2  A    Yeah, but you get in there and you just
3  do what they tell you to do, for eight -- for seven and
4  a half hours.
5  Q    What did they tell you to do?
6  A    Just help with the boards.
7  Q    I understand, but did they tell you how
8  many boards to cut at one time?
9  A    No. Maybe the guy actually operating
10  the saw, he knew the count, but I never knew the count.
11  Q    Well, just so we're clear, I'm talking
12  about, when you picked -- when you held the boards while
13  they were being cut, I'm asking, how many boards were
14  you holding at that time, while they were being cut?
15  A    One at a time. One at a time.
16  Q    Okay. Was that all the times you worked
17  at the router or at the panel saw, it was one board at a
18  time?
19  A    Yeah. That's the only way you can do
20  it, I believe.
21  Q    What do you mean by that?
22  A    You can't cut five boards at a time.

PAGE 19

1  Q    Can you cut more than one board at a
2  time?
3  A    Not to my knowledge. I guess --
4  Q    Okay. When did you stop working at
5  UNICOR?
6  A    I don't know the exact date, but I
7  believe it was sometime in -- let me take that back.
8  When did I actually stop period, without returning?
9  Q    Yes. Yes.
10  A    Because there was a time when I stopped,
11  I believe -- when they fired me in April of 2003, and I
12  went back after that, in June, and they put me on the
13  A.M. shift, and then sometime during the later part of
14  the year, I was fired again. I believe that to be
15  sometime in -- and I may be wrong -- I believe it was
16  November.
17  Q    My records show that you were rehired in
18  June, June 24th of '03, and you were let -- you were
19  removed November 13th of '03. Is that about the time
20  you recall?
21  A    I believe so.
22  Q    And you also mentioned you were -- is it

PAGE 20

1  during this five-month period of time that you said you
2  worked the A.M. shift?
3  A    Yes, from June till --
4  Q    What does that mean?
5  A    -- November. What does that mean?
6  Q    Yeah, what time. What time is the A.M.
7  shift?
8  A    7:30 to 3:30 P.M.
9  Q    During that period of time, what were
10  your duties?
11  A    I was assigned to the -- what they call
12  production. I was on the -- I was on the loading dock.
13  Q    For that entire five-month period?
14  A    For the most part.
15  Q    All right. Where is the loading dock
16  located?
17  A    It's in the -- it's in what I would call
18  the very back of the UNICOR.
19  Q    All right. By virtue -- well, working
20  on the loading dock, would you be inside and outside of
21  the plant at times?
22  A    Yes, sir.

PAGE 21

1  Q    Explain to me what you would do on the
2  loading dock, in as much detail as you can give.
3  A    We would take dumpsters that contained
4  scrap boards, and we would have to get down into the
5  dumpsters and transfer the dumpsters that were used in
6  the inner UNICOR to another dumpster in the outer
7  UNICOR, so that they could be transported out of the
8  facility, and the material that was in there --
9  Q    Were these dumpsters --
10  A    -- the material that would be in those
11  dumpsters were all of the material that was worked on
12  inside of the UNICOR.
13  Q    The dumpsters were located outside?
14  A    You had inner -- you had inner dumpsters
15  and you had outer dumpsters. You had one that --
16  Q    What were the materials -- I'm sorry, I
17  interrupted you. Let me start.
18  What were the materials that you were
19  taking from inside of the plant, outside of the plant,
20  to put into dumpsters?
21  A    Scrap boards, like scrap Micore boards,
22  scrap particle boards, and different trash.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 7   PAGE 22

1   Q    Did they all go into the same dumpsters?
2   A    For the most part, yes.
3   Q    Did you only work on the loading dock
4   during this five-month period of time, or did you work
5   on the loading dock at other points during your
6   employment with UNICOR?
7   A    I dumped trash before.
8   Q    When did you do that?
9   A    Before I was transferred on the shift, I
10  dumped trash, and I'd been taking it to -- supervised,
11  into the loading dock area when I was on the P.M. shift,
12  you know, to perform extracurricular activities or
13  duties.
14  Q    So you would have worked on the loading
15  dock during some of those nights, those three days you
16  said earlier, that you would have been taken away from
17  the car wash and done other odd jobs, is that right?
18  A    No.  No.  No, just --
19  Q    Okay.
20  A    I was just taking it to that --
21  Q    Explain it for me, then.
22  A    I was just taking it to that area,

PAGE 23

1   occasionally, with -- to get stuff, but other than that,
2   no, there was no -- there was no Production One work
3   going on.
4   Q    Okay, so when you say you worked on the
5   loading dock, the majority of the time you worked on the
6   loading dock was during this five-month period between
7   June of '03 and November of '03?
8   A    Yes, sir.
9   Q    During that same period of time, did you
10  do any other duties or have any other responsibilities?
11  A    Well, again, yes, they would get us and
12  take us to areas that needed help.
13  Q    And would you again go work with -- near
14  the router or near the panel saw during those times?
15  A    Occasionally, I would take -- as part of
16  my duties on the loading dock, when materials such as
17  tack board or particle board came in off of a tractor-
18  trailer, we would take it and stack it in areas near
19  panel saws, and we would unband it and prepare it for
20  the panel saw to be cut.
21  Q    When you unloaded a shipment of tack
22  board or Micore board, how was it shipped; was it

PAGE 24

1   shipped on pallets or -- explain to me how it was
2   shipped.
3   A    On pallets.
4   Q    How many boards would be on a pallet?
5   A    Again, I never counted them.
6   Q    If you can estimate for me.
7   Let me ask you this way:  how high was a
8   pallet stacked; was it taller than you?
9   A    No, it wasn't taller than me.
10  Q    Where would a pallet come to you if you
11  were standing right next to it?
12  A    Some lower than my waist, some higher
13  than my waist.
14  Q    All right, and how many pallets would
15  come on any delivery, that you had to unpack when you
16  were working on the loading dock?
17  A    I can't give you a specific number.  I
18  wasn't counting.  I mean, this stuff would happen quick
19  --
20  Q    Okay.  Were they delivered on an
21  18-wheeler truck or on some other type of truck?
22  A    The big tractor-trailer trucks.  I don't

PAGE 25

1   know how many wheels it had.
2   Q    Okay.  Would you unload these with
3   somebody else, or was it just your job to unload them?
4   A    Several inmates.  We had a forklift.
5   Q    Okay.  How long would it take to unload
6   a load of Micore board on any given night that you had
7   to do it?
8   A    We never unloaded them at night.  I
9   unloaded them during the A.M., after I was transferred
10  from the P.M. to the A.M.
11  Q    I'm sorry, I misspoke.  I understand.
12  How long would it take when you had to unload a load of
13  Micore board?
14  A    That depended on the amount that was
15  coming in.
16  Q    So do I take it, then, that every load
17  that came in wasn't necessarily a full tractor load full
18  of Micore board pallets?
19  A    Exactly.
20  Q    Some more, some less?
21  A    Exactly.  Sometimes, it wouldn't even be
22  Micore board.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 8    PAGE 26

1    Q    On the other occasions, what would it
2    be?
3    A    It may be tack -- I mean, pardon me, it
4    may be particle board or some other material.
5    Q    What other materials were delivered
6    there?
7    A    The lamination, different supplies, and
8    stuff of that nature.
9    Q    Do I take it that anytime there was a
10   delivery to the UNICOR plant during your shift, that
11   that was your main responsibility, to unload and to move
12   the product to wherever it needed to be on the factory
13   floor?
14   A    That's what we did in Production One.
15   Q    Okay, and do I take it, then, that when
16   there were no deliveries being made, that it was -- you
17   were then used as needed throughout different areas of
18   the factory depending on the need at the time?
19   A    Yeah.  Well, sometimes, we would just go
20   out and shift material around on the floor to make room,
21   you know, for the -- for cutting and stuff like that.
22   We would direct the forklift to --

PAGE 27

1    Q    Yeah, I think I understand.
2    A    Yeah.
3    Q    Who was your supervisor during the day
4    shift, the A.M. shift?
5    A    Mr. Peterson.
6    Q    Did Dave English ever supervise you?
7    A    He was on the P.M. shift.  I believe he
8    was --
9    Q    Was he Mr. Bevivino's direct supervisor?
10   A    I believe so.
11   Q    Okay.  Are there any other jobs, that
12   you haven't described today, that you held throughout
13   your employment with UNICOR at FCI McKean?
14   A    Probably so.
15   Q    What other jobs?
16   A    Like I said, I did just about everything
17   that they told me to do.
18   Q    Okay, but are there any other jobs you
19   need to tell me about, relative to your federal
20   complaint, that you performed while at UNICOR, --
21   MR. DEVLIN:        Object to the form.
22   MR. COLVILLE:        -- that you haven't

PAGE 28

1    already discussed?
2    MR. DEVLIN:        You can go ahead and
3    answer, Mr. Hill.
4    THE WITNESS:        I would say no.
5    MR. COLVILLE:        Okay.  Fair enough.
6    BY MR. COLVILLE:
7    Q    All right.  Let me ask you, then -- I
8    want to turn to the injuries that you claim that you
9    sustained while working at UNICOR, and maybe the best
10   way to do that is, let me ask you to identify each and
11   every injury that you claim you sustained as a result of
12   working at UNICOR while at FCI McKean, I'll write each
13   one of them down, and then we'll go back and talk about
14   each one more specifically after you list them all.
15   Do you understand that?
16   A    Yes, sir.
17   Q    Let me put one, little caveat there.  I
18   don't need to know about the dental issue right now,
19   we'll talk about that a little bit later, so let's talk
20   about every other injury that you sustained except the
21   dental, we'll talk about that later, so tell me about
22   the injuries that you sustained.

PAGE 29

1    A    I had quite a few sinus infections,
2    upper respiratory infections, swollen membranes;
3    itching, scratching, different type of skin problems; my
4    buttocks, back, legs; sneezing, dizziness, tiredness,
5    headaches, different -- stuff with my eyes; you know,
6    just kind of like allergic-type stuff.
7    Q    Okay.  Is that the entire list of
8    symptoms or injuries that you sustained?
9    A    I'm quite sure there's some that I can't
10   -- that I may be missing, but for the most part, that's
11   kind of it.  I had like -- was given antibiotics, that
12   didn't work, for the sinus infection on, I believe it
13   was, three or four different occasions, but that's
14   pretty much it.  Shortness of breath --
15   Q    Now, Mr. Hill, of all those symptoms or
16   injuries that you've just described, do you presently
17   have any of those injuries or symptoms?
18   A    I have wheezing, and I have a positive
19   ANA, which is --
20   Q    What does that mean?
21   A    I have some sort of connective tissue
22   disorder that could come from inhaling toxic stuff.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 9    PAGE 30

1    Q    Now who told you that?
2    A    I've seen a specialist on several
3    occasions.
4    Q    Who is that?
5    A    Mrs. Colleen Watkins.
6    Q    Who is Colleen Watkins?
7    A    She is a rheumatologist.
8    Q    And where does she work?
9    A    University of West Virginia medical
10   facility.
11   Q    Are you presently seeing her, or did you
12   just go see her one time or a couple times?
13   A    I've seen her on quite a few occasions
14   since I've been at this facility.  I first saw her --
15   Q    What exactly is she seeing you for?
16   A    Connective -- well, she saw me for what
17   was considered to be a mixed connective tissue disorder;
18   that's like when you have a -- when you have a positive
19   ANA, which is, antinuclear antibodies.  I have a
20   suspected kidney problem, lupus, and I may have -- it
21   hasn't been -- it hasn't been affirmed exactly what --
22   which one of the connective tissue disorders I have.

PAGE 31

1    Q    Now, I take it, Colleen Watkins is a
2    medical doctor?
3    A    Yes.
4    Q    Has she told you that this connective
5    tissue disorder is somehow related to the work
6    environment that you were exposed to at FCI McKean?
7    A    No.
8    Q    Okay.  Has she told you what she
9    believes is the cause of the connective tissue disorder?
10   A    No.
11   Q    Are you still seeing Doctor Watkins?
12   A    No.
13   Q    Have you seen any other outside
14   physicians?
15   A    Yes.
16   Q    Who else have you seen?
17   A    I've seen a gastroenterologist, and I've
18   seen a --
19   Q    Who is that?
20   A    His name is Doctor Shamma'a.
21   Q    S-h-a-m-a?
22   A    S-h-a-m-m-a, I believe, something like

PAGE 32

1    that.
2    Q    Okay.  Who else are you seeing?
3    A    And I saw a nephrologist.  His name is
4    Doctor --
5    Q    And who was that?
6    A    -- Sharma.
7    Q    Has either Doctor Shamma'a or Doctor
8    Sharma told you that any of the conditions which they
9    are seeing you for are related or a result of your
10   working at FCI McKean in the UNICOR factory?
11   A    No.
12   Q    Have they told you -- well, why are you
13   seeing a gastroenterologist?
14   A    Well, I had hepatitis C.
15   Q    And why are you seeing a nephrologist?
16   A    I had a kidney condition called
17   glomerulonephritis.
18   Q    Did you have either of these conditions
19   prior to working at UNICOR?
20   A    I knew about the hepatitis prior to
21   working at UNICOR.
22   Q    Has either Doctor Watkins, Doctor

PAGE 33

1    Shamma'a, or Doctor Sharma told you that any of the
2    symptoms which you have described as having previously
3    are related to conditions that they are treating you
4    for?
5    A    You have to repeat that.
6    Q    Well, I'm not going to; probably a bad
7    question.
8         Other than the wheezing -- well, you
9    told me moments ago that you presently have wheezing as
10   a condition.  Are there any other conditions that you
11   have, that are permanent in nature, that you attribute
12   to having worked in the UNICOR factory?
13   MR. DEVLIN:    Object to form to the
14   extent it calls for a medical conclusion.  You can
15   answer.
16   THE WITNESS:    Excuse me.
17   MR. DEVLIN:    You can answer.  I just
18   lodged an objection for the record, but you can go ahead
19   and answer the question.
20   MR. COLVILLE:    Let me start over.
21   BY MR. COLVILLE:
22   Q    Mr. Hill, I asked you -- I asked you to

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 10    PAGE 34

1  list all the symptoms and injuries that you claim that
2  you incurred as a result of working at UNICOR, and you
3  gave me a number of items.  I then asked you, what
4  symptoms do you presently have, and you mentioned
5  wheezing, and then you went on to talk about having seen
6  Doctor Watkins, Doctor Shamma'a, and Doctor Sharma.
7        Are there any other conditions, which
8  you presently have, which you claim are a result of
9  having worked in the UNICOR factory?
10       A    I still have quite a bit of sinus
11  problems.  I can't -- my nose runs a lot.
12       Q    Is that the only symptom, with regard to
13  the sinuses, that you have?
14       A    Well, I don't know.  I -- I don't know.
15       Q    All right.  Are you still itchy?
16       A    Occasionally.
17       Q    Do you have rashes?
18       A    I've had rashes since leaving McKean.
19       Q    You mentioned respiratory problems
20  previously.  Do you still have respiratory problems?
21       A    I've had -- other than, sometimes,
22  shortness of breath, no.

PAGE 35

1        Q    Are you still having headaches?
2        A    Yes.
3        Q    How often?
4        A    That's -- I have them persistently, but
5  they're off and on.
6        Q    The symptoms and injuries that you've
7  described as having and which you attribute to working
8  at the UNICOR factory, did you ever report any of those
9  injuries or symptoms to your supervisor or to any of the
10  defendants while you were working at UNICOR?
11       A    I spoke to my supervisor, Mr. Bevivino,
12  about the smell that was in the air and feeling dizzy,
13  and he related to me that it was just kind of bad in the
14  UNICOR.
15       Q    Did you ever report your symptoms or
16  your injuries to any of the defendants that you've named
17  in your federal complaint?
18       A    I reported them in a request for
19  administrative remedy.  Yes, sir.
20       Q    Did those requests for administrative
21  remedies go to the defendants?  Well, let me ask, did
22  they go to Mr. Sapko or Mr. Housler?

PAGE 36

1        A    The initial one, yes, the BP-8, the
2  informal resolution.
3        Q    Did they respond?
4        A    Yes, they did.
5        Q    Okay.  What about the other two
6  defendants, Mr. -- or Ms. Forsyth and Warden LaManna,
7  did they respond?
8        A    There was one written for each one of
9  them, and they were responded to.
10       Q    Okay.  Did you ever make a request to
11  any of the defendants that went unresponded to?
12       A    Yes.
13       Q    When?
14       A    I requested -- I don't remember the
15  exact date.  I requested a respirator from Stephen
16  Housler, I requested to be fitted for a respirator, and
17  Stephen Housler told me I didn't need it.
18       Q    What did you say at that point or what
19  did you do at that point, --
20       A    I just --
21       Q    -- once he told you that?
22       A    I just backed off of it.

PAGE 37

1        Q    Mr. Hill, do you smoke?
2        A    No, sir.
3        Q    Have you ever smoked?
4        A    Yes, sir.
5        Q    When did you quit smoking?
6        A    1999.
7        Q    When you quit in 1999, how many
8  cigarettes -- was it cigarettes you were smoking?
9        A    Yes, sir.
10       Q    When you quit in 1999, how many
11  cigarettes were you smoking per day?
12       A    A maximum of ten.
13       Q    Okay.  How long had you been smoking a
14  maximum of ten cigarettes prior to 1999?
15       A    I smoked off and on, so prior to 1999 --
16  I believe I started smoking in 1995, so I smoked from
17  '95 to '99, and then I stopped.
18       Q    Have you ever smoked anything other than
19  cigarettes?
20       A    Yes.
21       Q    What?
22       A    In my younger days, I smoked marijuana.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 11    PAGE 38

1    Q    How long did you smoke marijuana?
2    A    I'm not sure about it, but it was a --
3    it was a short period of time. I was a teenager. I
4    can't remember exactly.
5    Q    Okay. Did you smoke marijuana for more
6    than a year?
7    A    Oh, yeah.
8    Q    Five years?
9    A    I'd say about three years, and not every
10    day.
11    Q    Were you present during the OSHA
12    inspection?
13    A    No, I wasn't.
14    Q    When you were working at UNICOR, did you
15    ever observe any other -- well, any non-inmates on the
16    work floor while you were working?
17    A    Non-inmates?
18    Q    Yes.
19    A    Sure.
20    Q    Would they be the supervisors?
21    A    Yes.
22    Q    Would the supervisors be near the

PAGE 39

1    routers and the panel saws while they were being
2    operated?
3    A    Sometimes.
4    Q    Okay. Did you ever observe any
5    non-inmate, who worked on the floor, using a respirator?
6    A    No.
7    Q    Did you ever observe defendants Mr.
8    Sapko or Mr. Housler on the work floor -- factory floor
9    during hours of operation?
10    A    Sapko or who?
11    Q    Housler, Steve Housler.
12    A    Yeah.
13    Q    Okay. When they were on the work floor,
14    would they be near or around the panel saw or the router
15    while it was in operation?
16    A    They wouldn't come as close as I did,
17    but they were, yeah, in close proximity.
18    Q    Did you ever observe them wearing a
19    respirator?
20    A    No.
21    Q    Have you ever heard of a program called
22    the inmate compensation program at the McKean facility?

PAGE 40

1    A    Yes.
2    Q    Okay. Would you explain to me what your
3    understanding of that program is?
4    A    It would be, like, for an accident or
5    something. You would -- you could get compensated when
6    an accident occurred, something of that nature, I
7    believe.
8    Q    Did you attend an orientation prior to
9    starting work as a UNICOR employee?
10    A    It's what they call an orientation, yes.
11    Q    During that orientation, however you
12    want to describe it, did they explain to you about the
13    inmate compensation program at that point?
14    A    I can't remember.
15    Q    Okay. Did you ever miss work because of
16    an injury that you sustained while working at UNICOR?
17    A    Well, once I filed an administrative
18    remedy, the informal resolution, I was told not to come
19    back to work, so I don't know whether you could say that
20    -- I don't know whether you could say that I was -- I
21    actually kept myself out of work because I sustained an
22    injury or that I was forced out of work because they

PAGE 41

1    thought I had an injury, I don't -- I'm not -- I don't
2    know how you could label that, but that would be the
3    only time.
4    Q    Did you ever file a claim through the
5    inmate compensation program for an injury you claimed
6    you suffered while working as a UNICOR employee?
7    A    No. I believe -- no, I didn't.
8    Q    Okay. Mr. Hill, I want to, now, talk
9    about your dental claim, and I want to ask you, first of
10    all, are you familiar with the sick call procedures --
11    A    Yes.
12    Q    -- at FCI McKean?
13    A    Yes.
14    Q    Were you familiar with them while you
15    were at FCI McKean?
16    A    Yes.
17    Q    Would you tell me in your words what you
18    understand those procedures to have been?
19    A    You go down to sick call -- I mean, to
20    the medical department, and you request to be seen.
21    This is like 6:00 in the morning, sometime in the A.M.,
22    the very early A.M.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 12    PAGE 42

1    Q    Is it like an emergency room visit?
2    A    It's like a triage.  Yes.
3    Q    And it's different than a regular,
4    scheduled medical appointment or dental appointment, is
5    that accurate?
6    A    It's a little different.
7    Q    Okay.  Now, in this case, tell me what
8    happened with regard to your tooth and describe in your
9    words what your dental claim is all about, please.
10    A    When you say describe what happened with
11    my tooth --
12    Q    Yeah, tell me in your -- tell me in your
13    words what your complaint is about, concerning the
14    dental claim.
15    A    In a nutshell, I believe he should have
16    -- he should have gave -- he shouldn't have held out
17    treatment as long as he held it out.  That's what it's
18    about.
19    Q    And you're talking about Doctor Collins?
20    A    Yes.
21    Q    Okay.  As I understand the process, what
22    you did was, you submitted a form saying, "I'd like to

PAGE 43

1    be seen to have my tooth filled," is that accurate?
2    A    That's not -- that not all of it.
3    Q    Okay.  What else is there?
4    A    I believe I told him that the filling in
5    the tooth was coming loose and that I was suffering --
6    Q    Did you tell that to Doctor Collins, or
7    did you tell that -- I'm sorry.  Did you tell that to
8    Doctor Collins, or did you tell that to somebody else,
9    other than Doctor Collins?
10    A    I told several people that.
11    Q    Okay.  When was the first time you saw
12    Doctor Collins?
13    A    When I first arrived at the facility,
14    shortly afterwards, I went to Doctor Collins at what
15    they call the open house.  That means you can just go
16    down for about -- it's open for an hour, and you can go
17    in and you can talk to the medical department about your
18    medical issues.
19        I described to him what happened in
20    Lompoc, that I had a temporary filling and I had -- that
21    I had other cavities.
22    Q    What did he say at that time, if

PAGE 44

1    anything?
2    A    He said that I would need to submit a
3    request to be put on the list.
4    Q    Did you do that?
5    A    Yes, I did.
6    Q    Tell me exactly what you told Doctor
7    Collins during that open house.  I mean, you mentioned
8    you spoke to him, but were there specific things that
9    you told him at that time?
10    A    Yeah, we talked extensively, so -- for
11    the most part, I remember telling him that I had
12    approximately three cavities, one which had been
13    temporarily filled and it had been filled for some time,
14    and that I was scheduled at the other facility to go
15    back and have it permanently filled, but I was
16    transferred.
17        I also told him that the filling, pieces
18    -- I was able to spit pieces of it out.  He said --
19    that's when he told me I would have to get my name on
20    the list for routine care, because fillings were
21    considered -- and having cavities restored were
22    considered routine care.

PAGE 45

1    Q    Do you recall when this conversation
2    took place?
3    A    I don't remember the exact date, but it
4    was -- it was in the -- it was in the later part -- it
5    was shortly after my arrival, and it was in the later
6    part of 2001.
7    Q    My records indicate you arrived at
8    McKean October 18th of 2001.
9    A    Right.
10    Q    Is that about what you recall?
11    A    That's about right.
12    Q    So it was after that but before -- okay,
13    so it was sometime November-December --
14    A    Yeah.
15    Q    -- 2001?
16    A    Right.
17    Q    Okay.  When you spoke with Doctor
18    Collins at that open house, did you tell him at that
19    point that your -- that your cap -- that your filling
20    was loose?
21    A    I told him that I had been able to spit
22    portions of it out, little -- small pieces of it.

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 13    PAGE 46

1    Q    Was your tooth having any pain at that
2    -- at that point?
3    A    No, it wasn't.  I was trying to avoid
4    pain.
5    Q    All right.  Okay, so Doctor Collins then
6    tells you to submit a request.  Did you do that?
7    A    Yes, sir.
8    Q    Okay.  What happened next?
9    A    Nothing.
10   Q    Did anybody respond to the request?
11   A    They responded -- no, they didn't
12   respond to the first one.  I believe I put in a second
13   one -- and I may be wrong, but it seems to me that I put
14   in a second request sometime in the earlier part or the
15   first quarter of the next year, and that one was
16   responded to.  I believe I noted in --
17   Q    Who responded, if you remember?
18   A    Someone from the medical services.  They
19   told me that I was added to the --
20   Q    What did they tell you?
21   A    I can't remember exactly, but I do
22   remember them saying -- telling me what -- where I was

PAGE 47

1    on the list.
2    Q    Did anybody tell you that if you had any
3    pain, that you should go to sick call?
4    A    Yes, they did.
5    Q    All right.  Do you remember who told you
6    that?
7    A    I can't remember exactly at that -- who
8    told me that at that point.
9    Q    Do you remember when they told you that?
10   A    They told me that later on, after I
11   informed them that I had pain.
12   Q    Okay.  When -- that's my next question.
13   Did you ever have pain in your tooth with the filling
14   that you described earlier?
15   A    Not initially.  Not when I initially
16   arrived, no.
17   Q    Okay.  When did you first have pain with
18   that tooth?
19   A    I began having pain -- I would say,
20   during the next year, I started having -- maybe the
21   first quarter of the next year, around April, May,
22   somewhere in there, I'm not sure, but I began to have it

PAGE 48

1    as cold air and cold drink and stuff of that nature,
2    while I was brushing my teeth, with touching -- making
3    contact with the tooth.  I began having it at that time.
4    Q    Okay.  Prior to April or May of 2002,
5    had you been told prior to that time that if you had any
6    pain, that you should go to sick call to have it
7    attended to?
8    A    I could have been, but I'm not really
9    sure.  I believe I was --
10   Q    When you had pain in the tooth -- go
11   ahead.
12   A    I believe that I was just told what
13   number that I was on the list.
14   Q    When you had pain in the tooth, did you
15   go to sick call?
16   A    I reported to sick call a couple of
17   times.
18   Q    When did first report to sick call and
19   report to them that you had pain in your tooth?
20   A    I told the PA.  I don't remember the
21   dates.  I even went to -- I went back to dental open
22   house and reported it to Doctor Collins.  I told him

PAGE 49

1    that I couldn't eat, I couldn't --
2    Q    When was this?
3    A    This was about June or July, 2002.
4    Q    What did you tell Doctor Collins?
5    A    That I'm having problems eating on that
6    side where the tooth was, I'm having problems with cold
7    drink and cold air on that side with that tooth.
8    Q    So April or May of 2002, you begin to
9    have pain; you report this pain in June or July of 2002,
10   during an open house; you --
11   A    No.  The pain became more --
12   Q    -- between April --
13   A    The pain became more persistent and
14   regular around June or July, --
15   Q    Right.
16   A    -- right, it was off and on --
17   Q    All right.
18   A    -- prior to that, so I went over to the
19   dental -- the dental open house, sick call, and I spoke
20   with Doctor Collins about it.  Shortly --
21   Q    Hold on a second.  Is dental open house
22   the same as sick call?

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 14    PAGE 50

1    A    Well, pretty much, because he takes --
2    he could take you in, and he's taken people in, and I
3    believe he even took me in one time during the open
4    house and examined or looked in my mouth or something,
5    so, I mean, if you have an emergent problem --
6        Q    What period of time was this, that he --
7    that he took you in during the open house?
8        A    I can't recall. I believe it was --
9    when I initially spoke with him -- it's been so long
10   ago, I can't -- I don't remember, but I do recall being
11   taken into the office or examination area during open
12   house.
13       Q    Is this prior to the tooth being
14   extracted?
15       A    Yes.
16       Q    What did he do when he -- when he looked
17   in your mouth; was he looking at the tooth we're talking
18   about?
19       A    I believe so.
20       Q    And you don't recall when this was?
21       A    Well, I was -- I was there so much,
22   trying to -- for other reasons and for the tooth, so I

PAGE 51

1    can't -- I can't recall the exact date, no, I can't. I
2    mean, I went --
3        Q    Okay, but I just want to make -- I want
4    to make a couple things clear here. Are you telling me
5    that you went -- prior to your tooth being extracted,
6    you went to an open house and spoke to Doctor Collins
7    about your tooth --
8        A    Yeah.
9        Q    -- and that Doctor Collins, at one
10   point, took you in and looked into your mouth and looked
11   at the tooth?
12       A    I'm not sure whether -- okay, let me put
13   it this way. It may not have been open house, it may
14   have been during my initial examination or something,
15   because when you come to a facility, I believe,
16   somewhere along the line, they give you a -- like a
17   physical or something, but I recall being in his office,
18   in the examination chair, prior to my tooth being
19   extracted.
20       Q    Do you recall being in his chair, having
21   him look at your tooth, after your tooth began to ache
22   and prior to it being extracted?

PAGE 52

1    A    No, because he kept telling me -- well,
2    did he -- he looked in my mouth before my tooth was
3    extracted, yes, to answer that question.
4        Q    Well, I'm talking about a visit prior to
5    the one you went and had it extracted.
6        A    I went to sick call -- when the tooth
7    started hurting, I reported -- I reported this on
8    several occasions. I remember speaking to Mr. Menon,
9    the administrator, who looked into my mouth. This was
10   around November -- early part of November -- November
11   22nd, 2002, he looked in my mouth.
12       Q    That's five days prior to your tooth
13   being extracted by Doctor Collins?
14       A    Right.
15       Q    What's the man's name; --
16       A    I believe his name --
17       Q    -- Doctor Menon?
18       A    I believe his name was Menon.
19       Q    How would you spell that?
20       A    Like the Mennen deodorant, I believe.
21       Q    Okay.
22       A    M-e-n-o-n.

PAGE 53

1        Q    Okay. Was that the first time you went
2    to sick call about the pain in your tooth?
3        A    I can't really be sure, because I went
4    to open house and I had a lot of interaction with Doctor
5    Collins, and I can't recall whether it was sick call or
6    actually open house, I'm confused on those two.
7        Q    Okay, but when you saw Doctor Menon --
8    or when you saw Mr. Menon, Mr. Menon was at sick call,
9    is that correct?
10       A    I don't believe Mr. Menon actually did
11   sick call, I'm not -- I don't know whether he was or
12   not. He was making -- he was making rounds in the -- in
13   the SHU, which is the special housing unit, and I had
14   submitted --
15       Q    Is that where you were at the time?
16       A    Yes, sir.
17            I had submitted several requests with
18   the PA, who actually performed sick call, and when I saw
19   him, I registered my complaint verbally to him, that I
20   had this tooth problem and that I had given slips or
21   written requests to be seen and no one had seen me, and
22   that the pain was unbearable at that time. This was

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 15    PAGE 54

1    five days before --
2        Q    Why were you in the SHU?
3        A    I was in the SHU by mistake.  They had
4    some sort of investigation, which I was -- nothing came
5    of it.  It had something to do with a radio or
6    something.
7        Q    All right.  Let me go through a couple
8    times.  April-May of 2002, you begin to have pain; June
9    or July of 2002, you see Doctor Collins at an open house
10   and you tell him about the pain; November 22nd, you see
11   Mr. Menon at the SHU while he's doing rounds.
12              Between November 22nd and the June or
13   July meeting you had with Doctor Collins, did you go to
14   sick call or did you see Doctor Collins during that
15   period of time?
16       A    I reported -- Doctor Collins continued,
17   in between that time, to tell me I had to wait.  They
18   chased me out of medical, threatening to -- told me, if
19   I came back, that they were going to put me in the SHU.
20   That same day --
21       Q    Wait.  Who told you that?
22       A    The two ladies, two ladies that -- they

PAGE 55

1    worked the record office.  They were right -- where you
2    come in the door, they were right there, and I believe
3    that Doctor Collins actually told them, if I come back,
4    to have me locked up.
5        Q    Did you hear him say that?
6        A    No, I didn't hear him say that.
7        Q    Why, then, do you say he said that?
8        A    Well, because we went through quite a
9    bit, and then these two ladies got involved.  They did
10   have a conversation, but I didn't actually hear him say
11   that.  They had a conversation about me coming --
12       Q    Well, what makes you --
13       A    -- about me coming back and forth over
14   there to the -- to see Doctor Collins.
15       Q    Well, hold on a second.  You just told
16   me that you believe Doctor Collins said -- told somebody
17   that if you come back to talk to him about your tooth,
18   that they should put you in the SHU.  Where are you
19   getting that from, that he made that statement?
20       A    Well, because they would say stuff like,
21   "Doctor Collins doesn't want to see you.  Don't come
22   back over here.  If you come over here bothering Doctor

PAGE 56

1    Collins again, we're going to lock you up."
2        Q    Okay.  All right, so how does -- how,
3    then, do we get from that to Doctor Collins told them?
4        A    Because we're in close proximity --
5    Doctor Collins is like -- his door is right there, he's
6    standing in the doorway and he's hearing all of this,
7    and he's like acquiescing in it.  He's not saying, "No.
8    If you have a problem, come back."  He's going along
9    with what they're saying, "Leave, or go to the SHU."
10   He's doing it --
11       Q    Are you telling me Doctor Collins is
12   present during this conversation you had with the two
13   ladies in the records office?
14       A    Yes.  He was present one of the times --
15   at least one of the times when I was told by the record
16   office ladies to leave.
17       Q    Do you know the names of the record
18   office ladies --
19       A    I would have to --
20       Q    -- that you're referring to?
21       A    I would have to look at my paperwork.
22       Q    Is it in your paperwork?

PAGE 57

1        A    Yes.  It's in one of my -- it's in my
2    declaration, where I state that the -- I was threatened
3    with lockup.  I believe it's in the first declaration in
4    opposition.
5        Q    Okay.  When did this conversation take
6    place?
7        A    I don't remember the dates.  I would
8    have to go to my paperwork.
9        Q    Okay.  When you say the records office,
10   is it the dental -- is the records office the dental
11   records, that you're referring to?
12       A    That's the records for everything.  All
13   medical records are in one file.
14       Q    At any point, did -- well, you told me,
15   in June or July, you told Doctor Collins you were having
16   pain.  Were there other times, after that, that you told
17   Doctor Collins or anyone else that you were having pain
18   with the tooth?
19       A    I recall, the day that -- I spoke with
20   Mr. Collins about it, I believe that was the 1st of
21   July, the 2nd of July, somewhere within close proximity
22   of me filing an initial -- or a BP-9 on the subject.  I

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 16    PAGE 58

1  went from the hospital -- from the medical department,
2  after discussing it with Doctor Collins, and I went
3  straight over to mainline, which is where the warden and
4  the associate warden and everybody stands during the
5  noon meal, and I spoke directly with LaManna --
6  Defendant LaManna about it and what Doctor Collins told
7  me, and he concurred with Doctor Collins by telling me
8  that I had to wait.
9        A day or two or even that same day, I
10 filed a BP-9, and in that BP-9, I explained that I was
11 trying to avoid greater pain, because I was having pain,
12 and that I was told to wait, and that the filling was
13 eroding, that it was practically out of the tooth.
14       Q   So are you telling me today that you
15 told Defendant LaManna, during mainline discussions,
16 that you were having pain at that time?
17       A   I told him that I could not eat on that
18 side of my mouth.  He asked me if I had been to medical.
19 I said, "Yes, I went over and I spoke to Doctor Collins
20 about it," and then he asked me, "What did he tell you?"
21 and I told him, "He told me that I must wait for my name
22 to come up."  He said, at that point, then --

PAGE 59

1        Q   My question was, however, did you tell
2  Defendant LaManna that you had pain --
3        A   Yes.  I told him I had difficulty eating
4  on that side of my mouth --
5        Q   Well --
6        A   -- and that eating on that side --
7        Q   Go ahead.  I interrupted you.
8        A   -- that eating on that side and cold air
9  caused me pain.  Yes, I told him that.
10       Q   All right.  After that discussion with
11 LaManna and Collins, what did you do next?
12       A   I prepared a BP-9, which is a formal
13 request.  It's actually the beginning of the
14 administrative remedy process.
15       Q   In that form, did you indicate that you
16 had pain in your tooth at that time?
17       A   I'm not sure if I actually said that I
18 was having pain, but I'm pretty sure that I told him
19 that I was trying to avoid greater pain.
20       Q   Okay, and did you receive a response?
21       A   Yes, I did.
22       Q   Who did you receive a response from?

PAGE 60

1        A   Defendant LaManna.
2        Q   All right.  What did he tell you at that
3  point?
4        A   I can't remember everything, but he,
5  essentially, told me that I had to wait.
6        Q   Now that's in July of '02.  What happens
7  after that?
8        A   I was continually told to wait, and I
9  just --
10       Q   Did you ever -- well, Mr. Hill, where is
11 sick call physically located within the prison?
12       A   It's at the medical services.  It's in
13 the same building with all the medical facilities.
14       Q   Where is it relative to Doctor Collins'
15 dentist office?
16       A   It's right there.  Doctor Collins'
17 office is actually -- when you come in the door, his
18 office is the first door you see, when you come through
19 the outer door.
20       Q   But is there a person, a receptionist or
21 somebody, who greets or accepts people who go to sick
22 call because of some emergency or because of pain?

PAGE 61

1        A   Yes.  Those were -- the two record
2  office ladies, they had a window that you had to walk
3  past when you first come in to the door, and they would
4  --
5        Q   All right.
6        A   -- they would stop you, normally, and
7  ask you what you were there for.
8        Q   Okay, and just so I'm clear, you don't
9  remember their names today, but you're telling me that
10 in one of your affidavits, you have identified them by
11 name?
12       A   No, I haven't.  I just -- I believe I
13 spoke about the threats that I received about reporting
14 -- about constantly coming to medical.
15       Q   What did the women look like; were they
16 black, white, young, old, --
17       A   White.
18       Q   -- blonde, brunette?
19       A   White.  White -- two white ladies.  I
20 guess they were -- I guess you could say, early forties.
21       Q   And what time of day would you have been
22 there during the -- at least the discussions where they

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 17   PAGE 62

1   said, "We're going to have you put back in the SHU if
2   you come back again and bother Doctor Collins"?
3       A   It would be sometime -- I didn't -- I
4   never said "put back," because Doctor Collins -- and
5   they never put me in the SHU relevant to me coming to
6   see Doctor Collins, I was in the SHU for other matters.
7   They never told me they was going to put me back in the
8   SHU; they said that they would put me in the SHU.
9       Q   Okay.  What time of day was it that you
10  heard -- overheard them saying that in Doctor Collins'
11  presence?
12      A   What day was it?
13      Q   What time of day.
14      A   Sometime in the morning.  It was like in
15  the A.M.
16      Q   Okay.  Mr. Hill, if you filed any
17  paperwork with the prison system concerning your wanting
18  to have dental care, would you have indicated in that
19  paperwork that you had pain, if, in fact, you had pain?
20      A   Well, you have to understand something,
21  sir.  I had a liver disease, right, and you can't take
22  Motrin, so -- you can't take Tylenol, at least not too

PAGE 63

1   much of it, and at that point, that's the only thing
2   that they were offering, so to avoid greater pain, pain
3   that I could not take, it was my motive to try to get
4   this tooth taken care of, get it -- you know, the best
5   treatment that I could get for it, before the greater
6   pain started, so I used the word "greater" pain a lot,
7   because I could not take --
8       Q   That's my point.  To the extent you
9   filed a BP-9 or an administrative remedy request or an
10  informal resolution, I want to know, if you were
11  experiencing pain at that time, would you have included
12  it in those forms that you filed?
13      A   I believe it's in those forms, yes, sir.
14  Somewhere along the way, it's in those forms.
15      Q   All right.
16  MR. COLVILLE:        (Conferring with Mr.
17  Goldring.)
18          A couple more questions, Mr. Hill.
19  MR. GOLDRING:        A couple more questions.
20                       EXAMINATION
21  BY MR. GOLDRING:
22      Q   There are three defendants that are

PAGE 64

1   named in your complaint, that I just wanted to follow up
2   with.  The first one is Ms. Fantaskey.  Do you remember
3   her?
4       A   Yes, sir.
5       Q   Can you tell me, what was her position
6   in the -- in the institution?
7       A   She was the -- what they call the SOE,
8   which is the supervisor of education.
9       Q   Okay, and what is your specific claim
10  with respect to Ms. Fantaskey?
11      A   Ms. Fantaskey was present, and she was
12  the acting supervisor of industry on the date that I was
13  -- that I filed my informal resolution, and I was called
14  into the office by Defendant Sapko, Defendant Housler,
15  and some of the other prison officials, and she was
16  present, and she told me not to file anything else, or
17  something of that nature she stated, but she was there
18  as the supervisor of the industry, the UNICOR, that day,
19  she was acting, and she may have been acting at other
20  times.
21      Q   Was she acting just for that particular
22  day, or was she acting for a longer period of time?

PAGE 65

1       A   I don't know.  I know for sure that --
2       Q   Did she have any other involvement in --
3       A   Any other involvement?
4       Q   Go ahead.
5       A   You said, did she have --
6       Q   Did she have any other involvement in
7   the UNICOR factory?
8       A   I don't know.
9       Q   How about Mr. Klark, do you remember Mr.
10  Klark?
11      A   Yes, I remember Mr. Klark.
12      Q   What was his position in the
13  institution?
14      A   Mr. Klark, when I filed the -- after I
15  filed the informal resolution, Mr. Klark had me paged
16  and brought over to the lieutenant's office, where he
17  and Mr. Housler and a -- another individual that was --
18  I can't remember his name, he was -- he worked in the
19  UNICOR -- and he was trying to negotiate or find out
20  what my complaints were with respect to the BP-9 or the
21  administrative remedy that I had filed, and he said that
22  I could go back to work, I could get my job back, if he

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 18    PAGE 66

1    didn't see any more BP-9's on this subject.
2         Q    Do you remember what Mr. Klark's
3    position was at the institution?
4         A    I believe he was -- and I may be wrong.
5    I believe he was the warden's executive assistant at
6    some point, but I'm sure he was the camp administrator.
7         Q    And did Mr. Klark ever have any direct
8    involvement with your position in UNICOR?
9         A    Not to my knowledge.
10        Q    Was he a supervisor of any of the
11   employees at UNICOR, that you're aware of?
12        A    I wouldn't know that. I don't -- I'm
13   not too familiar about the -- what exactly his position
14   was or what his functions may have been at different
15   times, so I can't answer that question.
16        Q    Okay, and then the third one was Mr.
17   Reome. Do you remember Mr. Reome?
18        A    Yes.
19        Q    Okay. What was his position?
20        A    He was my unit manager.
21        Q    Okay, and can you tell me in your words
22   exactly what your complaint is about Mr. Reome -- or

PAGE 67

1    your claim is about Mr. Reome?
2         A    I believe Mr. Reome was -- yeah, he --
3    I'm pretty sure, he was present the day that I was
4    called to the meeting by Defendant Sapko and Defendant
5    Housler and Fantaskey. The meeting was held in his
6    office, and I believe he was -- basically, my complaint
7    with respect to him was the retaliation, the firing of
8    the job and the threats that were made towards me.
9         Q    You said that your complaint with
10   respect to Reome was retaliation. Would you say that's
11   the same case for Klark and Fantaskey, as well?
12        A    I don't know, because -- no, because Ms.
13   Fantaskey was also the supervisor of UNICOR at that
14   point and probably other points.
15        Q    Was Reome ever a supervisor in UNICOR?
16        A    No.
17   MR. GOLDRING:    One second.
18        (Conferring with Mr. Colville.)
19   MR. DEVLIN:    Do you have anything else?
20   MR. COLVILLE:    No.
21   MR. GOLDRING:    That's all I have. Thank
22   you.

PAGE 68

1    MR. COLVILLE:    That's all we have. Thank
2    you.
3    THE WITNESS:    Thank you.
4    MR. DEVLIN:    Mr. Hill, we will get a
5    copy of the deposition, and we will send it to you for
6    you to review. You can -- there will be what's called
7    an errata sheet on the back of it, and you can review it
8    to make sure that everything you said here today was
9    taken down correctly. If there were any errors in how
10   it was transcribed, you can indicate those and then sign
11   it and send it back to us. It usually takes a week or
12   so to get the transcripts ready, so once we get them,
13   we'll send you a copy.
14   THE WITNESS:    Thank you.
15   MR. DEVLIN:    All right. Thank you.
16   MR. COLVILLE:    Thank you, Mr. Hill.
17   THE WITNESS:    All right.
18        (Witness stands aside.)
19        (WHEREUPON, the deposition
20        was concluded at 10:35 A.M.)

PAGE 69

I have read the foregoing transcript, pages
4 through 68, inclusive, which contains a correct
transcript of answers made by me to the questions
therein recorded, or as amended in the attached list
of corrections.

_____    _____
DATE                              MICHAEL HILL

STATE OF WEST VIRGINIA,

COUNTY OF _____, to-wit:

    Taken, subscribed and sworn to before me this
_____ day of _____, 2006.

    My commission expires _____.

                    _____
                    Notary Public

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

SHEET 19  PAGE 70
E R R A T A   S H E E T

The following changes and/or corrections are
suggested for the deposition of MICHAEL HILL taken on
November 1, 2006.

Page No. Line No. Reference          Correction

PAGE 71
REPORTER'S CERTIFICATE

I, Pamela K. Judy, Certified Verbatim Court
Reporter and Notary Public within and for the State of
West Virginia, duly commissioned and qualified, do
hereby certify that the foregoing deposition of MICHAEL
HILL was duly taken by me and before me at the time and
place specified in the caption hereof, the said witness
having been by me first duly sworn.
I do further certify that the said deposition
was written out in full and transcribed into the English
language under my supervision and that this deposition
is a true record of the testimony given by the witness.
I further certify that I am neither attorney
or counsel for, nor related to or employed by, any of
the parties to the action in which this deposition is
taken, and further that I am not a relative or employee
of any attorney or counsel employed by the parties
hereto or financially interested in the action.
Given under my hand this 3rd day of
November, 2006.
My commission expires July 20, 2008.

Certified Verbatim Court Reporter
Notary Public

Official Seal
Notary Public, State of West Virginia
PAMELA K. JUDY
WORDWORKS
P.O. BOX 2741
ELKINS, WV 26241
My Commission Expires July 20, 2008

COLE & JUDY REPORTING, LLC
P.O. Box 2741, Elkins, WV 26241
(304) 636-6698

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

## 0

02 [1] 60:6
03 [1] 19:18,19 23:7,7
03-323e [1] 1:5

## 1

1 [1] 70:4
10:30 [1] 6:2
10:35 [1] 68:20
100 [3] 13:9,12,13
120 [1] 2:4
13th [1] 19:19
15219 [1] 2:11
16501-1461 [1] 2:5
18-wheeler [1] 24:20
18th [1] 45:8
1995 [1] 37:16
1999 [3] 37:6,7,10,14,15
1st [2] 1:10 57:20

## 2

2'02 [1] 5:2
20 [4] 12:15,18,21 71:21
2001 [3] 45:6,8,15
2002 [7] 48:4 49:3,8,9 52:11 54:8,
9
2003 [2] 6:17 19:11
2006 [2] 1:10 70:4
2008 [1] 71:21
201 [1] 1:12
20534 [1] 2:15
22nd [3] 52:11 54:10,12
24th [1] 19:18
2nd [1] 57:21

## 3

3:30 [2] 6:2 20:8

## 4

4 [2] 3:3 69:2
400 [1] 2:14
4000 [1] 2:10

## 5

50 [1] 13:10

## 6

6:00 [1] 41:21
63 [1] 3:4
68 [1] 69:2

## 7

7:30 [1] 20:8
700 [1] 2:10

## 9

9:05 [1] 1:11
95 [1] 37:17
99 [1] 37:17

## A

a.m [14] 1:11 9:17,18,20 19:13 20:
2,6 25:9,10 27:4 41:21,22 62:15
68:20
able [2] 44:18 45:21
above-entitled [1] 1:10
abundance [1] 9:9
accepts [1] 60:21
accident [2] 40:4,6
according [1] 10:13
accurate [3] 13:19 42:5 43:1
ache [1] 51:21
acquiescing [1] 56:7
acting [5] 64:12,19,19,21,22
action [4] 1:5,10 71:15,18
activities [1] 22:12
actually [15] 10:19 11:8 16:12,19
18:9 19:8 40:21 53:6,10,18 55:3,
10 59:13,17 60:17
added [1] 46:19
administrative [6] 35:19,20 40:
17 59:14 63:9 65:21
administrator [2] 52:9 66:6
affidavits [1] 61:9
affirmatively [1] 14:14
affirmed [1] 30:21
afterwards [1] 43:14
ago [2] 33:9 50:10
ahead [5] 28:2 33:18 48:11 59:7
65:4
air [4] 35:12 48:1 49:7 59:8
aisle [1] 14:20
al [1] 1:6
allergic-type [1] 29:6
almost [1] 16:22
already [1] 28:1
amended [1] 69:4
amount [2] 14:1 25:14
ana [2] 29:19 30:19
and/or [1] 70:2
another [7] 7:6,14 9:4 11:12,16
21:6 65:17
answer [8] 4:19 8:7 28:3 33:15,
17,19 52:3 66:15
answers [1] 69:3
antibiotics [1] 29:11
antibodies [1] 30:19
antinuclear [1] 30:19
anybody [2] 46:10 47:2
anytime [1] 26:9
appearances [1] 2:1
appointment [2] 42:4,4
approximate [1] 12:13
approximately [2] 11:5 44:12
april [6] 6:17 19:11 47:21 48:4 49:
8,12
april-may [1] 54:8
area [16] 7:5,6,6,14 9:4,4 12:20

13:1,14 14:16 15:8,18,19 22:11,
22 50:11
areas [6] 8:9 9:7,15 23:12,18 26:
17
around [9] 6:17 7:5 10:20 12:5
26:20 39:14 47:21 49:14 52:10
arrival [1] 45:5
arrived [3] 43:13 45:7 47:16
aside [1] 68:18
assigned [5] 4:9 5:5,6,11 20:11
assignment [1] 5:9
assistance [1] 11:9
assistant [3] 2:8 4:9 66:5
associate [1] 58:4
assume [1] 4:18
attached [4] 14:11 15:5 17:15 69:
4
attend [1] 40:8
attended [1] 48:7
attorney [6] 2:2,8,13 4:9 71:13,
17
attribute [2] 33:11 35:7
august [2] 5:2 6:16
average [2] 12:22 13:6
avoid [4] 46:3 58:11 59:19 63:2
aware [1] 66:11
away [6] 8:16,20 10:16 12:7 16:8
22:16

## B

back [24] 10:15 12:21 19:7,12 20:
18 28:13 29:4 40:19 44:15 48:21
54:19 55:3,13,17,22 56:8 62:1,2,
4,7 65:22,22 68:7,11
backed [1] 36:22
bad [2] 33:6 35:13
ballpark [1] 13:6
basically [1] 67:6
became [2] 49:11,13
began [5] 4:22 47:19,22 48:3 51:
21
begin [3] 4:20 49:8 54:8
beginning [1] 59:13
believe [45] 5:2,7,8,11,16 6:2,17
16:5 18:20 19:7,11,14,15,21 27:
7,10 29:12 31:22 37:16 40:7 41:
7 42:15 43:4 46:12,16 48:9,12
50:3,8,19 51:15 52:16,18,20 53:
10 55:2,16 57:3,20 61:11 63:13
66:4,5 67:2,6
believes [1] 31:9
best [2] 28:9 63:4
between [5] 10:8 23:6 49:12 54:
12,17
bevivino [4] 5:20 10:5,6 35:11
bevivino's [1] 27:9
big [3] 8:8 16:18 24:21
bit [5] 9:12 15:6 28:19 34:10 55:9
black [1] 61:15

blonde [1] 61:17
board [24] 8:10 9:9,16,16 10:9,9,
11,12 15:7 17:5,6,6,8 18:17 19:1
23:17,17,22,22 25:6,13,18,22 26:
4
boards [50] 7:12,12,13,13 8:2,19
9:5,7 11:9,10,13,16 12:1,2,6,8,
12,15,16,18,18,19 13:1,7,8,16,17,
19 15:18,21 16:17,18,21,21 17:1,
10,12,14,20 18:1,6,8,12,13,22
21:4,21,21,22 24:4
bob [1] 10:5
boring [4] 8:2,4,18,21
bother [1] 62:2
bothering [1] 55:22
box [1] 6:10
bp-8 [1] 36:1
bp-9 [6] 57:22 58:10,10 59:12 63:
9 65:20
bp-9's [1] 66:1
breath [2] 29:14 34:22
brought [1] 65:16
brunette [1] 61:17
brushing [1] 48:2
building [1] 60:13
bunch [1] 14:13
buttocks [1] 29:4

## C

call [23] 20:11,17 40:10 41:10,19
43:15 47:3 48:6,15,16,18 49:19,
22 52:6 53:2,5,8,11,18 54:14 60:
11,22 64:7
called [7] 5:7,12 32:16 39:21 64:
13 67:4 68:6
calls [1] 33:14
came [4] 23:17 25:17 54:4,19
camp [1] 66:6
cap [1] 45:19
caption [1] 71:7
car [7] 5:7,10 6:4 7:3 11:7 16:8
22:17
care [4] 44:20,22 62:18 63:4
cart [2] 11:16,18
case [2] 42:7 67:11
cause [1] 31:9
caused [2] 8:3 59:9
caveat [1] 28:17
cavities [3] 43:21 44:12,21
certificate [1] 71:1
certificate..............................7
1 [1] 3:5
certified [3] 1:13 71:2,22
certify [3] 71:5,9,13
chair [2] 51:18,20
changes [1] 70:2
chased [1] 54:18
cigarettes [5] 37:8,8,11,14,19
civil [2] 1:5,9

COLE & JUDY REPORTING, LLC
P.O. Box 2741, Elkins, WV 26241
(304) 636-6698

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

| | | | |
|---|---|---|---|
| **claim** [10] 28:8,11 34:1,8 41:4,9 42:9,14 64:9 67:1 | **copy** [2] 68:5,13 | **devlin** [8] 2:2 27:21 28:2 33:13, 17 67:19 68:4,15 | **earlier** [4] 13:16 22:16 46:14 47:14 |
| **claimed** [1] 41:5 | **correct** [3] 12:9 53:9 69:2 | **difference** [1] 10:8 | **early** [3] 41:22 52:10 61:19 |
| **clean** [1] 6:12 | **correction** [1] 70:5 | **different** [6] 5:13,16,17 14:8 15: | **eat** [2] 49:1 58:17 |
| **clear** [3] 18:11 51:4 61:7 | **correctional** [1] 1:11 | 19 21:22 26:7,17 29:3,5,13 42:3, | **eating** [4] 49:5 59:3,6,8 |
| **close** [5] 11:6 39:16,17 56:4 57: 21 | **corrections** [2] 69:5 70:2 | 6 66:14 | **edge** [1] 6:9 |
| **cold** [5] 48:1,1 49:6,7 59:8 | **correctly** [1] 68:9 | **difficulty** [1] 59:3 | **education** [1] 64:8 |
| **collection** [6] 14:6,11 15:5,9,12 17:15 | **couldn't** [2] 49:1,1 | **direct** [4] 5:18 26:22 27:9 66:7 | **eight** [1] 18:3 |
| **colleen** [3] 30:5,6 31:1 | **counsel** [5] 2:6,12,16 71:14,17 | **directed** [1] 12:3 | **either** [5] 8:2 15:6 32:7,18,22 |
| **collins** [39] 42:19 43:6,8,9,12,14 | **count** [2] 18:10,10 | **directly** [1] 58:5 | **elsewhere** [1] 12:8 |
| 44:7 45:18 46:5 48:22 49:4,20 | **counted** [2] 13:4 24:5 | **discussed** [1] 28:1 | **emergency** [2] 42:1 60:22 |
| 51:6,9 52:13 53:5 54:9,13,14,16 | **counting** [2] 17:21 24:18 | **discussing** [1] 58:2 | **emergent** [1] 50:5 |
| 55:3,14,16,21 56:1,3,5,11 57:15, | **county** [2] 1:13 69:8 | **discussion** [1] 59:10 | **employed** [2] 71:14,17 |
| 17,20 58:2,6,7,19 59:11 62:2,4,6 | **couple** [8] 9:7 14:8 30:12 48:16 | **discussions** [2] 58:15 61:21 | **employee** [3] 40:9 41:6 71:16 |
| **collins'** [3] 60:14,16 62:10 | 51:4 54:7 63:18,19 | **disease** [1] 62:21 | **employees** [1] 66:11 |
| **columbia** [1] 2:15 | **court** [4] 1:1,14 71:2,22 | **disorder** [4] 29:22 30:17 31:5,9 | **employment** [2] 22:6 27:13 |
| **colville** [14] 2:7 3:3 4:7,9 27:22 | **crates** [1] 16:13 | **disorders** [1] 30:22 | **end** [1] 6:6 |
| 28:5,6 33:20,21 63:16 67:18,20 | **customarily** [1] 7:4 | **district** [4] 1:1,2 2:9,15 | **english** [2] 27:6 71:10 |
| 68:1,16 | **cut** [10] 17:2,7,9,12 18:8,13,14,22 | **dizziness** [1] 29:4 | **enough** [1] 28:5 |
| **come** [20] 9:14 12:11,20 24:10, | 19:1 23:20 | **dizzy** [1] 35:12 | **entire** [3] 12:5 20:13 29:7 |
| 15 29:22 36:19 40:18 51:15 55:2, | **cuts** [1] 15:7 | **dock** [13] 6:11 20:12,15,20 21:2 | **environment** [1] 31:6 |
| 3,17,21,22 56:8 58:22 60:17,18 | **cutting** [12] 7:13,19,20 8:2,4,18, | 22:3,5,11,15 23:5,6,16 24:16 | **erie** [1] 2:5 |
| 61:3 62:2 | 21 16:19,22 17:13,20 26:21 | **doctor** [54] 31:2,11,20 32:4,7,7, | **eroding** [1] 58:13 |
| **coming** [8] 9:9,16 25:15 43:5 55: | **D** | 22,22 33:1 34:6,6,6 42:19 43:6,8, | **errata** [1] 68:7 |
| 11,13 61:13 62:5 | | 9,12,14 44:6 45:17 46:5 48:22 | **errors** [1] 68:9 |
| **commission** [2] 69:11 71:21 | **date** [6] 19:6 36:15 45:3 51:1 64: | 49:4,20 51:6,9 52:13,17 53:4,7 | **essentially** [1] 60:5 |
| **commissioned** [1] 71:4 | 12 69:6 | 54:9,13,14,16 55:3,14,16,21,22 | **estimate** [2] 13:6 24:6 |
| **compensated** [1] 40:5 | **dates** [2] 48:21 57:7 | 56:3,5,11 57:15,17 58:2,6,7,19 | **et** [1] 1:6 |
| **compensation** [3] 39:22 40:13 | **dave** [1] 27:6 | 60:14,16 62:2,4,6,10 | **even** [6] 5:15 15:12 25:21 48:21 |
| 41:5 | **day** [20] 1:10 5:22 8:6 13:18 27:3 | **documented** [1] 5:9 | 50:3 58:9 |
| **complaint** [9] 4:12 27:20 35:17 | 37:11 38:10 54:20 57:19 58:9,9 | **doing** [6] 8:9 12:17 13:17 17:17 | **everybody** [1] 58:4 |
| 42:13 53:19 64:1 66:22 67:6,9 | 61:20 62:9,12,13 64:18,22 67:3 | 54:11 56:10 | **everything** [4] 27:16 57:12 60:4 |
| **complaints** [1] 65:20 | 69:10 71:19 | **done** [2] 7:19 22:17 | 68:8 |
| **completed** [2] 9:22 13:18 | **days** [14] 5:21 6:1 8:9,11,14,16 9: | **door** [6] 55:2 56:5 60:17,18,19 | **exact** [4] 19:6 36:15 45:3 51:1 |
| **concerned** [1] 15:10 | 2,3,3 10:22 22:15 37:22 52:12 | 61:3 | **exactly** [10] 25:19,21 30:15,21 38: |
| **concerning** [3] 4:12 42:13 62:17 | 54:1 | **doorway** [1] 56:6 | 4 44:6 46:21 47:7 66:13,22 |
| **concluded** [1] 68:20 | **declaration** [2] 57:2,3 | **doug** [1] 2:13 | **examination** [6] 3:2 4:6 50:11 |
| **conclusion** [1] 33:14 | **defend** [1] 4:10 | **down** [8] 6:9,12 14:20 21:4 28:13 | 51:14,18 63:20 |
| **concurred** [1] 58:7 | **defendant** [9] 2:12 58:6,15 59:2 | 41:19 43:16 68:9 | **examined** [1] 50:4 |
| **condition** [2] 32:16 33:10 | 60:1 64:14,14 67:4,4 | **drill** [1] 15:6 | **except** [1] 28:20 |
| **conditions** [5] 32:8,18 33:3,10 | **defendants** [8] 1:7 35:10,16,21 | **drink** [2] 48:1 49:7 | **excuse** [1] 33:16 |
| 34:7 | 36:6,11 39:7 63:22 | **duly** [4] 4:4 71:4,6,8 | **executive** [1] 66:5 |
| **conference** [1] 2:1 | **delivered** [2] 24:19 26:5 | **dumped** [2] 22:7,10 | **exhaust** [1] 15:8 |
| **conferring** [2] 63:16 67:18 | **deliveries** [1] 26:16 | **dumpster** [1] 21:6 | **experiencing** [1] 63:11 |
| **confused** [1] 53:6 | **delivery** [2] 24:15 26:10 | **dumpsters** [10] 21:3,5,5,9,11,13, | **expires** [2] 69:11 71:21 |
| **connective** [5] 29:21 30:16,17, | **dental** [8] 28:18,21 41:9 42:4,9, | 14,15,20 22:1 | **explain** [7] 11:2 16:14 21:1 22: |
| 22 31:4,9 | 14 48:21 49:19,19,21 57:10,10 | **during** [3] 7:18,19,22 10:21 12: | 21 24:1 40:2,12 |
| **considered** [3] 30:17 44:21,22 | 62:18 | 4 16:11 19:13 20:1,9 22:4,5,15 | **explained** [1] 58:10 |
| **constantly** [1] 61:13 | **dentist** [1] 60:15 | 23:6,9,14 25:9 26:10 27:3 38:11 | **exposed** [1] 31:6 |
| **contact** [1] 48:3 | **deodorant** [1] 52:20 | 39:9 40:11 44:7 47:20 49:10 50: | **extensively** [1] 44:10 |
| **contained** [1] 21:3 | **department** [5] 6:5 10:17 41:20 | 3,7,11 51:14 54:14 56:12 58:4, | **extent** [2] 33:14 63:8 |
| **contains** [1] 69:2 | 43:17 58:1 | 15 61:21 | **extracted** [7] 50:14 51:5,19,22 |
| **continually** [1] 60:8 | **depended** [1] 25:14 | **dust** [9] 8:3 14:5,11 15:4,5,7,9,12 | 52:3,5,13 |
| **continue** [2] 15:21 16:6 | **depending** [1] 26:18 | 17:14 | **extracurricular** [1] 22:12 |
| **continued** [1] 54:16 | **deposition** [9] 1:8 4:11 68:5,19 | **duties** [5] 6:3 20:10 22:13 23:10, | **eyes** [1] 29:5 |
| **conversation** [5] 45:1 55:10,11 | 70:3 71:5,9,11,15 | 16 | **F** |
| 56:12 57:5 | **describe** [4] 6:3 40:12 42:8,10 | | |
| | **described** [6] 6:21 27:12 29:16 | **E** | **facilities** [1] 60:13 |
| | 33:2 35:7 43:19 47:14 | | **facility** [8] 9:10 21:8 30:10,14 39: |
| | **detail** [3] 11:3 16:15 21:2 | **each** [4] 28:10,12,14 36:8 | |

COLE & JUDY REPORTING, LLC
P.O. Box 2741, Elkins, WV 26241
(304) 636-6698

claim - facility

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

22 43:13 44:14 51:15
fact [1] 62:19
factory [12] 5:6 12:8 15:20 16:1 26:12,18 32:10 33:12 34:9 35:8 39:8 65:7
facts [1] 14:12
fair [1] 28:5
familiar [4] 15:13 41:10,14 66:13
fantaskey [6] 64:2,10,11 67:5,11,13
far [2] 5:9 11:18
fci [8] 1:11,12 27:13 28:12 31:6 32:10 41:12,15
federal [4] 1:9,11 27:19 35:17
feeling [1] 35:12
few [2] 29:1 30:13
figure [1] 4:17
file [3] 41:4 57:13 64:16
filed [9] 40:17 58:10 62:16 63:9,12 64:13 65:14,15,21
filing [1] 57:22
filled [5] 11:22 43:1 44:13,13,15
filling [8] 43:4,20 44:17 45:19 47:13 58:12
fillings [1] 44:20
financially [1] 71:18
find [1] 65:19
finish [1] 9:21
finished [1] 12:18
fired [2] 19:11,14
firing [1] 67:7
first [17] 2:14 4:4 30:14 41:9 43:11,13 46:12,15 47:17,21 48:18 53:1 57:3 60:18 61:3 64:2 71:8
fitted [1] 36:16
five [7] 6:1 9:3 14:19 18:22 38:8 52:12 54:1
five-month [4] 20:1,13 22:4 23:6
floor [7] 26:13,20 38:16 39:5,8,8,13
follow [1] 64:1
following [1] 70:2
follows [1] 4:5
force [1] 16:21
forced [1] 40:22
foregoing [2] 69:1 71:5
foreman [4] 10:3,4,5 12:3
forklift [2] 25:4 26:22
form [4] 27:21 33:13 42:22 59:15
formal [1] 59:12
forms [3] 63:12,13,14
forsyth [1] 36:6
forth [1] 55:13
forties [1] 61:19
four [2] 14:19 29:13
full [3] 25:17,17 71:10
functions [1] 66:14
further [3] 71:9,13,16

**G**

gastroenterologist [2] 31:17 32:13
gave [2] 34:3 42:16
getting [1] 55:19
gilmer [2] 1:11,12
give [4] 12:13 21:2 24:17 51:16
given [6] 12:4 25:6 29:11 53:20 71:12,19
glenville [1] 1:12
glomerulonephritis [1] 32:17
glue [1] 14:15
goldring [7] 2:13 3:4 63:17,19,21 67:17,21
gornall [1] 2:3
got [1] 55:9
grant [1] 2:10
greater [5] 58:11 59:19 63:2,5,6
greets [1] 60:21
guess [6] 7:22 11:11 16:21 19:3 61:19,19
guy [4] 11:8,12 16:19 18:9
guys [5] 6:10,13 7:12 8:8 9:6

**H**

half [1] 18:4
hand [4] 11:17 12:12,15 71:19
handed [1] 11:14
handled [1] 16:17
handling [1] 7:13
happen [1] 24:18
happened [4] 42:8,10 43:19 46:8
happens [1] 60:6
head [1] 4:15
headaches [2] 29:5 35:1
hear [3] 55:5,6,10
heard [4] 9:11 14:2 39:21 62:10
hearing [1] 56:6
heavy [1] 16:18
held [6] 8:16 11:9,13 18:12 27:12 42:16,17 67:5
help [11] 7:8,12 9:17,18 12:10,16 14:5 16:20,21 18:6 23:12
helped [1] 16:16
helping [1] 17:19
hepatitis [2] 32:14,20
hereby [1] 71:5
hereof [1] 71:7
hereto [1] 71:7
high [1] 24:7
higher [1] 24:12
hill [20] 1:3,8 3:3 4:8 10:8 14:4 15:16 28:3 29:15 33:22 37:1 41:8 60:10 62:16 63:18 68:4,16 69:6 70:3 71:6
history [1] 4:21
hits [1] 15:6

hold [7] 5:3 6:15 9:6 11:14 16:20 49:21 55:15
holding [3] 12:6 18:1,14
hospital [1] 58:1
hour [1] 43:16
hours [5] 5:22 18:4 39:9
house [15] 43:15 44:7 45:18 48:22 49:10,19,21 50:4,7,12 51:6,13 53:4,6 54:9
housing [1] 53:13
housler [9] 35:22 36:16,17 39:8,11,11 64:14 65:17 67:5
however [2] 40:1 59:1
hurting [1] 52:7
hypothetically [1] 12:14

**I**

identified [1] 61:9
identify [1] 28:10
included [1] 63:11
inclusive [1] 69:2
incurred [1] 34:2
indicate [3] 45:7 59:15 68:10
indicated [1] 62:18
individual [1] 65:17
individually [1] 12:16
industry [2] 64:12,18
infection [1] 29:12
infections [2] 29:1,2
informal [5] 36:2 40:18 63:10 64:13 65:15
information [1] 4:11
informed [1] 47:11
inhaling [1] 29:22
initial [3] 36:1 51:14 57:22
initially [4] 47:15,15 50:9
injuries [3] 28:4,22 29:8,16,17 34:1 35:6,9,16
injury [6] 28:11,20 40:16,22 41:1,5
inmate [3] 39:22 40:13 41:5
inmates [2] 10:3 25:4
inner [3] 21:6,14,14
inside [3] 20:20 21:12,19
inspection [1] 38:12
instance [1] 12:15
institution [4] 1:12 64:6 65:13 66:3
instructed [1] 17:18
interaction [1] 53:4
interchangeably [1] 10:12
interested [1] 71:18
interrupted [2] 21:17 59:7
investigation [1] 54:4
involve [1] 8:21
involved [1] 55:9
involvement [2] 65:2,3,6 66:8
involving [1] 8:2
issue [1] 28:18

issues [1] 43:18
itching [1] 29:3
itchy [1] 34:15
items [1] 34:3
itself [2] 14:6 15:6

**J**

job [6] 6:15,16,20 25:3 65:22 67:8
jobs [7] 6:19 7:1,9 22:17 27:11,15,18
john [1] 1:6
judy [2] 1:13 71:2
july [10] 49:3,9,14 54:9,13 57:15,21,21 60:6 71:21
june [11] 19:12,18,18 20:3 23:7 49:3,9,14 54:8,12 57:15

**K**

kept [2] 40:21 52:1
kidney [2] 30:20 32:16
kind [3] 29:6,11 35:13
klark [7] 65:9,10,11,14,15 66:7 67:11
klark's [1] 66:2
knowledge [4] 10:10,13 19:3 66:9
knox [1] 2:3

**L**

label [1] 41:2
ladies [8] 54:22,22 55:9 56:13,16,18 61:2,18
lamanna [8] 1:6 36:6 58:5,6,15 59:2,11 60:1
laminated [1] 9:5
lamination [1] 26:7
lane [1] 1:12
language [1] 71:11
last [1] 14:20
later [6] 19:13 28:19,21 45:4,5 47:10
law [2] 2:2,13
lawsuit [1] 4:10
lay-up [3] 5:12,13,16
least [4] 7:17 56:15 61:21 62:22
leave [2] 56:9,16
leaving [1] 34:18
left [2] 9:20 13:17
legs [1] 29:4
less [2] 13:9 25:20
lieutenant's [1] 65:16
line [3] 6:6 51:16 70:5
list [8] 28:14 29:7 34:1 44:3,20 47:1 48:13 69:4
little [8] 6:18 9:12 11:3 16:15 28:17,19 42:6 45:22
liver [1] 62:21
load [4] 25:6,12,16,17

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

loading [12] 20:12,15,20 21:2 22:
3,5,11,14 23:5,6,16 24:16
located [5] 1:12 14:13 20:16 21:
13 60:11
lock [1] 56:1
locked [1] 55:4
lockup [1] 57:3
lodged [1] 33:18
lompoc [1] 43:20
long [6] 6:15 14:17 25:5,12 37:13
38:1 42:17 50:9
longer [1] 64:22
look [3] 51:21 56:21 61:14
looked [7] 50:4,16 51:10,10 52:2,
9,11
looking [3] 15:12 17:17 50:17
loose [2] 43:5 45:20
lot [11] 7:3,21 9:11,16,17 13:7,7
17:9 34:11 53:4 63:6
lower [1] 24:12
lupus [1] 30:20

**M**

m-e-n-o-n [1] 52:22
machine [11] 9:5 11:8,15,19 12:
12,16,17 14:15 15:6,21 16:20
machines [10] 10:21 11:4,6,7 14:
8,14,16,19 15:10,15
machining [1] 7:21
made [4] 26:16 55:19 67:8 69:3
main [1] 26:11
mainline [2] 58:3,15
majority [1] 23:5
man [1] 15:20
man's [1] 52:15
manager [1] 66:20
many [14] 5:21,22 13:1,1,9 15:17
17:20 18:8,13 24:4,14 25:1 37:7,
10
marijuana [3] 37:22 38:1,5
material [7] 6:7,7 21:8,10,11 26:
4,20
materials [4] 21:16,18 23:16 26:
5
matter [1] 8:5
matters [1] 62:6
maximum [2] 37:12,14
mckean [10] 5:1 27:13 28:12 31:
6 32:10 34:18 39:22 41:12,15 45:
8
mclaughlin [1] 2:3
meal [1] 58:5
mean [10] 9:13,19 13:9,20 17:17,
21 18:21 20:4,5 24:18 26:3 29:
20 41:19 44:7 50:5 51:2
means [1] 43:15
medical [15] 30:9 31:2 33:14 41:
20 42:4 43:17,18 46:18 54:18 57:
13 58:1,18 60:12,13 61:13

meeting [3] 54:13 67:4,5
membranes [1] 29:2
mennen [1] 52:20
menon [8] 52:8,17,18 53:7,8,8,
10 54:11
mentioned [4] 19:22 34:4,19 44:
7
michael [7] 1:3,8 2:7 3:3 69:6 70:
3 71:5
micore [15] 8:2,10,19 9:9,16 10:9,
12 17:6,8 21:21 23:22 25:6,13,
18,22
mike [1] 4:8
miss [1] 40:15
missing [1] 29:10
misspoke [1] 25:11
mistake [1] 54:3
mixed [1] 30:17
moments [1] 33:9
morning [3] 4:8 41:21 62:14
most [7] 5:10 7:2 9:8 20:14 22:2
29:10 44:11
motive [1] 63:3
motrin [1] 62:22
mouth [8] 50:4,17 51:10 52:2,9,
11 58:18 59:4
move [3] 12:1 15:18 26:11
moving [1] 15:17
ms [5] 36:6 64:2,10,11 67:12
much [5] 21:2 29:14 50:1,21 63:1
must [1] 58:21
myself [1] 40:21

**N**

name [10] 4:8 31:20 32:3 44:19
52:15,16,18 58:21 61:10 65:18
named [2] 35:16 64:1
names [2] 56:17 61:8
nature [5] 26:8 33:11 40:6 48:1
64:17
neal [1] 2:2
near [6] 14:4 23:13,14,18 38:22
39:14
nearest [1] 14:15
necessarily [1] 25:17
need [7] 4:14 9:6 26:18 27:19 28:
18 36:17 44:2
needed [10] 7:7 8:17 10:17 11:9,
9 16:20,20 23:12 26:12,17
negotiate [1] 65:19
neither [1] 71:13
nephrologist [2] 32:3,15
never [12] 5:15,15 10:19 13:4 15:
2 16:13 18:10 24:5 25:8 62:4,5,7
next [9] 8:6 24:11 46:8,15 47:12,
20,21 59:11
night [6] 5:5 12:22 13:6,17 25:6,
8
nights [2] 14:16 16:7,11,12,

15 17:5,7,10 22:15
non-inmate [1] 39:5
non-inmates [2] 38:15,17
noon [1] 58:5
nor [1] 71:14
normally [2] 13:2 61:5
northwest [1] 2:14
nose [1] 34:11
notary [4] 1:14 69:12 71:3,23
noted [1] 46:16
nothing [2] 46:9 54:4
notice [1] 17:14
november [11] 1:10 19:16,19 20:
5 23:7 52:10,10,10 54:10,12 70:
4
november-december [1] 45:13
number [6] 12:14 13:5 14:18 24:
17 34:3 48:13
nutshell [1] 42:15

**O**

object [2] 27:21 33:13
objection [1] 33:18
observe [4] 38:15 39:4,7,18
occasionally [3] 23:1,15 34:16
occasions [7] 7:10 14:2 26:1 29:
13 30:3,13 52:8
occur [1] 8:3
occurred [2] 15:20 40:6
october [1] 45:8
odd [1] 22:17
offering [1] 63:2
office [15] 50:11 51:17 55:1 56:
13,16,18 57:9,10 60:15,17,18 61:
2 64:14 65:16 67:6
officials [1] 64:15
often [2] 7:15 35:3
okay [50] 5:3,18 10:14,20 11:2 13:
22 15:14 16:11,14 17:4 18:16 19:
4 22:19 23:4 24:19 25:2,5 26:15
27:11,18 28:5 29:7 31:8 32:2 36:
5,10 37:13 38:5 39:4,13 40:2,13,
15 41:8 42:7,21 43:3,11 45:12,17
46:5,8 47:12,17 48:4 51:3,12 52:
21 53:1,7 56:2 57:5,9 59:20 61:7
62:9,16 64:9 66:16,19,21
old [1] 61:15
once [7] 11:12,12,22 17:2 36:21
40:17 68:12
one [44] 7:14 12:4 14:7,12,12,14,
20,20,21 15:3,18 17:20 18:8,15,
15,17 19:11 21:15 23:2 26:14 28:
13,14,17 30:12,22 36:1,8,8 44:
12 46:12,13,15 50:3 51:9 52:5
53:21 56:14,15 57:1,13 61:9 64:
2 66:16 67:17
only [6] 15:2 18:19 22:3 34:12 41:
3 63:1
open [16] 43:15,16 44:7 45:18 48:

21 49:10,19,21 50:3,7,11 51:6,
13 53:4,6 54:9
operate [1] 10:18
operated [5] 10:19 11:8 16:12,
13 39:2
operating [3] 15:20 16:19 18:9
operation [2] 39:9,15
opposition [1] 57:4
organizing [1] 8:5
orientation [3] 40:8,10,11
osha [1] 38:11
other [46] 6:19,20 8:9,20 9:1,2,7
10:3 12:19 15:22 16:7 17:7,10
22:5,17 23:1,10,10 24:20 26:1,4,
5 27:11,15,18 28:20 31:13 33:8,
10 34:7,21 36:5 37:18 38:15 43:
9,21 44:14 50:22 57:16 62:6 64:
15,19 65:2,6,3 67:14
others [2] 14:22 15:22
out [18] 4:18 6:11,14 7:5 9:3 15:8
21:7 26:20 40:21,22 42:16,17 44:
18 45:22 54:18 58:13 65:19 71:
10
outer [3] 21:6,15 60:19
outside [4] 20:20 21:13,19 31:13
over [12] 6:13 9:6,20 13:18 33:20
49:18 55:13,22,22 58:3,19 65:16
overheard [2] 23:21 62:10

**P**

p.m [9] 5:5 7:4,18,22 17:10 20:8
22:11 25:10 27:7
pa [2] 48:20 53:18
packing [11] 5:8,14,17 6:4,20 7:3,
16 8:5,16 10:14,17
page [1] 70:5
paged [1] 65:15
pages [1] 69:1
pain [37] 46:1,4 47:3,11,13,17,19
48:6,10,14,19 49:9,9,11,13 53:2,
22 54:8,10 57:16,17 58:11,11,16
59:2,9,16,18,19 60:22 62:19,19
63:2,2,6,6,11
pallet [3] 24:4,8,10
pallets [4] 24:1,3,14 25:18
pamela [2] 1:13 71:2
panel [14] 16:9,12,16 17:8,12,14,
15,19 18:17 23:14,19,20 39:1,14
paper [1] 5:12
papers [1] 5:9
paperwork [5] 56:21,22 57:8 62:
17,19
pardon [1] 26:3
part [13] 5:6 7:2 9:8 19:13 20:14
22:2 23:15 29:10 44:11 45:4,6
46:14 52:10
particle [3] 21:22 23:17 26:4
particular [1] 64:21
parties [2] 71:15,17

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

past [1] 61:3
pc [1] 2:3
pennsylvania [4] 1:2 2:5,9,11
people [4] 10:11 43:10 50:2 60:21
per [1] 37:11
perform [1] 22:12
performed [2] 27:20 53:18
period [12] 9:10 19:8 20:1,9,13 22:4 23:6,9 38:3 50:6 54:15 64:22
periods [1] 8:19
permanent [1] 33:11
permanently [1] 44:15
persistent [1] 49:13
persistently [1] 35:4
person [1] 60:20
peterson [1] 27:5
physical [1] 51:17
physically [1] 60:11
physicians [1] 31:14
picked [1] 18:12
pieces [3] 44:17,18 45:22
pittsburgh [1] 2:11
place [3] 45:2 57:6 71:7
places [1] 15:22
plaintiff [2] 1:4 2:6
please [3] 4:17 9:13 42:9
plant [4] 20:21 21:19,19 26:10
point [16] 10:21 16:4 36:18,19 40:13 45:19 46:2 47:8 51:10 57:14 58:22 60:3 63:1,8 66:6 67:14
points [2] 22:5 67:14
portions [1] 45:22
position [7] 5:3 64:5 65:12 66:3, 8,13,19
positive [2] 29:18 30:18
practically [1] 58:13
prepare [1] 23:19
prepared [1] 59:12
presence [1] 62:11
present [6] 38:11 56:12,14 64:11, 16 67:3
presently [5] 29:16 30:11 33:9 34:4,8
pressure [1] 11:10
pretty [5] 16:18 29:14 50:1 59:18 67:3
previously [3] 17:6 33:2 34:20
prior [14] 32:19,20 37:14,15 40:8 48:4,5 49:18 50:13 51:5,18,22 52:4,12
prison [3] 60:11 62:17 64:15
probably [5] 9:1,2 27:14 33:6 67:14
problem [4] 30:20 50:5 53:20 56:8
problems [6] 29:3 34:11,19,20 49:5,6

procedure [1] 1:9
procedures [2] 41:10,18
process [3] 16:22 42:21 59:14
processing [1] 11:15
product [1] 26:12
production [3] 20:12 23:2 26:14
program [5] 39:21,22 40:3,13 41:5
properly [1] 11:11
proximity [4] 11:6 39:17 56:4 57:21
public [4] 1:14 69:12 71:3,23
pulled [1] 7:5
purpose [1] 4:10
pursuant [1] 1:9
push [1] 12:15
put [16] 6:13 11:10 19:12 21:20 28:17 44:3 46:12,13 51:12 54:19 55:18 62:1,4,5,7,8

## Q

qualified [1] 71:4
quarter [2] 46:15 47:21
question [4] 4:16,19 7:22 8:7 33:7,19 47:12 52:3 59:1 66:15
questions [5] 4:13,21 63:18,19 69:3
quick [1] 24:18
quit [3] 37:5,7,10
quite [5] 29:1,9 30:13 34:10 55:8

## R

radio [1] 54:5
rashes [2] 34:17,18
rather [1] 7:16
read [1] 69:1
ready [2] 9:16 68:12
really [4] 15:13 17:9 48:8 53:3
reasons [1] 50:22
recall [4] 4:22 19:20 45:1,10 50: 8,10,20 51:1,17,20 53:5 57:19
receive [2] 59:20,22
received [1] 61:12
receptionist [1] 60:20
record [13] 18:18 55:1 56:15,17 61:1 71:12
recorded [1] 69:4
records [8] 19:17 45:7 56:13 57: 9,10,11,12,13
reference [3] 9:11 10:11 70:5
referring [2] 56:20 57:11
regard [2] 34:12 42:8
registered [1] 53:19
regular [2] 42:3 49:14
rehired [1] 19:17
related [5] 31:5 32:9 33:3 35:13 71:14
relative [4] 11:4 27:19 60:14 71:16

relevant [1] 62:5
remedies [1] 35:21
remedy [5] 35:19 40:18 59:14 63:9 65:21
remember [23] 36:14 38:4 40:14 44:11 45:3 46:17,21,22 47:5,7,9 48:20 50:10 52:8 57:7 60:4 61:8 64:2 65:9,11,18 66:2,17
removed [1] 19:19
reome [7] 66:17,17,22 67:1,2,10, 22
repeat [1] 33:5
rephrase [1] 4:17
report [5] 35:8,15 48:18,19 49:9
reported [6] 35:18 48:16,22 52:7, 7 54:16
reporter [3] 1:14 71:3,22
reporter's [2] 3:5 71:1
reporting [1] 61:12
request [9] 35:18 36:10 41:20 44: 3 46:6,10,14 59:13 63:9
requested [3] 36:14,15,16
requests [3] 35:20 53:17,21
resolution [5] 36:2 40:18 63:10 64:13 65:15
respect [4] 64:10 65:20 67:7,10
respirator [4] 36:15,16 39:5,19
respiratory [3] 29:2 34:19,20
respond [5] 4:14 36:3,7 46:10,12
responded [4] 36:9 46:11,16,17
response [3] 4:15 59:20,22
responsibilities [1] 23:10
responsibility [2] 26:11
restored [1] 44:21
result [4] 28:11 32:9 34:2,8
retaliation [2] 67:7,10
returning [1] 19:8
review [2] 68:6,7
rheumatologist [1] 30:7
rob [1] 5:20
room [2] 26:20 42:1
rounds [2] 53:12 54:11
routed [3] 11:11,12 15:17
router [13] 11:6,7,8 12:5,11,17 13:1 14:5,6,10 18:17 23:14 39:14
routers [3] 10:18 11:5 39:1
routine [2] 44:20,22
routing [6] 11:18 13:19 15:19,21, 21 16:3
rules [1] 11:9
runs [1] 34:11

## S

s-h-a-m-a [1] 31:21
s-h-a-m-m-a [1] 31:22
same [9] 17:1,6 22:1 23:9 49:22 54:20 58:9 60:13 67:11
sapko [5] 35:22 39:8,10 64:14 67:

4
saw [26] 7:11 14:7,14,21 15:3,7 16:9,12,16 17:8,12,14,15,19 18: 10,17 23:14,20 30:14,16 32:3 39: 14 43:11 53:7,8,18
sawing [1] 8:18
saws [3] 10:18 23:19 39:1
saying [7] 8:15 12:11 42:22 46: 22 56:7,9 62:10
scheduled [2] 42:4 44:14
scrap [4] 21:4,21,21,22
scratching [1] 29:3
seal [1] 6:11
second [5] 46:12,14 49:21 55:15 67:17
see [11] 14:5 15:9 30:12 54:9,10, 14 55:14,21 60:18 62:6 66:1
seeing [7] 30:11,15 31:11 32:2,9, 13,15
seemed [1] 9:8
seems [2] 14:18 46:13
seen [12] 15:2 30:2,13 31:13,16, 17,18 34:5 41 40:20 43:1 53:21,21
send [3] 68:5,11,13
sennett [1] 2:3
services [2] 46:18 60:12
seven [1] 18:3
several [5] 25:4 30:2 43:10 52:8 53:17
shake [1] 4:15
shamma'a [4] 31:20 32:7 33:1 34:6
sharma [4] 32:6,8 33:1 34:6
sheet [1] 68:7
shift [24] 5:5,6 7:4,18,19 8:1 9:17, 18,20 12:4 13:2,18 14:2 17:10 19:13 20:2,7 22:9,11 26:10,20 27:4,4,7
ship [1] 6:11
shipment [1] 23:21
shipped [3] 23:22 24:1,2
short [1] 38:3
shortly [3] 43:14 45:5 49:20
shortness [2] 29:14 34:22
shouldn't [1] 42:16
show [1] 19:17
shu [12] 53:13 54:2,3,11,19 55:18 56:9 62:1,5,6,8,8
sick [18] 41:10,19 47:3 48:6,15, 16,18 49:19,22 52:6 53:2,5,8,11, 18 54:14 60:11,21
side [6] 49:6,7 58:18 59:4,6,8
sign [1] 68:10
since [2] 30:14 34:18
sinus [3] 29:1,12 34:10
sinuses [1] 34:13
sir [13] 10:7 20:22 23:8 28:16 35: 19 37:2,4,9 46:7 53:16 62:21 63: 13 64:4

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

sitting [2] 6:8 7:4
skin [1] 29:3
slips [1] 53:20
small [1] 45:22
smell [1] 35:12
smoke [3] 37:1 38:1,5
smoked [5] 37:3,15,16,18,22
smoking [5] 37:5,8,11,13,16
sneezing [1] 29:4
soe [1] 64:7
somebody [4] 25:3 43:8 55:16
  60:21
somehow [1] 31:5
someone [3] 13:21 16:20 46:18
sometime [9] 6:17 19:7,13,15 41:
  21 45:13 46:14 62:3,14
sometimes [6] 7:11 16:17 25:21
  26:19 34:21 39:3
somewhere [6] 12:1 13:13 47:
  22 51:16 57:21 63:14
sorry [3] 21:16 25:11 43:7
sort [2] 29:21 54:4
speaking [2] 12:14 52:8
special [1] 53:13
specialist [1] 30:2
specific [6] 7:6 13:5 14:1 24:17
  44:8 64:9
specifically [1] 28:14
specified [1] 71:7
spell [1] 52:19
spit [2] 44:18 45:21
spoke [10] 35:11 44:8 45:17 49:
  19 50:9 51:6 57:19 58:5,19 61:
  12
stack [7] 6:9,12 11:16 12:12,19
  17:2 23:18
stacked [2] 12:7 24:8
stacking [1] 7:12
stacks [2] 11:13 12:12
standing [2] 24:11 56:6
stands [2] 58:4 68:18
start [2] 21:17 33:20
started [4] 37:16 47:20 52:7 63:6
starting [1] 40:9
state [4] 1:15 57:2 69:7 71:3
stated [1] 64:17
statement [1] 55:19
states [3] 1:1 2:8,12
step [1] 10:15
stephen [2] 36:15,17
steve [1] 39:11
still [5] 31:11 34:10,15,20 35:1
stop [5] 16:3,5 19:4,8 61:5
stopped [2] 19:10 37:17
straight [1] 58:3
street [3] 2:4,10,14
stuff [9] 23:1 24:18 26:8,21 29:5,
  6,22 48:1 55:20
subject [2] 57:22 66:1

submit [2] 44:2 46:6
submitted [3] 42:22 53:14,17
subscribed [1] 69:9
sucks [1] 15:7
suffered [1] 41:6
suffering [1] 43:5
suggested [1] 70:3
suite [1] 2:10
supervise [1] 27:6
supervised [1] 22:10
supervision [1] 71:11
supervisor [1] 5:18 27:3,9 35:9,
  11 64:8,12,18 66:10 67:13,15
supervisors [2] 38:20,22
supplies [1] 26:7
surrounding [1] 4:12
suspected [1] 30:20
sustained [7] 28:9,11,20,22 29:8
  40:16,21
swollen [1] 29:2
sworn [4] 4:1,4 69:9 71:8
symptom [1] 34:12
symptoms [9] 29:8,15,17 33:2
  34:1,4 35:6,9,15
system [8] 14:5,6,11 15:5,8,9 17:
  15 62:17

**T**

table [2] 6:8,9
tack [10] 9:15 10:9,11 17:1,4,6,8
  23:17,21 26:3
talked [2] 15:17 44:10
taller [2] 24:8,9
teenager [1] 38:3
teeth [1] 48:2
tells [1] 46:6
temporarily [1] 44:13
temporary [1] 43:20
ten [2] 37:12,14
tenth [1] 2:4
testified [1] 4:5
testimony [2] 13:16 71:12
there's [2] 12:15 29:9
therein [1] 69:4
thereupon [1] 4:2
third [1] 66:16
though [2] 10:21 14:8
threatened [1] 57:2
threatening [1] 54:18
threats [2] 61:12 67:8
three [10] 7:17 8:13,16 10:16,22
  22:15 29:13 38:9 44:12 63:22
throughout [2] 26:17 27:12
till [1] 20:3
tiredness [1] 29:4
tissue [3] 29:21 30:17,22 31:5,9
today [1] 27:12 58:14 61:8 68:8
today's [1] 4:10
took [6] 11:13 12:8 45:2 50:3,7

51:10
tooth [32] 42:8,11 43:1,5 46:1 47:
  13,18 48:3,10,14,19 49:6,7 50:
  13,17,22 51:5,7,11,18,21 52:
  2,6,12 53:2,20 55:17 57:18 58:
  13 59:16 63:4
touching [1] 48:2
towards [1] 67:8
toxic [1] 29:22
tractor [2] 23:17 25:17
tractor-trailer [1] 24:21
trailer [1] 23:18
transcribed [2] 68:10 71:10
transcript [2] 69:1,3
transcripts [1] 68:12
transfer [1] 21:5
transferred [2] 22:9 25:9 44:16
transported [1] 21:7
trash [3] 21:22 22:7,10
treating [1] 33:3
treatment [2] 42:17 63:5
triage [1] 42:2
truck [2] 12:13,15,20 24:20,20
trucks [1] 24:21
true [1] 71:12
truth [1] 4:4
try [1] 63:3
trying [5] 46:3 50:22 58:11 59:19
  65:19
turn [1] 28:8
two [14] 5:12,13,16 9:1,2 36:5 53:
  6 54:22,22 55:9 56:12 58:9 61:1,
  18
tylenol [1] 62:22
type [6] 7:15 8:1,3,22 24:20 29:3
types [1] 7:9

**U**

u.s [1] 4:9
unband [1] 23:19
unbearable [1] 53:22
under [3] 13:9 71:11,19
understand [11] 4:16,19 8:15 12:
  11 18:7 25:11 27:1 28:15 41:18
  42:21 62:20
understanding [2] 13:15 40:3
unicor [37] 2:16 4:22 5:1,4 6:20
  8:8 19:5 20:18 21:6,7,12 22:6
  26:10 27:13,20 28:9,12 32:10,19,
  21 33:12 34:2,9 35:8,10,14 38:
  14 40:9,16 41:6 64:18 65:7,19
  66:8,11 67:13,15
unit [2] 53:13 66:20
united [3] 1:1 2:8,12
university [1] 30:9
unload [5] 25:2,3,5,12 26:11
unloaded [3] 23:21 25:8,9
unpack [1] 24:15
unresponded [1] 36:11

until [2] 6:16 12:18
up [10] 6:10,11,16 11:20 12:16 15:
  8 55:4 56:1 58:22 64:1
upper [1] 29:2
using [2] 10:12 39:5

**V**

vacuum [3] 14:5,14,21
vacuums [3] 14:22 15:1,2
verbal [1] 4:14
verbally [1] 53:19
verbatim [3] 1:14 71:2,22
via [1] 2:1
video [2] 1:8 2:1
virginia [5] 1:13,15 30:9 69:7 71:
  4
virtue [1] 20:19
visit [2] 42:1 52:4

**W**

waist [2] 24:12,13
wait [7] 54:17,21 58:8,12,21 60:5,
  8
walk [1] 61:2
wanted [1] 64:1
wanting [3] 62:17
warden [3] 36:6 68:3,4
warden's [1] 66:5
wash [7] 5:7,11 6:4 7:3 11:7 16:8
  22:17
washington [1] 2:15
watkins [6] 30:5,6 31:1,11 32:22
  34:6
way [6] 17:1 18:19 24:7 28:10 51:
  13 63:14
wearing [1] 39:18
week [6] 5:21 6:2 7:17 8:14,16
  68:11
west [6] 1:13,15 2:4 30:9 69:7 71:
  4
western [2] 1:2 2:9
whatever [1] 12:17
wheels [1] 25:1
wheezing [4] 29:18 33:8,9 34:5
whereupon [1] 68:19
wherever [4] 8:17 10:17 12:3 26:
  12
whether [6] 13:21 40:19,20 51:
  12 53:5,11
white [6] 61:15,16,18,18,18
whole [1] 17:9
whom [1] 10:2
will [3] 68:4,5,6
window [1] 61:2
wipe [2] 6:8,12
within [7] 5:4 6:19 15:19,22 57:
  21 60:11 71:3
without [1] 19:8
witness [10] 3:2 4:1 28:4 33:16

COLE & JUDY REPORTING, LLC
P.O. Box 2741, Elkins, WV 26241
(304) 636-6698

sitting - witness

Video Deposition of Michael Hill - November 1, 2006
Michael Hill v. John LaManna, et al.
Civil Action No. 03-323E

**68:**3,14,17,18 **71:**7,12
**women** [1] **61:**14
**word** [2] **17:**4 **63:**6
**words** [4] **41:**17 **42:**9,13 **66:**21
**work** [31] **4:**21 **5:**21,22 **7:**3,16,16
 **8:**2,3,6,20,22 **9:**14,20,21 **10:**20
 **22:**3,4 **23:**2,13 **29:**12 **30:**8 **31:**5
 **38:**16 **39:**8,13 **40:**9,15,19,21,22
 **65:**22
**worked** [25] **5:**10 **6:**1,1 **7:**2 **8:**1,13
 **9:**10 **11:**7,14 **14:**4,10,12 **15:**10
 **16:**9 **18:**16 **20:**2 **21:**11 **22:**14 **23:**
 4,5 **33:**12 **34:**9 **39:**5 **55:**1 **65:**18
**working** [22] **4:**21 **5:**1 **8:**9,12 **10:**
 15 **13:**1,3 **19:**4 **20:**19 **24:**16 **28:**9,
 12 **32:**10,19,21 **34:**2 **35:**7,10 **38:**
 14,16 **40:**16 **41:**6
**write** [1] **28:**12
**written** [3] **36:**8 **53:**21 **71:**10

---

## Y

**year** [5] **19:**14 **38:**6 **46:**15 **47:**20,
 21
**years** [2] **38:**8,9
**young** [1] **61:**15
**younger** [1] **37:**22

COLE & JUDY REPORTING, LLC
P.O. Box 2741, Elkins, WV 26241
(304) 636-6698

witness - younger