1

ORIGINAL

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                                    23 pages, 0 exhibits

4    MYRON WARD

5      Plaintiff,                 Civil Action No. 04-11E

6    v.                           Judge McLaughlin

7    JOHN LAMANNA, et al.,        Magistrate Judge Baxter

8      Defendants,

9

10   Deposition of MYRON WARD, plaintiff, by Notice, by

11   defendants, on November 1, 2006, set for 2:00 p.m., before

12   Barbara D. Watts, Notary Public for the State of Virginia at

13   Large, on FCI Petersburg Low, Federal Correctional

14   Institution, 1100 River Road, Hopewell, VA 23860.

15

16

17

18

19

20       Accu-Beta Court Reporters & Videographers, Inc.

21                 2006 Sycamore Creek Drive

22                 Manakin-Sabot, VA   23103

23

24

             Accu-Beta ... Inc.   804.784.0541

1   all counsel and paralegal appear via video-teleconferene

2   Byran Baumann, Esq.

3   Maureen Watson, paralegal

4   KNOX, McLAUGHLIN, GORNALL & SENNETT, P.C.

5   120 West Tenth Street

6   Erie, PA  16501-1461

7   814.2800412.2800

8   counsel for plaintiff

9

10   Michael C. Colville, Esq., AUSA

11   Western District of PA

12   U.S. Post Office & Courthouse

13   700 Grant Street, Suite 4000

14   Pittsburgh, PA  15219

15   412.894.7337

16   counsel for defendants

17

18   Douglas Goldring, Esq.

19   counsel, Bureau of Prisons

20

21   present with court reporter:

22   Myron Ward, defendant

23   Cornelia Janven, staff person, FCI, Petersburg

24

1          MYRON WARD, plaintiff, called by the

2     defendants, first being duly sworn, deposes and

3     says, viz:

4

5                    DIRECT EXAMINATION

6     BY MR. COLVILLE:

7          Q        Good afternoon, Mr. Ward, my name is

8     Mike Colville.  I'm the Assistant U.S. Attorney

9     assigned to defend the lawsuit that you filed

10    concerning the allegation that you were injured or

11    suffered an injury while employed with Unicor, at

12    FCI McKean.

13              The purpose of the deposition is for

14    me to gather some facts from you about what

15    happened, what you were doing and how it is you

16    believe you were injured.

17              Again, wait for me to finish the

18    question.  Pause a moment before you start to

19    answer; then answer.  If you don't understand the

20    question, let me know and I will reask it, or we

21    will figure a way around it.  But I'm going to

22    assume if you answer the question you understood it.

23              With those ground rules in place,

24    let's go forward.  Let me begin by telling you that

1    my records indicate that you worked in Unicor for

2    about seven months and I have records which indicate

3    you worked at Unicor beginning April 9 of 2002 up

4    until October 17, '03, when you were transferred out

5    of McKean.   Is that about what your recollection is

6    concerning your employment in Unicor?

7            A        Yes.   That sounds accurate.

8            Q        I want to talk about two basic

9    areas, the first being what you did at Unicor; the

10   second area I want to talk about your injuries.

11   Let's now focus on your employment at Unicor.   Can

12   you describe in your own words, summarize for me

13   what you did when you heard employed there?

14           A        When I was in Unicor, I worked two

15   different shifts.   I start with the first; I started

16   off working day shift.   I was working on machine

17   called the cold press.   It was, what they did was

18   once the boards, large boards, particle boards,

19   microboards, leave the panel saw they bring them

20   over to the cold press to apply a glue-like

21   substance.   Then we add like a Formica or wood grain

22   top, whatever the order calls for.   We take them,

23   after we apply the top, stack them on the pallet,

24   and move them to the next section of the factory.

Accu-Beta ... Inc.   804.784.0541

1    When not busy in that area they have us help out in

2    other areas, wherever they send us to.

3            Q        When you weren't working the cold

4    press--

5            A        I couldn't hear you.

6            Q        The cold press, is that how you--

7            A        C O L E.

8            Q        Cold press.  Okay.  When you weren't

9    working where during the day shift where else?  What

10   other areas on the factory floor?

11           A        I work usually stacking down from

12   the panel saw.  Once they cut the boards down on the

13   panel saw, they have a few guys to help take the

14   boards down, stack them on the pallet, move them to

15   the next section, and when they drill they drill

16   different boards, stack down from each machine.  We

17   go to where the glue machine is at, basically just

18   stacking down boards when we weren't busy packing or

19   help in the packing area.

20           Q        During this time when you were on

21   the day shift, did you ever actually physically work

22   with the boards or assist the person who was either

23   working the router or the saws, when they cut the

24   microboard or tack board or whatever?

1      A     Yes.  Those are the areas I was

2  speaking about.  They cut it on the panel saw from

3  the large portion.  They cut it down into smaller

4  boards, then it moves to the router, and other

5  different machines when they rout them and drill

6  them.  I help stack down on all those machines.

7      Q     I understand that.  My question is a

8  little more specific.  We have had some testimony

9  from some other individuals who said they worked

10  with the person operating the saw, they would hold

11  the board while it was being cut or while they were

12  being routed.  My question to you, did you ever do

13  that job, that is, holding the boards while they

14  were being routed, or was your job just merely to

15  stack the boards once all that had been completed?

16      A     No.  I never operated the machine.

17  Just stacking down right next to the machine.

18      Q     Did you ever have an opportunity to

19  observe the panel saw when it was cutting the

20  microboards?

21      A     Yes.

22      Q     When they were cutting it, do you

23  recall how many boards at a time were being cut on

24  the machine itself in any one time?

1      A      The most I have seen was nine, but
2  it is usually always more than five.
3      Q      Just so I'm clear, understand what
4  you are saying you are telling me, they would stack
5  five boards, maybe up to nine boards on the panel
6  saw, cut they all at one time?
7      A      Yes.
8      Q      How big a board or how thick of a
9  board were they cutting at that time.  You saw them
10  nine high.
11            MR. BAUMANN:  If you know.
12      A      I couldn't tell you the measurement.
13  I don't really know the measurements.  Let me see,
14  the size.
15      Q      Were they the same boards you were
16  stacking?
17      A      About the size of a doorway, about
18  that long, maybe a little longer.
19      Q      How thick?
20            MR. BAUMANN:  If you are able.
21      A      I don't know the measurements.
22            MR. BAUMANN:  If you don't know, we
23      don't want you to guess.
24      A      I couldn't tell you right now.

1        Q        Just so we are clear though, are you

2   positive you saw nine boards being stacked at one

3   time, being cut at one time on the panel saw?

4        A        Yes, sir.

5        Q        When you saw this happening, did you

6   notice whether or not the panel saw had attached to

7   it a dust collection system that sucked up the dust

8   that was created when the boards were cut?

9                MR. BAUMANN:  Object to form.  You

10       can answer.

11       A        I don't really know what the dust

12   collection system looked like.  I know it had tubes

13   on it.

14   BY MR. COLVILLE:

15       Q        Do you know if the machines were

16   fitted with any dust collection.

17                MR. BAUMANN:  Same objection.  You

18       can answer if you know.

19       A        I couldn't hear the question.  It

20   broke up.

21   BY MR. COLVILLE:

22       Q        Never mind.  I will pull back.  I

23   will change my line of questioning.

24                How long did you work the day shift

1    when you were employed with Unicor?

2           A       About I want to say six months,

3    probably six months.  Then I transferred to the

4    night shift.

5           Q       Who was your immediate supervisor

6    when you were on the day shift?

7           A       I can't remember his name right

8    offhand.  It was like three years ago.  I don't

9    remember his name.

10          Q       How long did you work on the night

11   shift?

12          A       I worked on the night shift.  Once I

13   transferred to the night shift, I worked there until

14   I left in October 2003.

15          Q       So about a month?

16          A       Not more than a month.  I was in

17   Unicor like a year and six months, a year and five

18   months.

19          Q       I'm sorry.  I have you working seven

20   months.  You are more than that.  You were a year

21   and six months.

22          A       Yes.

23          Q       You worked at the night shift for a

24   little over a year?

1        A        Yes, sir.

2        Q        Is that true?  Okay.  When you

3    worked the night shift, what were your job

4    responsibilities?

5        A        I was assigned to assembly area.  My

6    duties there were--

7        Q        What did you do in that area?

8        A        Basically assembly area consists of

9    the router and the packing area, so I stacked down

10   boards from the routers and the different curve

11   machines, what they call them, I also worked in the

12   packing area, help preparing everything once it is

13   complete to be shipped out, same thing, help out in

14   other areas when it wasn't busy.

15       Q        At any time during your employment

16   with Unicor, either on the day or shift shift, did

17   you actually operate the router or operate the panel

18   saw?

19       A        I never operated any of the

20   machines; just helping out, stacking down.

21       Q        At any time during your employment,

22   either on the day shift or shift night, did you ever

23   wear the dust masks that others have talked about?

24       A        Yes.  I wore a dust mask.

1        Q        How long would you wear a dust mask

2    during the period of time when you were employed at

3    Unicor?

4        A        How long?  In hours?  I don't

5    understand the question.

6        Q        I'm trying to figure out, I guess

7    what I want, one, did you wear a dust mask while

8    working on the factory floor?  If so, how many times

9    or did you always, trying to get a sense when you

10   would have worn the dust mask.

11       A        Usually when I am working with

12   certain chemicals I might put it on because I work

13   the area.  In the packing area we had to spray some

14   type of ammonia type stuff on the tables to clean

15   them after they finish being processed.  That was

16   usually the only time.  Maybe a few other times when

17   it was a lot of dust in the air.

18       Q        Did you ever wear the dust mask when

19   boards were coming off the pan or the panel saw or

20   the router?

21       A        Sometimes.  It wasn't required.

22       Q        I'm sorry.  I didn't understand that

23   last part.

24       A        I say sometimes it wasn't.

Accu-Beta ... Inc.    804.784.0541

1    Sometimes it wasn't required.

2           Q        I see.  On the occasion you did, why

3    would you wear it?

4           A        Because of the dust in the air or

5    the chemicals that I was working with.  I figured it

6    protect me.

7           Q        Can you describe what the dust was

8    like, on the occasions you wore the dust mask?

9           A        Particle board, the particle board

10   was like wood dust.  When they usually cut it, it

11   shoots into the air when it is coming off the saw.

12   They have the air hose blowing to keep the saw blade

13   clear to make a clean cut, I believe.  It was like

14   wood, colored wood, chopped wood.  The microboard

15   was more like drywall.  When you break drywall, it

16   was white, chalky like substance.

17          Q        Who was your immediate supervisor

18   when you worked the night shift?

19          A        Rob Bevivino.

20          Q        Was Mr. English also your supervisor

21   at that time?

22          A        Yes, he was the head foreman for the

23   night shift.  It was three foremans there.

24          Q        So Mr. Bevivino reported to

Accu-Beta ... Inc.    804.784.0541

1    Mr. English?

2          A      Yes.

3          Q      So, as I understand it when you were

4    on the night shift for a little bit over a year, the

5    main focus of your responsibility was packaging the

6    product and when you weren't busy packaging then you

7    were used as needed elsewhere on the workroom floor.

8    Is that an accurate description?

9          A      I worked the assembly area.  Yes, I

10   worked stacking down, it was about even really.  It

11   wasn't doing one more than the other.  I stacked

12   down half the time.  Half the time I worked in the

13   packing area.

14         Q      Let me ask you to talk a little bit

15   about your injuries that you claim by working on the

16   factory floor.  Let me ask you first to list all the

17   symptoms and injuries that you claim were caused by

18   your working on the factory floor.  I will write

19   down them.  Then we will go back and talk a little

20   more after you list them.  If you do that, tell me

21   all the symptoms and the injuries that you caused as

22   a result of you having to work on the factory floor.

23         A      I had headaches, episclertis in my

24   eye, conjunctivitis.

Accu-Beta ... Inc.   804.784.0541

```
1          Q        What was the term?

2          A        You are breaking up.

3          Q        I couldn't hear the term you used.

4          A        Episcleritis.

5          Q        Could you spell that?

6          A        Huh?

7          Q        Could you spell it?

8          A        E P I S C L I R I T U S, I believe.

9    That is close as I can get.  It is in my medical

10   records.

11         Q        What else?  Headaches, EP rights

12   rights?

13         A        Conjunctivitis.  I had what is

14   called lymph nodes.  Chronic sinusitis.  Rumenitis.

15   Nasal swelling.  Nasal soreness.  And uncontrollable

16   coughing.  Dermitis.  Respiratory problems.  That is

17   about all I can remember right off the top of my

18   head without any medical records in front of me.

19         Q        Mr. Ward, of all those symptoms and

20   injuries you have outlined, do you currently have

21   any of those symptoms or injuries that you are

22   presently suffering from today?

23         A        Yes, sir.

24         Q        Can you tell me which ones?
```

1         A       Still have chronic sinusitis, the

2    nasal swelling, nasal soreness, and the coughing.   I

3    believe that might be about it.

4         Q       Have you actually had a formal

5    diagnosis of chronic sinusitis?

6         A       Yes, sir.

7         Q       Who diagnosed you with that

8    condition?

9         A       Medical staff here at Petersburg and

10   medical staff in FCI McKean.

11        Q       Did you have chronic sinusitis prior

12   to being incarcerated at McKean or prior to working

13   at Unicor?

14        A       No, sir.

15        Q       What about swelling and soreness?

16   Tell me a little bit about that, a little more

17   detail.

18        A       Nasal swelling?

19        Q       Yes.

20        A       Basically--

21        Q       What do you mean by that?

22        A       Inside my nasals, swollen, usually

23   at night, both of my nasal passages are closed up.

24   So I am mostly breathing out of my mouth.   When I

1    wake up in the morning, one side might clear up,

2    become unswollen, but they stay swollen, but I can

3    breathe out of one side basically all day.

4          Q        Are you receiving medication for

5    that or any current treatment from the medical

6    staff?

7          A        Yes, sir.  It is called fluensilizer

8    {phonetic}, steroid nose spray, is the strongest

9    thing they can give me --

10          Q        Why is that?

11          A        The strongest thing they can give

12    me.

13          Q        What about the coughing that you

14    described?  Tell me about that.

15          A        The doctor explained it.  He said

16    because my passages are clogged up, the mucous and

17    stuff runs down my throat and causes me to cough a

18    lot.

19          Q        Is there a certain time of day you

20    cough more than others, or is it pretty consistent

21    throughout the day?

22          A        More at night when I'm laying down.

23          Q        How about with the swelling, nasal

24    swelling and soreness?  Is it more in the morning or

1    present each throughout the day.

2         A         My nasals stay swollen.  They never

3    really go all the way down, but it gets worse as I

4    get in a still position.

5         Q         Have your headaches pretty much

6    resolved?

7         A         I get them sometimes.

8         Q         The conjunctivitis, that has to do

9    with your eyes; does it not?

10        A         Yes, sir.

11        Q         Did you have problem with

12   conjunctivitis prior to working at Unicor?

13        A         I might have had it one other time.

14   I'm not sure.

15        Q         Why don't you tell me a little bit

16   about the problem you have with your lymph nodes.

17   What was the problem there?

18        A         Well, when I was in McKean is when I

19   first went in and got checked for any nasal problems

20   they discovered lymph nodes on my neck.  When I

21   arrived in Petersburg, the specialist recommend that

22   he take them out so he can examine them.  So I had

23   to go through a surgical operation.

24        Q         Did they do that?

```
 1          A        Yes.  I went through a surgical

 2   operation to have them surgically removed.

 3          Q        When was the surgery performed?

 4          A        You broke up.  I couldn't hear you.

 5          Q        Where was the surgery performed?

 6          A        In Southside Regional Hospital.

 7   They took me out.

 8          Q        Do you remember the name of the

 9   physician who performed the surgery?

10          A        I couldn't tell you that.

11          Q        When they took the lymph nodes out,

12   did they do a biopsy on the lymph nodes?  Do you

13   know?

14          A        Yes.  It was lymph node biopsy.

15          Q        What did they find, if you know?

16          A        I believe he said it wasn't

17   cancerous, I believe.

18          Q        Did anybody tell you what caused the

19   problem with the lymph nodes?

20          A        They said usually some type

21   infection or you been infected by a substance or

22   something that the body don't--  I don't really

23   know.  I can't remember exactly what they said.

24          Q        You mentioned a respiratory problem.
```

1    Can you tell me a little bit about that?

2          A        Usually it has to do with, I guess,

3    all this combined, the sinus problem and nasal

4    swelling, I can't really breathe properly.  When I

5    am trying to exert a lot of energy, I can't exert a

6    lot of energy like I used to, without running out of

7    breath, anything strenuous.

8          Q        Are you currently working at the

9    facility where you are incarcerated at?

10         A        Yes, sir.

11         Q        What do you do there?

12         A        I work in the print factory, a clerk

13   in the print factory.

14         Q        Has the respiratory problem resolved

15   itself?

16         A        Has it resolved itself?

17         Q        Has the respiratory problem resolved

18   itself?

19         A        No.  I still have respiratory

20   problems.  I forgot to mention it when you asked.

21         Q        Are you currently receiving

22   treatment or medication for the respiratory

23   problems?

24         A        No.  Only thing I receive is the

1    fluensulate {phonetic} and saline nose spray, like

2    sinus tablets I have to purchase at the commissary.

3           Q       The medications, do they help?

4           A       No.   They might work for when I

5    first use them.   After about 30 minutes, same thing

6    again.

7           Q       Other than the specialist you saw

8    for the lymph nodes, have you been sent to any other

9    specialist outside of the Bureau of Prisons system?

10          A       No.   That was the only time I been

11   to the outside hospital.

12          Q       Has anyone ever taken a chest X ray

13   of you?

14          A       No, sir.

15          Q       Mr. Ward, do you smoke?

16          A       No, sir.

17          Q       Have you ever smoked?

18          A       No, sir.

19          Q       Were you present during the OSHA

20   inspection at FCI McKean?

21          A       They came during the day shift

22   hours.   I was working on the night shift then.

23          Q       That is all I have.   Thank you,

24   Mr. Ward.

```
1          A       Okay.

2

3                  CROSS EXAMINATION

4    BY MR. BAUMANN:

5          Q       Mr. Ward, you testified about a

6    surgical procedure to your lymph nodes.  I think you

7    said occurred at Southside Regional Hospital.

8          A       Yes, sir.

9          Q       Do you know where that is located?

10         A       No.

11         Q       What city and state?

12         A       It is in Virginia.  Is in my medical

13   records but I don't remember the exact city it is

14   in.  It not far from here.  About 20 minutes from

15   Petersburg.

16                 MR. BAUMANN:  Okay.

17                 SIGNATURE IS DISCUSSED AND NOT

18         WAIVED.

19                 TIME:  2:36 p.m.

20

21

22

23

24
```

```
1                    ERRATA

2              I, Myron Ward, certify I have read

3        my deposition of November 1, 2006, and such is

4        complete and accurate except as listed below.

5        Each page of corrections is signed.

6   Now is      Should be       Reason

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17                Witness _____

18

19  Sworn to and subscribed before me, _____

20  _____, Notary Public for the State of

21  Virginia at Large.

22  My commission expires _____, 20___.

23  Witnessed this _____ day of _____, 2006.

24  _____ Notary Public
```

                Accu-Beta ... Inc.   804.784.0541

1   STATE OF VIRGINIA

2   COUNTY OF GOOCHLAND

3

4                   CERTIFICATE OF NOTARY PUBLIC

5

6                   I, Barbara D. Watts, Notary Public

7   for the State of Virginia at Large, certify I

8   reported the foregoing and such is complete and

9   accurate to the best of my ability.

10                  The witness, who was sworn by me,

11  did not waive signature.

12                  I am not related to any counsel,

13  party, or witness, and have no interest in the

14  outcome of this matter.

15                  My commission expires May 31, 2009.

16                  Given under my hand this 7th day of

17  November, 2006.

18                  _____

19                  Barbara D. Watts, Notary Public

20

21

22

23

24

                Accu-Beta ... Inc.   804.784.0541