```
 BOPUK   531.01 *              INMATE HISTORY              *   01-29-2007
 PAGE 001          *                QUARTERS               *   11:23:37

   REG NO..: 51627-060  NAME....: SIGGERS, KEVIN LAMAR
   CATEGORY: QTR        FUNCTION: PRT         FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | C03-130U | HOUSE C/RANGE 03/BED 130U | 12-18-2006 1113 | 12-21-2006 0800 |
| MCK | C03-130U | HOUSE C/RANGE 03/BED 130U | 11-12-2006 0656 | 12-07-2006 1255 |
| MCK | C04-247U | HOUSE C/RANGE 04/BED 247U | 11-08-2006 1226 | 11-12-2006 0656 |
| MCK | Z07-205UAD | HOUSE Z/RANGE 07/BED 205U AD | 11-03-2006 1325 | 11-08-2006 1226 |
| MCK | C03-133L | HOUSE C/RANGE 03/BED 133L | 09-27-2006 1129 | 11-03-2006 1325 |
| MCK | C03-129L | HOUSE C/RANGE 03/BED 129L | 08-10-2006 0828 | 09-27-2006 1129 |
| MCK | C04-234U | HOUSE C/RANGE 04/BED 234U | 05-31-2006 1156 | 08-10-2006 0828 |
| MCK | C03-131U | HOUSE C/RANGE 03/BED 131U | 05-16-2006 0755 | 05-31-2006 1156 |
| MCK | C03-130U | HOUSE C/RANGE 03/BED 130U | 04-11-2006 1608 | 05-16-2006 0755 |
| MCK | C03-102U | HOUSE C/RANGE 03/BED 102U | 03-08-2006 1620 | 04-11-2006 1608 |
| MCK | C04-208U | HOUSE C/RANGE 04/BED 208U | 03-28-2005 0949 | 03-08-2006 1620 |
| MCK | C04-222L | HOUSE C/RANGE 04/BED 222L | 03-16-2005 0839 | 03-28-2005 0949 |
| MCK | C01-120U | HOUSE C/RANGE 01/BED 120U | 01-05-2005 1124 | 03-16-2005 0839 |
| MCK | C02-235L | HOUSE C/RANGE 02/BED 235L | 09-21-2004 1102 | 01-05-2005 1124 |
| MCK | C02-236L | HOUSE C/RANGE 02/BED 236L | 09-02-2004 1227 | 09-21-2004 1102 |
| MCK | C02-207L | HOUSE C/RANGE 02/BED 207L | 08-20-2004 0746 | 09-02-2004 1227 |
| MCK | C02-207U | HOUSE C/RANGE 02/BED 207U | 12-24-2003 0735 | 08-20-2004 0746 |
| MCK | C02-207L | HOUSE C/RANGE 02/BED 207L | 12-23-2003 1020 | 12-24-2003 0735 |
| MCK | Z07-212UAD | HOUSE Z/RANGE 07/BED 212U AD | 12-12-2003 1236 | 12-23-2003 1020 |
| MCK | Z07-206UAD | HOUSE Z/RANGE 07/BED 206U AD | 11-24-2003 1051 | 12-12-2003 1236 |
| MCK | Z07-207UAD | HOUSE Z/RANGE 07/BED 207U AD | 11-18-2003 1200 | 11-24-2003 1051 |
| MCK | C02-228L | HOUSE C/RANGE 02/BED 228L | 08-22-2001 1010 | 11-18-2003 1200 |
| MCK | C02-228U | HOUSE C/RANGE 02/BED 228U | 06-21-2001 0923 | 08-22-2001 1010 |
| MCK | C02-240L | HOUSE C/RANGE 02/BED 240L | 06-20-2001 1123 | 06-21-2001 0923 |
| MCK | Z07-215LAD | HOUSE Z/RANGE 07/BED 215L AD | 06-17-2001 1355 | 06-20-2001 1123 |
| MCK | Z07-201LAD | HOUSE Z/RANGE 07/BED 201L AD | 05-24-2001 0827 | 06-17-2001 1355 |
| MCK | C01-125U | HOUSE C/RANGE 01/BED 125U | 02-09-2001 0840 | 05-24-2001 0827 |
| MCK | C02-235L | HOUSE C/RANGE 02/BED 235L | 01-24-2001 1302 | 02-09-2001 0840 |
| MCK | C02-235U | HOUSE C/RANGE 02/BED 235U | 01-09-2001 1028 | 01-24-2001 1302 |

```
MCK   C02-238U     HOUSE C/RANGE 02/BED 238U        01-08-2001 1033 01-09-2001 1028
MCK   Z05-109UAD   HOUSE Z/RANGE 05/BED 109U AD     12-21-2000 1059 01-08-2001 1033
MCK   C02-222L     HOUSE C/RANGE 02/BED 222L        09-07-2000 1948 12-21-2000 1059
MCK   C02-228L     HOUSE C/RANGE 02/BED 228L        07-24-2000 0934 09-07-2000 1948
MCK   C02-228U     HOUSE C/RANGE 02/BED 228U        11-09-1999 1149 07-24-2000 0934
MCK   C04-228U     HOUSE C/RANGE 04/BED 228U        11-09-1999 1110 11-09-1999 1149
MCK   Z02-102UDS   HOUSE Z/RANGE 02/BED 102U DS     10-26-1999 1649 11-09-1999 1110
MCK   Z07-207UAD   HOUSE Z/RANGE 07/BED 207U AD     10-17-1999 1243 10-26-1999 1649
MCK   Z07-206UAD   HOUSE Z/RANGE 07/BED 206U AD     09-29-1999 2318 10-17-1999 1243
MCK   C04-235U     HOUSE C/RANGE 04/BED 235U        09-23-1999 1026 09-29-1999 2318
MCK   C02-228U     HOUSE C/RANGE 02/BED 228U        09-05-1999 1310 09-23-1999 1026
MCK   C01-129L     HOUSE C/RANGE 01/BED 129L        08-29-1999 0825 09-05-1999 1310


G0002         MORE PAGES TO FOLLOW . . .




  BOPUK   531.01 *                  INMATE HISTORY              *    01-29-2007
PAGE 002 OF 002 *                     QUARTERS                  *    11:23:37
    REG NO..: 51627-060 NAME....: SIGGERS, KEVIN LAMAR
    CATEGORY: QTR          FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
MCK   C02-236L     HOUSE C/RANGE 02/BED 236L        08-11-1999 1447 08-29-1999 0825
MCK   C01-132U     HOUSE C/RANGE 01/BED 132U        08-09-1999 1419 08-11-1999 1447
MCK   C02-234U     HOUSE C/RANGE 02/BED 234U        07-08-1999 1403 08-09-1999 1419
MCK   C02-207L     HOUSE C/RANGE 02/BED 207L        11-27-1998 0921 07-08-1999 1403
MCK   C02-207U     HOUSE C/RANGE 02/BED 207U        11-03-1998 1341 11-27-1998 0921
MCK   C02-235U     HOUSE C/RANGE 02/BED 235U        10-21-1998 1015 11-03-1998 1341
LEW   HOSP-3       HOLDOVER HOUSING UNIT            10-13-1998 2048 10-21-1998 0516
```

```
LEW   R/D        RECEIVING & DISCHARGE          10-13-1998 1921 10-13-1998 2048

OKL   3C         HOLDOVER GENERAL POPULATION    09-23-1998 1800 10-13-1998 0830

ATL   R/D        R/D OUT COUNT                  05-06-1998 0050 05-06-1998 0818

OKL   SHU        SPECIAL HOUSING UNIT           05-01-1998 1915 05-05-1998 0830

RCH   SECL AD    SECLUSION ADMIN DET.           04-29-1998 1055 05-01-1998 1508

RCH   1/2        BUILDING 1, 2ND FLOOR          03-27-1998 1234 04-29-1998 1055

RCH   SECL AD    SECLUSION ADMIN DET.           03-26-1998 2331 03-27-1998 1234

RCH   R/D        RECEIVING & DISCHARGE          03-26-1998 1851 03-26-1998 2331

OKL   SHU        SPECIAL HOUSING UNIT           03-18-1998 1815 03-26-1998 0920




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```