**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL W. HILL, | ) Docket No. 03-323E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) Filed on behalf of:  Plaintiffs |
| JOHN J. LAMANNA, WILLIAM K. | ) |
| COLLINS, MARTY SAPKO, | ) Counsel of record for this party: |
| STEPHEN HOUSLER, ROBERT | ) |
| KLARK, ROBERT REOME, | ) Richard A. Lanzillo, Esq. |
| BETH FANTASKEY, and | ) Knox McLaughlin Gornall |
| DEBORAH FORSYTH, | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| Defendants | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |
| | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| LESLIE R. KELLY, | ) Docket No. 03-368E |
| | ) (Judge Susan Paradise Baxter) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| JOHN J. LAMANNA, MARTY SAPKO, | ) |
| DEBORAH FORSYTH, STEPHEN | ) |
| HOUSLER | ) |
| | ) |
| Defendants | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN SIGGERS,      )  C.A. No. 03-355 Erie
               )  (Judge Susan Paradise Baxter)
    Plaintiff      )
               )
  vs.          )
               )
UNITED STATES OF AMERICA,   )
JOHN LAMANNNA, DEBORAH    )
FORSYTH, MARTY SAPKO, and    )
STEPHEN HOUSLER,     )
               )
    Defendants     )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MYRON WARD,      ) Docket No. 04-11
               ) (Judge Susan A. Paradise Baxter)
    Plaintiff,      )
               )
  vs.          )
               )
UNITED STATES OF AMERICA,   )
JOHN LAMANNA, DEBORAH    )
FORSYTH, MARTY SAPKO,    )
STEPHEN HOUSLER, NED WATSON,  )
               )
    Defendants     )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENNY HILL,       ) Docket No. 05-160E
               ) (Judge Susan Paradise Baxter)
    Plaintiff,      )
               )
  vs.          )
               )
JOHN J. LAMANNA, DEBORAH    )
FORSYTH, MARTY SAPKO, and    )
STEPHEN HOUSLER     )
               )
    Defendants     )

## ORDER

    AND NOW, this _____ day of February, 2007, upon consideration of Plaintiffs'

Motion for Extension to File Response to Defendants' Motion for Summary Judgment, it is

hereby ORDERED that the Motion is GRANTED.  Plaintiffs shall file their response to

defendants' motion on or before February 26, 2007.

BY THE COURT:

_____

Honorable Susan Paradise Baxter

# 714295

3