EXHIBIT "A"

Case 1:03-cv-00355-SJM-SPB    Document 73-2    Filed 02/16/2007    Page 1 of 4

| MCFT TACKBOARD RAW MATERIAL (01/01/2000 - 12/01/2005) | | |
|---|---|---|
| | ITEM / QUANTITY | |
| MONTH | PRB0108 | PRB0113 |
| Jan-00 | | |
| Feb-00 | | |
| Mar-00 | | |
| Apr-00 | | |
| May-00 | | |
| Jun-00 | | |
| Jul-00 | | |
| Aug-00 | | |
| Sep-00 | | |
| Oct-00 | | 65.000 |
| Nov-00 | | 139.000 |
| Dec-00 | | 318.376 |
| Jan-01 | | 92.000 |
| Feb-01 | | 26.000 |
| Mar-01 | | 69.000 |
| Apr-01 | | 62.000 |
| May-01 | | 13.000 |
| Jun-01 | | 171.000 |
| Jul-01 | | 122.000 |
| Aug-01 | | 92.000 |
| Sep-01 | | |
| Oct-01 | | 440.000 |
| Nov-01 | | 39.000 |
| Dec-01 | | 5.000 |
| Jan-02 | | 283.000 |
| Feb-02 | | 122.000 |
| Mar-02 | | 286.000 |
| Apr-02 | | 107.000 |
| May-02 | | 123.000 |
| Jun-02 | | 183.000 |
| Jul-02 | | 122.000 |
| Aug-02 | | 143.000 |
| Sep-02 | | 113.000 |

| MCFT TACKBOARD RAW MATERIAL (01/01/2000 - 12/01/2005) ||  |
|---|---|---|
| | ITEM / QUANTITY ||
| MONTH | PRB0108 | PRB0113 |
| Oct-02 | | 177.000 |
| Nov-02 | | 62.000 |
| Dec-02 | | 145.000 |
| Jan-03 | | 2.000 |
| Feb-03 | | |
| Mar-03 | | |
| Apr-03 | 121.000 | |
| May-03 | 71.174 | |
| Jun-03 | 65.000 | |
| Jul-03 | 207.000 | |
| Aug-03 | 232.000 | |
| Sep-03 | 219.000 | |
| Oct-03 | 849.000 | |
| Nov-03 | 308.000 | |
| Dec-03 | 327.000 | |
| Jan-04 | 135.000 | |
| Feb-04 | 57.000 | |
| Mar-04 | 128.000 | |
| Apr-04 | 70.000 | |
| May-04 | 20.000 | |
| Jun-04 | 22.000 | |
| Jul-04 | 12.000 | |
| Aug-04 | 110.000 | |
| Sep-04 | 404.000 | |
| Oct-04 | 332.000 | |
| Nov-04 | 154.000 | |
| Dec-04 | 74.000 | |
| Jan-05 | | |
| Feb-05 | 88.000 | |
| Mar-05 | 54.000 | |
| Apr-05 | 94.000 | |
| May-05 | 47.000 | |
| Jun-05 | 51.000 | |

| MCFT TACKBOARD RAW MATERIAL (01/01/2000 - 12/01/2005) | | |
|---|---|---|
| | ITEM / QUANTITY | |
| MONTH | PRB0108 | PRB0113 |
| Jul-05 | 95.000 | |
| Aug-05 | 89.000 | |
| Sep-05 | 113.000 | |
| Oct-05 | 576.000 | |
| Nov-05 | | |
| Dec-05 | | |
| TOTALS: | 5,124.174 | 3,521.376 |