Kevin L. Siggers Sr.

   Plaintiff    : CA. NO: 03-355 ERIE
          : District Judges:
 vs.         McLaughlin ; Baxter

John Lamanna, et. al,

   Defendents

Motion to Stay a founds to Magistrate Judges Report & Recommendation

Date 3-12-07

Re: Plaintiff is in a Medical Hospital for complications that some doctors feel that could come from the ~~~~ exposure to the silica dust & other air exposure that cause the now dangerous qein to have laid in remission until Jan 8, 2007, when I the Plaintiff who is writing the motion of stay from my hospital bed before the judge makes a rule. The Plaintiff have called all day Friday & Monday March 12, 200_ & Tuesday March 13, 2007 to act counsel to stay the meeting and call my medical doctors

II.

Background of new medical problems that lay caused to Plaintiffs civil claim <u>pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)</u>

The Plaintiff Mr. Kevin L. Siggens Sr., has been hospitalized from around Jan 8, 2007 in and out and have bedded in a hospital since Feb 24, 2007. For "Pemphigus Vulgaris" that attacked the Plaintiffs autoimmune system, and attacked the Plaintiffs in skin inside his mouth & mucous membranes. This case is rare & could by Doctors standards here at the Cleveland Medical Clinic says could have come from the exposure to the Crystal Silica. The Defendants ask that this honorable court to dismissed the case for lack of medical reason. I Plaintiff have skin irritation to the outside of mouth, in my chest. The Doctors state that I will have the rest of my life ...

### III. Continue

So that the can be exam by medical staff for the Pemphigus Vulgaris which attacted Plaintiffs Siggens skin in & around the mouth & throat.

I Plaintiff Kevin L. Siggens, 10216 Westches Cleveland, Ohio 44108 ask that any final ruling on my Case 03-355E & 4 other Plaintiffs assented to this <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narotics, 403 U.S. 388 (1971)</u> for both counsels to go over. Submitted this 14th day, in the month of March 2007.

3/14

Was notarized in front of a Federal Notary Public

Sandra M. Pearson
Notary Public, State of Ohio
My commission Expires Nov. 9, 2009

Mr. Kevin L.S.
Plaint.

IV.

CONCLUSION.

This said MOTION was FAXED to the LAW Firm of KNOX-McLAUGHLIN GORNall & SENNETT. FAX # 814-453-4550

with ORDERS IN Hope that this HONORABLE COURT Judge SUSAN PARADISE BAXTER & District Judge McLaughlin will Receive IN their HONORABLE chambers to DAY.



*Sandra M. Pearson*
Sandra M. Pearson
Notary Public, State of Ohio, Cuy. Cty.
My commission expires Nov. 9, 2009

DATED & SIGNED BY a NOTARY PUBLIC, this 14th of MARCH. 2007

SUBMITTED BY
Mr. Kevin L. Siggers
Plaintiff, who IS Admitted to Cleveland Clinic Medical Center for treat to said Agent that plays To civil case. 03-355

C/O A. O/
ESQ.

LEGAL ORDER

FAX TO THE ORDER

OF LAW FIRM: KNOX

McLAUGHLIN-GORNall & SENNETT

120 WEST TENTH STREET

ERIE, Pa 16501 —1461

814-459-2800

★ FAX 814-453-4530 ★

___

C/O Atty. RICHARD A. LANZILLO, ESQ

TO FORWARD All said

INFORMATION to SEND TO ERIE COUNTY

FEDERAL COURT HOUSE, & the the FEDERAL

CLERK OF COURT. As the LEAD COUNSEL

FOR KEVIN L. SIGGERS SR. Plaintiff.