IN THE UNITED STATES DISTRICT COURT
OF WESTERN PENNSYLVANIA

MR. KEVIN L. SIGGERS,               :   Case # Docket No. 03-355E
      Plaintiff,

                                  :

    v.

JOHN LAMANNA, MARTY SAPCO,
STEPHEN HOUSLER, DEBBA FORTSITE,:
ETC. ALL
           Defendants.     :

MOTION TO STAY PROCEEDINGS; SENT FROM
PLAINTIFF WHILE IN HOSPITAL, ON MARCH, 14, 2007.

Dear Judge McLaughlin,

    I, Kevin L. Siggers Sr., now comes before this court asking for fairness and Justice. On January 8, 2007, I was taken from the Halfwway House in Cleveland, Ohio to the hospital for Throat and Mouth pain. Again, I was sent to the hospital February 2, 2007 and kept . I was released from Cleveland Clinic Medical Center, March 16, 2007, and returned to prison, for the Half-Way House said, that they couldn't receive me back in the Half-Way House with my condition.

    Sir, Weeks before your final ruling, I called and called the Law Firm of Knox, McLaughlin, about me being sick and that a few doctors felt that the Crystal Silica could have laid dormant and triggered the bacteria in my body called, Pemphigus, which could be fatal. From January to March, I kept calling attorney Lanzillo's office and Ms. Lorrie Watson about my health problems, but never once did attorney Lanzillo come see me, and he only returned my call once, after I faxed a hand written Motion asking to stay my case until test could be ran on the particle boards containing the Crystal Silica, to see if I

could have picked up the bacteria from working with the Crystal Silica filled Boards.

I had the doctor fax the handwritten Motion, for he to felt that Mr. Lanzillo should have stayed my proceedings with him being my legal counsel and I'm laying with a bacteria cancer-like illness. I haven't received a copy of my motion stating that Mr. Lanzillo filed my Motion. I truly feel that I wasn't given a fair chance to prove my case, while I was in the hospital, and that my lawyer must have felt my sickness and being in the hospital with a cancer-like illness in my mouth and throat, wasn't worth looking into.

I humbly ask this court to accept the Motion to Stay Proceedings that was sent to attorney Lanzillo on March 14, 2007, from me, the Plaintiff Kevin L. Siggers Sr., who was laying in a hospital bed at Cleveland Clinic Medical Center, and faxed to attorney Lanzillo by my doctor.

Sincerely Submitted by,

Mr. Kevin L. Siggers Sr, Pro Se Se
51627060
Civil Case # 03 355E

P.S. Please send me a copy
ของ every Docket entry
from the time I went
into the hospital Jan. 8th,
upon my release from prison.
I am now at FCI Elkton,
P.O. Box 10
Lisbon, Oh 44432

2.