Mr. Kevin L. Siggers Sr
NAME
REG.# 51627-0060
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
28 MAR 2007 PM 2 L

THE UNITED STATES DISTRICT COURT
OF WESTERN PENNSYLVANIA
JUDGE McLAUGHLIN
PO BOX 1820
Erie, Pa 16501

attn. Clerk of Court

16507+0820

RECEIVED

MAR 30 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

