**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN SIGGERS,** | ) | **C.A. No. 03-355 Erie** |
| | ) | **(Judge Susan Paradise Baxter)** |
| **Plaintiff** | ) | |
| | ) | **ELECTRONICALLY FILED PLEADING** |
| **vs.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **MOTION TO WITHDRAW AS COUNSEL** |
| **JOHN LAMANNNA,** | ) | |
| **DEBORAH FORSYTH,** | ) | |
| **MARTY SAPKO, and** | ) | |
| **STEPHEN HOUSLER** | ) | |
| | ) | **Filed on behalf of:  Plaintiff Kevin Siggers** |
| | ) | |
| | ) | **Counsel of record for this party:** |
| | ) | **Richard A. Lanzillo, Esq.** |
| **Defendants** | ) | **Knox McLaughlin Gornall** |
| | ) | **& Sennett, P.C.** |
| | ) | **120 West 10th Street** |
| | ) | **Erie, PA  16501** |
| | ) | **Telephone  (814) 459-2800** |
| | ) | **Facsimile (814) 453-4530** |
| | ) | **Email: rlanzill@kmgslaw.com** |
| | ) | **PA53811** |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

AND NOW COMES Plaintiff, Kevin Siggers, by and through his attorneys Knox

McLaughlin Gornall & Sennett, PC, and submit the following:

1.      On February 23, 2007, the Magistrate Judge issued the Report and

Recommendation [Doc 76] relative to the above case.

2.      On March 14, 2007, the District Court adopted the Opinion and Report

and Recommendation [Doc 78] and granted the Motion for Summary Judgment in its entirety.

3.      Plaintiff's counsel's appointment in this matter was limited to the

representation of the interests of Plaintiff through the District Court proceedings.

4.      Presently, the District Court proceedings are concluded.

5.      Plaintiff's counsel has advised Plaintiff of his fulfillment of his appointment and that counsel would be filing this motion to withdraw his representation of Plaintiff.  Additionally, counsel has advised Plaintiff of Plaintiff's appellate rights.

WHEREFORE, counsel respectfully requests that this Court issue an order granting this Motion to Withdraw as Counsel.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

BY:_____/s/ Richard A. Lanzillo_____
            Richard A. Lanzillo, Esquire
             120 West Tenth Street
            Erie, Pennsylvania 16501
            (814) 459-2800

            Attorneys for Plaintiff,
            Kevin Siggers

# 720398