IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN SIGGERS,** | ) | C.A. No. 03-355 Erie |
| | ) | **(Judge Susan Paradise Baxter)** |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **JOHN LAMANNNA,** | ) | |
| **DEBORAH FORSYTH,** | ) | |
| **MARTY SAPKO, and** | ) | |
| **STEPHEN HOUSLER** | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

**PROPOSED ORDER**

AND NOW, the _____ day of April, 2007, upon consideration of Plaintiffs' Motion to Withdraw as Counsel, it is hereby **ORDERED** that the Motion is **GRANTED**.


BY THE COURT:


_____
Honorable Susan Paradise Baxter

# 720401