IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SIGGERS,<br>      Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 03-355 ERIE<br>) |
| JOHN LAMANNA, et. al.,<br>      Defendants. | )<br>)<br>) |

**<u>ORDER</u>**

AND NOW this 3rd day of April, 2006,

IT IS HEREBY ORDERED that both of Plaintiff's Motions to Stay (Document Nos. 79 and 80) are DENIED AS MOOT

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record   NK