IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SIGGERS,<br>    Plaintiff,<br><br>vs.<br><br>JOHN LAMANNA, et. al.,<br>    Defendants. | Civil Action No. 03-355 ERIE |

**ORDER**

AND NOW this 3rd day of April, 2006,

IT IS HEREBY ORDERED that both of Plaintiff's Motions to Stay (Document Nos. 79 and 80) are DENIED AS MOOT

                                            S/Sean J. McLaughlin
                                            Sean J. McLaughlin
                                            United States District Judge

cc: counsel/parties of record   NK